Paul G. Cereghini (SBN 148016)
Lauren O. Miller (SBN 279448)
**BOWMAN AND BROOKE LLP**
1741 Technology Drive, Suite 200
San Jose, CA 95110
Telephone:   (408) 279-5393
Facsimile:   (408) 279-5845
paul.cereghini@bowmanandbrooke.com
lauren.miller@bowmanandbrooke.com

John F. Renzulli (*Pro Hac Vice* to be filed)
Christopher Renzulli (*Pro Hac Vice* to be filed)
Howard B. Schilsky (*Pro Hac Vice* to be filed)
**RENZULLI LAW FIRM, LLP**
One North Broadway, Suite 1005
White Plains, NY 10601
Telephone: (914) 285-0700
Facsimile: (914) 285-1213
jrenzulli@renzullilaw.com
crenzulli@renzullilaw.com
hschilsky@renzullilaw.com

(Additional attorneys listed on signature page.)

Attorneys for Defendants Glock, Inc. and specially-appearing Glock Ges.m.b.H.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN C. JOHNSON, an individual, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>GLOCK, INC., a Georgia Corporation; GLOCK Ges.m.b.H., an Austrian entity; JOHN and JANE DOES I through V; ABC CORPORATIONS I-X, XYZ PARTNERSHIPS, SOLE PROPRIETORSHIPS and/or JOINT VENTURES I-X, GUN COMPONENT MANUFACTURERS I-V<br><br>Defendants. | CASE NO.: 3:20-CV-08807<br><br>**DECLARATION OF MARION V. MAUCH IN SUPPORT OF GLOCK, INC.'S AND GLOCK Ges.m.b.H.'S NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. §§ 1332, 1441, 1446 AND 1453** |

I, Marion V. Mauch, declare as follows:

1. I am an attorney duly licensed to practice law before all courts of the State of California and the United States District Court for the Northern District of California. I represent Defendants Glock, Inc. and specially-appearing Glock Ges.m.b.H. ("Glock Defendants") in the above-captioned matter. I am a member in good standing with the State Bar of California. I have personal knowledge of the following facts, except for those based on information and belief, which I believe to be true, and if called upon to testify, I could and would competently testify to their truth and accuracy.

2. This declaration is submitted in support of Glock Defendants' Notice of Removal to the United States District Court for the Northern District of California under 28 U.S.C. §§ 1332, 1441, 1446 and 1453.

3. In executing this declaration, I do not intend, and Glock Defendants have not authorized me, to waive any protections or privileges Glock Defendants may have as to proprietary, trade secret, and/or confidential information, or to waive Glock Defendants' attorney-client privilege as to any of its communications or to waive the work product immunity developed in anticipation of or in response to litigation. I intend only to describe certain factual matters that are pertinent to this declaration.

4. The removed case is a civil putative class action commenced in the Superior Court of California, County of Alameda by Plaintiff Steven C. Johnson entitled *Steven C. Johnson v. Glock, Inc.; Glock Ges.m.b.H.; et al., Case No. RG20075498* ("State Action").

5. On November 11, 2020, Plaintiff served Glock, Inc. with a copy of the Summons and First Amended Complaint. Also, on November 11, 2020, Plaintiff attempted to serve Glock Ges.m.b.H with a copy of the Summons and First Amended Complaint by service on Glock, Inc.

6. Attached as **Exhibit A** are true and correct copies of all process, pleadings, and orders for the State Action in Glock's possession pursuant to 28 U.S.C. § 1446(a).

7. Glock, Inc., at the time this action was commenced, was and still is, a corporation organized under the laws of the State of Georgia, with its principal place of business located in the

1 State of Georgia, and was not and is not organized under the laws of the State of California, wherein this action was brought.

8. Attached as **Exhibit B** is a true and correct copy of the Business Information for Glock, Inc. on the Georgia Secretary of State's website (https://ecorp.sos.ga.gov/BusinessSearch/BusinessInformation?businessId=692860&businessType=Domestic%20Profit%20Corporation&fromSearch=True) which identifies Glock, Inc.'s place of incorporation and principal office address in Georgia.

9. Glock Ges.m.b.H., at the time this action was commenced, was and still is, an Austrian limited liability company organized under the laws of the foreign country Austria, with its principal place of business located in Austria, and its shareholders located in Austria, and was not and is not organized under the laws of the State of California, wherein this action was brought.

10. Attached as **Exhibit C** is a true and correct copy of the following webpage from Glock, Inc.'s December 2015 website (https://web.archive.org/web/20141225174555/http:/us.glock.com/heritage/timeline) which indicates that the .45 Auto pistol came into series production in mid-1991.

11. Attached as **Exhibit D** is a true and correct copy of the following webpage from the Open Justice website (https://openjustice.doj.ca.gov/data-stories/2018/gun-sales-california) which indicates that there were 525,979 handguns sold in California in 2017 of which 13.1% were manufactured by Glock.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and if called as a witness I could and would so testify.

Executed this 11th day of December, 2020 in Redondo Beach, California.

MARION V. MAUCH
Marion V. Mauch (SBN 253672)
BOWMAN AND BROOKE LLP
970 West 190th Street, Suite 700
Torrance, CA  90502
Telephone:   (310) 768-3068
Facsimile:    (310) 719-1019
marion.mauch@bowmanandbrooke.com

# PROOF OF SERVICE
*F.R.C.P Rule 5(b)(2)*

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 970 West 190th Street, Suite 700, Torrance, CA 90502.

On **December 11, 2020**, I served the foregoing document described as **DECLARATION OF MARION V. MAUCH IN SUPPORT OF GLOCK, INC.'S AND GLOCK Ges.m.b.H.'S NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. §§ 1332, 1441, 1446, AND 1453** on all interested parties in this action by placing ☐ **the original** ☒ **a true copy** thereof enclosed in sealed envelopes addressed as follows:

| | |
|---|---|
| Craig M. Nicholas, Esq. | Attorneys for Plaintiff |
| Alex Tomasevic, Esq. | |
| NICHOLAS & TOMASEVIC, LLP | Telephone: 619-325-0492 |
| 225 Broadway, 19th Floor | Facsimile: 619-325-0496 |
| San Diego, CA 92101 | Email: cnicholas@nicholaslaw.org |
| | atomasevic@nicholaslaw.org |
| | |
| Robert K. Lewis, Esq. | Attorneys for Plaintiff |
| Christopher A. Treadway, Esq. | |
| LEWIS LAW FIRM, PLC | Telephone: 602-889-6666 |
| 2302 N. 3rd Street | Facsimile: 602-252-1446 |
| Phoenix, AZ 85004 | Email: rob@lewisandporka.com |
| | chris@lewisandporka.com |
| | |
| Amy M. Pokora, Esq. | Attorneys for Plaintiff |
| 2302 N. 3rd Street | |
| Phoenix, AZ 85004 | Telephone: 602-889-6666 |
| | Facsimile: 602-252-1446 |
| | Email: amy@lewisandporka.com |

☒ **BY MAIL (F.R.C.P. Rule 5(b)(2)):** As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Torrance, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing.

Executed on **December 11, 2020**, at Torrance, California.

☒ (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

*Stacy Eikenberry*
Stacy Eikenberry