# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## AMENDED CIVIL MINUTES*

| **Date:** October 26, 2021 | **Time:** 3 minutes<br>1:58 p.m. to 2:01 p.m. | **Judge:** WILLIAM H. ORRICK |
|---|---|---|
| **Case No.**: 20-cv-08807-WHO | **Case Name:** Johnson v. Glock, Inc. | |

**Attorneys for Plaintiff:**   Alex Tomasevic
**Attorneys for Defendant:**   Marion Mauch and Christopher Renzulli

**Deputy Clerk:** Jean Davis            **Court Reporter:**  Belle Ball

## PROCEEDINGS

Case Management Conference conducted via videoconference. The Court has reviewed the parties' joint case management statement and adopts the proposed schedule. The Court agrees to allow the parties to defer formal ADR at this time. The Court reminds counsel of the preferred method for dealing with any discovery disputes.

**Hearing on Motion for Class Certification set for January 18, 2023 at 2:00 p.m.**

**Further Case Management Conference set for May 10, 2022 at 2:00 p.m.**

*Amended to correct date for hearing on Motion for Class Certification.