UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN C. JOHNSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GLOCK, INC., et al.,<br><br>　　　　　Defendants. | Case No. 3:20-cv-08807-WHO<br><br>**ORDER SETTING A CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 101 |

The defendants filed an Application for an Order to Show Cause regarding the failure of non-party Oakland Police Department ("OPD") to respond to a subpoena. [Dkt. No. 101]. It is unclear what issues preclude OPD from responding to the subpoena, and it is also unclear the extent to which this affects the discovery schedule and progress of this case.

To explain these issues, both parties are ORDERED to attend a case management conference on June 6, 2023, at 2:00 p.m. via Zoom videoconference. Counsel for OPD should also attend: the defendants are ORDERED to immediately notify OPD legal counsel of this order, the CMC on June 6, and the defendants' pending subpoena. No joint statement or memorandum is necessary prior to the conference.

**IT IS SO ORDERED.**

Dated: May 30, 2023

William H. Orrick
United States District Judge