**NICHOLAS & TOMASEVIC, LLP**
Craig M. Nicholas (SBN 178444)
Alex Tomasevic (SBN 245598)
Jake W. Schulte (SBN 293777)
225 Broadway, 19th Floor
San Diego, California 92101
Tel: (619) 325-0492
Fax: (619) 325-0496
Email: cnicholas@nicholaslaw.org
Email: atomasevic@nicholaslaw.org
Email: jschulte@nicholaslaw.org

**LEWIS AND LEWIS**
**TRIAL LAWYERS, PLC**
Robert K. Lewis (AZ SBN 016625)
*Pro Hac Vice*
Amy M. Lewis (AZ SBN 027201)
*Pro Hac Vice*
28150 N Alma School Rd, Ste 103-637
Scottsdale, AZ 85262
Tel: (602) 889-6666
Email: Rob@LewisLawFirm.com
Email: Amy@LewisLawFirm.com

Attorneys for Plaintiff Steven C. Johnson

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN C. JOHNSON, an individual, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>GLOCK, INC., a Georgia Corporation; GLOCK Ges.m.b.H, an Austrian entity; JOHN and JANE DOES I through V; ABC CORPORATIONS I-X, XYZ PARTNERSHIPS, SOLE PROPRIETORSHIPS and/or JOINT VENTURES I-X, GUN COMPONENT MANUFACTURERS I-V<br><br>Defendants. | CASE NO.: 3:20-cv-08807-WHO<br><br>**SECOND NOTICE OF INTENT TO SERVE SUBPOENAS DUCES TECUM**<br><br>**Judge**: Hon. William H. Orrick<br><br>**TAC Filed**: June 7, 2021<br>**Trial Date**: None Set |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to Fed. R. Civ. P. Rule 45, Plaintiff Steven C. Johnson hereby gives notice of its issuance of the following Subpoenas to Produce Documents, Information, Or Objects:

| **Exhibit** | **Non-Party Entity** |
|---|---|
| 1 | Addax Inc.; Addax Tactical, care of Khachik Chris Haddadian, 1431 Truman St., Suite E, San Fernando, CA 91340 |
| 2 | Alquist Arms, Inc., care of Richard B. Alquist, 1400 Freitas Park, Turlock, CA 95380 |
| 3 | Ask Defensive Training Co., care of Shawn Christopher Gibbs, 1399 W. Colton Ave., Unit 6, Redlands, CA 92374 |
| 4 | Buffalo Bore Ammunition, care of Susan Johns, 366 Sandy Creek Road, Salmon, Idaho 83467 |
| 5 | State of California Department of Justice, Bureau of Firearms, Rob Bonta, Office of the Attorney General, 1300 "I" Street, Sacramento, CA 95814-2919 |
| 6 | Down Range Investments, LLC; Down Range Indoor Training Center, care of William C. Clark, 13407 Garner Ln., Chico, CA 95973 |
| 7 | Gearfire, LLC; Shooter's Pro Shop, care of Capitol Corporate Services, Inc., 8825 N. 23rd Ave., Suite 100, Phoenix, AZ 85021 |
| 8 | Glaser Ammunition, CorBon Inc., Terry A. Perrine, 6299 Secrest Road, Wooster, Ohio 44691 |
| 9 | Gun Effects, Inc.; Gun Effects & Cloud 9 Fishing, care of Dennis Siye Lin, 15333 Gale Ave., City of Industry, CA 91745 |
| 10 | Gun Gallery, Inc., care of Robert Parseghian, 1121 S. Central Ave., Glendale, CA 91204 |
| 11 | Hornady Manufacturing Co., care of Stephen D. Hornady, State Spur 430, PO Box 1848, Grand Island, NE 68802<br>Principal Office: 3625 Old Potash Hwy, Grand Island, NE 68802; President Address: 2323 W John Street, Grand Island, NE 68803 |
| 12 | Janya Bros., Inc.; Guns Direct, care of West Coast Registered Agents, Inc., 3501 W. Burbank Blvd., Burbank, CA 91505 |
| 13 | LC Action Police Supply, Ltd., care of Darsi Andrea Miller, 1088 N. 1st St., San Jose, CA 95112 |

| Exhibit | Non-Party Entity |
|---|---|
| 14 | Maximum Wholesale, Inc.; Ammo Brothers; Ammo Bros, Inc., care of Bethany R. Richards, 820 S. Rockefeller Ave, Ste. G, Ontario, CA 91761 |
| 15 | Pacific Marine Engineering; Pacific Outfitters, care of Aaron S. Ostrom, 1940 Huckleberry Court, Eureka, CA 95503<br><br>Principal Address: 1600 5th St., Eureka, CA 95501<br>Principal Address: 955 N. State St., Ukiah, CA 95482 |
| 16 | ProForce Marketing, Inc. d/b/a ProForce Law Enforcement, CSC Lawyers Incorporating Service, 2710 Gateway Oaks Drive, Sacramento, CA 95833 |
| 17 | Redwood Marine, Inc.; RMI Outdoors, care of Angela Bishop, 1240 Broadway, Eureka, CA 95501 |
| 18 | River City Gun Exchange, Inc., care of Leta Christie, 8980 Bradshaw Rd., Elk Grove, CA 95624<br><br>Principal Address: 2370 Fruitridge Rd., Sacramento, CA 95822 |
| 19 | Sacramento Gun Club, LLC d/b/a Sacramento Gun Range, care of Charles David Fite, 9857 Horn Road, Sacramento, CA 95827<br><br>Principal Address: 3443 Routier Road, Sacramento, CA 95827 |
| 20 | Silverado Spur, Inc.; Wild Bill's Old West Trading Company, care of Joan M. Ceccarini, 10490 E. Stockton Blvd., Elk Grove, CA 95624 |
| 21 | The Gun Range, LP, care of R. Seth Astle, 3479 Orange Grove Ave., North Highlands, CA 95660 |
| 22 | The Range Pistol Club, Inc., care of Robert D. Simpson, 5133 North Gates, Suite 102, Fresno, CA 93722 |
| 23 | Turner's Outdoors Inc. d/b/a Turner's Outdoorsman, care of Michelle Bellaver, 1336 Alder Ave., Rialto, CA 92376 |
| 24 | Uber, Inc.; RifleGear, care of Phuong Nguyen, 18065 Mount Shay St., Fountain Valley, CA 92708 |
| 25 | City of Winter Haven c/o Mayor Bradley T. Dantzler, City of Winter Haven, City Hall, 451 Third Street NW, Winter Haven, FL 33881 |

Respectfully submitted:

Dated: July 21, 2023

/s/ *Amy Lewis, Esq.*
**LEWIS AND LEWIS
TRIAL LAWYERS, PLC**
Robert K. Lewis, *Pro Hac Vice*
Amy M. Lewis, *Pro Hac Vice*
28150 N. Alma School Rd., Ste 103-637
Scottsdale, Arizona 85262
Tel: (602) 889-6666
Fax: (602) 926-1477
Email: rob@lewislawfirm.com
Email: amy@lewislawfirm.com
Attorneys for Plaintiff

**NICHOLAS & TOMASEVIC, LLP**
Craig M. Nicholas (SBN 178444)
Alex Tomasevic (SBN 245598)
Jake W. Schulte (SBN 293777)
225 Broadway, 19th Floor
San Diego, California 92101
Tel: (619) 325-0492
Fax: (619) 325-0496
Email: cnicholas@nicholaslaw.org
Email: atomasevic@nicholaslaw.org
Email: jschulte@nicholaslaw.org

Attorneys for Plaintiff Steven C. Johnson

# CERTIFICATE OF SERVICE

The foregoing document was filed with the clerk of the court using CM/ECF system and automatically served upon registered recipients appearing in this case.

John F. Renzulli (Pro Hac Vice)
Christopher Renzulli (Pro Hac Vice)
Howard B. Schilsky (Pro Hac Vice)
**RENZULLI LAW FIRM, LLP**
One North Broadway, Suite 1005
White Plains, NY 10601
Telephone: (914) 285-0700
Facsimile: (914) 285-1213
jrenzulli@renzullilaw.com
crenzulli@renzullilaw.com
hschilsky@renzullilaw.com

4

CASE NO.: 3:20-cv-08807-WHO
NOTICE OF INTENT TO SERVE SUBPOENA DUCES TECUM

Paul G. Cereghini (SBN 148016)
**BOWMAN AND BROOKE LLP**
1741 Technology Drive, Suite 200
San Jose, CA 95110
Telephone: (408) 279-5393
Facsimile: (408) 279-5845
paul.cereghini@bowmanandbrooke.com

Carissa Casolari (SBN 292878)
**BOWMAN AND BROOKE LLP**
970 West 190th Street, Suite 700
Torrance, CA 90502
Telephone: (310) 768-3068
Facsimile: (310) 719-1019
Carissa.casolari@bowmanandbrooke.com

Attorneys for Defendants Glock, Inc. and Glock Ges.m.b.H.