# EXHIBIT 1

AO 88B  (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
\_Northern District of California

<table>
<tr><td>Steven C. Johnson, and individual, on behalf of<br>himself and all others similarly situated,<br><i>Plaintiff</i></td><td>)<br>)<br>)</td><td rowspan="3">Civil Action No.   3:20-cv-08807-WHO</td></tr>
<tr><td>v.</td><td>)<br>)</td></tr>
<tr><td>Glock, Inc., a Georgia Corporation; Glock Ges.m.b.H,<br>an Austrian entity, et al.<br><i>Defendant</i></td><td>)<br>)<br>)</td></tr>
</table>

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:  **Addax Inc.; Addax Tactical, care of Khachik Chris Haddadian, 1431 Truman St., Suite E, San Fernando, CA 91340**

*(Name of person to whom this subpoena is directed)*

☒  *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:  **See Schedule A.**

| Place: | Nicholas & Tomasevic, LLP<br>225 Broadway, 19th Floor<br>San Diego, CA 92101 (By Mail)<br>rob@lewislawfirm.com (Electronically) | Date and Time: | August 17, 2023 at 11:59pm |
|---|---|---|---|

☐  *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | | Date and Time: | |
|---|---|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:  \_\_\_\_\_07/21/2023\_\_\_\_\_

*CLERK OF COURT*

OR     */s/Robert K. Lewis*

_____     _____
*Signature of Clerk or Deputy Clerk*                    *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Steven C. Johnson
_____ , who issues or requests this subpoena, are:

Robert Lewis, 28150 N. Alma School Rd. Ste 103-637, Scottsdale, AZ 85262, Rob@LewisLawFirm.com 602-889-6666

**Notice to the person who issues or requests this subpoena**

If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B  (Rev.  02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.      3:20-cv-08807-WHO

## PROOF OF SERVICE

### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

☐   I served the subpoena by delivering a copy to the named person as follows: _____

_____    on *(date)* _____ ; or

☐   I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.:

AO 88B  (Rev.  02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action(Page 3)

## Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

  **(1) *For a Trial, Hearing, or Deposition.*** A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
    **(A)** within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
    **(B)** within the state where the person resides, is employed, or regularly transacts business in person, if the person
      **(i)** is a party or a party's officer; or
      **(ii)** is commanded to attend a trial and would not incur substantial expense.

  **(2) *For Other Discovery.*** A subpoena may command:
    **(A)** production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
    **(B)** inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

  **(1) *Avoiding Undue Burden or Expense; Sanctions.*** A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

  **(2) *Command to Produce Materials or Permit Inspection.***
    **(A)** *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
    **(B)** *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
      **(i)** At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
      **(ii)** These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

  **(3) *Quashing or Modifying a Subpoena.***
    **(A)** *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:
      **(i)** fails to allow a reasonable time to comply;
      **(ii)** requires a person to comply beyond the geographical limits specified in Rule 45(c);
      **(iii)** requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
      **(iv)** subjects a person to undue burden.
    **(B)** *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:
      **(i)** disclosing a trade secret or other confidential research, development, or commercial information; or

      **(ii)** disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
    **(C)** *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
      **(i)** shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
      **(ii)** ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

  **(1) *Producing Documents or Electronically Stored Information.*** These procedures apply to producing documents or electronically stored information:
    **(A)** *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
    **(B)** *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
    **(C)** *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
    **(D)** *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

  **(2) *Claiming Privilege or Protection.***
    **(A)** *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
      **(i)** expressly make the claim; and
      **(ii)** describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
    **(B)** *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**
The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).

## SUBPOENA DUCES TECUM - SCHEDULE A

*Johnson v. Glock, Inc., et al.*
3:20-cv-08807-WHO

To:
Addax Inc.; Addax Tactical, care of Khachik Chris Haddadian,
1431 Truman St., Suite E, San Fernando, CA 91340

## Intent of Subpoena, Instructions, and Admonition Concerning Objections

1. The intent of this subpoena is to obtain the number of reported retail sales of certain Glock handguns that occurred in the State of California from January 1, 2016, to July 21, 2023. The Glock handgun sales sought are all Glock handguns that are designed and manufactured to fire ammunition of the following Calibers:
   a. .40 caliber (also known as .40 Smith and Wesson or .40 S&W);
   b. .45 ACP (also known as .45 Automatic Colt Pistol);
   c. .45 GAP (also known as .45 Glock Automatic Pistol); and
   d. 10mm.

2. It is not the intent of this subpoena to obtain any personal information about the purchasers, such as name, address, phone numbers, personal identifying marks, etc. Accordingly, to avoid disclosure this information may be redacted or removed from production.

3. This information can be physically produced in paper, electronically stored information on a flash drive, cd, or external hard drive, produced by email, dropbox or file share software. The information can be produced in an excel spreadsheet format, Microsoft Word, or redacted forms completed by the dealers in PDF format.

4. The materials may be delivered in any number of ways:
   a. uploading the information into a dropbox or other document share account with an access link emailed to all the people with the corresponding email addresses in Table One[i];
   b. Storing the information on a flash drive, cd, or hard drive and mailing by FedEx, USPS Priority, UPS, or other carrier with tracking to both the addresses listed in Table Two[ii];
   c. Transmitting the information as an attachment to all the email addresses in Table One if it is transferrable as such.
   d. Delivering actual paper documents to both addresses listed in Table Two or an agreed upon location within 100 miles of the respondents principal place of business.

5. The form of this subpoena is a standard form created by the US District Court Northern District (Subpoena form AO 88B) and there is an existing order that this form may be used for subpoenas in this case. Objections based on the form of the subpoena may result in a motion for order to show cause and request for monetary sanctions.

6. Because a responding party is allowed to mail or transfer production electronically, it is this party's position that the 100-mile rule does not apply [iii]  In the alternative, the issuing party will also designate a place of physical production within 100 miles of the principal place of business if the responding party makes a written request emailed within two business days of the date of production to all the emails listed in Table One below. Objections based on this 100-mile rule may result in a motion for order to show cause and request for monetary sanctions.

7. "You" or "your" or "responding party" refer to Addax Inc.; Addax Tactical, care of Khachik Chris Haddadian, 1431 Truman St., Suite E, San Fernando, CA 91340

**<u>Items to be Produced.</u>**

1. All Firearm Dealer's Records of Sale ("DROS") forms transmitted to the State of California pursuant to California law. (Including but not limited to Cal. Penal Code § 28205) for sales from January 1, 2016, to July 21, 2023, involving Glock handguns that are designed and manufactured to fire ammunition of the following calibers[iv]:
    a. .40 caliber (also known as .40 Smith and Wesson or .40 S&W);
    b. .45 ACP (also known as .45 Automatic Colt Pistol);
    c. .45 GAP (also known as .45 Glock Automatic Pistol); and
    d. 10mm.

This information can be produced as actual redacted forms in paper, or pdf format, or a spreadsheet that captures and produces the information contained in the highlighted fields of the attached Standard DROS form template.


2. All documents, including but not limited to, physical documentation, electronically stored information, photographs, video, computer images, etc. involving any of the Glock handguns listed in "Table of Models" below that have suffered a case failure, Kabooms, blowout, ruptures, bulging, tears, smiles, and deformed casings. This request includes all incident or injury reports, investigations, warranty documents, repair orders, refund requests, and any and all communications with Glock, ammunition manufacturers or retailer, and customers regarding same.

---

[i]

**Table One**

| Robert Lewis | rob@lewislawfirm.com |
|---|---|
| Amy Lewis | amy@lewislawfirm.com |
| Kathy Blake | kathy@lewislawfirm.com |
| Craig Nicholas | CNicholas@nicholaslaw.org |
| Alex Tomasevic | ATomasevic@nicholaslaw.org |
| Jake Schulte | jschulte@nicholaslaw.org |
| Emilia Carrillo | ECarrillo@nicholaslaw.org |

[ii]

**Table Two**

| Robert Lewis<br>Amy Lewis<br>Kathy Blake | Lewis and Lewis Trial Lawyers PLC,<br>28150 North Alma School Road,<br>Suite 103-637<br>Scottsdale AZ 85262 |
|---|---|
| Craig Nicholas<br>Jake Schulte<br>Alex Tomasevic<br>Emilia Carrillo | Nicholas and Tomasevic LLP<br>225 Broadway 19th Floor<br>San Diego California, 921010 |

[iii]

Subpoena from defendants did not violate 100-mile restriction, on basis that it required production by non-party of documents to law firm in Cleveland, Ohio, which was more than 100 miles from non-party's office in Naples, Florida, because production of documents did not require personal appearance. Pidcock v. Goddard (In re SII Liquidation Co.), 2015 Bankr. LEXIS 901 (Bankr. N.D. Ohio Mar. 20, 2015).

USCS Fed Rules Civ Proc R 45; Fed. R. Civ. P. 45(b)(2)(B) and 45(c)(3)(A)(ii) did not require that subpoena that was served on bank that was more than 100 miles outside issuing district be quashed because subpoena only required production of documents and documents could be produced within issuing district by mail. U.S. Bank Nat'l Ass'n v. James, 264 F.R.D. 17, 2010 U.S. Dist. LEXIS 15722 (D. Me. 2010).

100 mile limit set forth in Fed. R. Civ. P. 45(c)(3)(A)(ii) applies to travel by subpoenaed person, but, under Fed. R. Civ. P. 45(c)(2)(A), person commanded to produce documents need not appear in person at place of production or inspection, so 100 mile limit does not apply to documents. Walker v. Ctr. for Food Safety, 667 F. Supp. 2d 133, 2009 U.S. Dist. LEXIS 102846 (D.D.C. 2009).

[iv]

**Table of Models**.

| Make | Model | Generation | Color | Caliber | Special Designations |
|---|---|---|---|---|---|
| Glock | 22 | All | All | .40 caliber | All including "MOS" "California Compliant" or Optic Models |
| Glock | 23 | All | All | .40 caliber | All including "MOS" "California Compliant" or Optic Models |
| Glock | 24 | All | All | .40 caliber | All including "MOS" "California Compliant" or Optic Models |
| Glock | 27 | All | All | .40 caliber | All including "MOS" "California Compliant" or Optic Models |
| Glock | 35 | All | All | .40 caliber | All including "MOS" "California Compliant" or Optic Models |

| Glock | 21 | All | All | .45 ACP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 21SF | All | All | .45 ACP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 30 | All | All | .45 ACP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 30SF | All | All | .45 ACP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 30S | All | All | .45 ACP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 36 | All | All | .45 ACP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 41 | All | All | .45 ACP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 37 | All | All | .45 GAP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 38 | All | All | .45 GAP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 39 | All | All | .45 GAP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 20 | All | All | 10mm | All including "MOS" "California Compliant" or Optic Models |
| Glock | 29 | All | All | 10mm | All including "MOS" "California Compliant" or Optic Models |
| Glock | 40 | All | All | 10mm | All including "MOS" "California Compliant" or Optic Models |

STATE OF CALIFORNIA
BOF 929 (Rev. 05/2023)

DEPARTMENT OF JUSTICE
Page 1 of 2



## CALIFORNIA DEPARTMENT OF JUSTICE
## BUREAU OF FIREARMS
## Dealer's Record of Sale (DROS) Worksheet



CFD No.: ☐☐☐☐☐    DROS No.: ☐☐☐☐☐☐☐☐☐☐

### Purchaser Information

| First Name: | Middle Name: | Last Name: | Suffix: |
|---|---|---|---|

| Alias First Name: | Alias Middle Name: | Alias Last Name: | Alias Suffix: |
|---|---|---|---|

| Street Address (no PO Box): | City: | Zip Code: |
|---|---|---|

One of the following forms of identification is required to legally purchase firearms in California: California driver license (CDL), California ID (CID) card issued by the DMV, or Military ID (MIL) issued by the DOD for active duty military accompanied by permanent duty station orders indicating that the purchaser is stationed in California.

ID Type: (check one) ☐ CDL ☐ CID ☐ MIL    ID Number:

| Gender: | Hair Color: | Eye Color: | Height: | Weight: | Date of Birth: (mm/dd/yyyy) | Race: |
|---|---|---|---|---|---|---|

US Citizen: ☐ Yes ☐ No    If NO, enter Alien Registration or I-94 Number and Country of Citizenship    Place of Birth:

Alien Registration or I-94 Number    Country of Citizenship

Telephone Number:    FSC Number or FSC Exemption Code:

### Firearms Eligibility Questions

☐ Yes ☐ No  Has purchaser: (1) ever been convicted of a felony, any offense specified in Penal Code (PC) section 29905, an offense specified in PC 23515(a), (b), or (d), a misdemeanor PC 273.5 offense; (2) been convicted in the last 10 years of a misdemeanor offense specified in PC 29805; or (3) been adjudged a ward of the juvenile court for committing an offense specified in PC 29820 and is not 30 years of age or older?

☐ Yes ☐ No  Has a court ever found, as specified in Welfare and Institutions Code (WIC) section 8103, the purchaser to be a danger to others from mental illness, a mentally disordered sex offender, not guilty by reason of insanity, mentally incompetent to stand trial, or gravely disabled to be placed under a conservatorship?

☐ Yes ☐ No  Is purchaser a danger/threat to self or others under WIC section 8100, a person certified for intensive treatment as described in WIC section 8103(g), or a person described in WIC section 8103(f) who has ever been admitted to a mental health facility as a danger to self or others at least twice within 1 year or admitted once within the past 5 years?

☐ Yes ☐ No  Is purchaser currently the subject of any restraining order specified in PC section 29825, a Gun Violence Restraining Order, or a probation condition prohibiting firearm possession?

I declare under penalty of perjury under the laws of
the State of California that the foregoing is true and correct.

Signature of Purchaser _____    Date _____

### Private Party Transfer (Seller Information)

| First Name: | Middle Name: | Last Name: | Suffix: |
|---|---|---|---|

| Street Address (no PO Box): | City: | Zip Code: |
|---|---|---|

ID Type: (check one) ☐ CDL ☐ CID ☐ MIL    ID Number:

| Gender: | Hair Color: | Eye Color: | Height: | Weight: | Date of Birth: (mm/dd/yyyy) | Race: |
|---|---|---|---|---|---|---|

US Citizen: ☐ Yes ☐ No    If NO, enter Alien Registration or I-94 Number and Country of Citizenship:    Place of Birth:    Telephone Number:

Alien Registration or I-94 Number    Country of Citizenship

Penal Code 32000(b) Exemption? ☐ Yes ☐ No    If YES, provide Law Enforcement Agency:

I declare under penalty of perjury under the laws of
the State of California that the foregoing is true and correct.

Signature of Seller _____    Date _____

### Waiting Period Exemptions

Purchaser claims the following waiting period exemption pursuant to Penal Code sections 26950 through 26970 and 27650 through 27670.

☐ PEACE OFFICER STATUS (must have agency letter) Enter Law Enforcement Agency:

☐ CA FIREARMS DEALER Enter CFD Number:

☐ SPECIAL WEAPONS PERMIT (does not include CCW permit) Enter Permit Number:

☐ COLLECTOR STATUS (curio/relic only) Enter COE Number:

STATE OF CALIFORNIA
BOF 929 (Rev. 05/2023)

DEPARTMENT OF JUSTICE
Page 2 of 2

## CALIFORNIA DEPARTMENT OF JUSTICE
## BUREAU OF FIREARMS
### Dealer's Record of Sale (DROS) Worksheet



CFD No.: ☐☐☐☐☐☐      DROS No.: ☐☐☐☐☐☐☐☐☐☐☐

---

### Firearm Information

| Make: (Colt, Remington, etc.) | Model: (Commander, 870, etc.) | Caliber(s): | Barrel Length: | Serial Number: | Other Number: (if different) |
|---|---|---|---|---|---|

**Firearm Type:**
☐ Long Gun
☐ Handgun

**If Long Gun:**
☐ Rifle   ☐ Other
☐ Shotgun
☐ Rifle/Shotgun Combo

**Firearm Category:**
☐ Revolver   ☐ Semi-Auto   ☐ Bolt Action   ☐ Pump Action   ☐ Over/Under
☐ Single Shot   ☐ Derringer   ☐ Lever Action   ☐ Carbine   ☐ Other: _____

**New Firearm:**
☐ Yes
☐ No

**Frame or Receiver Only:**
☐ Yes
☐ No

**If YES, is it a Federally Regulated Firearm Precursor Part?**
☐ Yes   ☐ No

**Dealer Comments:**

**Firearm Origin: (USA, Italy, etc.)**

**Firearm Color: (Black, Silver, etc.)**

**Penal Code 32000(b) Exemption?**
☐ Yes   ☐ No

**If YES, provide Law Enforcement Agency Name:**

**Firearm Safety Device Description and/or Comments:**

---

### Transaction Information

| Transmission Date: | Transmission Time: | Delivery Date: | Delivery Time: | Gun Show Transaction |
|---|---|---|---|---|
| | | | | ☐ Yes   ☐ No |

**Firearm Type:**
☐ Long Gun
☐ Handgun

**Transaction Type: (All but "Dealer Sale" cert-list exempt)**
☐ Dealer Sale   ☐ Loan   ☐ Curio/Relic/Olympic/Other Exempt   ☐ Pawn/Consignment Redemption   ☐ Private Party Transfer
☐ Prohibited Temporary Storage Return   ☐ Peace Officer   ☐ Peace Officer Non-Roster Handgun Private Party Transfer

**30-Day Restriction Exemption?**
☐ Yes   ☐ No

**If YES, explain:**

**Age Exemption?**
☐ Yes   ☐ No

**If YES, explain:**

**If using Hunting License for Age Exemption, enter the following:**

| GO ID #: | Hunting License Number: | Valid from (date): | Valid to (date): |
|---|---|---|---|

---

### Dealer Information

**Firearms Dealer Name:**

**Dealer Telephone Number:**

**Firearms Dealer Address (including City, State, ZIP):**

**Salesperson Printed Name:**

**Salesperson COE Number:**

I declare under penalty of perjury under the laws of
the State of California that the foregoing is true and correct.

Signature of Salesperson _____    Date _____

Falsification of information on this form is a crime, punishable by up to 18 months in state prison. (Pen. Code, § 28250.)

# EXHIBIT 2

AO 88B  (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT

for the

_Northern District of California

| | |
|---|---|
| Steven C. Johnson, and individual, on behalf of himself and all others similarly situated,<br>_____<br>*Plaintiff*<br>v.<br>Glock, Inc., a Georgia Corporation; Glock Ges.m.b.H, an Austrian entity, et al.<br>_____<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No.    3:20-cv-08807-WHO |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:    **Alquist Arms, Inc., care of Richard B. Alquist, 1400 Freitas Park, Turlock, CA 95380**

_____

*(Name of person to whom this subpoena is directed)*

☒   *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:   **See Schedule A.**

| Place: | Nicholas & Tomasevic, LLP<br>225 Broadway, 19th Floor<br>San Diego, CA 92101 (By Mail)<br>rob@lewislawfirm.com (Electronically) | Date and Time:    August 17, 2023 at 11:59pm |
|---|---|---|

☐   *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:    07/21/2023

CLERK OF COURT

OR    */s/Robert K. Lewis*

_____    _____
*Signature of Clerk or Deputy Clerk*                    *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*    Steven C. Johnson
_____, who issues or requests this subpoena, are:

Robert Lewis, 28150 N. Alma School Rd. Ste 103-637, Scottsdale, AZ 85262, Rob@LewisLawFirm.com 602-889-6666

**Notice to the person who issues or requests this subpoena**

If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B  (Rev.  02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.      3:20-cv-08807-WHO

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

☐   I served the subpoena by delivering a copy to the named person as follows: _____

_____

_____ on *(date)* _____ ; or

☐   I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.:

AO 88B  (Rev.  02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action(Page 3)

## Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

  **(1) *For a Trial, Hearing, or Deposition.*** A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
    **(A)** within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
    **(B)** within the state where the person resides, is employed, or regularly transacts business in person, if the person
      **(i)** is a party or a party's officer; or
      **(ii)** is commanded to attend a trial and would not incur substantial expense.

  **(2) *For Other Discovery.*** A subpoena may command:
    **(A)** production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
    **(B)** inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

  **(1) *Avoiding Undue Burden or Expense; Sanctions.*** A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

  **(2) *Command to Produce Materials or Permit Inspection.***
    **(A)** *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
    **(B)** *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
      **(i)** At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
      **(ii)** These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

  **(3) *Quashing or Modifying a Subpoena.***
    **(A)** *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:
      **(i)** fails to allow a reasonable time to comply;
      **(ii)** requires a person to comply beyond the geographical limits specified in Rule 45(c);
      **(iii)** requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
      **(iv)** subjects a person to undue burden.
    **(B)** *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:
      **(i)** disclosing a trade secret or other confidential research, development, or commercial information; or

      **(ii)** disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
    **(C)** *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
      **(i)** shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
      **(ii)** ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

  **(1) *Producing Documents or Electronically Stored Information.*** These procedures apply to producing documents or electronically stored information:
    **(A)** *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
    **(B)** *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
    **(C)** *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
    **(D)** *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

  **(2) *Claiming Privilege or Protection.***
    **(A)** *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
      **(i)** expressly make the claim; and
      **(ii)** describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
    **(B)** *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**
The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).

## SUBPOENA DUCES TECUM - SCHEDULE A

*Johnson v. Glock, Inc., et al.*
3:20-cv-08807-WHO

To: Alquist Arms, Inc., care of Richard B. Alquist,
1400 Freitas Park, Turlock, CA 95380

### Intent of Subpoena, Instructions, and Admonition Concerning Objections

1. The intent of this subpoena is to obtain the number of reported retail sales of certain Glock handguns that occurred in the State of California from January 1, 2016, to July 21, 2023. The Glock handgun sales sought are all Glock handguns that are designed and manufactured to fire ammunition of the following Calibers:
    a. .40 caliber (also known as .40 Smith and Wesson or .40 S&W);
    b. .45 ACP (also known as .45 Automatic Colt Pistol);
    c. .45 GAP (also known as .45 Glock Automatic Pistol); and
    d. 10mm.

2. It is not the intent of this subpoena to obtain any personal information about the purchasers, such as name, address, phone numbers, personal identifying marks, etc. Accordingly, to avoid disclosure this information may be redacted or removed from production.

3. This information can be physically produced in paper, electronically stored information on a flash drive, cd, or external hard drive, produced by email, dropbox or file share software. The information can be produced in an excel spreadsheet format, Microsoft Word, or redacted forms completed by the dealers in PDF format.

4. The materials may be delivered in any number of ways:
    a. uploading the information into a dropbox or other document share account with an access link emailed to all the people with the corresponding email addresses in Table One[i]:
    b. Storing the information on a flash drive, cd, or hard drive and mailing by FedEx, USPS Priority, UPS, or other carrier with tracking to both the addresses listed in Table Two[ii]:
    c. Transmitting the information as an attachment to all the email addresses in Table One if it is transferrable as such.
    d. Delivering actual paper documents to both addresses listed in Table Two or an agreed upon location within 100 miles of the respondents principal place of business.

5. The form of this subpoena is a standard form created by the US District Court Northern District (Subpoena form AO 88B) and there is an existing order that this form may be used for subpoenas in this case. Objections based on the form of the subpoena may result in a motion for order to show cause and request for monetary sanctions.

6.  Because a responding party is allowed to mail or transfer production electronically, it is this party's position that the 100-mile rule does not apply [iii]  In the alternative, the issuing party will also designate a place of physical production within 100 miles of the principal place of business if the responding party makes a written request emailed within two business days of the date of production to all the emails listed in Table One below. Objections based on this 100-mile rule may result in a motion for order to show cause and request for monetary sanctions.

7.  "You" or "your" or "responding party" refer to Alquist Arms, Inc., care of Richard B. Alquist, 1400 Freitas Park, Turlock, CA 95380

**<u>Items to be Produced.</u>**

1. All Firearm Dealer's Records of Sale ("DROS") forms transmitted to the State of California pursuant to California law. (Including but not limited to Cal. Penal Code § 28205) for sales from January 1, 2016, to July 21, 2023, involving Glock handguns that are designed and manufactured to fire ammunition of the following calibers[iv]:
    a. .40 caliber (also known as .40 Smith and Wesson or .40 S&W);
    b. .45 ACP (also known as .45 Automatic Colt Pistol);
    c. .45 GAP (also known as .45 Glock Automatic Pistol); and
    d. 10mm.

This information can be produced as actual redacted forms in paper, or pdf format, or a spreadsheet that captures and produces the information contained in the highlighted fields of the attached Standard DROS form template.


2. All documents, including but not limited to, physical documentation, electronically stored information, photographs, video, computer images, etc. involving any of the Glock handguns listed in "Table of Models" below that have suffered a case failure, Kabooms, blowout, ruptures, bulging, tears, smiles, and deformed casings.  This request includes all incident or injury reports, investigations, warranty documents, repair orders, refund requests, and any and all communications with Glock, ammunition manufacturers or retailer, and customers regarding same.

---

i

**Table One**

| Robert Lewis | rob@lewislawfirm.com |
|---|---|
| Amy Lewis | amy@lewislawfirm.com |
| Kathy Blake | kathy@lewislawfirm.com |
| Craig Nicholas | CNicholas@nicholaslaw.org |
| Alex Tomasevic | ATomasevic@nicholaslaw.org |
| Jake Schulte | jschulte@nicholaslaw.org |
| Emilia Carrillo | ECarrillo@nicholaslaw.org |

ii

**Table Two**

| Robert Lewis<br>Amy Lewis<br>Kathy Blake | Lewis and Lewis Trial Lawyers PLC,<br>28150 North Alma School Road,<br>Suite 103-637<br>Scottsdale AZ 85262 |
|---|---|
| Craig Nicholas<br>Jake Schulte<br>Alex Tomasevic<br>Emilia Carrillo | Nicholas and Tomasevic LLP<br>225 Broadway 19th Floor<br>San Diego California, 921010 |

iii

Subpoena from defendants did not violate 100-mile restriction, on basis that it required production by non-party of documents to law firm in Cleveland, Ohio, which was more than 100 miles from non-party's office in Naples, Florida, because production of documents did not require personal appearance. Pidcock v. Goddard (In re SII Liquidation Co.), 2015 Bankr. LEXIS 901 (Bankr. N.D. Ohio Mar. 20, 2015).

USCS Fed Rules Civ Proc R 45; Fed. R. Civ. P. 45(b)(2)(B) and 45(c)(3)(A)(ii) did not require that subpoena that was served on bank that was more than 100 miles outside issuing district be quashed because subpoena only required production of documents and documents could be produced within issuing district by mail. U.S. Bank Nat'l Ass'n v. James, 264 F.R.D. 17, 2010 U.S. Dist. LEXIS 15722 (D. Me. 2010).

100 mile limit set forth in Fed. R. Civ. P. 45(c)(3)(A)(ii) applies to travel by subpoenaed person, but, under Fed. R. Civ. P. 45(c)(2)(A), person commanded to produce documents need not appear in person at place of production or inspection, so 100 mile limit does not apply to documents. Walker v. Ctr. for Food Safety, 667 F. Supp. 2d 133, 2009 U.S. Dist. LEXIS 102846 (D.D.C. 2009).

iv

**Table of Models.**

| Make | Model | Generation | Color | Caliber | Special Designations |
|---|---|---|---|---|---|
| Glock | 22 | All | All | .40 caliber | All including "MOS" "California Compliant" or Optic Models |
| Glock | 23 | All | All | .40 caliber | All including "MOS" "California Compliant" or Optic Models |
| Glock | 24 | All | All | .40 caliber | All including "MOS" "California Compliant" or Optic Models |
| Glock | 27 | All | All | .40 caliber | All including "MOS" "California Compliant" or Optic Models |
| Glock | 35 | All | All | .40 caliber | All including "MOS" "California Compliant" or Optic Models |

| Glock | 21 | All | All | .45 ACP | All including "MOS" "California Compliant" or Optic Models |
|-------|------|-----|-----|---------|--------------------------------------------------------------|
| Glock | 21SF | All | All | .45 ACP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 30 | All | All | .45 ACP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 30SF | All | All | .45 ACP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 30S | All | All | .45 ACP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 36 | All | All | .45 ACP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 41 | All | All | .45 ACP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 37 | All | All | .45 GAP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 38 | All | All | .45 GAP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 39 | All | All | .45 GAP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 20 | All | All | 10mm | All including "MOS" "California Compliant" or Optic Models |
| Glock | 29 | All | All | 10mm | All including "MOS" "California Compliant" or Optic Models |
| Glock | 40 | All | All | 10mm | All including "MOS" "California Compliant" or Optic Models |

STATE OF CALIFORNIA
BOF 929 (Rev. 05/2023)

DEPARTMENT OF JUSTICE
Page 1 of 2



**CALIFORNIA DEPARTMENT OF JUSTICE**
**BUREAU OF FIREARMS**
**Dealer's Record of Sale (DROS) Worksheet**



CFD No.: ☐☐☐☐☐☐☐☐      DROS No.: ☐☐☐☐☐☐☐☐☐☐☐

## Purchaser Information

| First Name: | Middle Name: | Last Name: | Suffix: |
|---|---|---|---|

| Alias First Name: | Alias Middle Name: | Alias Last Name: | Alias Suffix: |
|---|---|---|---|

| Street Address (no PO Box): | City: | Zip Code: |
|---|---|---|

One of the following forms of identification is required to legally purchase firearms in California: California driver license (CDL), California ID (CID) card issued by the DMV, or Military ID (MIL) issued by the DOD for active duty military accompanied by permanent duty station orders indicating that the purchaser is stationed in California.

ID Type: (check one) ☐ CDL ☐ CID ☐ MIL      ID Number:

| Gender: | Hair Color: | Eye Color: | Height: | Weight: | Date of Birth: (mm/dd/yyyy) | Race: |
|---|---|---|---|---|---|---|

US Citizen: ☐ Yes ☐ No      If NO, enter Alien Registration or I-94 Number and Country of Citizenship

Alien Registration or I-94 Number      Country of Citizenship      Place of Birth:

Telephone Number:      FSC Number or FSC Exemption Code:

## Firearms Eligibility Questions

☐ Yes ☐ No  Has purchaser: (1) ever been convicted of a felony, any offense specified in Penal Code (PC) section 29905, an offense specified in PC 23515(a), (b), or (d), a misdemeanor PC 273.5 offense; (2) been convicted in the last 10 years of a misdemeanor offense specified in PC 29805; or (3) been adjudged a ward of the juvenile court for committing an offense specified in PC 29820 and is not 30 years of age or older?

☐ Yes ☐ No  Has a court ever found, as specified in Welfare and Institutions Code (WIC) section 8103, the purchaser to be a danger to others from mental illness, a mentally disordered sex offender, not guilty by reason of insanity, mentally incompetent to stand trial, or gravely disabled to be placed under a conservatorship?

☐ Yes ☐ No  Is purchaser a danger/threat to self or others under WIC section 8100, a person certified for intensive treatment as described in WIC section 8103(g), or a person described in WIC section 8103(f) who has ever been admitted to a mental health facility as a danger to self or others at least twice within 1 year or admitted once within the past 5 years?

☐ Yes ☐ No  Is purchaser currently the subject of any restraining order specified in PC section 29825, a Gun Violence Restraining Order, or a probation condition prohibiting firearm possession?

I declare under penalty of perjury under the laws of
the State of California that the foregoing is true and correct.

Signature of Purchaser _____      Date _____

## Private Party Transfer (Seller Information)

| First Name: | Middle Name: | Last Name: | Suffix: |
|---|---|---|---|

| Street Address (no PO Box): | City: | Zip Code: |
|---|---|---|

ID Type: (check one) ☐ CDL ☐ CID ☐ MIL      ID Number:

| Gender: | Hair Color: | Eye Color: | Height: | Weight: | Date of Birth: (mm/dd/yyyy) | Race: |
|---|---|---|---|---|---|---|

US Citizen: ☐ Yes ☐ No      If NO, enter Alien Registration or I-94 Number and Country of Citizenship:

Alien Registration or I-94 Number      Country of Citizenship      Place of Birth:      Telephone Number:

Penal Code 32000(b) Exemption? ☐ Yes ☐ No      If YES, provide Law Enforcement Agency:

I declare under penalty of perjury under the laws of
the State of California that the foregoing is true and correct.

Signature of Seller _____      Date _____

## Waiting Period Exemptions

Purchaser claims the following waiting period exemption pursuant to Penal Code sections 26950 through 26970 and 27650 through 27670.

☐ PEACE OFFICER STATUS (must have agency letter) Enter Law Enforcement Agency: _____

☐ CA FIREARMS DEALER Enter CFD Number: _____

☐ SPECIAL WEAPONS PERMIT (does not include CCW permit) Enter Permit Number: _____

☐ COLLECTOR STATUS (curio/relic only) Enter COE Number: _____

STATE OF CALIFORNIA
BOF 929 (Rev. 05/2023)

DEPARTMENT OF JUSTICE
Page 2 of 2



# CALIFORNIA DEPARTMENT OF JUSTICE
# BUREAU OF FIREARMS
## Dealer's Record of Sale (DROS) Worksheet



CFD No.: ☐☐☐☐☐☐

DROS No.: ☐☐☐☐☐☐☐☐☐☐

## Firearm Information

| Make: (Colt, Remington, etc.) | Model: (Commander, 870, etc.) | Caliber(s): | Barrel Length: | Serial Number: | Other Number: (if different) |
|---|---|---|---|---|---|

| Firearm Type: | If Long Gun: | Firearm Category: | | | | |
|---|---|---|---|---|---|---|
| ☐ Long Gun | ☐ Rifle  ☐ Other | ☐ Revolver | ☐ Semi-Auto | ☐ Bolt Action | ☐ Pump Action | ☐ Over/Under |
| ☐ Handgun | ☐ Shotgun | ☐ Single Shot | ☐ Derringer | ☐ Lever Action | ☐ Carbine | ☐ Other: _____ |
|  | ☐ Rifle/Shotgun Combo | | | | | |

| New Firearm: | Frame or Receiver Only: | If YES, is it a Federally Regulated Firearm Precursor Part? | Dealer Comments: |
|---|---|---|---|
| ☐ Yes | ☐ Yes | ☐ Yes  ☐ No | |
| ☐ No | ☐ No | | |

| Firearm Origin: (USA, Italy, etc.) | Firearm Color: (Black, Silver, etc.) |
|---|---|

Penal Code 32000(b) Exemption?    If YES, provide Law Enforcement Agency Name:

☐ Yes    ☐ No

Firearm Safety Device Description and/or Comments:

## Transaction Information

| Transmission Date: | Transmission Time: | Delivery Date: | Delivery Time: | Gun Show Transaction |
|---|---|---|---|---|
| | | | | ☐ Yes    ☐ No |

| Firearm Type: | Transaction Type: (All but "Dealer Sale" cert-list exempt) | | | |
|---|---|---|---|---|
| ☐ Long Gun | ☐ Dealer Sale    ☐ Loan | ☐ Curio/Relic/Olympic/Other Exempt | ☐ Pawn/Consignment Redemption | ☐ Private Party Transfer |
| ☐ Handgun | ☐ Prohibited Temporary Storage Return | ☐ Peace Officer | ☐ Peace Officer Non-Roster Handgun Private Party Transfer | |

| 30-Day Restriction Exemption? | If YES, explain: |
|---|---|
| ☐ Yes    ☐ No | |

| Age Exemption? | If YES, explain: |
|---|---|
| ☐ Yes    ☐ No | |

| If using Hunting License for Age Exemption, enter the following: | GO ID #: | Hunting License Number: | Valid from (date): | Valid to (date): |
|---|---|---|---|---|

## Dealer Information

| Firearms Dealer Name: | Dealer Telephone Number: |
|---|---|

| Firearms Dealer Address (including City, State, ZIP): |
|---|

| Salesperson Printed Name: | Salesperson COE Number: |
|---|---|

I declare under penalty of perjury under the laws of
the State of California that the foregoing is true and correct.

Signature of Salesperson _____     Date _____

Falsification of information on this form is a crime, punishable by up to 18 months in state prison. (Pen. Code, § 28250.)

# EXHIBIT 3

AO 88B  (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT

for the

_Northern District of California

| | |
|---|---|
| Steven C. Johnson, and individual, on behalf of himself and all others similarly situated,<br>*Plaintiff*<br>v.<br>Glock, Inc., a Georgia Corporation; Glock Ges.m.b.H, an Austrian entity, et al.<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No.    3:20-cv-08807-WHO |

### SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
### OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:    **Ask Defensive Training Co., care of Shawn Christopher Gibbs, 1399 W. Colton Ave., Unit 6, Redlands, CA 92374**

*(Name of person to whom this subpoena is directed)*

☒    *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:    **See Schedule A.**

| Place: | Nicholas & Tomasevic, LLP<br>225 Broadway, 19th Floor<br>San Diego, CA 92101 (By Mail)<br>rob@lewislawfirm.com (Electronically) | Date and Time: | August 17, 2023 at 11:59pm |
|---|---|---|---|

☐    *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | | Date and Time: | |
|---|---|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:    07/21/2023

| *CLERK OF COURT* | | |
|---|---|---|
| | OR | */s/Robert K. Lewis* |
| Signature of Clerk or Deputy Clerk | | Attorney's signature |

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*    Steven C. Johnson

, who issues or requests this subpoena, are:

Robert Lewis, 28150 N. Alma School Rd. Ste 103-637, Scottsdale, AZ 85262, Rob@LewisLawFirm.com 602-889-6666

**Notice to the person who issues or requests this subpoena**

If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B  (Rev.  02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.    3:20-cv-08807-WHO

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)***

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

☐  I served the subpoena by delivering a copy to the named person as follows: _____

_____

_____ on *(date)* _____ ; or

☐  I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.:

AO 88B  (Rev.  02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action(Page 3)

## Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

  **(1) *For a Trial, Hearing, or Deposition.*** A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
    **(A)** within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
    **(B)** within the state where the person resides, is employed, or regularly transacts business in person, if the person
      **(i)** is a party or a party's officer; or
      **(ii)** is commanded to attend a trial and would not incur substantial expense.

  **(2) *For Other Discovery.*** A subpoena may command:
    **(A)** production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
    **(B)** inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

  **(1) *Avoiding Undue Burden or Expense; Sanctions.*** A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

  **(2) *Command to Produce Materials or Permit Inspection.***
    **(A)** *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
    **(B)** *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
      **(i)** At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
      **(ii)** These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

  **(3) *Quashing or Modifying a Subpoena.***
    **(A)** *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:
      **(i)** fails to allow a reasonable time to comply;
      **(ii)** requires a person to comply beyond the geographical limits specified in Rule 45(c);
      **(iii)** requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
      **(iv)** subjects a person to undue burden.
    **(B)** *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:
      **(i)** disclosing a trade secret or other confidential research, development, or commercial information; or

      **(ii)** disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
    **(C)** *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
      **(i)** shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
      **(ii)** ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

  **(1) *Producing Documents or Electronically Stored Information.*** These procedures apply to producing documents or electronically stored information:
    **(A)** *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
    **(B)** *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
    **(C)** *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
    **(D)** *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

  **(2) *Claiming Privilege or Protection.***
    **(A)** *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
      **(i)** expressly make the claim; and
      **(ii)** describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
    **(B)** *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**
The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).

## SUBPOENA DUCES TECUM - SCHEDULE A

*Johnson v. Glock, Inc., et al.*
3:20-cv-08807-WHO

To:
Ask Defensive Training Co., care of Shawn Christopher Gibbs,
1399 W. Colton Ave., Unit 6, Redlands, CA 92374

### Intent of Subpoena, Instructions, and Admonition Concerning Objections

1.  The intent of this subpoena is to obtain the number of reported retail sales of certain Glock handguns that occurred in the State of California from January 1, 2016, to July 21, 2023. The Glock handgun sales sought are all Glock handguns that are designed and manufactured to fire ammunition of the following Calibers:
    a.  .40 caliber (also known as .40 Smith and Wesson or .40 S&W);
    b.  .45 ACP (also known as .45 Automatic Colt Pistol);
    c.  .45 GAP (also known as .45 Glock Automatic Pistol); and
    d.  10mm.

2.  It is not the intent of this subpoena to obtain any personal information about the purchasers, such as name, address, phone numbers, personal identifying marks, etc. Accordingly, to avoid disclosure this information may be redacted or removed from production.

3.  This information can be physically produced in paper, electronically stored information on a flash drive, cd, or external hard drive, produced by email, dropbox or file share software. The information can be produced in an excel spreadsheet format, Microsoft Word, or redacted forms completed by the dealers in PDF format.

4.  The materials may be delivered in any number of ways:
    a.  uploading the information into a dropbox or other document share account with an access link emailed to all the people with the corresponding email addresses in Table One[i];
    b.  Storing the information on a flash drive, cd, or hard drive and mailing by FedEx, USPS Priority, UPS, or other carrier with tracking to both the addresses listed in Table Two[ii];
    c.  Transmitting the information as an attachment to all the email addresses in Table One if it is transferrable as such.
    d.  Delivering actual paper documents to both addresses listed in Table Two or an agreed upon location within 100 miles of the respondents principal place of business.

5.  The form of this subpoena is a standard form created by the US District Court Northern District (Subpoena form AO 88B) and there is an existing order that this form may be used for subpoenas in this case. Objections based on the form of the subpoena may result in a motion for order to show cause and request for monetary sanctions.

6.  Because a responding party is allowed to mail or transfer production electronically, it is this party's position that the 100-mile rule does not apply [iii]  In the alternative, the issuing party will also designate a place of physical production within 100 miles of the principal place of business if the responding party makes a written request emailed within two business days of the date of production to all the emails listed in Table One below. Objections based on this 100-mile rule may result in a motion for order to show cause and request for monetary sanctions.

7.  "You" or "your" or "responding party" refer to Ask Defensive Training Co., care of Shawn Christopher Gibbs, 1399 W. Colton Ave., Unit 6, Redlands, CA 92374

**<u>Items to be Produced.</u>**

1. All Firearm Dealer's Records of Sale ("DROS") forms transmitted to the State of California pursuant to California law. (Including but not limited to Cal. Penal Code § 28205) for sales from January 1, 2016, to July 21, 2023, involving Glock handguns that are designed and manufactured to fire ammunition of the following calibers:[iv]
    a. .40 caliber (also known as .40 Smith and Wesson or .40 S&W);
    b. .45 ACP (also known as .45 Automatic Colt Pistol);
    c. .45 GAP (also known as .45 Glock Automatic Pistol); and
    d. 10mm.

This information can be produced as actual redacted forms in paper or pdf format or a spreadsheet that captures and produces the information contained in the highlighted fields of the attached Standard DROS form template.


2. All documents, including but not limited to, physical documentation, electronically stored information, photographs, video, computer images, etc. involving any of the Glock handguns listed in "Table of Models" below that have suffered a case failure, Kabooms, blowout, ruptures, bulging, tears, smiles, and deformed casings.  This request includes all incident or injury reports, investigations, warranty documents, repair orders, refund requests, and any and all communications with Glock, ammunition manufacturers or retailer, and customers regarding same.

---

i

**Table One**

| Robert Lewis | rob@lewislawfirm.com |
|---|---|
| Amy Lewis | amy@lewislawfirm.com |
| Kathy Blake | kathy@lewislawfirm.com |
| Craig Nicholas | CNicholas@nicholaslaw.org |
| Alex Tomasevic | ATomasevic@nicholaslaw.org |
| Jake Schulte | jschulte@nicholaslaw.org |
| Emilia Carrillo | ECarrillo@nicholaslaw.org |

ii

**Table Two**

| Robert Lewis<br>Amy Lewis<br>Kathy Blake | Lewis and Lewis Trial Lawyers PLC,<br>28150 North Alma School Road,<br>Suite 103-637<br>Scottsdale AZ 85262 |
|---|---|
| Craig Nicholas<br>Jake Schulte<br>Alex Tomasevic<br>Emilia Carrillo | Nicholas and Tomasevic LLP<br>225 Broadway 19th Floor<br>San Diego California, 921010 |

iii

Subpoena from defendants did not violate 100-mile restriction, on basis that it required production by non-party of documents to law firm in Cleveland, Ohio, which was more than 100 miles from non-party's office in Naples, Florida, because production of documents did not require personal appearance. Pidcock v. Goddard (In re SII Liquidation Co.), 2015 Bankr. LEXIS 901 (Bankr. N.D. Ohio Mar. 20, 2015).

USCS Fed Rules Civ Proc R 45; Fed. R. Civ. P. 45(b)(2)(B) and 45(c)(3)(A)(ii) did not require that subpoena that was served on bank that was more than 100 miles outside issuing district be quashed because subpoena only required production of documents and documents could be produced within issuing district by mail. U.S. Bank Nat'l Ass'n v. James, 264 F.R.D. 17, 2010 U.S. Dist. LEXIS 15722 (D. Me. 2010).

100-mile limit set forth in Fed. R. Civ. P. 45(c)(3)(A)(ii) applies to travel by subpoenaed person, but, under Fed. R. Civ. P. 45(c)(2)(A), person commanded to produce documents need not appear in person at place of production or inspection, so 100 mile limit does not apply to documents. Walker v. Ctr. for Food Safety, 667 F. Supp. 2d 133, 2009 U.S. Dist. LEXIS 102846 (D.D.C. 2009).

iv

**Table of Models**.

| Make | Model | Generation | Color | Caliber | Special Designations |
|---|---|---|---|---|---|
| Glock | 22 | All | All | .40 caliber | All including "MOS" "California Compliant" or Optic Models |
| Glock | 23 | All | All | .40 caliber | All including "MOS" "California Compliant" or Optic Models |
| Glock | 24 | All | All | .40 caliber | All including "MOS" "California Compliant" or Optic Models |
| Glock | 27 | All | All | .40 caliber | All including "MOS" "California Compliant" or Optic Models |
| Glock | 35 | All | All | .40 caliber | All including "MOS" "California Compliant" or Optic Models |

| Glock | 21 | All | All | .45 ACP | All including "MOS" "California Compliant" or Optic Models |
|-------|-----|-----|-----|---------|-----------------------------------------------------------|
| Glock | 21SF | All | All | .45 ACP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 30 | All | All | .45 ACP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 30SF | All | All | .45 ACP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 30S | All | All | .45 ACP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 36 | All | All | .45 ACP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 41 | All | All | .45 ACP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 37 | All | All | .45 GAP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 38 | All | All | .45 GAP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 39 | All | All | .45 GAP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 20 | All | All | 10mm | All including "MOS" "California Compliant" or Optic Models |
| Glock | 29 | All | All | 10mm | All including "MOS" "California Compliant" or Optic Models |
| Glock | 40 | All | All | 10mm | All including "MOS" "California Compliant" or Optic Models |

STATE OF CALIFORNIA
BOF 929 (Rev. 05/2023)

DEPARTMENT OF JUSTICE
Page 1 of 2



## CALIFORNIA DEPARTMENT OF JUSTICE
## BUREAU OF FIREARMS
## Dealer's Record of Sale (DROS) Worksheet



CFD No.: [ ][ ][ ][ ][ ]     DROS No.: [ ][ ][ ][ ][ ][ ][ ][ ][ ][ ]

### Purchaser Information

| First Name: | Middle Name: | Last Name: | Suffix: |
|---|---|---|---|

| Alias First Name: | Alias Middle Name: | Alias Last Name: | Alias Suffix: |
|---|---|---|---|

| Street Address (no PO Box): | City: | Zip Code: |
|---|---|---|

One of the following forms of identification is required to legally purchase firearms in California: California driver license (CDL), California ID (CID) card issued by the DMV, or Military ID (MIL) issued by the DOD for active duty military accompanied by permanent duty station orders indicating that the purchaser is stationed in California.     ID Type: (check one) ☐ CDL ☐ CID ☐ MIL     ID Number:

| Gender: | Hair Color: | Eye Color: | Height: | Weight: | Date of Birth: (mm/dd/yyyy) | Race: |
|---|---|---|---|---|---|---|

US Citizen: ☐ Yes ☐ No     If NO, enter Alien Registration or I-94 Number and Country of Citizenship     Place of Birth:
Alien Registration or I-94 Number     Country of Citizenship

| Telephone Number: | FSC Number or FSC Exemption Code: |
|---|---|

### Firearms Eligibility Questions

☐ Yes ☐ No   Has purchaser: (1) ever been convicted of a felony, any offense specified in Penal Code (PC) section 29905, an offense specified in PC 23515(a), (b), or (d), a misdemeanor PC 273.5 offense; (2) been convicted in the last 10 years of a misdemeanor offense specified in PC 29805; or (3) been adjudged a ward of the juvenile court for committing an offense specified in PC 29820 and is not 30 years of age or older?

☐ Yes ☐ No   Has a court ever found, as specified in Welfare and Institutions Code (WIC) section 8103, the purchaser to be a danger to others from mental illness, a mentally disordered sex offender, not guilty by reason of insanity, mentally incompetent to stand trial, or gravely disabled to be placed under a conservatorship?

☐ Yes ☐ No   Is purchaser a danger/threat to self or others under WIC section 8100, a person certified for intensive treatment as described in WIC section 8103(g), or a person described in WIC section 8103(f) who has ever been admitted to a mental health facility as a danger to self or others at least twice within 1 year or admitted once within the past 5 years?

☐ Yes ☐ No   Is purchaser currently the subject of any restraining order specified in PC section 29825, a Gun Violence Restraining Order, or a probation condition prohibiting firearm possession?

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Signature of Purchaser _____     Date _____

### Private Party Transfer (Seller Information)

| First Name: | Middle Name: | Last Name: | Suffix: |
|---|---|---|---|

| Street Address (no PO Box): | City: | Zip Code: |
|---|---|---|

| ID Type: (check one) ☐ CDL ☐ CID ☐ MIL | ID Number: | Gender: | Hair Color: | Eye Color: | Height: | Weight: | Date of Birth: (mm/dd/yyyy) | Race: |
|---|---|---|---|---|---|---|---|---|

US Citizen: ☐ Yes ☐ No     If NO, enter Alien Registration or I-94 Number and Country of Citizenship:     Place of Birth:     Telephone Number:
Alien Registration or I-94 Number     Country of Citizenship

Penal Code 32000(b) Exemption? ☐ Yes ☐ No     If YES, provide Law Enforcement Agency:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Signature of Seller _____     Date _____

### Waiting Period Exemptions

Purchaser claims the following waiting period exemption pursuant to Penal Code sections 26950 through 26970 and 27650 through 27670.

☐ PEACE OFFICER STATUS (must have agency letter) Enter Law Enforcement Agency: _____

☐ CA FIREARMS DEALER Enter CFD Number: _____

☐ SPECIAL WEAPONS PERMIT (does not include CCW permit) Enter Permit Number: _____

☐ COLLECTOR STATUS (curio/relic only) Enter COE Number: _____

STATE OF CALIFORNIA
BOF 929 (Rev. 05/2023)

DEPARTMENT OF JUSTICE
Page 2 of 2



## CALIFORNIA DEPARTMENT OF JUSTICE
## BUREAU OF FIREARMS
## Dealer's Record of Sale (DROS) Worksheet

CFD No.:

DROS No.:

### Firearm Information

| Make: (Colt, Remington, etc.) | | Model: (Commander, 870, etc.) | Caliber(s): | Barrel Length: | Serial Number: | | Other Number: (if different) |
|---|---|---|---|---|---|---|---|

| Firearm Type: | If Long Gun: | Firearm Category: | | | | |
|---|---|---|---|---|---|---|
| ☐ Long Gun | ☐ Rifle   ☐ Other | ☐ Revolver | ☐ Semi-Auto | ☐ Bolt Action | ☐ Pump Action | ☐ Over/Under |
| ☐ Handgun | ☐ Shotgun<br>☐ Rifle/Shotgun Combo | ☐ Single Shot | ☐ Derringer | ☐ Lever Action | ☐ Carbine | ☐ Other: _____ |

| New Firearm: | Frame or Receiver Only: | If YES, is it a Federally Regulated Firearm Precursor Part? | Dealer Comments: |
|---|---|---|---|
| ☐ Yes | ☐ Yes | ☐ Yes   ☐ No | |
| ☐ No | ☐ No | | |

| Firearm Origin: (USA, Italy, etc.) | Firearm Color: (Black, Silver, etc.) |
|---|---|

| Penal Code 32000(b) Exemption? | If YES, provide Law Enforcement Agency Name: |
|---|---|
| ☐ Yes   ☐ No | |

Firearm Safety Device Description and/or Comments:

### Transaction Information

| Transmission Date: | Transmission Time: | Delivery Date: | Delivery Time: | Gun Show Transaction |
|---|---|---|---|---|
| | | | | ☐ Yes   ☐ No |

| Firearm Type: | Transaction Type:  (All but "Dealer Sale" cert-list exempt) | | | | |
|---|---|---|---|---|---|
| ☐ Long Gun | ☐ Dealer Sale | ☐ Loan | ☐ Curio/Relic/Olympic/Other Exempt | ☐ Pawn/Consignment Redemption | ☐ Private Party Transfer |
| ☐ Handgun | ☐ Prohibited Temporary Storage Return | | ☐ Peace Officer | ☐ Peace Officer Non-Roster Handgun Private Party Transfer | |

| 30-Day Restriction Exemption? | If YES, explain: |
|---|---|
| ☐ Yes   ☐ No | |

| Age Exemption? | If YES, explain: |
|---|---|
| ☐ Yes   ☐ No | |

| If using Hunting License for Age Exemption, enter the following: | GO ID #: | Hunting License Number: | Valid from (date): | Valid to (date): |
|---|---|---|---|---|

### Dealer Information

| Firearms Dealer Name: | Dealer Telephone Number: |
|---|---|

| Firearms Dealer Address (including City, State, ZIP): |
|---|

| Salesperson Printed Name: | Salesperson COE Number: |
|---|---|

I declare under penalty of perjury under the laws of
the State of California that the foregoing is true and correct.

Signature of Salesperson _____     Date _____

Falsification of information on this form is a crime, punishable by up to 18 months in state prison. (Pen. Code, § 28250.)

# EXHIBIT 4

AO 88B  (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT

for the

_Northern District of California

| | |
|---|---|
| Steven C. Johnson, and individual, on behalf of himself and all others similarly situated, | ) |
| _____ | ) |
| *Plaintiff* | ) |
| v. | ) |
| Glock, Inc., a Georgia Corporation; Glock Ges.m.b.H, an Austrian entity, et al. | ) |
| _____ | ) |
| *Defendant* | ) |

Civil Action No.     3:20-cv-08807-WHO

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:     **Buffalo Bore Ammunition Registered Agent, Susan Johns, 366 Sandy Creek Road Salmon, Idaho 83467**

*(Name of person to whom this subpoena is directed)*

☒   *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:     **See Schedule A.**

| Place: | Nicholas & Tomasevic, LLP 225 Broadway, 19th Floor San Diego, CA 92101 (By Mail) rob@lewislawfirm.com (Electronically) | Date and Time: | August 17, 2023 at 11:59pm |
|---|---|---|---|

☐   *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:     07/21/2023

|  *CLERK OF COURT* | | |
|---|---|---|
| | OR | */s/Robert K. Lewis* |
| _____ | | _____ |
| *Signature of Clerk or Deputy Clerk* | | *Attorney's signature* |

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Steven C. Johnson
_____ , who issues or requests this subpoena, are:

Robert Lewis, 28150 N. Alma School Rd. Ste 103-637, Scottsdale, AZ 85262, Rob@LewisLawFirm.com 602-889-6666

**Notice to the person who issues or requests this subpoena**

If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B  (Rev.  02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.      3:20-cv-08807-WHO

## PROOF OF SERVICE

### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

☐   I served the subpoena by delivering a copy to the named person as follows: _____

_____

_____ on *(date)* _____ ; or

☐   I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.:

AO 88B  (Rev.  02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action(Page 3)

## Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

  **(1) *For a Trial, Hearing, or Deposition.*** A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
    **(A)** within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
    **(B)** within the state where the person resides, is employed, or regularly transacts business in person, if the person
      **(i)** is a party or a party's officer; or
      **(ii)** is commanded to attend a trial and would not incur substantial expense.

  **(2) *For Other Discovery.*** A subpoena may command:
    **(A)** production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
    **(B)** inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

  **(1) *Avoiding Undue Burden or Expense; Sanctions.*** A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

  **(2) *Command to Produce Materials or Permit Inspection.***
    **(A)** *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
    **(B)** *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
      **(i)** At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
      **(ii)** These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

  **(3) *Quashing or Modifying a Subpoena.***
    **(A)** *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:
      **(i)** fails to allow a reasonable time to comply;
      **(ii)** requires a person to comply beyond the geographical limits specified in Rule 45(c);
      **(iii)** requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
      **(iv)** subjects a person to undue burden.
    **(B)** *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:
      **(i)** disclosing a trade secret or other confidential research, development, or commercial information; or

      **(ii)** disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
    **(C)** *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
      **(i)** shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
      **(ii)** ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

  **(1) *Producing Documents or Electronically Stored Information.*** These procedures apply to producing documents or electronically stored information:
    **(A)** *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
    **(B)** *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
    **(C)** *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
    **(D)** *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

  **(2) *Claiming Privilege or Protection.***
    **(A)** *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
      **(i)** expressly make the claim; and
      **(ii)** describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
    **(B)** *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**
The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).

## SUBPOENA DUCES TECUM - SCHEDULE A

*Johnson v. Glock, Inc., et al.*
3:20-cv-08807-WHO

To: Buffalo Bore Ammunitions

## INSTRUCTIONS

1.      Each individual request for production should be construed independently and not by reference to any other request herein for the purpose of limiting that request, except that identical writings need not be produced in response to more than one request.

2.      Each document responsive to these requests shall be produced as they are kept in the usual course of business or shall be organized and labeled to correspond with each category to which they are responsive.

3.      Complete documents, including all attachments, cover memos, appendices, etc., shall be produced if any part of the writing is responsive to a request.  Responding Party shall not mask or delete any part of a document if that document contains information responsive to a request.  Documents found associated with, attached to, or joined together by staple, clip, binder, binding, file folder, computer file or directory, or otherwise should be produced in the manner in which they were associated, attached, or joined.

4.      Unless otherwise agreed to, documents that are maintained in the normal course of business in electronic format shall be produced in their native format, including all metadata in standard delimited ASCII format, along with the software necessary to interpret such files if such software is not readily available, and are not to be converted to any other format, such as paper, tiff image or PDF file.

5.      If YOU produce scanned documents on compact discs, then documents should be produced in single page tiff format and YOU should also produce (i) the load file with each set of documents (this file provides the beginning bates, end bates, directory, filename and page count, to allow a match between the data and the files themselves), (ii) attachment information so it can be determined which attachments go with which

documents produced, and (iii) any other objective coding for each document produced, including any fields for source, date, author, recipients and custodian of the documents.

      a.    "YOU" or "YOUR," mean Responding Party and its attorneys, predecessors, subsidiaries, divisions, affiliates, controlled companies and joint ventures, acquired entities, related entities, and its present and former officers, owners, directors, members, partners, managers, trustees, representatives, agents, employees and all persons presently or formerly acting, or purporting to act, on its behalf, or on behalf of its predecessors, subsidiaries, divisions, affiliates, controlled companies and joint ventures, acquired entities and related entities, for any purpose whatsoever.

      6.    If any responsive document was, but is no longer in existence or in Responding Party's possession, custody or control, identify its current or last-known custodian and describe in full the circumstances surrounding its disposition from Responding Party's possession, custody or control.  A document shall be deemed to be in Responding Party's control if Responding Party has the right to secure the document or a copy thereof from another person or public or private entity having possession or custody thereof.

      7.    "And," "or," and "and/or" shall be construed as broadly as possible so that information otherwise within the scope of the request is not excluded.

      8.    These are continuing requests for production of documents.  If, subsequent to responding to any such request, additional documents are received or discovered prior to the date of trial or Responding Party becomes aware of any further information pertaining to such request, Responding Party is hereby requested to serve supplemental responses and provide such additional documents promptly and as long before trial as possible, in order to supplement, amend or correct Responding Party's responses; otherwise, it will be assumed that the responses originally given continue to be YOUR complete responses to these requests.

      9.    If any documents requested herein have been lost, discarded or destroyed,

they shall be identified as completely as possible, including, without limitation, the following information: (a) the date of disposal; (b) the manner of disposal; (c) the reason for disposal; (d) the person authorizing disposal; and (e) the person disposing of the document.

10.    If any materials requested are claimed to be privileged, please list the following for each item claimed to be privileged: (a) A brief description of the nature and contents of the matter claimed to be privileged; (b) The name, occupation and capacity of the individual from whom the privileged matter emanated; (c) The name, occupation and capacity of the individual to whom the allegedly privileged matter was produced; (d) The date the item bears; and (e) The privilege claimed.

## DEFINITIONS

For purposes of this subpoena and the subject matter categories listed below, the following definitions shall apply:

"YOU" or "YOUR" or "RESPONDING PARTY" refer to Buffalo Bore Ammunition and/or its subsidiaries and associated companies, and all of its present and former employees, agents, officers, directors, representatives, attorneys, and all other persons or entities acting or purporting to act on its behalf.

"DOCUMENT" OR "DOCUMENTS" are used in the broadest possible sense and refer, without limitation, to all written, printed, typed, photostatic, photographed, recorded, or otherwise reproduced communications or representations of every kind and description, whether comprised of letters, words, numbers, pictures, sounds, or symbols, or any combination thereof, whether prepared by hand or by mechanical, electronic, magnetic, photographic, or other means, as well as audio or video recordings of communications, oral statements, conversations, or events. This definition includes, but is not limited to any and all originals, copies, non-identical copies and preliminary, intermediate and final drafts of correspondence, notes, minutes, records, messages, text and data messages, application data, policies, procedures, manuals, bulletins, memoranda, telephone memoranda, diaries,

contracts, agreements, invoices, orders, acknowledgments, receipts, bills, statements, appraisals, reports, forecasts, compilations, schedules, studies, summaries, analyses, pamphlets, brochures, posters, placards, advertisements, newspaper clippings, tables, tabulations, financial statements, bank account statements, cleared checks, deposit slips, check stubs, wire transfer receipts, returned checks for insufficient funds, working papers, tallies, maps, drawings, diagrams, sketches, x-rays, charts, labels, packing materials, plans, photographs, pictures, film, microfilm, computer-stored or computer-readable data, computer programs, computer printouts, telegrams, telexes, telefacsimiles, tapes, transcripts, recordings, periodicals, accounts, objects, inter-office and intra-office communications, surveys, estimates, licenses, charts, graphs, indexes, calendars, and all other sources or formats from which data, information, or communications can be obtained. Any preliminary drafts, or revisions of any of the foregoing, any document that has or contains any attachment, enclosure, comment, notation, addition, or insertion of any kind that is not part of another document, or any document that does not contain a comment, notation, addition, insertion, or marking of any kind that is part of another document, is considered to be a separate document.

"ELECTRONICALLY STORED INFORMATION" or "ESI" is used in the broadest possible sense and includes, but is not limited to, all information that is stored in an electronic medium.

"CLASS GUN" means all Glock handguns referenced and referred to by model including, but not limited to any model that fires a 45 caliber ACP round, any model that fires a 40 S&W round, any model that fires a 45 GAP, any model that fires a 10 mm round of ammunition. This class includes all these models regardless of the generation, the magazine capacity, the grips, the color, the frame length, the sites, whether it includes a provision for optics, or whether it is approved for sale to the public by the State of California. This includes but is not limited to the following Models:

- Model 22 all generations (caliber .40 S&W)

- Model 23 of all generations and variations 23, (caliber .40 S&W)
- Model 24, (caliber .40 S&W)
- Model 27, 27 Gen 4, (caliber .40 S&W)
- Model 35, 35 Gen 4, 35 Gen 4 MOS, (caliber .40 S&W)
- Model 21 Gen 4, (caliber .45 ACP)
- Model 21 SF, (caliber .45 ACP)
- Model 30 Gen 4, (caliber .45 ACP)
- Model 30s, (caliber .45 ACP)
- Model 30 SF, (caliber .45 ACP)
- Model 36, (caliber .45 ACP)
- Model 41 Gen 4, 41 Gen 4 MOS, (caliber 45 ACP)
- Model 37, (caliber .45 GAP)
- Model 38, (caliber .45 GAP)
- Model 39, (caliber .45 GAP)
- Model 20 Gen 4, (caliber 10mm)
- Model 20 SF, (caliber 10mm)
- Model 29 Gen 4, (caliber 10mm)
- Model 29 SF, (caliber 10mm)
- Model 40 Gen 4 MOS, (caliber 10mm)
- All gun models with a similar chamber design and feed ramp length including all pistols manufactured to fire .40 Smith and Wesson, .45 ACP, .45 GAP and 10 MM.

"UNSUPPORTED CHAMBER DESIGN/DEFECT" means the alleged design/defect in this case where the loading ramp has been designed in such a way that, together with the case, it forms a kind of safety valve. Depending on the quality of material used for the cases, it is alleged that these will crack in this area under gas pressure due to lack of support. The powder gases escaping downward under high pressure may thus

occasionally cause damage on the grip or will cause a witness mark, bulge, or smile in the ammunition case.  The plaintiff alleges in this case that for every CLASS GUN, there is a significant chance that one or both of the following things will happen upon pulling the trigger: (a) the brass casing of the bullet will bulge out or "smile," bulging thereby distorting the brass casing; and (b) "blowout," "kaboom," or "rupture," or tear which is when the round/casing blows up or separates and a piece of the casing dislodges. Plaintiff alleges this condition or feature is caused by the lack of complete support for the casing of ammunition at the 6 o'clock position of a round of ammunition seated in the chamber.

## **Items to be produced.**

1. All DOCUMENTS and ESI reflecting intracompany communications regarding the UNSUPPORTED CHAMBER DESIGN/DEFECT, in the CLASS GUNS manufactured by Glock firearms causing or contributing to case failures, Kabooms, blowouts, ruptures, bulging, tears, bulges, smiles, and deformed casings.

2. All DOCUMENTS and ESI reflecting intercompany communications between YOU and third parties regarding the UNSUPPORTED CHAMBER DEFECT, of the CLASS GUNS manufactured by Glock causing or contributing to case failures, Kabooms, blowouts, ruptures, bulging, tears, bulges, smiles, and deformed casings.

3. All DOCUMENTS and ESI reflecting CLASS GUN owners or users making a complaint, warranty claim, or return/replacement request involving allegations of, claims of, or an actual ammunition failure and/or an instance or occurrence where a round did not fire as expected or where there was an unexpected result during firing a CLASS GUN including, but not limited to, case failures, Kabooms, blowouts, ruptures, bulging, tears, bulges, smiles, and deformed casings.

4. All DOCUMENTS and ESI reflecting testing and inspections performed by YOU after receiving a complaint, warranty claim, or return/replacement request from a CLASS GUN owner or user involving allegations of, claims of, or an actual

ammunition failure and/or an instance or occurrence where a round did not fire as expected or where there was an unexpected result during firing including, but not limited to, case failures, Kabooms, blowouts, ruptures, bulging, tears, bulges, smiles, and deformed casings.

5. All DOCUMENTS and ESI reflecting communications with third parties, (including but not limited to Glock, Inc, Glock Ges.m.b.H, Glock retailers, wholesalers, repair technicians, armorers, purchasers or consumer of your products), after receiving a complaint, warranty claim, or return/replacement request from a CLASS GUN owner or user involving allegations of, claims of, or an actual ammunition failure and/or an instance or occurrence where a round did not fire as expected or where there was an unexpected result during firing including, but not limited to, case failures, Kabooms, blowouts, ruptures, bulging, tears, bulges, smiles, and deformed casings.

6. All DOCUMENTS and ESI reflecting whether the unsupported area at the 6 o'clock position of CLASS GUNS where the feed ramp meets the chamber was intentionally designed to leave a part of the casing unsupported to act as a safety feature to vent gas downward.

7. All DOCUMENTS and ESI reflecting whether the unsupported area at the 6 o'clock position of CLASS GUNS where the feed ramp meets the chamber fails due to:

    a. either an over-pressured round,

    b. a weakness in the casing,

    c. an under-loaded round with an air annulus,

    d. or a round where deflagration detonation transition (DDT) occurred, or concurrent Chapman-Jourguet wave fronts result in alternating CJ shock waves causing a case failure, Kabooms, blowouts, ruptures, bulging, tears, bulges, smiles, and deformed casings.

8. All DOCUMENTS and ESI reflecting whether the unsupported area at the 6 o'clock position of CLASS GUNS where the feed ramp meets the chamber was intentionally designed by Glock Inc. or Glock Ges.m.b.H to leave a part of the casing unsupported to increase reliable feeding of ammunition.

9. All DOCUMENTS and ESI reflecting whether YOU tested, or contemplated testing, certain types of "material quality" or different manufacturing processes to determine the pressures required to safely fire the CLASS GUNS with an UNSUPPORTED CHAMBER DESIGN/DEFECT.

10. All DOCUMENTS and ESI reflecting whether to warn that CLASS GUNS should not be used with cases made of YOUR PRODUCTS manufactured with certain materials (e.g., brass, steel, aluminum).

11. All DOCUMENTS and ESI reflecting additional or special reloading equipment needed to reload ammunition casings that have been fired through a CLASS GUN.

12. All DOCUMENTS and ESI reflecting aftermarket replacement barrels for CLASS GUNS that have a supported chamber.

13. All DOCUMENTS and ESI reflecting disputes with any law enforcement agency over CLASS GUN performance when firing YOUR PRODUCTS.

14. Photographs, video, or computer images of CLASS GUNS that have suffered a a case failure, Kabooms, blowouts, ruptures, bulging, tears, bulges, smiles, and deformed casings.

15. All DOCUMENTS and ESI reflecting litigation involving YOUR PRODUCTS when fired from a CLASS GUN.

16. All DOCUMENTS and ESI reflecting engineering or expert opinions involving YOUR PRODUCTS when fired from a CLASS GUN.

# EXHIBIT 5

AO 88B  (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT

for the

_Northern District of California

| | |
|---|---|
| Steven C. Johnson, and individual, on behalf of himself and all others similarly situated,<br>*Plaintiff*<br>v.<br>Glock, Inc., a Georgia Corporation; Glock Ges.m.b.H, an Austrian entity, et al.<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.     3:20-cv-08807-WHO

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:   **State of California Department of Justice, Bureau of Firearms, Rob Bonta, Office of the Attorney General, 1300 "I" Street, Sacramento, CA 95814-2919**

*(Name of person to whom this subpoena is directed)*

☒   *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:   **See Schedule A.**

| Place:   Nicholas & Tomasevic, LLP<br>225 Broadway, 19th Floor<br>San Diego, CA 92101 (By Mail)<br>rob@lewislawfirm.com (Electronically) | Date and Time:     August 17, 2023 at 11:59pm |
|---|---|

☐   *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:     07/21/2023

*CLERK OF COURT*

OR     */s/Robert K. Lewis*

_____     _____
*Signature of Clerk or Deputy Clerk*          *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*     Steven C. Johnson
_____ , who issues or requests this subpoena, are:

 Robert Lewis, 28150 N. Alma School Rd. Ste 103-637, Scottsdale, AZ 85262, Rob@LewisLawFirm.com 602-889-6666

**Notice to the person who issues or requests this subpoena**

If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B (Rev.  02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.    3:20-cv-08807-WHO

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

☐   I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

☐   I returned the subpoena unexecuted because: _____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____    _____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.:

AO 88B  (Rev.  02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action(Page 3)

## Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

**(1) *For a Trial, Hearing, or Deposition.*** A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
   **(A)** within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
   **(B)** within the state where the person resides, is employed, or regularly transacts business in person, if the person
      **(i)** is a party or a party's officer; or
      **(ii)** is commanded to attend a trial and would not incur substantial expense.

**(2) *For Other Discovery.*** A subpoena may command:
   **(A)** production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
   **(B)** inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

**(1) *Avoiding Undue Burden or Expense; Sanctions.*** A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

**(2) *Command to Produce Materials or Permit Inspection.***
   **(A)** *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
   **(B)** *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
      **(i)** At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
      **(ii)** These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

**(3) *Quashing or Modifying a Subpoena.***
   **(A)** *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:
      **(i)** fails to allow a reasonable time to comply;
      **(ii)** requires a person to comply beyond the geographical limits specified in Rule 45(c);
      **(iii)** requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
      **(iv)** subjects a person to undue burden.
   **(B)** *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:
      **(i)** disclosing a trade secret or other confidential research, development, or commercial information; or

      **(ii)** disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
   **(C)** *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
      **(i)** shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
      **(ii)** ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

**(1) *Producing Documents or Electronically Stored Information.*** These procedures apply to producing documents or electronically stored information:
   **(A)** *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
   **(B)** *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
   **(C)** *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
   **(D)** *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

**(2) *Claiming Privilege or Protection.***
   **(A)** *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
      **(i)** expressly make the claim; and
      **(ii)** describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
   **(B)** *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**
The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).

## SUBPOENA DUCES TECUM - SCHEDULE A

*Johnson v. Glock, Inc., et al.*
3:20-cv-08807-WHO

To:
California Attorney General Rob Bonta
California Department of Justice Bureau of Firearms

### Intent of Subpoena, Instructions, and Admonition Concerning Objections

1. The intent of this subpoena is to obtain the number of reported retail sales of certain Glock handguns that occurred in the State of California from January 1, 2016 to July 21, 2023. The Glock handgun sales sought are all Glock handguns that are designed and manufactured to fire ammunition of the following Calibers:
   a. .40 caliber (also known as .40 Smith and Wesson or .40 S&W);
   b. .45 ACP (also known as .45 Automatic Colt Pistol);
   c. .45 GAP (also known as .45 Glock Automatic Pistol); and
   d. 10mm.

2. It is not the intent of this subpoena to obtain any personal information about the purchasers, such as name, address, phone numbers, personal identifying marks, etc. Accordingly, to avoid disclosure this information may be redacted or removed from production.

3. This information can be physically produced in paper, electronically stored information on a flash drive, cd, or external hard drive, produced by email, dropbox or file share software. The information can be produced in an excel spreadsheet format, Microsoft Word, or redacted forms completed by the dealers in PDF format.

4. The materials may be delivered in any number of ways:
   a. uploading the information into a dropbox or other document share account with an access link emailed to all the following people with the corresponding email addresses in Table One[i];
   b. Storing the information on a flash drive, cd, or hard drive and mailing by FedEx, USPS Priority, UPS, or other carrier with tracking to both the addresses listed in Table Two[ii];
   c. Transmitting the information as an attachment to the email addresses in Table One if it is transferrable as such.
   d. Delivering actual paper documents to both addresses listed in Table Two or an agreed upon location within 100 miles of the respondents principle place of business.

5. The form of this subpoena is a standard form created by the US District Court Northern District (Subpoena form AO 88B) and there is an existing order that this form may be used for subpoenas in this case. Objections based on the form of the subpoena may result in a motion for order to show cause and request for monetary sanctions.

6. Because a responding party is allowed to mail or transfer production electronically, it is this party's position that the 100-mile rule does not apply [iii]  In the alternative, the issuing party will also designate a place of physical production within 100 miles of the principle place of business if the responding party makes a written request emailed within two business days of the date of production to all the emails listed in Table one below. Objections based on this 100-mile rule may result in a motion for order to show cause and request for monetary sanctions.

7. "You" or "your" or "responding party" refer to State of California, California Attorney General, and California Department of Justice Bureau of Firearms.

**Items to be Produced.**

1. All Firearm Dealer's Records of Sale ("DROS") forms held by the State of California presented to the State pursuant to California law. (Including but not limited to Cal. Penal Code § 28205) for sales from January 1, 2016, to July 21, 2023 involving Glock handguns that are designed and manufactured to fire ammunition of the following calibers[iv]:

   a. .40 caliber (also known as .40 Smith and Wesson or .40 S&W);
   b. .45 ACP (also known as .45 Automatic Colt Pistol);
   c. .45 GAP (also known as .45 Glock Automatic Pistol); and
   d. 10mm.

This information can be produced as actual redacted forms in paper or pdf format, or a spreadsheet that captures and produces the information contained in the highlighted fields of the attached Standard DROS form template.

---

i

**Table One**

| Robert Lewis | rob@lewislawfirm.com |
|---|---|
| Amy Lewis | amy@lewislawfirm.com |
| Kathy Blake | kathy@lewislawfirm.com |
| Craig Nicholas | CNicholas@nicholaslaw.org |
| Alex Tomasevic | ATomasevic@nicholaslaw.org |
| Jake Schulte | jschulte@nicholaslaw.org |
| Emilia Carrillo | ECarrillo@nicholaslaw.org |

ii

**Table Two**

| Robert Lewis<br>Amy Lewis<br>Kathy Blake | Lewis and Lewis Trial Lawyers PLC,<br>28150 North Alma School Road,<br>Suite 103-637<br>Scottsdale AZ 85262 |
|---|---|
| Craig Nicholas<br>Jake Schulte<br>Alex Tomasevic<br>Emilia Carrillo | Nicholas and Tomasevic LLP<br>225 Broadway 19th Floor<br>San Diego California, 921010 |

iii

Subpoena from defendants did not violate 100-mile restriction, on basis that it required production by non-party of documents to law firm in Cleveland, Ohio, which was more than 100 miles from non-party's office in Naples, Florida, because production of documents did not require personal appearance. Pidcock v. Goddard (In re SII Liquidation Co.), 2015 Bankr. LEXIS 901 (Bankr. N.D. Ohio Mar. 20, 2015).

USCS Fed Rules Civ Proc R 45; Fed. R. Civ. P. 45(b)(2)(B) and 45(c)(3)(A)(ii) did not require that subpoena that was served on bank that was more than 100 miles outside issuing district be quashed because subpoena only required production of documents and documents could be produced within issuing district by mail. U.S. Bank Nat'l Ass'n v. James, 264 F.R.D. 17, 2010 U.S. Dist. LEXIS 15722 (D. Me. 2010).

100 mile limit set forth in Fed. R. Civ. P. 45(c)(3)(A)(ii) applies to travel by subpoenaed person, but, under Fed. R. Civ. P. 45(c)(2)(A), person commanded to produce documents need not appear in person at place of production or inspection, so 100 mile limit does not apply to documents. Walker v. Ctr. for Food Safety, 667 F. Supp. 2d 133, 2009 U.S. Dist. LEXIS 102846 (D.D.C. 2009).

iv

**Table of Models.**

| Make | Model | Generation | Color | Caliber | Special Designations |
|---|---|---|---|---|---|
| Glock | 22 | All | All | .40 caliber | All including "MOS" "California Compliant" or Optic Models |
| Glock | 23 | All | All | .40 caliber | All including "MOS" "California Compliant" or Optic Models |
| Glock | 24 | All | All | .40 caliber | All including "MOS" "California Compliant" or Optic Models |
| Glock | 27 | All | All | .40 caliber | All including "MOS" "California Compliant" or Optic Models |
| Glock | 35 | All | All | .40 caliber | All including "MOS" "California Compliant" or Optic Models |

| Glock | 21 | All | All | .45 ACP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 21SF | All | All | .45 ACP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 30 | All | All | .45 ACP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 30SF | All | All | .45 ACP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 30S | All | All | .45 ACP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 36 | All | All | .45 ACP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 41 | All | All | .45 ACP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 37 | All | All | .45 GAP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 38 | All | All | .45 GAP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 39 | All | All | .45 GAP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 20 | All | All | 10mm | All including "MOS" "California Compliant" or Optic Models |
| Glock | 29 | All | All | 10mm | All including "MOS" "California Compliant" or Optic Models |
| Glock | 40 | All | All | 10mm | All including "MOS" "California Compliant" or Optic Models |

STATE OF CALIFORNIA
BOF 929 (Rev. 05/2023)

DEPARTMENT OF JUSTICE
Page 1 of 2



## CALIFORNIA DEPARTMENT OF JUSTICE
## BUREAU OF FIREARMS
## Dealer's Record of Sale (DROS) Worksheet



CFD No.: ☐☐☐☐☐☐☐☐    DROS No.: ☐☐☐☐☐☐☐☐☐☐☐

### Purchaser Information

| First Name: | Middle Name: | Last Name: | Suffix: |
|---|---|---|---|

| Alias First Name: | Alias Middle Name: | Alias Last Name: | Alias Suffix: |
|---|---|---|---|

| Street Address (no PO Box): | City: | Zip Code: |
|---|---|---|

One of the following forms of identification is required to legally purchase firearms in California: California driver license (CDL), California ID (CID) card issued by the DMV, or Military ID (MIL) issued by the DOD for active duty military accompanied by permanent duty station orders indicating that the purchaser is stationed in California.

ID Type: (check one) ☐ CDL ☐ CID ☐ MIL    ID Number:

| Gender: | Hair Color: | Eye Color: | Height: | Weight: | Date of Birth: (mm/dd/yyyy) | Race: |
|---|---|---|---|---|---|---|

US Citizen: ☐ Yes ☐ No    If NO, enter Alien Registration or I-94 Number and Country of Citizenship

Alien Registration or I-94 Number    Country of Citizenship    Place of Birth:

Telephone Number:    FSC Number or FSC Exemption Code:

### Firearms Eligibility Questions

☐ Yes ☐ No  Has purchaser: (1) ever been convicted of a felony, any offense specified in Penal Code (PC) section 29905, an offense specified in PC 23515(a), (b), or (d), a misdemeanor PC 273.5 offense; (2) been convicted in the last 10 years of a misdemeanor offense specified in PC 29805; or (3) been adjudged a ward of the juvenile court for committing an offense specified in PC 29820 and is not 30 years of age or older?

☐ Yes ☐ No  Has a court ever found, as specified in Welfare and Institutions Code (WIC) section 8103, the purchaser to be a danger to others from mental illness, a mentally disordered sex offender, not guilty by reason of insanity, mentally incompetent to stand trial, or gravely disabled to be placed under a conservatorship?

☐ Yes ☐ No  Is purchaser a danger/threat to self or others under WIC section 8100, a person certified for intensive treatment as described in WIC section 8103(g), or a person described in WIC section 8103(f) who has ever been admitted to a mental health facility as a danger to self or others at least twice within 1 year or admitted once within the past 5 years?

☐ Yes ☐ No  Is purchaser currently the subject of any restraining order specified in PC section 29825, a Gun Violence Restraining Order, or a probation condition prohibiting firearm possession?

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Signature of Purchaser _____    Date _____

### Private Party Transfer (Seller Information)

| First Name: | Middle Name: | Last Name: | Suffix: |
|---|---|---|---|

| Street Address (no PO Box): | City: | Zip Code: |
|---|---|---|

ID Type: (check one) ☐ CDL ☐ CID ☐ MIL    ID Number:

| Gender: | Hair Color: | Eye Color: | Height: | Weight: | Date of Birth: (mm/dd/yyyy) | Race: |
|---|---|---|---|---|---|---|

US Citizen: ☐ Yes ☐ No    If NO, enter Alien Registration or I-94 Number and Country of Citizenship:

Alien Registration or I-94 Number    Country of Citizenship    Place of Birth:    Telephone Number:

Penal Code 32000(b) Exemption? ☐ Yes ☐ No    If YES, provide Law Enforcement Agency:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Signature of Seller _____    Date _____

### Waiting Period Exemptions

Purchaser claims the following waiting period exemption pursuant to Penal Code sections 26950 through 26970 and 27650 through 27670.

☐ PEACE OFFICER STATUS (must have agency letter) Enter Law Enforcement Agency:

☐ CA FIREARMS DEALER Enter CFD Number:

☐ SPECIAL WEAPONS PERMIT (does not include CCW permit) Enter Permit Number:

☐ COLLECTOR STATUS (curio/relic only) Enter COE Number:

_____    _____    _____    _____

STATE OF CALIFORNIA
BOF 929 (Rev. 05/2023)

DEPARTMENT OF JUSTICE
Page 2 of 2



## CALIFORNIA DEPARTMENT OF JUSTICE
## BUREAU OF FIREARMS
## Dealer's Record of Sale (DROS) Worksheet



CFD No.: ☐☐☐☐☐

DROS No.: ☐☐☐☐☐☐☐☐☐

### Firearm Information

| Make: (Colt, Remington, etc.) | Model: (Commander, 870, etc.) | Caliber(s): | Barrel Length: | Serial Number: | Other Number: (if different) |
|---|---|---|---|---|---|

**Firearm Type:**
☐ Long Gun
☐ Handgun

**If Long Gun:**
☐ Rifle ☐ Other
☐ Shotgun
☐ Rifle/Shotgun Combo

**Firearm Category:**
☐ Revolver  ☐ Semi-Auto  ☐ Bolt Action  ☐ Pump Action  ☐ Over/Under
☐ Single Shot  ☐ Derringer  ☐ Lever Action  ☐ Carbine  ☐ Other: _____

**New Firearm:**
☐ Yes
☐ No

**Frame or Receiver Only:**
☐ Yes
☐ No

**If YES, is it a Federally Regulated Firearm Precursor Part?**
☐ Yes ☐ No

**Dealer Comments:**

Firearm Origin: (USA, Italy, etc.)

Firearm Color: (Black, Silver, etc.)

**Penal Code 32000(b) Exemption?**
☐ Yes ☐ No

**If YES, provide Law Enforcement Agency Name:**

Firearm Safety Device Description and/or Comments:

### Transaction Information

| Transmission Date: | Transmission Time: | Delivery Date: | Delivery Time: | Gun Show Transaction |
|---|---|---|---|---|
| | | | | ☐ Yes ☐ No |

**Firearm Type:**
☐ Long Gun
☐ Handgun

**Transaction Type:** (All but "Dealer Sale" cert-list exempt)
☐ Dealer Sale  ☐ Loan  ☐ Curio/Relic/Olympic/Other Exempt  ☐ Pawn/Consignment Redemption  ☐ Private Party Transfer
☐ Prohibited Temporary Storage Return  ☐ Peace Officer  ☐ Peace Officer Non-Roster Handgun Private Party Transfer

**30-Day Restriction Exemption?**
☐ Yes ☐ No

If YES, explain:

**Age Exemption?**
☐ Yes ☐ No

If YES, explain:

**If using Hunting License for Age Exemption, enter the following:**

| GO ID #: | Hunting License Number: | Valid from (date): | Valid to (date): |
|---|---|---|---|

### Dealer Information

**Firearms Dealer Name:**

Dealer Telephone Number:

**Firearms Dealer Address (including City, State, ZIP):**

Salesperson Printed Name:

Salesperson COE Number:

I declare under penalty of perjury under the laws of
the State of California that the foregoing is true and correct.

Signature of Salesperson _____

Date _____

Falsification of information on this form is a crime, punishable by up to 18 months in state prison. (Pen. Code, § 28250.)

# EXHIBIT 6

AO 88B  (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
\_Northern District of California

| | |
|---|---|
| Steven C. Johnson, and individual, on behalf of himself and all others similarly situated, | ) |
| _Plaintiff_ | ) |
| v. | ) |
| Glock, Inc., a Georgia Corporation; Glock Ges.m.b.H, an Austrian entity, et al. | ) |
| _Defendant_ | ) |

Civil Action No.    3:20-cv-08807-WHO

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: **Down Range Investments, LLC; Down Range Indoor Training Center, care of William C. Clark, 13407 Garner Ln., Chico, CA 95973**

*(Name of person to whom this subpoena is directed)*

☒  *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:   **See Schedule A.**

| Place: | Nicholas & Tomasevic, LLP<br>225 Broadway, 19th Floor<br>San Diego, CA 92101 (By Mail)<br>rob@lewislawfirm.com (Electronically) | Date and Time: | August 17, 2023 at 11:59pm |
|---|---|---|---|

☐  *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:    07/21/2023

*CLERK OF COURT*

OR    */s/Robert K. Lewis*

_____        _____
*Signature of Clerk or Deputy Clerk*                 *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*    Steven C. Johnson
_____ , who issues or requests this subpoena, are:

 Robert Lewis, 28150 N. Alma School Rd. Ste 103-637, Scottsdale, AZ 85262, Rob@LewisLawFirm.com 602-889-6666

**Notice to the person who issues or requests this subpoena**

If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B  (Rev.  02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.     3:20-cv-08807-WHO

## PROOF OF SERVICE

### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

☐   I served the subpoena by delivering a copy to the named person as follows: _____

_____

_____ on *(date)* _____ ; or

☐   I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.:

AO 88B  (Rev.  02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action(Page 3)

## Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

  **(1) *For a Trial, Hearing, or Deposition.*** A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
    **(A)** within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
    **(B)** within the state where the person resides, is employed, or regularly transacts business in person, if the person
      **(i)** is a party or a party's officer; or
      **(ii)** is commanded to attend a trial and would not incur substantial expense.

  **(2) *For Other Discovery.*** A subpoena may command:
    **(A)** production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
    **(B)** inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

  **(1) *Avoiding Undue Burden or Expense; Sanctions.*** A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

  **(2) *Command to Produce Materials or Permit Inspection.***
    **(A)** *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
    **(B)** *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
      **(i)** At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
      **(ii)** These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

  **(3) *Quashing or Modifying a Subpoena.***
    **(A)** *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:
      **(i)** fails to allow a reasonable time to comply;
      **(ii)** requires a person to comply beyond the geographical limits specified in Rule 45(c);
      **(iii)** requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
      **(iv)** subjects a person to undue burden.
    **(B)** *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:
      **(i)** disclosing a trade secret or other confidential research, development, or commercial information; or

      **(ii)** disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
    **(C)** *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
      **(i)** shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
      **(ii)** ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

  **(1) *Producing Documents or Electronically Stored Information.*** These procedures apply to producing documents or electronically stored information:
    **(A)** *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
    **(B)** *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
    **(C)** *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
    **(D)** *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

  **(2) *Claiming Privilege or Protection.***
    **(A)** *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
      **(i)** expressly make the claim; and
      **(ii)** describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
    **(B)** *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**
The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).

## SUBPOENA DUCES TECUM - SCHEDULE A

*Johnson v. Glock, Inc., et al.*
3:20-cv-08807-WHO

To:
Down Range Investments, LLC; Down Range Indoor Training Center,
care of William C. Clark, 13407 Garner Ln., Chico, CA 95973

### Intent of Subpoena, Instructions, and Admonition Concerning Objections

1. The intent of this subpoena is to obtain the number of reported retail sales of certain Glock handguns that occurred in the State of California from January 1, 2016, to July 21, 2023. The Glock handgun sales sought are all Glock handguns that are designed and manufactured to fire ammunition of the following Calibers:
    a. .40 caliber (also known as .40 Smith and Wesson or .40 S&W);
    b. .45 ACP (also known as .45 Automatic Colt Pistol);
    c. .45 GAP (also known as .45 Glock Automatic Pistol); and
    d. 10mm.

2. It is not the intent of this subpoena to obtain any personal information about the purchasers, such as name, address, phone numbers, personal identifying marks, etc. Accordingly, to avoid disclosure this information may be redacted or removed from production.

3. This information can be physically produced in paper, electronically stored information on a flash drive, cd, or external hard drive, produced by email, dropbox or file share software. The information can be produced in an excel spreadsheet format, Microsoft Word, or redacted forms completed by the dealers in PDF format.

4. The materials may be delivered in any number of ways:
    a. uploading the information into a dropbox or other document share account with an access link emailed to all the people with the corresponding email addresses in Table One[i];
    b. Storing the information on a flash drive, cd, or hard drive and mailing by FedEx, USPS Priority, UPS, or other carrier with tracking to both the addresses listed in Table Two[ii];
    c. Transmitting the information as an attachment to all the email addresses in Table One if it is transferrable as such.
    d. Delivering actual paper documents to both addresses listed in Table Two or an agreed upon location within 100 miles of the respondents principal place of business.

5. The form of this subpoena is a standard form created by the US District Court Northern District (Subpoena form AO 88B) and there is an existing order that this form may be used for subpoenas in this case. Objections based on the form of the subpoena may result in a motion for order to show cause and request for monetary sanctions.

6.  Because a responding party is allowed to mail or transfer production electronically, it is this party's position that the 100-mile rule does not apply [iii]  In the alternative, the issuing party will also designate a place of physical production within 100 miles of the principal place of business if the responding party makes a written request emailed within two business days of the date of production to all the emails listed in Table One below. Objections based on this 100-mile rule may result in a motion for order to show cause and request for monetary sanctions.

7.  "You" or "your" or "responding party" refer to Down Range Investments, LLC; Down Range Indoor Training Center, care of William C. Clark, 13407 Garner Ln., Chico, CA 95973

**<u>Items to be Produced.</u>**

1. All Firearm Dealer's Records of Sale ("DROS") forms transmitted to the State of California pursuant to California law. (Including but not limited to Cal. Penal Code § 28205) for sales from January 1, 2016, to July 21, 2023, involving Glock handguns that are designed and manufactured to fire ammunition of the following calibers:[iv]
    a. .40 caliber (also known as .40 Smith and Wesson or .40 S&W);
    b. .45 ACP (also known as .45 Automatic Colt Pistol);
    c. .45 GAP (also known as .45 Glock Automatic Pistol); and
    d. 10mm.

This information can be produced as actual redacted forms in paper or pdf format or a spreadsheet that captures and produces the information contained in the highlighted fields of the attached Standard DROS form template.

2. All documents, including but not limited to, physical documentation, electronically stored information, photographs, video, computer images, etc. involving any of the Glock handguns listed in "Table of Models" below that have suffered a case failure, Kabooms, blowout, ruptures, bulging, tears, smiles, and deformed casings.  This request includes all incident or injury reports, investigations, warranty documents, repair orders, refund requests, and any and all communications with Glock, ammunition manufacturers or retailer, and customers regarding same.

---

[i]

**Table One**

| | |
|---|---|
| Robert Lewis | rob@lewislawfirm.com |
| Amy Lewis | amy@lewislawfirm.com |
| Kathy Blake | kathy@lewislawfirm.com |
| Craig Nicholas | CNicholas@nicholaslaw.org |
| Alex Tomasevic | ATomasevic@nicholaslaw.org |
| Jake Schulte | jschulte@nicholaslaw.org |
| Emilia Carrillo | ECarrillo@nicholaslaw.org |

[ii]

**Table Two**

| | |
|---|---|
| Robert Lewis<br>Amy Lewis<br>Kathy Blake | Lewis and Lewis Trial Lawyers PLC,<br>28150 North Alma School Road,<br>Suite 103-637<br>Scottsdale AZ 85262 |
| Craig Nicholas<br>Jake Schulte<br>Alex Tomasevic<br>Emilia Carrillo | Nicholas and Tomasevic LLP<br>225 Broadway 19th Floor<br>San Diego California, 921010 |

[iii]

Subpoena from defendants did not violate 100-mile restriction, on basis that it required production by non-party of documents to law firm in Cleveland, Ohio, which was more than 100 miles from non-party's office in Naples, Florida, because production of documents did not require personal appearance. Pidcock v. Goddard (In re SII Liquidation Co.), 2015 Bankr. LEXIS 901 (Bankr. N.D. Ohio Mar. 20, 2015).

USCS Fed Rules Civ Proc R 45; Fed. R. Civ. P. 45(b)(2)(B) and 45(c)(3)(A)(ii) did not require that subpoena that was served on bank that was more than 100 miles outside issuing district be quashed because subpoena only required production of documents and documents could be produced within issuing district by mail. U.S. Bank Nat'l Ass'n v. James, 264 F.R.D. 17, 2010 U.S. Dist. LEXIS 15722 (D. Me. 2010).

100-mile limit set forth in Fed. R. Civ. P. 45(c)(3)(A)(ii) applies to travel by subpoenaed person, but, under Fed. R. Civ. P. 45(c)(2)(A), person commanded to produce documents need not appear in person at place of production or inspection, so 100 mile limit does not apply to documents. Walker v. Ctr. for Food Safety, 667 F. Supp. 2d 133, 2009 U.S. Dist. LEXIS 102846 (D.D.C. 2009).

[iv]

**Table of Models**.

| Make | Model | Generation | Color | Caliber | Special Designations |
|---|---|---|---|---|---|
| Glock | 22 | All | All | .40 caliber | All including "MOS" "California Compliant" or Optic Models |
| Glock | 23 | All | All | .40 caliber | All including "MOS" "California Compliant" or Optic Models |
| Glock | 24 | All | All | .40 caliber | All including "MOS" "California Compliant" or Optic Models |
| Glock | 27 | All | All | .40 caliber | All including "MOS" "California Compliant" or Optic Models |
| Glock | 35 | All | All | .40 caliber | All including "MOS" "California Compliant" or Optic Models |

| Glock | 21 | All | All | .45 ACP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 21SF | All | All | .45 ACP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 30 | All | All | .45 ACP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 30SF | All | All | .45 ACP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 30S | All | All | .45 ACP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 36 | All | All | .45 ACP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 41 | All | All | .45 ACP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 37 | All | All | .45 GAP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 38 | All | All | .45 GAP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 39 | All | All | .45 GAP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 20 | All | All | 10mm | All including "MOS" "California Compliant" or Optic Models |
| Glock | 29 | All | All | 10mm | All including "MOS" "California Compliant" or Optic Models |
| Glock | 40 | All | All | 10mm | All including "MOS" "California Compliant" or Optic Models |

STATE OF CALIFORNIA
BOF 929 (Rev. 05/2023)

DEPARTMENT OF JUSTICE
Page 1 of 2



## CALIFORNIA DEPARTMENT OF JUSTICE
## BUREAU OF FIREARMS
### Dealer's Record of Sale (DROS) Worksheet



CFD No.:  DROS No.:

### Purchaser Information

| First Name: | Middle Name: | Last Name: | Suffix: |
|---|---|---|---|

| Alias First Name: | Alias Middle Name: | Alias Last Name: | Alias Suffix: |
|---|---|---|---|

| Street Address (no PO Box): | City: | Zip Code: |
|---|---|---|

One of the following forms of identification is required to legally purchase firearms in California: California driver license (CDL), California ID (CID) card issued by the DMV, or Military ID (MIL) issued by the DOD for active duty military accompanied by permanent duty station orders indicating that the purchaser is stationed in California.

ID Type: (check one)  ☐ CDL  ☐ CID  ☐ MIL   ID Number:

| Gender: | Hair Color: | Eye Color: | Height: | Weight: | Date of Birth: (mm/dd/yyyy) | Race: |
|---|---|---|---|---|---|---|

US Citizen: ☐ Yes ☐ No   If NO, enter Alien Registration or I-94 Number and Country of Citizenship

Alien Registration or I-94 Number   Country of Citizenship   Place of Birth:

Telephone Number:   FSC Number or FSC Exemption Code:

### Firearms Eligibility Questions

☐ Yes ☐ No   Has purchaser: (1) ever been convicted of a felony, any offense specified in Penal Code (PC) section 29905, an offense specified in PC 23515(a), (b), or (d), a misdemeanor PC 273.5 offense; (2) been convicted in the last 10 years of a misdemeanor offense specified in PC 29805; or (3) been adjudged a ward of the juvenile court for committing an offense specified in PC 29820 and is not 30 years of age or older?

☐ Yes ☐ No   Has a court ever found, as specified in Welfare and Institutions Code (WIC) section 8103, the purchaser to be a danger to others from mental illness, a mentally disordered sex offender, not guilty by reason of insanity, mentally incompetent to stand trial, or gravely disabled to be placed under a conservatorship?

☐ Yes ☐ No   Is purchaser a danger/threat to self or others under WIC section 8100, a person certified for intensive treatment as described in WIC section 8103(g), or a person described in WIC section 8103(f) who has ever been admitted to a mental health facility as a danger to self or others at least twice within 1 year or admitted once within the past 5 years?

☐ Yes ☐ No   Is purchaser currently the subject of any restraining order specified in PC section 29825, a Gun Violence Restraining Order, or a probation condition prohibiting firearm possession?

I declare under penalty of perjury under the laws of
the State of California that the foregoing is true and correct.

Signature of Purchaser   Date

### Private Party Transfer (Seller Information)

| First Name: | Middle Name: | Last Name: | Suffix: |
|---|---|---|---|

| Street Address (no PO Box): | City: | Zip Code: |
|---|---|---|

| ID Type: (check one) ☐ CDL ☐ CID ☐ MIL | ID Number: | Gender: | Hair Color: | Eye Color: | Height: | Weight: | Date of Birth: (mm/dd/yyyy) | Race: |
|---|---|---|---|---|---|---|---|---|

US Citizen: ☐ Yes ☐ No   If NO, enter Alien Registration or I-94 Number and Country of Citizenship:

Alien Registration or I-94 Number   Country of Citizenship   Place of Birth:   Telephone Number:

Penal Code 32000(b) Exemption? ☐ Yes ☐ No   If YES, provide Law Enforcement Agency:

I declare under penalty of perjury under the laws of
the State of California that the foregoing is true and correct.

Signature of Seller   Date

### Waiting Period Exemptions

Purchaser claims the following waiting period exemption pursuant to Penal Code sections 26950 through 26970 and 27650 through 27670.

☐ PEACE OFFICER STATUS
(must have agency letter)
Enter Law Enforcement Agency:

☐ CA FIREARMS DEALER
Enter CFD Number:

☐ SPECIAL WEAPONS PERMIT
(does not include CCW permit)
Enter Permit Number:

☐ COLLECTOR STATUS (curio/relic only)
Enter COE Number:

STATE OF CALIFORNIA
BOF 929 (Rev. 05/2023)

DEPARTMENT OF JUSTICE
Page 2 of 2



# CALIFORNIA DEPARTMENT OF JUSTICE
# BUREAU OF FIREARMS
## Dealer's Record of Sale (DROS) Worksheet



CFD No.: ☐☐☐☐☐☐     DROS No.: ☐☐☐☐☐☐☐☐☐☐

---

## Firearm Information

| Make: (Colt, Remington, etc.) | Model: (Commander; 870, etc.) | Caliber(s): | Barrel Length: | Serial Number: | Other Number: (if different) |
|---|---|---|---|---|---|

**Firearm Type:**
☐ Long Gun
☐ Handgun

**If Long Gun:**
☐ Rifle   ☐ Other
☐ Shotgun
☐ Rifle/Shotgun Combo

**Firearm Category:**
☐ Revolver   ☐ Semi-Auto   ☐ Bolt Action   ☐ Pump Action   ☐ Over/Under
☐ Single Shot   ☐ Derringer   ☐ Lever Action   ☐ Carbine   ☐ Other: _____

**New Firearm:**
☐ Yes
☐ No

**Frame or Receiver Only:**
☐ Yes
☐ No

**If YES, is it a Federally Regulated Firearm Precursor Part?**
☐ Yes   ☐ No

**Dealer Comments:**

**Firearm Origin: (USA, Italy, etc.)**

**Firearm Color: (Black, Silver, etc.)**

**Penal Code 32000(b) Exemption?**
☐ Yes   ☐ No

**If YES, provide Law Enforcement Agency Name:**

**Firearm Safety Device Description and/or Comments:**

---

## Transaction Information

| Transmission Date: | Transmission Time: | Delivery Date: | Delivery Time: | Gun Show Transaction ☐ Yes ☐ No |
|---|---|---|---|---|

**Firearm Type:**
☐ Long Gun
☐ Handgun

**Transaction Type:** (All but "Dealer Sale" cert-list exempt)
☐ Dealer Sale   ☐ Loan   ☐ Curio/Relic/Olympic/Other Exempt   ☐ Pawn/Consignment Redemption   ☐ Private Party Transfer
☐ Prohibited Temporary Storage Return   ☐ Peace Officer   ☐ Peace Officer Non-Roster Handgun Private Party Transfer

**30-Day Restriction Exemption?**
☐ Yes   ☐ No

**If YES, explain:**

**Age Exemption?**
☐ Yes   ☐ No

**If YES, explain:**

| If using Hunting License for Age Exemption, enter the following: | GO ID #: | Hunting License Number: | Valid from (date): | Valid to (date): |
|---|---|---|---|---|

---

## Dealer Information

**Firearms Dealer Name:**

**Dealer Telephone Number:**

**Firearms Dealer Address (including City, State, ZIP):**

**Salesperson Printed Name:**

**Salesperson COE Number:**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Signature of Salesperson _____     Date _____

Falsification of information on this form is a crime, punishable by up to 18 months in state prison. (Pen. Code, § 28250.)

# EXHIBIT 7

AO 88B  (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT

for the

_Northern District of California

<table>
<tr><td>Steven C. Johnson, and individual, on behalf of himself and all others similarly situated,<br><i>Plaintiff</i></td><td>)<br>)<br>)<br>)</td><td rowspan="3">Civil Action No.    3:20-cv-08807-WHO</td></tr>
<tr><td>v.</td><td>)</td></tr>
<tr><td>Glock, Inc., a Georgia Corporation; Glock Ges.m.b.H, an Austrian entity, et al.<br><i>Defendant</i></td><td>)<br>)<br>)</td></tr>
</table>

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:    **Gearfire, LLC; Shooter's Pro Shop, care of Capitol Corporate Services, Inc., 8825 N. 23rd Ave., Suite 100, Phoenix, AZ 85021**

*(Name of person to whom this subpoena is directed)*

☒    *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:    **See Schedule A.**

<table>
<tr><td>Place:    Nicholas & Tomasevic, LLP<br>225 Broadway, 19th Floor<br>San Diego, CA 92101 (By Mail)<br>rob@lewislawfirm.com (Electronically)</td><td>Date and Time:    August 17, 2023 at 11:59pm</td></tr>
</table>

☐    *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

<table>
<tr><td>Place:</td><td>Date and Time:</td></tr>
</table>

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:    07/21/2023

<table>
<tr><td><i>CLERK OF COURT</i></td><td rowspan="2">OR</td><td><i>/s/Robert K. Lewis</i></td></tr>
<tr><td>_____<br>Signature of Clerk or Deputy Clerk</td><td>_____<br>Attorney's signature</td></tr>
</table>

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*    Steven C. Johnson
_____ , who issues or requests this subpoena, are:

Robert Lewis, 28150 N. Alma School Rd. Ste 103-637, Scottsdale, AZ 85262, Rob@LewisLawFirm.com 602-889-6666

**Notice to the person who issues or requests this subpoena**

If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B  (Rev.  02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.     3:20-cv-08807-WHO

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

☐  I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

☐  I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.:

AO 88B  (Rev.  02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action(Page 3)

## Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

  **(1) *For a Trial, Hearing, or Deposition.*** A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
    **(A)** within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
    **(B)** within the state where the person resides, is employed, or regularly transacts business in person, if the person
      **(i)** is a party or a party's officer; or
      **(ii)** is commanded to attend a trial and would not incur substantial expense.

  **(2) *For Other Discovery.*** A subpoena may command:
    **(A)** production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
    **(B)** inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

  **(1) *Avoiding Undue Burden or Expense; Sanctions.*** A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

  **(2) *Command to Produce Materials or Permit Inspection.***
    **(A)** *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
    **(B)** *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
      **(i)** At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
      **(ii)** These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

  **(3) *Quashing or Modifying a Subpoena.***
    **(A)** *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:
      **(i)** fails to allow a reasonable time to comply;
      **(ii)** requires a person to comply beyond the geographical limits specified in Rule 45(c);
      **(iii)** requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
      **(iv)** subjects a person to undue burden.
    **(B)** *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:
      **(i)** disclosing a trade secret or other confidential research, development, or commercial information; or

      **(ii)** disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
    **(C)** *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
      **(i)** shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
      **(ii)** ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

  **(1) *Producing Documents or Electronically Stored Information.*** These procedures apply to producing documents or electronically stored information:
    **(A)** *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
    **(B)** *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
    **(C)** *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
    **(D)** *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

  **(2) *Claiming Privilege or Protection.***
    **(A)** *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
      **(i)** expressly make the claim; and
      **(ii)** describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
    **(B)** *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**
The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).

## SUBPOENA DUCES TECUM - SCHEDULE A

*Johnson v. Glock, Inc., et al.*
3:20-cv-08807-WHO

To:

Gearfire, LLC; Shooter's Pro Shop, care of Capitol Corporate Services, Inc.,
8825 N. 23rd Ave., Suite 100, Phoenix, AZ 85021

### Intent of Subpoena, Instructions, and Admonition Concerning Objections

1. The intent of this subpoena is to obtain the number of reported retail sales of certain Glock handguns that occurred in the State of California from January 1, 2016, to July 21, 2023. The Glock handgun sales sought are all Glock handguns that are designed and manufactured to fire ammunition of the following Calibers:
   a. .40 caliber (also known as .40 Smith and Wesson or .40 S&W);
   b. .45 ACP (also known as .45 Automatic Colt Pistol);
   c. .45 GAP (also known as .45 Glock Automatic Pistol); and
   d. 10mm.

2. It is not the intent of this subpoena to obtain any personal information about the purchasers, such as name, address, phone numbers, personal identifying marks, etc. Accordingly, to avoid disclosure this information may be redacted or removed from production.

3. This information can be physically produced in paper, electronically stored information on a flash drive, cd, or external hard drive, produced by email, dropbox or file share software. The information can be produced in an excel spreadsheet format, Microsoft Word, or redacted forms completed by the dealers in PDF format.

4. The materials may be delivered in any number of ways:
   a. uploading the information into a dropbox or other document share account with an access link emailed to all the people with the corresponding email addresses in Table One[i];
   b. Storing the information on a flash drive, cd, or hard drive and mailing by FedEx, USPS Priority, UPS, or other carrier with tracking to both the addresses listed in Table Two[ii];
   c. Transmitting the information as an attachment to all the email addresses in Table One if it is transferrable as such.
   d. Delivering actual paper documents to both addresses listed in Table Two or an agreed upon location within 100 miles of the respondents principal place of business.

5. The form of this subpoena is a standard form created by the US District Court Northern District (Subpoena form AO 88B) and there is an existing order that this form may be used for subpoenas in this case. Objections based on the form of the subpoena may result in a motion for order to show cause and request for monetary sanctions.

6. Because a responding party is allowed to mail or transfer production electronically, it is this party's position that the 100-mile rule does not apply [iii]  In the alternative, the issuing party will also designate a place of physical production within 100 miles of the principal place of business if the responding party makes a written request emailed within two business days of the date of production to all the emails listed in Table One below. Objections based on this 100-mile rule may result in a motion for order to show cause and request for monetary sanctions.

7. "You" or "your" or "responding party" refer to Gearfire, LLC; Shooter's Pro Shop, care of Capitol Corporate Services, Inc., 8825 N. 23rd Ave., Suite 100, Phoenix, AZ 85021

**Items to be Produced.**

1. All Firearm Dealer's Records of Sale ("DROS") forms transmitted to the State of California pursuant to California law. (Including but not limited to Cal. Penal Code § 28205) for sales from January 1, 2016, to July 21, 2023, involving Glock handguns that are designed and manufactured to fire ammunition of the following calibers:[iv]
   a. .40 caliber (also known as .40 Smith and Wesson or .40 S&W);
   b. .45 ACP (also known as .45 Automatic Colt Pistol);
   c. .45 GAP (also known as .45 Glock Automatic Pistol); and
   d. 10mm.

This information can be produced as actual redacted forms in paper or pdf format or a spreadsheet that captures and produces the information contained in the highlighted fields of the attached Standard DROS form template.


2. All documents, including but not limited to, physical documentation, electronically stored information, photographs, video, computer images, etc. involving any of the Glock handguns listed in "Table of Models" below that have suffered a case failure, Kabooms, blowout, ruptures, bulging, tears, smiles, and deformed casings.  This request includes all incident or injury reports, investigations, warranty documents, repair orders, refund requests, and any and all communications with Glock, ammunition manufacturers or retailer, and customers regarding same.

---

[i]

**Table One**

| | |
|---|---|
| Robert Lewis | rob@lewislawfirm.com |
| Amy Lewis | amy@lewislawfirm.com |
| Kathy Blake | kathy@lewislawfirm.com |
| Craig Nicholas | CNicholas@nicholaslaw.org |
| Alex Tomasevic | ATomasevic@nicholaslaw.org |
| Jake Schulte | jschulte@nicholaslaw.org |
| Emilia Carrillo | ECarrillo@nicholaslaw.org |

[ii]

**Table Two**

| | |
|---|---|
| Robert Lewis<br>Amy Lewis<br>Kathy Blake | Lewis and Lewis Trial Lawyers PLC,<br>28150 North Alma School Road,<br>Suite 103-637<br>Scottsdale AZ 85262 |
| Craig Nicholas<br>Jake Schulte<br>Alex Tomasevic<br>Emilia Carrillo | Nicholas and Tomasevic LLP<br>225 Broadway 19th Floor<br>San Diego California, 921010 |

[iii]

Subpoena from defendants did not violate 100-mile restriction, on basis that it required production by non-party of documents to law firm in Cleveland, Ohio, which was more than 100 miles from non-party's office in Naples, Florida, because production of documents did not require personal appearance. Pidcock v. Goddard (In re SII Liquidation Co.), 2015 Bankr. LEXIS 901 (Bankr. N.D. Ohio Mar. 20, 2015).

USCS Fed Rules Civ Proc R 45; Fed. R. Civ. P. 45(b)(2)(B) and 45(c)(3)(A)(ii) did not require that subpoena that was served on bank that was more than 100 miles outside issuing district be quashed because subpoena only required production of documents and documents could be produced within issuing district by mail. U.S. Bank Nat'l Ass'n v. James, 264 F.R.D. 17, 2010 U.S. Dist. LEXIS 15722 (D. Me. 2010).

100-mile limit set forth in Fed. R. Civ. P. 45(c)(3)(A)(ii) applies to travel by subpoenaed person, but, under Fed. R. Civ. P. 45(c)(2)(A), person commanded to produce documents need not appear in person at place of production or inspection, so 100 mile limit does not apply to documents. Walker v. Ctr. for Food Safety, 667 F. Supp. 2d 133, 2009 U.S. Dist. LEXIS 102846 (D.D.C. 2009).

[iv]

**Table of Models**.

| Make | Model | Generation | Color | Caliber | Special Designations |
|---|---|---|---|---|---|
| Glock | 22 | All | All | .40 caliber | All including "MOS" "California Compliant" or Optic Models |
| Glock | 23 | All | All | .40 caliber | All including "MOS" "California Compliant" or Optic Models |
| Glock | 24 | All | All | .40 caliber | All including "MOS" "California Compliant" or Optic Models |
| Glock | 27 | All | All | .40 caliber | All including "MOS" "California Compliant" or Optic Models |
| Glock | 35 | All | All | .40 caliber | All including "MOS" "California Compliant" or Optic Models |

| Glock | 21 | All | All | .45 ACP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 21SF | All | All | .45 ACP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 30 | All | All | .45 ACP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 30SF | All | All | .45 ACP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 30S | All | All | .45 ACP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 36 | All | All | .45 ACP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 41 | All | All | .45 ACP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 37 | All | All | .45 GAP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 38 | All | All | .45 GAP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 39 | All | All | .45 GAP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 20 | All | All | 10mm | All including "MOS" "California Compliant" or Optic Models |
| Glock | 29 | All | All | 10mm | All including "MOS" "California Compliant" or Optic Models |
| Glock | 40 | All | All | 10mm | All including "MOS" "California Compliant" or Optic Models |

STATE OF CALIFORNIA
BOF 929 (Rev. 05/2023)

DEPARTMENT OF JUSTICE
Page 1 of 2



## CALIFORNIA DEPARTMENT OF JUSTICE
## BUREAU OF FIREARMS
### Dealer's Record of Sale (DROS) Worksheet



CFD No.: | | | | | |          DROS No.: | | | | | | | | | |

---

### Purchaser Information

| First Name: | Middle Name: | Last Name: | Suffix: |
|---|---|---|---|

| Alias First Name: | Alias Middle Name: | Alias Last Name: | Alias Suffix: |
|---|---|---|---|

| Street Address (no PO Box): | City: | Zip Code: |
|---|---|---|

One of the following forms of identification is required to legally purchase firearms in California: California driver license (CDL), California ID (CID) card issued by the DMV, or Military ID (MIL) issued by the DOD for active duty military accompanied by permanent duty station orders indicating that the purchaser is stationed in California.

ID Type: (check one) ☐ CDL  ☐ CID  ☐ MIL     ID Number:

| Gender: | Hair Color: | Eye Color: | Height: | Weight: | Date of Birth: (mm/dd/yyyy) | Race: |
|---|---|---|---|---|---|---|

US Citizen: ☐ Yes  ☐ No     If NO, enter Alien Registration or I-94 Number and Country of Citizenship
Alien Registration or I-94 Number     Country of Citizenship     Place of Birth:

Telephone Number:     FSC Number or FSC Exemption Code:

---

### Firearms Eligibility Questions

☐ Yes  ☐ No   Has purchaser: (1) ever been convicted of a felony, any offense specified in Penal Code (PC) section 29905, an offense specified in PC 23515(a), (b), or (d), a misdemeanor PC 273.5 offense; (2) been convicted in the last 10 years of a misdemeanor offense specified in PC 29805; or (3) been adjudged a ward of the juvenile court for committing an offense specified in PC 29820 and is not 30 years of age or older?

☐ Yes  ☐ No   Has a court ever found, as specified in Welfare and Institutions Code (WIC) section 8103, the purchaser to be a danger to others from mental illness, a mentally disordered sex offender, not guilty by reason of insanity, mentally incompetent to stand trial, or gravely disabled to be placed under a conservatorship?

☐ Yes  ☐ No   Is purchaser a danger/threat to self or others under WIC section 8100, a person certified for intensive treatment as described in WIC section 8103(g), or a person described in WIC section 8103(f) who has ever been admitted to a mental health facility as a danger to self or others at least twice within 1 year or admitted once within the past 5 years?

☐ Yes  ☐ No   Is purchaser currently the subject of any restraining order specified in PC section 29825, a Gun Violence Restraining Order, or a probation condition prohibiting firearm possession?

I declare under penalty of perjury under the laws of
the State of California that the foregoing is true and correct.

Signature of Purchaser _____     Date _____

---

### Private Party Transfer (Seller Information)

| First Name: | Middle Name: | Last Name: | Suffix: |
|---|---|---|---|

| Street Address (no PO Box): | City: | Zip Code: |
|---|---|---|

ID Type: (check one) ☐ CDL  ☐ CID  ☐ MIL    ID Number:

| Gender: | Hair Color: | Eye Color: | Height: | Weight: | Date of Birth: (mm/dd/yyyy) | Race: |
|---|---|---|---|---|---|---|

US Citizen: ☐ Yes  ☐ No     If NO, enter Alien Registration or I-94 Number and Country of Citizenship:
Alien Registration or I-94 Number     Country of Citizenship     Place of Birth:     Telephone Number:

Penal Code 32000(b) Exemption? ☐ Yes  ☐ No     If YES, provide Law Enforcement Agency:

I declare under penalty of perjury under the laws of
the State of California that the foregoing is true and correct.

Signature of Seller _____     Date _____

---

### Waiting Period Exemptions

Purchaser claims the following waiting exemption pursuant to Penal Code sections 26950 through 26970 and 27650 through 27670.

☐ PEACE OFFICER STATUS (must have agency letter) Enter Law Enforcement Agency: _____

☐ CA FIREARMS DEALER Enter CFD Number: _____

☐ SPECIAL WEAPONS PERMIT (does not include CCW permit) Enter Permit Number: _____

☐ COLLECTOR STATUS (curio/relic only) Enter COE Number: _____

STATE OF CALIFORNIA
BOF 929 (Rev. 05/2023)

DEPARTMENT OF JUSTICE
Page 2 of 2



## CALIFORNIA DEPARTMENT OF JUSTICE
## BUREAU OF FIREARMS
### Dealer's Record of Sale (DROS) Worksheet



CFD No.: ☐☐☐☐☐☐

DROS No.: ☐☐☐☐☐☐☐☐☐☐

### Firearm Information

| Make: (Colt, Remington, etc.) | Model: (Commander, 870, etc.) | Caliber(s): | Barrel Length: | Serial Number: | Other Number: (if different) |
|---|---|---|---|---|---|

| Firearm Type: | If Long Gun: | Firearm Category: | | | |
|---|---|---|---|---|---|
| ☐ Long Gun | ☐ Rifle  ☐ Other | ☐ Revolver | ☐ Semi-Auto | ☐ Bolt Action | ☐ Pump Action  ☐ Over/Under |
| ☐ Handgun | ☐ Shotgun<br>☐ Rifle/Shotgun Combo | ☐ Single Shot | ☐ Derringer | ☐ Lever Action | ☐ Carbine  ☐ Other: _____ |

| New Firearm: | Frame or Receiver Only: | If YES, is it a Federally Regulated Firearm Precursor Part? | Dealer Comments: |
|---|---|---|---|
| ☐ Yes<br>☐ No | ☐ Yes<br>☐ No | ☐ Yes  ☐ No | |

| Firearm Origin: (USA, Italy, etc.) | Firearm Color: (Black, Silver, etc.) |
|---|---|

| Penal Code 32000(b) Exemption?  ☐ Yes  ☐ No | If YES, provide Law Enforcement Agency Name: |
|---|---|

Firearm Safety Device Description and/or Comments:

### Transaction Information

| Transmission Date: | Transmission Time: | Delivery Date: | Delivery Time: | Gun Show Transaction<br>☐ Yes  ☐ No |
|---|---|---|---|---|

| Firearm Type: | Transaction Type:  (All but "Dealer Sale" cert-list exempt) | | | |
|---|---|---|---|---|
| ☐ Long Gun | ☐ Dealer Sale  ☐ Loan | ☐ Curio/Relic/Olympic/Other Exempt | ☐ Pawn/Consignment Redemption | ☐ Private Party Transfer |
| ☐ Handgun | ☐ Prohibited Temporary Storage Return | ☐ Peace Officer | ☐ Peace Officer Non-Roster Handgun Private Party Transfer | |

| 30-Day Restriction Exemption?  ☐ Yes  ☐ No | If YES, explain: |
|---|---|
| Age Exemption?  ☐ Yes  ☐ No | If YES, explain: |

| If using Hunting License for Age Exemption, enter the following: | GO ID #: | Hunting License Number: | Valid from (date): | Valid to (date): |
|---|---|---|---|---|

### Dealer Information

| Firearms Dealer Name: | Dealer Telephone Number: |
|---|---|

Firearms Dealer Address (including City, State, ZIP):

| Salesperson Printed Name: | Salesperson COE Number: |
|---|---|

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Signature of Salesperson _____    Date _____

Falsification of information on this form is a crime, punishable by up to 18 months in state prison. (Pen. Code, § 28250.)

# EXHIBIT 8

AO 88B  (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT

for the

_Northern District of California

| | |
|---|---|
| Steven C. Johnson, and individual, on behalf of himself and all others similarly situated, | ) |
| *Plaintiff* | ) |
| v. | ) |
| Glock, Inc., a Georgia Corporation; Glock Ges.m.b.H, an Austrian entity, et al. | ) |
| *Defendant* | ) |

Civil Action No.    3:20-cv-08807-WHO

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:    **Glaser Ammunition, CorBon Inc., Terry A. Perrine, 6299 Secrest Road, Wooster, Ohio 44691**

*(Name of person to whom this subpoena is directed)*

☒   *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:    **See Schedule A.**

| Place: | Nicholas & Tomasevic, LLP 225 Broadway, 19th Floor San Diego, CA 92101 (By Mail) rob@lewislawfirm.com (Electronically) | Date and Time: | August 17, 2023 at 11:59pm |
|---|---|---|---|

☐   *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | | Date and Time: | |
|---|---|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:    07/21/2023

*CLERK OF COURT*

OR    */s/Robert K. Lewis*

_____        _____
*Signature of Clerk or Deputy Clerk*            *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*    Steven C. Johnson
_____ , who issues or requests this subpoena, are:

 Robert Lewis, 28150 N. Alma School Rd. Ste 103-637, Scottsdale, AZ 85262, Rob@LewisLawFirm.com 602-889-6666

**Notice to the person who issues or requests this subpoena**

If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B  (Rev.  02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.    3:20-cv-08807-WHO

## PROOF OF SERVICE

### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

☐    I served the subpoena by delivering a copy to the named person as follows: _____

_____

_____ on *(date)* _____ ; or

☐    I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.:

AO 88B  (Rev.  02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action(Page 3)

## Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

  **(1) *For a Trial, Hearing, or Deposition.*** A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
    **(A)** within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
    **(B)** within the state where the person resides, is employed, or regularly transacts business in person, if the person
      **(i)** is a party or a party's officer; or
      **(ii)** is commanded to attend a trial and would not incur substantial expense.

  **(2) *For Other Discovery.*** A subpoena may command:
    **(A)** production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
    **(B)** inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

  **(1) *Avoiding Undue Burden or Expense; Sanctions.*** A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

  **(2) *Command to Produce Materials or Permit Inspection.***
    **(A)** *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
    **(B)** *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
      **(i)** At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
      **(ii)** These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

  **(3) *Quashing or Modifying a Subpoena.***
    **(A)** *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:
      **(i)** fails to allow a reasonable time to comply;
      **(ii)** requires a person to comply beyond the geographical limits specified in Rule 45(c);
      **(iii)** requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
      **(iv)** subjects a person to undue burden.
    **(B)** *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:
      **(i)** disclosing a trade secret or other confidential research, development, or commercial information; or

      **(ii)** disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
    **(C)** *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
      **(i)** shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
      **(ii)** ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

  **(1) *Producing Documents or Electronically Stored Information.*** These procedures apply to producing documents or electronically stored information:
    **(A)** *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
    **(B)** *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
    **(C)** *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
    **(D)** *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

  **(2) *Claiming Privilege or Protection.***
    **(A)** *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
      **(i)** expressly make the claim; and
      **(ii)** describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
    **(B)** *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**
The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).

## SUBPOENA DUCES TECUM - SCHEDULE A

*Johnson v. Glock, Inc., et al.*
3:20-cv-08807-WHO

To: CorBon Inc., Glaser Ammunition, Cor-Bon/Glaser LLC

## INSTRUCTIONS

1.      Each individual request for production should be construed independently and not by reference to any other request herein for the purpose of limiting that request, except that identical writings need not be produced in response to more than one request.

2.      Each document responsive to these requests shall be produced as they are kept in the usual course of business or shall be organized and labeled to correspond with each category to which they are responsive.

3.      Complete documents, including all attachments, cover memos, appendices, etc., shall be produced if any part of the writing is responsive to a request.  Responding Party shall not mask or delete any part of a document if that document contains information responsive to a request.  Documents found associated with, attached to, or joined together by staple, clip, binder, binding, file folder, computer file or directory, or otherwise should be produced in the manner in which they were associated, attached, or joined.

4.      Unless otherwise agreed to, documents that are maintained in the normal course of business in electronic format shall be produced in their native format, including all metadata in standard delimited ASCII format, along with the software necessary to interpret such files if such software is not readily available, and are not to be converted to any other format, such as paper, tiff image or PDF file.

5.      If YOU produce scanned documents on compact discs, then documents should be produced in single page tiff format and YOU should also produce (i) the load file with each set of documents (this file provides the beginning bates, end bates, directory, filename and page count, to allow a match between the data and the files themselves), (ii) attachment information so it can be determined which attachments go with which

documents produced, and (iii) any other objective coding for each document produced, including any fields for source, date, author, recipients and custodian of the documents.

      a.    "YOU" or "YOUR," mean Responding Party and its attorneys, predecessors, subsidiaries, divisions, affiliates, controlled companies and joint ventures, acquired entities, related entities, and its present and former officers, owners, directors, members, partners, managers, trustees, representatives, agents, employees and all persons presently or formerly acting, or purporting to act, on its behalf, or on behalf of its predecessors, subsidiaries, divisions, affiliates, controlled companies and joint ventures, acquired entities and related entities, for any purpose whatsoever.

      6.    If any responsive document was, but is no longer in existence or in Responding Party's possession, custody or control, identify its current or last-known custodian and describe in full the circumstances surrounding its disposition from Responding Party's possession, custody or control.  A document shall be deemed to be in Responding Party's control if Responding Party has the right to secure the document or a copy thereof from another person or public or private entity having possession or custody thereof.

      7.    "And," "or," and "and/or" shall be construed as broadly as possible so that information otherwise within the scope of the request is not excluded.

      8.    These are continuing requests for production of documents.  If, subsequent to responding to any such request, additional documents are received or discovered prior to the date of trial or Responding Party becomes aware of any further information pertaining to such request, Responding Party is hereby requested to serve supplemental responses and provide such additional documents promptly and as long before trial as possible, in order to supplement, amend or correct Responding Party's responses; otherwise, it will be assumed that the responses originally given continue to be YOUR complete responses to these requests.

      9.    If any documents requested herein have been lost, discarded or destroyed,

they shall be identified as completely as possible, including, without limitation, the following information:  (a) the date of disposal; (b) the manner of disposal; (c) the reason for disposal; (d) the person authorizing disposal; and (e) the person disposing of the document.

10.    If any materials requested are claimed to be privileged, please list the following for each item claimed to be privileged: (a) A brief description of the nature and contents of the matter claimed to be privileged; (b) The name, occupation and capacity of the individual from whom the privileged matter emanated; (c) The name, occupation and capacity of the individual to whom the allegedly privileged matter was produced; (d) The date the item bears; and (e) The privilege claimed.

## DEFINITIONS

For purposes of this subpoena and the subject matter categories listed below, the following definitions shall apply:

"YOU" or "YOUR" or "RESPONDING PARTY" refer to Cor-Bon/Glaser LLC , CorBon Inc. and Glaser Ammunition and/or its subsidiaries and associated companies, and all of its present and former employees, agents, officers, directors, representatives, attorneys, and all other persons or entities acting or purporting to act on its behalf.

"DOCUMENT" OR "DOCUMENTS" are used in the broadest possible sense and refer, without limitation, to all written, printed, typed, photostatic, photographed, recorded, or otherwise reproduced communications or representations of every kind and description, whether comprised of letters, words, numbers, pictures, sounds, or symbols, or any combination thereof, whether prepared by hand or by mechanical, electronic, magnetic, photographic, or other means, as well as audio or video recordings of communications, oral statements, conversations, or events. This definition includes, but is not limited to any and all originals, copies, non-identical copies and preliminary, intermediate and final drafts of correspondence, notes, minutes, records, messages, text and data messages, application data, policies, procedures, manuals, bulletins, memoranda, telephone memoranda, diaries,

contracts, agreements, invoices, orders, acknowledgments, receipts, bills, statements, appraisals, reports, forecasts, compilations, schedules, studies, summaries, analyses, pamphlets, brochures, posters, placards, advertisements, newspaper clippings, tables, tabulations, financial statements, bank account statements, cleared checks, deposit slips, check stubs, wire transfer receipts, returned checks for insufficient funds, working papers, tallies, maps, drawings, diagrams, sketches, x-rays, charts, labels, packing materials, plans, photographs, pictures, film, microfilm, computer-stored or computer-readable data, computer programs, computer printouts, telegrams, telexes, telefacsimiles, tapes, transcripts, recordings, periodicals, accounts, objects, inter-office and intra-office communications, surveys, estimates, licenses, charts, graphs, indexes, calendars, and all other sources or formats from which data, information, or communications can be obtained. Any preliminary drafts, or revisions of any of the foregoing, any document that has or contains any attachment, enclosure, comment, notation, addition, or insertion of any kind that is not part of another document, or any document that does not contain a comment, notation, addition, insertion, or marking of any kind that is part of another document, is considered to be a separate document.

"ELECTRONICALLY STORED INFORMATION" or "ESI" is used in the broadest possible sense and includes, but is not limited to, all information that is stored in an electronic medium.

"CLASS GUN" means all Glock handguns referenced and referred to by model including, but not limited to any model that fires a 45 caliber ACP round, any model that fires a 40 S&W round, any model that fires a 45 GAP, any model that fires a 10 mm round of ammunition. This class includes all these models regardless of the generation, the magazine capacity, the grips, the color, the frame length, the sites, whether it includes a provision for optics, or whether it is approved for sale to the public by the State of California. This includes but is not limited to the following Models:

- Model 22 all generations (caliber .40 S&W)

- Model 23 of all generations and variations 23, (caliber .40 S&W)

- Model 24, (caliber .40 S&W)

- Model 27, 27 Gen 4, (caliber .40 S&W)

- Model 35, 35 Gen 4, 35 Gen 4 MOS, (caliber .40 S&W)

- Model 21 Gen 4, (caliber .45 ACP)

- Model 21 SF, (caliber .45 ACP)

- Model 30 Gen 4, (caliber .45 ACP)

- Model 30s, (caliber .45 ACP)

- Model 30 SF, (caliber .45 ACP)

- Model 36, (caliber .45 ACP)

- Model 41 Gen 4, 41 Gen 4 MOS, (caliber 45 ACP)

- Model 37, (caliber .45 GAP)

- Model 38, (caliber .45 GAP)

- Model 39, (caliber .45 GAP)

- Model 20 Gen 4, (caliber 10mm)

- Model 20 SF, (caliber 10mm)

- Model 29 Gen 4, (caliber 10mm)

- Model 29 SF, (caliber 10mm)

- Model 40 Gen 4 MOS, (caliber 10mm)

- All gun models with a similar chamber design and feed ramp length including all pistols manufactured to fire .40 Smith and Wesson, .45 ACP, .45 GAP and 10 MM.

"UNSUPPORTED CHAMBER DESIGN/DEFECT" means the alleged design/defect in this case where the loading ramp has been designed in such a way that, together with the case, it forms a kind of safety valve. Depending on the quality of material used for the cases, it is alleged that these will crack in this area under gas pressure due to lack of support. The powder gases escaping downward under high pressure may thus

occasionally cause damage on the grip or will cause a witness mark, bulge, or smile in the ammunition case.  The plaintiff alleges in this case that for every CLASS GUN, there is a significant chance that one or both of the following things will happen upon pulling the trigger: (a) the brass casing of the bullet will bulge out or "smile," bulging thereby distorting the brass casing; and (b) "blowout," "kaboom," or "rupture," or tear which is when the round/casing blows up or separates and a piece of the casing dislodges. Plaintiff alleges this condition or feature is caused by the lack of complete support for the casing of ammunition at the 6 o'clock position of a round of ammunition seated in the chamber.

### **Items to be produced.**

1. All DOCUMENTS and ESI reflecting intracompany communications regarding the UNSUPPORTED CHAMBER DESIGN/DEFECT, in the CLASS GUNS manufactured by Glock firearms causing or contributing to case failures, Kabooms, blowouts, ruptures, bulging, tears, bulges, smiles, and deformed casings.

2. All DOCUMENTS and ESI reflecting intercompany communications between YOU and third parties regarding the UNSUPPORTED CHAMBER DEFECT, of the CLASS GUNS manufactured by Glock causing or contributing to case failures, Kabooms, blowouts, ruptures, bulging, tears, bulges, smiles, and deformed casings.

3. All DOCUMENTS and ESI reflecting CLASS GUN owners or users making a complaint, warranty claim, or return/replacement request involving allegations of, claims of, or an actual ammunition failure and/or an instance or occurrence where a round did not fire as expected or where there was an unexpected result during firing a CLASS GUN including, but not limited to, case failures, Kabooms, blowouts, ruptures, bulging, tears, bulges, smiles, and deformed casings.

4. All DOCUMENTS and ESI reflecting testing and inspections performed by YOU after receiving a complaint, warranty claim, or return/replacement request from a CLASS GUN owner or user involving allegations of, claims of, or an actual

ammunition failure and/or an instance or occurrence where a round did not fire as expected or where there was an unexpected result during firing including, but not limited to, case failures, Kabooms, blowouts, ruptures, bulging, tears, bulges, smiles, and deformed casings.

5. All DOCUMENTS and ESI reflecting communications with third parties, (including but not limited to Glock, Inc, Glock Ges.m.b.H, Glock retailers, wholesalers, repair technicians, armorers, purchasers or consumer of your products), after receiving a complaint, warranty claim, or return/replacement request from a CLASS GUN owner or user involving allegations of, claims of, or an actual ammunition failure and/or an instance or occurrence where a round did not fire as expected or where there was an unexpected result during firing including, but not limited to, case failures, Kabooms, blowouts, ruptures, bulging, tears, bulges, smiles, and deformed casings.

6. All DOCUMENTS and ESI reflecting whether the unsupported area at the 6 o'clock position of CLASS GUNS where the feed ramp meets the chamber was intentionally designed to leave a part of the casing unsupported to act as a safety feature to vent gas downward.

7. All DOCUMENTS and ESI reflecting whether the unsupported area at the 6 o'clock position of CLASS GUNS where the feed ramp meets the chamber fails due to:

   a. either an over-pressured round,

   b. a weakness in the casing,

   c. an under-loaded round with an air annulus,

   d. or a round where deflagration detonation transition (DDT) occurred, or concurrent Chapman-Jourguet wave fronts result in alternating CJ shock waves causing a case failure, Kabooms, blowouts, ruptures, bulging, tears, bulges, smiles, and deformed casings.

8. All DOCUMENTS and ESI reflecting whether the unsupported area at the 6 o'clock position of CLASS GUNS where the feed ramp meets the chamber was intentionally designed by Glock Inc. or Glock Ges.m.b.H to leave a part of the casing unsupported to increase reliable feeding of ammunition.

9. All DOCUMENTS and ESI reflecting whether YOU tested, or contemplated testing, certain types of "material quality" or different manufacturing processes to determine the pressures required to safely fire the CLASS GUNS with an UNSUPPORTED CHAMBER DESIGN/DEFECT.

10. All DOCUMENTS and ESI reflecting whether to warn that CLASS GUNS should not be used with cases made of YOUR PRODUCTS manufactured with certain materials (e.g., brass, steel, aluminum).

11. All DOCUMENTS and ESI reflecting additional or special reloading equipment needed to reload ammunition casings that have been fired through a CLASS GUN.

12. All DOCUMENTS and ESI reflecting aftermarket replacement barrels for CLASS GUNS that have a supported chamber.

13. All DOCUMENTS and ESI reflecting disputes with any law enforcement agency over CLASS GUN performance when firing YOUR PRODUCTS.

14. Photographs, video, or computer images of CLASS GUNS that have suffered a a case failure, Kabooms, blowouts, ruptures, bulging, tears, bulges, smiles, and deformed casings.

15. All DOCUMENTS and ESI reflecting litigation involving YOUR PRODUCTS when fired from a CLASS GUN.

16. All DOCUMENTS and ESI reflecting engineering or expert opinions involving YOUR PRODUCTS when fired from a CLASS GUN.

# EXHIBIT 9

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the

_Northern District of California

<table>
<tr><td>Steven C. Johnson, and individual, on behalf of<br>himself and all others similarly situated,<br><i>Plaintiff</i></td><td>)<br>)<br>)<br>)</td><td rowspan="2">Civil Action No.    3:20-cv-08807-WHO</td></tr>
<tr><td>v.<br>Glock, Inc., a Georgia Corporation; Glock Ges.m.b.H,<br>an Austrian entity, et al.<br><i>Defendant</i></td><td>)<br>)<br>)<br>)</td></tr>
</table>

### SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
### OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:    **Gun Effects, Inc.; Gun Effects & Cloud 9 Fishing, care of Dennis Siye Lin, 15333 Gale Ave.,
City of Industry, CA 91745**

*(Name of person to whom this subpoena is directed)*

☒    *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:    **See Schedule A.**

<table>
<tr><td>Place:    Nicholas & Tomasevic, LLP<br>225 Broadway, 19th Floor<br>San Diego, CA 92101 (By Mail)<br>rob@lewislawfirm.com (Electronically)</td><td>Date and Time:    August 17, 2023 at 11:59pm</td></tr>
</table>

☐    *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

<table>
<tr><td>Place:</td><td>Date and Time:</td></tr>
</table>

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:    07/21/2023

<table>
<tr><td><i>CLERK OF COURT</i><br><br>_____<br>Signature of Clerk or Deputy Clerk</td><td>OR</td><td><i>/s/Robert K. Lewis</i><br>_____<br>Attorney's signature</td></tr>
</table>

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Steven C. Johnson
_____, who issues or requests this subpoena, are:

Robert Lewis, 28150 N. Alma School Rd. Ste 103-637, Scottsdale, AZ 85262, Rob@LewisLawFirm.com 602-889-6666

**Notice to the person who issues or requests this subpoena**

If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.    3:20-cv-08807-WHO

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

☐  I served the subpoena by delivering a copy to the named person as follows: _____

_____

_____ on *(date)* _____ ; or

☐  I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.:

AO 88B  (Rev.  02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action(Page 3)

## Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

**(1) *For a Trial, Hearing, or Deposition.*** A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
  **(A)** within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
  **(B)** within the state where the person resides, is employed, or regularly transacts business in person, if the person
    **(i)** is a party or a party's officer; or
    **(ii)** is commanded to attend a trial and would not incur substantial expense.

**(2) *For Other Discovery.*** A subpoena may command:
  **(A)** production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
  **(B)** inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

**(1) *Avoiding Undue Burden or Expense; Sanctions.*** A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

**(2) *Command to Produce Materials or Permit Inspection.***
  **(A)** *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
  **(B)** *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
    **(i)** At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
    **(ii)** These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

**(3) *Quashing or Modifying a Subpoena.***
  **(A)** *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:
    **(i)** fails to allow a reasonable time to comply;
    **(ii)** requires a person to comply beyond the geographical limits specified in Rule 45(c);
    **(iii)** requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
    **(iv)** subjects a person to undue burden.
  **(B)** *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:
    **(i)** disclosing a trade secret or other confidential research, development, or commercial information; or

    **(ii)** disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
  **(C)** *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
    **(i)** shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
    **(ii)** ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

**(1) *Producing Documents or Electronically Stored Information.*** These procedures apply to producing documents or electronically stored information:
  **(A)** *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
  **(B)** *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
  **(C)** *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
  **(D)** *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

**(2) *Claiming Privilege or Protection.***
  **(A)** *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
    **(i)** expressly make the claim; and
    **(ii)** describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
  **(B)** *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**
The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).

## <u>SUBPOENA DUCES TECUM - SCHEDULE A</u>

*Johnson v. Glock, Inc., et al.*
3:20-cv-08807-WHO

To:
Gun Effects, Inc.; Gun Effects & Cloud 9 Fishing, care of Dennis Siye Lin,
15333 Gale Ave., City of Industry, CA 91745

### <u>Intent of Subpoena, Instructions, and Admonition Concerning Objections</u>

1. The intent of this subpoena is to obtain the number of reported retail sales of certain Glock handguns that occurred in the State of California from January 1, 2016, to July 21, 2023. The Glock handgun sales sought are all Glock handguns that are designed and manufactured to fire ammunition of the following Calibers:
   a. .40 caliber (also known as .40 Smith and Wesson or .40 S&W);
   b. .45 ACP (also known as .45 Automatic Colt Pistol);
   c. .45 GAP (also known as .45 Glock Automatic Pistol); and
   d. 10mm.

2. It is not the intent of this subpoena to obtain any personal information about the purchasers, such as name, address, phone numbers, personal identifying marks, etc. Accordingly, to avoid disclosure this information may be redacted or removed from production.

3. This information can be physically produced in paper, electronically stored information on a flash drive, cd, or external hard drive, produced by email, dropbox or file share software. The information can be produced in an excel spreadsheet format, Microsoft Word, or redacted forms completed by the dealers in PDF format.

4. The materials may be delivered in any number of ways:
   a. uploading the information into a dropbox or other document share account with an access link emailed to all the people with the corresponding email addresses in Table One[i];
   b. Storing the information on a flash drive, cd, or hard drive and mailing by FedEx, USPS Priority, UPS, or other carrier with tracking to both the addresses listed in Table Two[ii];
   c. Transmitting the information as an attachment to all the email addresses in Table One if it is transferrable as such.
   d. Delivering actual paper documents to both addresses listed in Table Two or an agreed upon location within 100 miles of the respondents principal place of business.

5. The form of this subpoena is a standard form created by the US District Court Northern District (Subpoena form AO 88B) and there is an existing order that this form may be used for subpoenas in this case. Objections based on the form of the subpoena may result in a motion for order to show cause and request for monetary sanctions.

6. Because a responding party is allowed to mail or transfer production electronically, it is this party's position that the 100-mile rule does not apply [iii]  In the alternative, the issuing party will also designate a place of physical production within 100 miles of the principal place of business if the responding party makes a written request emailed within two business days of the date of production to all the emails listed in Table One below. Objections based on this 100-mile rule may result in a motion for order to show cause and request for monetary sanctions.

7. "You" or "your" or "responding party" refer to Gun Effects, Inc.; Gun Effects & Cloud 9 Fishing, care of Dennis Siye Lin, 15333 Gale Ave., City of Industry, CA 91745

**<u>Items to be Produced.</u>**

1.  All Firearm Dealer's Records of Sale ("DROS") forms transmitted to the State of California pursuant to California law. (Including but not limited to Cal. Penal Code § 28205) for sales from January 1, 2016, to July 21, 2023, involving Glock handguns that are designed and manufactured to fire ammunition of the following calibers:[iv]
    a.  .40 caliber (also known as .40 Smith and Wesson or .40 S&W);
    b.  .45 ACP (also known as .45 Automatic Colt Pistol);
    c.  .45 GAP (also known as .45 Glock Automatic Pistol); and
    d.  10mm.

This information can be produced as actual redacted forms in paper or pdf format or a spreadsheet that captures and produces the information contained in the highlighted fields of the attached Standard DROS form template.


2. All documents, including but not limited to, physical documentation, electronically stored information, photographs, video, computer images, etc. involving any of the Glock handguns listed in "Table of Models" below that have suffered a case failure, Kabooms, blowout, ruptures, bulging, tears, smiles, and deformed casings.  This request includes all incident or injury reports, investigations, warranty documents, repair orders, refund requests, and any and all communications with Glock, ammunition manufacturers or retailer, and customers regarding same.

---

i

**Table One**

| | |
|---|---|
| Robert Lewis | rob@lewislawfirm.com |
| Amy Lewis | amy@lewislawfirm.com |
| Kathy Blake | kathy@lewislawfirm.com |
| Craig Nicholas | CNicholas@nicholaslaw.org |
| Alex Tomasevic | ATomasevic@nicholaslaw.org |
| Jake Schulte | jschulte@nicholaslaw.org |
| Emilia Carrillo | ECarrillo@nicholaslaw.org |

ii

**Table Two**

| | |
|---|---|
| Robert Lewis<br>Amy Lewis<br>Kathy Blake | Lewis and Lewis Trial Lawyers PLC,<br>28150 North Alma School Road,<br>Suite 103-637<br>Scottsdale AZ 85262 |
| Craig Nicholas<br>Jake Schulte<br>Alex Tomasevic<br>Emilia Carrillo | Nicholas and Tomasevic LLP<br>225 Broadway 19th Floor<br>San Diego California, 921010 |

iii

Subpoena from defendants did not violate 100-mile restriction, on basis that it required production by non-party of documents to law firm in Cleveland, Ohio, which was more than 100 miles from non-party's office in Naples, Florida, because production of documents did not require personal appearance. Pidcock v. Goddard (In re SII Liquidation Co.), 2015 Bankr. LEXIS 901 (Bankr. N.D. Ohio Mar. 20, 2015).

USCS Fed Rules Civ Proc R 45; Fed. R. Civ. P. 45(b)(2)(B) and 45(c)(3)(A)(ii) did not require that subpoena that was served on bank that was more than 100 miles outside issuing district be quashed because subpoena only required production of documents and documents could be produced within issuing district by mail. U.S. Bank Nat'l Ass'n v. James, 264 F.R.D. 17, 2010 U.S. Dist. LEXIS 15722 (D. Me. 2010).

100-mile limit set forth in Fed. R. Civ. P. 45(c)(3)(A)(ii) applies to travel by subpoenaed person, but, under Fed. R. Civ. P. 45(c)(2)(A), person commanded to produce documents need not appear in person at place of production or inspection, so 100 mile limit does not apply to documents. Walker v. Ctr. for Food Safety, 667 F. Supp. 2d 133, 2009 U.S. Dist. LEXIS 102846 (D.D.C. 2009).

iv

**Table of Models**.

| Make | Model | Generation | Color | Caliber | Special Designations |
|---|---|---|---|---|---|
| Glock | 22 | All | All | .40 caliber | All including "MOS" "California Compliant" or Optic Models |
| Glock | 23 | All | All | .40 caliber | All including "MOS" "California Compliant" or Optic Models |
| Glock | 24 | All | All | .40 caliber | All including "MOS" "California Compliant" or Optic Models |
| Glock | 27 | All | All | .40 caliber | All including "MOS" "California Compliant" or Optic Models |
| Glock | 35 | All | All | .40 caliber | All including "MOS" "California Compliant" or Optic Models |

| Glock | 21 | All | All | .45 ACP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 21SF | All | All | .45 ACP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 30 | All | All | .45 ACP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 30SF | All | All | .45 ACP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 30S | All | All | .45 ACP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 36 | All | All | .45 ACP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 41 | All | All | .45 ACP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 37 | All | All | .45 GAP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 38 | All | All | .45 GAP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 39 | All | All | .45 GAP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 20 | All | All | 10mm | All including "MOS" "California Compliant" or Optic Models |
| Glock | 29 | All | All | 10mm | All including "MOS" "California Compliant" or Optic Models |
| Glock | 40 | All | All | 10mm | All including "MOS" "California Compliant" or Optic Models |

STATE OF CALIFORNIA
BOF 929 (Rev. 05/2023)

DEPARTMENT OF JUSTICE
Page 1 of 2



## CALIFORNIA DEPARTMENT OF JUSTICE
## BUREAU OF FIREARMS
## Dealer's Record of Sale (DROS) Worksheet



CFD No.: ☐☐☐☐☐☐        DROS No.: ☐☐☐☐☐☐☐☐☐☐☐

### Purchaser Information

| First Name: | Middle Name: | Last Name: | Suffix: |
|---|---|---|---|

| Alias First Name: | Alias Middle Name: | Alias Last Name: | Alias Suffix: |
|---|---|---|---|

| Street Address (no PO Box): | City: | Zip Code: |
|---|---|---|

One of the following forms of identification is required to legally purchase firearms in California: California driver license (CDL), California ID (CID) card issued by the DMV, or Military ID (MIL) issued by the DOD for active duty military accompanied by permanent duty station orders indicating that the purchaser is stationed in California.

ID Type: (check one)  ☐ CDL  ☐ CID  ☐ MIL        ID Number:

| Gender: | Hair Color: | Eye Color: | Height: | Weight: | Date of Birth: (mm/dd/yyyy) | Race: |
|---|---|---|---|---|---|---|

US Citizen: ☐ Yes ☐ No        If NO, enter Alien Registration or I-94 Number and Country of Citizenship        Place of Birth:

Alien Registration or I-94 Number        Country of Citizenship

Telephone Number:        FSC Number or FSC Exemption Code:

### Firearms Eligibility Questions

☐ Yes ☐ No  Has purchaser: (1) ever been convicted of a felony, any offense specified in Penal Code (PC) section 29905, an offense specified in PC 23515(a), (b), or (d), a misdemeanor PC 273.5 offense; (2) been convicted in the last 10 years of a misdemeanor offense specified in PC 29805; or (3) been adjudged a ward of the juvenile court for committing an offense specified in PC 29820 and is not 30 years of age or older?

☐ Yes ☐ No  Has a court ever found, as specified in Welfare and Institutions Code (WIC) section 8103, the purchaser to be a danger to others from mental illness, a mentally disordered sex offender, not guilty by reason of insanity, mentally incompetent to stand trial, or gravely disabled to be placed under a conservatorship?

☐ Yes ☐ No  Is purchaser a danger/threat to self or others under WIC section 8100, a person certified for intensive treatment as described in WIC section 8103(g), or a person described in WIC section 8103(f) who has ever been admitted to a mental health facility as a danger to self or others at least twice within 1 year or admitted once within the past 5 years?

☐ Yes ☐ No  Is purchaser currently the subject of any restraining order specified in PC section 29825, a Gun Violence Restraining Order, or a probation condition prohibiting firearm possession?

I declare under penalty of perjury under the laws of
the State of California that the foregoing is true and correct.

Signature of Purchaser        Date

### Private Party Transfer (Seller Information)

| First Name: | Middle Name: | Last Name: | Suffix: |
|---|---|---|---|

| Street Address (no PO Box): | City: | Zip Code: |
|---|---|---|

ID Type: (check one)  ☐ CDL  ☐ CID  ☐ MIL        ID Number:

| Gender: | Hair Color: | Eye Color: | Height: | Weight: | Date of Birth: (mm/dd/yyyy) | Race: |
|---|---|---|---|---|---|---|

US Citizen: ☐ Yes ☐ No        If NO, enter Alien Registration or I-94 Number and Country of Citizenship:        Place of Birth:        Telephone Number:

Alien Registration or I-94 Number        Country of Citizenship

Penal Code 32000(b) Exemption? ☐ Yes ☐ No        If YES, provide Law Enforcement Agency:

I declare under penalty of perjury under the laws of
the State of California that the foregoing is true and correct.

Signature of Seller        Date

### Waiting Period Exemptions

Purchaser claims the following waiting period exemption pursuant to Penal Code sections 26950 through 26970 and 27650 through 27670.

☐ PEACE OFFICER STATUS (must have agency letter) Enter Law Enforcement Agency:

☐ CA FIREARMS DEALER Enter CFD Number:

☐ SPECIAL WEAPONS PERMIT (does not include CCW permit) Enter Permit Number:

☐ COLLECTOR STATUS (curio/relic only) Enter COE Number:

STATE OF CALIFORNIA
BOF 929 (Rev. 05/2023)

DEPARTMENT OF JUSTICE
Page 2 of 2



## CALIFORNIA DEPARTMENT OF JUSTICE
## BUREAU OF FIREARMS
## Dealer's Record of Sale (DROS) Worksheet



CFD No.: [ ][ ][ ][ ][ ]          DROS No.: [ ][ ][ ][ ][ ][ ][ ][ ][ ]

### Firearm Information

| Make: (Colt, Remington, etc.) | Model: (Commander, 870, etc.) | Caliber(s): | Barrel Length: | Serial Number: | Other Number: (if different) |
|---|---|---|---|---|---|

**Firearm Type:**
☐ Long Gun
☐ Handgun

**If Long Gun:**
☐ Rifle   ☐ Other
☐ Shotgun
☐ Rifle/Shotgun Combo

**Firearm Category:**
☐ Revolver      ☐ Semi-Auto      ☐ Bolt Action      ☐ Pump Action      ☐ Over/Under
☐ Single Shot   ☐ Derringer      ☐ Lever Action     ☐ Carbine          ☐ Other: _____

**New Firearm:**
☐ Yes
☐ No

**Frame or Receiver Only:**
☐ Yes
☐ No

**If YES, is it a Federally Regulated Firearm Precursor Part?**
☐ Yes   ☐ No

**Dealer Comments:**

**Firearm Origin:** (USA, Italy, etc.)

**Firearm Color:** (Black, Silver, etc.)

**Penal Code 32000(b) Exemption?**
☐ Yes   ☐ No

**If YES, provide Law Enforcement Agency Name:**

**Firearm Safety Device Description and/or Comments:**

### Transaction Information

| Transmission Date: | Transmission Time: | Delivery Date: | Delivery Time: | Gun Show Transaction |
|---|---|---|---|---|
| | | | | ☐ Yes   ☐ No |

**Firearm Type:**
☐ Long Gun
☐ Handgun

**Transaction Type:** (All but "Dealer Sale" cert-list exempt)
☐ Dealer Sale            ☐ Loan                     ☐ Curio/Relic/Olympic/Other Exempt   ☐ Pawn/Consignment Redemption   ☐ Private Party Transfer
☐ Prohibited Temporary Storage Return   ☐ Peace Officer   ☐ Peace Officer Non-Roster Handgun Private Party Transfer

**30-Day Restriction Exemption?**
☐ Yes   ☐ No

**If YES, explain:**

**Age Exemption?**
☐ Yes   ☐ No

**If YES, explain:**

| If using Hunting License for Age Exemption, enter the following: | GO ID #: | Hunting License Number: | Valid from (date): | Valid to (date): |
|---|---|---|---|---|

### Dealer Information

| Firearms Dealer Name: | Dealer Telephone Number: |
|---|---|

**Firearms Dealer Address (including City, State, ZIP):**

| Salesperson Printed Name: | Salesperson COE Number: |
|---|---|

I declare under penalty of perjury under the laws of
the State of California that the foregoing is true and correct.

_____          _____
Signature of Salesperson                  Date

Falsification of information on this form is a crime, punishable by up to 18 months in state prison. (Pen. Code, § 28250.)

# EXHIBIT 10

AO 88B  (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT

for the

_Northern District of California

| | |
|---|---|
| Steven C. Johnson, and individual, on behalf of himself and all others similarly situated, | ) |
| *Plaintiff* | ) |
| v. | ) |
| Glock, Inc., a Georgia Corporation; Glock Ges.m.b.H, an Austrian entity, et al. | ) |
| *Defendant* | ) |

Civil Action No.    3:20-cv-08807-WHO

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:    **Gun Gallery, Inc., care of Robert Parseghian, 1121 S. Central Ave., Glendale, CA 91204**

*(Name of person to whom this subpoena is directed)*

☒  *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:   **See Schedule A.**

| Place: | Nicholas & Tomasevic, LLP<br>225 Broadway, 19th Floor<br>San Diego, CA 92101 (By Mail)<br>rob@lewislawfirm.com (Electronically) | Date and Time: | August 17, 2023 at 11:59pm |
|---|---|---|---|

☐  *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:    07/21/2023

*CLERK OF COURT*

OR    */s/Robert K. Lewis*

_____          _____
*Signature of Clerk or Deputy Clerk*                    *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Steven C. Johnson
_____, who issues or requests this subpoena, are:

Robert Lewis, 28150 N. Alma School Rd. Ste 103-637, Scottsdale, AZ 85262, Rob@LewisLawFirm.com 602-889-6666

**Notice to the person who issues or requests this subpoena**

If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B  (Rev.  02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.    3:20-cv-08807-WHO

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

☐  I served the subpoena by delivering a copy to the named person as follows: _____

_____

_____ on *(date)* _____ ; or

☐  I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.:

AO 88B  (Rev.  02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action(Page 3)

## Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

**(1) *For a Trial, Hearing, or Deposition.*** A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
  **(A)** within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
  **(B)** within the state where the person resides, is employed, or regularly transacts business in person, if the person
    **(i)** is a party or a party's officer; or
    **(ii)** is commanded to attend a trial and would not incur substantial expense.

**(2) *For Other Discovery.*** A subpoena may command:
  **(A)** production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
  **(B)** inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

**(1) *Avoiding Undue Burden or Expense; Sanctions.*** A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

**(2) *Command to Produce Materials or Permit Inspection.***
  **(A)** *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
  **(B)** *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
    **(i)** At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
    **(ii)** These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

**(3) *Quashing or Modifying a Subpoena.***
  **(A)** *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:
    **(i)** fails to allow a reasonable time to comply;
    **(ii)** requires a person to comply beyond the geographical limits specified in Rule 45(c);
    **(iii)** requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
    **(iv)** subjects a person to undue burden.
  **(B)** *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:
    **(i)** disclosing a trade secret or other confidential research, development, or commercial information; or

    **(ii)** disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
  **(C)** *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
    **(i)** shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
    **(ii)** ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

**(1) *Producing Documents or Electronically Stored Information.*** These procedures apply to producing documents or electronically stored information:
  **(A)** *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
  **(B)** *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
  **(C)** *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
  **(D)** *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

**(2) *Claiming Privilege or Protection.***
  **(A)** *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
    **(i)** expressly make the claim; and
    **(ii)** describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
  **(B)** *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**
The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).

## SUBPOENA DUCES TECUM - SCHEDULE A

*Johnson v. Glock, Inc., et al.*
3:20-cv-08807-WHO

To:

Gun Gallery, Inc., care of Robert Parseghian,

1121 S. Central Ave., Glendale, CA 91204

### Intent of Subpoena, Instructions, and Admonition Concerning Objections

1. The intent of this subpoena is to obtain the number of reported retail sales of certain Glock handguns that occurred in the State of California from January 1, 2016, to July 21, 2023. The Glock handgun sales sought are all Glock handguns that are designed and manufactured to fire ammunition of the following Calibers:
   a. .40 caliber (also known as .40 Smith and Wesson or .40 S&W);
   b. .45 ACP (also known as .45 Automatic Colt Pistol);
   c. .45 GAP (also known as .45 Glock Automatic Pistol); and
   d. 10mm.

2. It is not the intent of this subpoena to obtain any personal information about the purchasers, such as name, address, phone numbers, personal identifying marks, etc. Accordingly, to avoid disclosure this information may be redacted or removed from production.

3. This information can be physically produced in paper, electronically stored information on a flash drive, cd, or external hard drive, produced by email, dropbox or file share software. The information can be produced in an excel spreadsheet format, Microsoft Word, or redacted forms completed by the dealers in PDF format.

4. The materials may be delivered in any number of ways:
   a. uploading the information into a dropbox or other document share account with an access link emailed to all the people with the corresponding email addresses in Table One[i]:
   b. Storing the information on a flash drive, cd, or hard drive and mailing by FedEx, USPS Priority, UPS, or other carrier with tracking to both the addresses listed in Table Two[ii]:
   c. Transmitting the information as an attachment to all the email addresses in Table One if it is transferrable as such.
   d. Delivering actual paper documents to both addresses listed in Table Two or an agreed upon location within 100 miles of the respondents principal place of business.

5. The form of this subpoena is a standard form created by the US District Court Northern District (Subpoena form AO 88B) and there is an existing order that this form may be used for subpoenas in this case. Objections based on the form of the subpoena may result in a motion for order to show cause and request for monetary sanctions.

6.  Because a responding party is allowed to mail or transfer production electronically, it is this party's position that the 100-mile rule does not apply [iii]  In the alternative, the issuing party will also designate a place of physical production within 100 miles of the principal place of business if the responding party makes a written request emailed within two business days of the date of production to all the emails listed in Table One below. Objections based on this 100-mile rule may result in a motion for order to show cause and request for monetary sanctions.

7.  "You" or "your" or "responding party" refer to Gun Gallery, Inc., care of Robert Parseghian, 1121 S. Central Ave., Glendale, CA 91204

**<u>Items to be Produced.</u>**

1. All Firearm Dealer's Records of Sale ("DROS") forms transmitted to the State of California pursuant to California law. (Including but not limited to Cal. Penal Code § 28205) for sales from January 1, 2016, to July 21, 2023, involving Glock handguns that are designed and manufactured to fire ammunition of the following calibers:[iv]
    a. .40 caliber (also known as .40 Smith and Wesson or .40 S&W);
    b. .45 ACP (also known as .45 Automatic Colt Pistol);
    c. .45 GAP (also known as .45 Glock Automatic Pistol); and
    d. 10mm.

This information can be produced as actual redacted forms in paper or pdf format or a spreadsheet that captures and produces the information contained in the highlighted fields of the attached Standard DROS form template.


2. All documents, including but not limited to, physical documentation, electronically stored information, photographs, video, computer images, etc. involving any of the Glock handguns listed in "Table of Models" below that have suffered a case failure, Kabooms, blowout, ruptures, bulging, tears, smiles, and deformed casings. This request includes all incident or injury reports, investigations, warranty documents, repair orders, refund requests, and any and all communications with Glock, ammunition manufacturers or retailer, and customers regarding same.

i

**Table One**

| | |
|---|---|
| Robert Lewis | rob@lewislawfirm.com |
| Amy Lewis | amy@lewislawfirm.com |
| Kathy Blake | kathy@lewislawfirm.com |
| Craig Nicholas | CNicholas@nicholaslaw.org |
| Alex Tomasevic | ATomasevic@nicholaslaw.org |
| Jake Schulte | jschulte@nicholaslaw.org |
| Emilia Carrillo | ECarrillo@nicholaslaw.org |

ii

**Table Two**

| | |
|---|---|
| Robert Lewis<br>Amy Lewis<br>Kathy Blake | Lewis and Lewis Trial Lawyers PLC,<br>28150 North Alma School Road,<br>Suite 103-637<br>Scottsdale AZ 85262 |
| Craig Nicholas<br>Jake Schulte<br>Alex Tomasevic<br>Emilia Carrillo | Nicholas and Tomasevic LLP<br>225 Broadway 19th Floor<br>San Diego California, 921010 |

iii

Subpoena from defendants did not violate 100-mile restriction, on basis that it required production by non-party of documents to law firm in Cleveland, Ohio, which was more than 100 miles from non-party's office in Naples, Florida, because production of documents did not require personal appearance. Pidcock v. Goddard (In re SII Liquidation Co.), 2015 Bankr. LEXIS 901 (Bankr. N.D. Ohio Mar. 20, 2015).

USCS Fed Rules Civ Proc R 45; Fed. R. Civ. P. 45(b)(2)(B) and 45(c)(3)(A)(ii) did not require that subpoena that was served on bank that was more than 100 miles outside issuing district be quashed because subpoena only required production of documents and documents could be produced within issuing district by mail. U.S. Bank Nat'l Ass'n v. James, 264 F.R.D. 17, 2010 U.S. Dist. LEXIS 15722 (D. Me. 2010).

100-mile limit set forth in Fed. R. Civ. P. 45(c)(3)(A)(ii) applies to travel by subpoenaed person, but, under Fed. R. Civ. P. 45(c)(2)(A), person commanded to produce documents need not appear in person at place of production or inspection, so 100 mile limit does not apply to documents. Walker v. Ctr. for Food Safety, 667 F. Supp. 2d 133, 2009 U.S. Dist. LEXIS 102846 (D.D.C. 2009).

iv

**Table of Models**.

| Make | Model | Generation | Color | Caliber | Special Designations |
|---|---|---|---|---|---|
| Glock | 22 | All | All | .40 caliber | All including "MOS" "California Compliant" or Optic Models |
| Glock | 23 | All | All | .40 caliber | All including "MOS" "California Compliant" or Optic Models |
| Glock | 24 | All | All | .40 caliber | All including "MOS" "California Compliant" or Optic Models |
| Glock | 27 | All | All | .40 caliber | All including "MOS" "California Compliant" or Optic Models |
| Glock | 35 | All | All | .40 caliber | All including "MOS" "California Compliant" or Optic Models |

| | | | | | |
|---|---|---|---|---|---|
| Glock | 21 | All | All | .45 ACP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 21SF | All | All | .45 ACP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 30 | All | All | .45 ACP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 30SF | All | All | .45 ACP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 30S | All | All | .45 ACP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 36 | All | All | .45 ACP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 41 | All | All | .45 ACP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 37 | All | All | .45 GAP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 38 | All | All | .45 GAP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 39 | All | All | .45 GAP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 20 | All | All | 10mm | All including "MOS" "California Compliant" or Optic Models |
| Glock | 29 | All | All | 10mm | All including "MOS" "California Compliant" or Optic Models |
| Glock | 40 | All | All | 10mm | All including "MOS" "California Compliant" or Optic Models |

STATE OF CALIFORNIA
BOF 929 (Rev. 05/2023)

DEPARTMENT OF JUSTICE
Page 1 of 2



## CALIFORNIA DEPARTMENT OF JUSTICE
## BUREAU OF FIREARMS
## Dealer's Record of Sale (DROS) Worksheet



CFD No.: ☐☐☐☐☐☐☐        DROS No.: ☐☐☐☐☐☐☐☐☐☐

---

### Purchaser Information

| First Name: | Middle Name: | Last Name: | Suffix: |
|---|---|---|---|

| Alias First Name: | Alias Middle Name: | Alias Last Name: | Alias Suffix: |
|---|---|---|---|

| Street Address (no PO Box): | City: | Zip Code: |
|---|---|---|

One of the following forms of identification is required to legally purchase firearms in California: California driver license (CDL), California ID (CID) card issued by the DMV, or Military ID (MIL) issued by the DOD for active duty military accompanied by permanent duty station orders indicating that the purchaser is stationed in California.

ID Type: (check one) ☐ CDL ☐ CID ☐ MIL    ID Number:

| Gender: | Hair Color: | Eye Color: | Height: | Weight: | Date of Birth: (mm/dd/yyyy) | Race: |
|---|---|---|---|---|---|---|

US Citizen: ☐ Yes ☐ No    If NO, enter Alien Registration or I-94 Number and Country of Citizenship    Place of Birth:

Alien Registration or I-94 Number    Country of Citizenship

Telephone Number:    FSC Number or FSC Exemption Code:

---

### Firearms Eligibility Questions

☐ Yes ☐ No   Has purchaser: (1) ever been convicted of a felony, any offense specified in Penal Code (PC) section 29905, an offense specified in PC 23515(a), (b), or (d), a misdemeanor PC 273.5 offense; (2) been convicted in the last 10 years of a misdemeanor offense specified in PC 29805; or (3) been adjudged a ward of the juvenile court for committing an offense specified in PC 29820 and is not 30 years of age or older?

☐ Yes ☐ No   Has a court ever found, as specified in Welfare and Institutions Code (WIC) section 8103, the purchaser to be a danger to others from mental illness, a mentally disordered sex offender, not guilty by reason of insanity, mentally incompetent to stand trial, or gravely disabled to be placed under a conservatorship?

☐ Yes ☐ No   Is purchaser a danger/threat to self or others under WIC section 8100, a person certified for intensive treatment as described in WIC section 8103(g), or a person described in WIC section 8103(f) who has ever been admitted to a mental health facility as a danger to self or others at least twice within 1 year or admitted once within the past 5 years?

☐ Yes ☐ No   Is purchaser currently the subject of any restraining order specified in PC section 29825, a Gun Violence Restraining Order, or a probation condition prohibiting firearm possession?

I declare under penalty of perjury under the laws of
the State of California that the foregoing is true and correct.

Signature of Purchaser _____    Date _____

---

### Private Party Transfer (Seller Information)

| First Name: | Middle Name: | Last Name: | Suffix: |
|---|---|---|---|

| Street Address (no PO Box): | City: | Zip Code: |
|---|---|---|

| ID Type: (check one) ☐ CDL ☐ CID ☐ MIL | ID Number: | Gender: | Hair Color: | Eye Color: | Height: | Weight: | Date of Birth: (mm/dd/yyyy) | Race: |
|---|---|---|---|---|---|---|---|---|

US Citizen: ☐ Yes ☐ No    If NO, enter Alien Registration or I-94 Number and Country of Citizenship:    Place of Birth:    Telephone Number:

Alien Registration or I-94 Number    Country of Citizenship

Penal Code 32000(b) Exemption? ☐ Yes ☐ No    If YES, provide Law Enforcement Agency:

I declare under penalty of perjury under the laws of
the State of California that the foregoing is true and correct.

Signature of Seller _____    Date _____

---

### Waiting Period Exemptions

Purchaser claims the following waiting period exemption pursuant to Penal Code sections 26950 through 26970 and 27650 through 27670.

☐ PEACE OFFICER STATUS (must have agency letter) Enter Law Enforcement Agency:

☐ CA FIREARMS DEALER Enter CFD Number:

☐ SPECIAL WEAPONS PERMIT (does not include CCW permit) Enter Permit Number:

☐ COLLECTOR STATUS (curio/relic only) Enter COE Number:

_____        _____        _____        _____

STATE OF CALIFORNIA
BOF 929 (Rev. 05/2023)

DEPARTMENT OF JUSTICE
Page 2 of 2



## CALIFORNIA DEPARTMENT OF JUSTICE
## BUREAU OF FIREARMS
### Dealer's Record of Sale (DROS) Worksheet



CFD No.: ☐☐☐☐☐☐    DROS No.: ☐☐☐☐☐☐☐☐☐☐

---

### Firearm Information

| Make: (Colt, Remington, etc.) | Model: (Commander, 870, etc.) | Caliber(s): | Barrel Length: | Serial Number: | Other Number: (if different) |
|---|---|---|---|---|---|

**Firearm Type:**
☐ Long Gun
☐ Handgun

**If Long Gun:**
☐ Rifle   ☐ Other
☐ Shotgun
☐ Rifle/Shotgun Combo

**Firearm Category:**
☐ Revolver   ☐ Semi-Auto   ☐ Bolt Action   ☐ Pump Action   ☐ Over/Under
☐ Single Shot   ☐ Derringer   ☐ Lever Action   ☐ Carbine   ☐ Other: _____

**New Firearm:**
☐ Yes
☐ No

**Frame or Receiver Only:**
☐ Yes
☐ No

**If YES, is it a Federally Regulated Firearm Precursor Part?**
☐ Yes   ☐ No

**Dealer Comments:**

Firearm Origin: (USA, Italy, etc.)

Firearm Color: (Black, Silver, etc.)

**Penal Code 32000(b) Exemption?**
☐ Yes   ☐ No

**If YES, provide Law Enforcement Agency Name:**

Firearm Safety Device Description and/or Comments:

---

### Transaction Information

| Transmission Date: | Transmission Time: | Delivery Date: | Delivery Time: | Gun Show Transaction ☐ Yes  ☐ No |
|---|---|---|---|---|

**Firearm Type:**
☐ Long Gun
☐ Handgun

**Transaction Type:** (All but "Dealer Sale" cert-list exempt)
☐ Dealer Sale   ☐ Loan   ☐ Curio/Relic/Olympic/Other Exempt   ☐ Pawn/Consignment Redemption   ☐ Private Party Transfer
☐ Prohibited Temporary Storage Return   ☐ Peace Officer   ☐ Peace Officer Non-Roster Handgun Private Party Transfer

**30-Day Restriction Exemption?**
☐ Yes   ☐ No
If YES, explain:

**Age Exemption?**
☐ Yes   ☐ No
If YES, explain:

If using Hunting License for Age Exemption, enter the following:

| GO ID #: | Hunting License Number: | Valid from (date): | Valid to (date): |
|---|---|---|---|

---

### Dealer Information

**Firearms Dealer Name:**

Dealer Telephone Number:

**Firearms Dealer Address (including City, State, ZIP):**

Salesperson Printed Name:

Salesperson COE Number:

I declare under penalty of perjury under the laws of
the State of California that the foregoing is true and correct.

Signature of Salesperson _____    Date _____

Falsification of information on this form is a crime, punishable by up to 18 months in state prison. (Pen. Code, § 28250.)

# EXHIBIT 11

AO 88B  (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the

_Northern District of California

| | |
|---|---|
| Steven C. Johnson, and individual, on behalf of himself and all others similarly situated, | ) |
| _____ | ) |
| *Plaintiff* | ) |
| v. | ) |
| Glock, Inc., a Georgia Corporation; Glock Ges.m.b.H, an Austrian entity, et al. | ) |
| _____ | ) |
| *Defendant* | ) |

Civil Action No.    3:20-cv-08807-WHO

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: **Hornady Manufacturing Co. -Stephen D. Hornady, State Spur 430, PO Box 1848, Grand Island Ne, 68802, Principal Office, 3625 Old Potash Highway Grand Island Ne 68802, President address 2323 West John Grand Island, NE 68803**

*(Name of person to whom this subpoena is directed)*

☒   *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:   **See Schedule A.**

| Place:  Nicholas & Tomasevic, LLP<br>225 Broadway, 19th Floor<br>San Diego, CA 92101 (By Mail)<br>rob@lewislawfirm.com (Electronically) | Date and Time:   August 17, 2023 at 11:59pm |
|---|---|

☐   *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:    07/21/2023

*CLERK OF COURT*

                                                    OR      */s/Robert K. Lewis*

_____          _____
*Signature of Clerk or Deputy Clerk*                  *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*   Steven C. Johnson

_____ , who issues or requests this subpoena, are:

 Robert Lewis, 28150 N. Alma School Rd. Ste 103-637, Scottsdale, AZ 85262, Rob@LewisLawFirm.com 602-889-6666

**Notice to the person who issues or requests this subpoena**

If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B  (Rev.  02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.    3:20-cv-08807-WHO

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

☐   I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

☐   I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.:

AO 88B  (Rev.  02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action(Page 3)

## Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

  **(1) *For a Trial, Hearing, or Deposition.*** A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
    **(A)** within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
    **(B)** within the state where the person resides, is employed, or regularly transacts business in person, if the person
      **(i)** is a party or a party's officer; or
      **(ii)** is commanded to attend a trial and would not incur substantial expense.

  **(2) *For Other Discovery.*** A subpoena may command:
    **(A)** production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
    **(B)** inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

  **(1) *Avoiding Undue Burden or Expense; Sanctions.*** A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

  **(2) Command to Produce Materials or Permit Inspection.**
    **(A)** *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
    **(B)** *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
      **(i)** At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
      **(ii)** These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

  **(3) *Quashing or Modifying a Subpoena.***
    **(A)** *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:
      **(i)** fails to allow a reasonable time to comply;
      **(ii)** requires a person to comply beyond the geographical limits specified in Rule 45(c);
      **(iii)** requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
      **(iv)** subjects a person to undue burden.
    **(B)** *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:
      **(i)** disclosing a trade secret or other confidential research, development, or commercial information; or

      **(ii)** disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
    **(C)** *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
      **(i)** shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
      **(ii)** ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

  **(1) *Producing Documents or Electronically Stored Information.*** These procedures apply to producing documents or electronically stored information:
    **(A)** *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
    **(B)** *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
    **(C)** *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
    **(D)** *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

  **(2) Claiming Privilege or Protection.**
    **(A)** *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
      **(i)** expressly make the claim; and
      **(ii)** describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
    **(B)** *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**
The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).

## SUBPOENA DUCES TECUM - SCHEDULE A

*Johnson v. Glock, Inc., et al.*
3:20-cv-08807-WHO

To: Hornady Manufacturing Co.

## INSTRUCTIONS

1.      Each individual request for production should be construed independently and not by reference to any other request herein for the purpose of limiting that request, except that identical writings need not be produced in response to more than one request.

2.      Each document responsive to these requests shall be produced as they are kept in the usual course of business or shall be organized and labeled to correspond with each category to which they are responsive.

3.      Complete documents, including all attachments, cover memos, appendices, etc., shall be produced if any part of the writing is responsive to a request.  Responding Party shall not mask or delete any part of a document if that document contains information responsive to a request.  Documents found associated with, attached to, or joined together by staple, clip, binder, binding, file folder, computer file or directory, or otherwise should be produced in the manner in which they were associated, attached, or joined.

4.      Unless otherwise agreed to, documents that are maintained in the normal course of business in electronic format shall be produced in their native format, including all metadata in standard delimited ASCII format, along with the software necessary to interpret such files if such software is not readily available, and are not to be converted to any other format, such as paper, tiff image or PDF file.

5.      If YOU produce scanned documents on compact discs, then documents should be produced in single page tiff format and YOU should also produce (i) the load file with each set of documents (this file provides the beginning bates, end bates, directory, filename and page count, to allow a match between the data and the files themselves), (ii) attachment information so it can be determined which attachments go with which

documents produced, and (iii) any other objective coding for each document produced, including any fields for source, date, author, recipients and custodian of the documents.

      a.    "YOU" or "YOUR," mean Responding Party and its attorneys, predecessors, subsidiaries, divisions, affiliates, controlled companies and joint ventures, acquired entities, related entities, and its present and former officers, owners, directors, members, partners, managers, trustees, representatives, agents, employees and all persons presently or formerly acting, or purporting to act, on its behalf, or on behalf of its predecessors, subsidiaries, divisions, affiliates, controlled companies and joint ventures, acquired entities and related entities, for any purpose whatsoever.

      6.    If any responsive document was, but is no longer in existence or in Responding Party's possession, custody or control, identify its current or last-known custodian and describe in full the circumstances surrounding its disposition from Responding Party's possession, custody or control. A document shall be deemed to be in Responding Party's control if Responding Party has the right to secure the document or a copy thereof from another person or public or private entity having possession or custody thereof.

      7.    "And," "or," and "and/or" shall be construed as broadly as possible so that information otherwise within the scope of the request is not excluded.

      8.    These are continuing requests for production of documents. If, subsequent to responding to any such request, additional documents are received or discovered prior to the date of trial or Responding Party becomes aware of any further information pertaining to such request, Responding Party is hereby requested to serve supplemental responses and provide such additional documents promptly and as long before trial as possible, in order to supplement, amend or correct Responding Party's responses; otherwise, it will be assumed that the responses originally given continue to be YOUR complete responses to these requests.

      9.    If any documents requested herein have been lost, discarded or destroyed,

they shall be identified as completely as possible, including, without limitation, the following information:  (a) the date of disposal; (b) the manner of disposal; (c) the reason for disposal; (d) the person authorizing disposal; and (e) the person disposing of the document.

10.    If any materials requested are claimed to be privileged, please list the following for each item claimed to be privileged: (a) A brief description of the nature and contents of the matter claimed to be privileged; (b) The name, occupation and capacity of the individual from whom the privileged matter emanated; (c) The name, occupation and capacity of the individual to whom the allegedly privileged matter was produced; (d) The date the item bears; and (e) The privilege claimed.

## DEFINITIONS

For purposes of this subpoena and the subject matter categories listed below, the following definitions shall apply:

"YOU" or "YOUR" or "RESPONDING PARTY" refer to Hornady Manufacturing Company and/or its subsidiaries and associated companies, and all of its present and former employees, agents, officers, directors, representatives, attorneys, and all other persons or entities acting or purporting to act on its behalf.

"DOCUMENT" OR "DOCUMENTS" are used in the broadest possible sense and refer, without limitation, to all written, printed, typed, photostatic, photographed, recorded, or otherwise reproduced communications or representations of every kind and description, whether comprised of letters, words, numbers, pictures, sounds, or symbols, or any combination thereof, whether prepared by hand or by mechanical, electronic, magnetic, photographic, or other means, as well as audio or video recordings of communications, oral statements, conversations, or events. This definition includes, but is not limited to any and all originals, copies, non-identical copies and preliminary, intermediate and final drafts of correspondence, notes, minutes, records, messages, text and data messages, application data, policies, procedures, manuals, bulletins, memoranda, telephone memoranda, diaries,

contracts, agreements, invoices, orders, acknowledgments, receipts, bills, statements, appraisals, reports, forecasts, compilations, schedules, studies, summaries, analyses, pamphlets, brochures, posters, placards, advertisements, newspaper clippings, tables, tabulations, financial statements, bank account statements, cleared checks, deposit slips, check stubs, wire transfer receipts, returned checks for insufficient funds, working papers, tallies, maps, drawings, diagrams, sketches, x-rays, charts, labels, packing materials, plans, photographs, pictures, film, microfilm, computer-stored or computer-readable data, computer programs, computer printouts, telegrams, telexes, telefacsimiles, tapes, transcripts, recordings, periodicals, accounts, objects, inter-office and intra-office communications, surveys, estimates, licenses, charts, graphs, indexes, calendars, and all other sources or formats from which data, information, or communications can be obtained. Any preliminary drafts, or revisions of any of the foregoing, any document that has or contains any attachment, enclosure, comment, notation, addition, or insertion of any kind that is not part of another document, or any document that does not contain a comment, notation, addition, insertion, or marking of any kind that is part of another document, is considered to be a separate document.

"ELECTRONICALLY STORED INFORMATION" or "ESI" is used in the broadest possible sense and includes, but is not limited to, all information that is stored in an electronic medium.

"CLASS GUN" means all Glock handguns referenced and referred to by model including, but not limited to any model that fires a 45 caliber ACP round, any model that fires a 40 S&W round, any model that fires a 45 GAP, any model that fires a 10 mm round of ammunition. This class includes all these models regardless of the generation, the magazine capacity, the grips, the color, the frame length, the sites, whether it includes a provision for optics, or whether it is approved for sale to the public by the State of California. This includes but is not limited to the following Models:

- Model 22 all generations (caliber .40 S&W)

- Model 23 of all generations and variations 23, (caliber .40 S&W)
- Model 24, (caliber .40 S&W)
- Model 27, 27 Gen 4, (caliber .40 S&W)
- Model 35, 35 Gen 4, 35 Gen 4 MOS, (caliber .40 S&W)
- Model 21 Gen 4, (caliber .45 ACP)
- Model 21 SF, (caliber .45 ACP)
- Model 30 Gen 4, (caliber .45 ACP)
- Model 30s, (caliber .45 ACP)
- Model 30 SF, (caliber .45 ACP)
- Model 36, (caliber .45 ACP)
- Model 41 Gen 4, 41 Gen 4 MOS, (caliber 45 ACP)
- Model 37, (caliber .45 GAP)
- Model 38, (caliber .45 GAP)
- Model 39, (caliber .45 GAP)
- Model 20 Gen 4, (caliber 10mm)
- Model 20 SF, (caliber 10mm)
- Model 29 Gen 4, (caliber 10mm)
- Model 29 SF, (caliber 10mm)
- Model 40 Gen 4 MOS, (caliber 10mm)
- All gun models with a similar chamber design and feed ramp length including all pistols manufactured to fire .40 Smith and Wesson, .45 ACP, .45 GAP and 10 MM.

"UNSUPPORTED CHAMBER DESIGN/DEFECT" means the alleged design/defect in this case where the loading ramp has been designed in such a way that, together with the case, it forms a kind of safety valve. Depending on the quality of material used for the cases, it is alleged that these will crack in this area under gas pressure due to lack of support. The powder gases escaping downward under high pressure may thus

occasionally cause damage on the grip or will cause a witness mark, bulge, or smile in the ammunition case.  The plaintiff alleges in this case that for every CLASS GUN, there is a significant chance that one or both of the following things will happen upon pulling the trigger: (a) the brass casing of the bullet will bulge out or "smile," bulging thereby distorting the brass casing; and (b) "blowout," "kaboom," or "rupture," or tear which is when the round/casing blows up or separates and a piece of the casing dislodges. Plaintiff alleges this condition or feature is caused by the lack of complete support for the casing of ammunition at the 6 o'clock position of a round of ammunition seated in the chamber.

**Items to be produced.**

1. All DOCUMENTS and ESI reflecting intracompany communications regarding the UNSUPPORTED CHAMBER DESIGN/DEFECT, in the CLASS GUNS manufactured by Glock firearms causing or contributing to case failures, Kabooms, blowouts, ruptures, bulging, tears, bulges, smiles, and deformed casings.

2. All DOCUMENTS and ESI reflecting intercompany communications between YOU and third parties regarding the UNSUPPORTED CHAMBER DEFECT, of the CLASS GUNS manufactured by Glock causing or contributing to case failures, Kabooms, blowouts, ruptures, bulging, tears, bulges, smiles, and deformed casings.

3. All DOCUMENTS and ESI reflecting CLASS GUN owners or users making a complaint, warranty claim, or return/replacement request involving allegations of, claims of, or an actual ammunition failure and/or an instance or occurrence where a round did not fire as expected or where there was an unexpected result during firing a CLASS GUN including, but not limited to, case failures, Kabooms, blowouts, ruptures, bulging, tears, bulges, smiles, and deformed casings.

4. All DOCUMENTS and ESI reflecting testing and inspections performed by YOU after receiving a complaint, warranty claim, or return/replacement request from a CLASS GUN owner or user involving allegations of, claims of, or an actual

ammunition failure and/or an instance or occurrence where a round did not fire as expected or where there was an unexpected result during firing including, but not limited to, case failures, Kabooms, blowouts, ruptures, bulging, tears, bulges, smiles, and deformed casings.

5. All DOCUMENTS and ESI reflecting communications with third parties, (including but not limited to Glock, Inc, Glock Ges.m.b.H, Glock retailers, wholesalers, repair technicians, armorers, purchasers or consumer of your products), after receiving a complaint, warranty claim, or return/replacement request from a CLASS GUN owner or user involving allegations of, claims of, or an actual ammunition failure and/or an instance or occurrence where a round did not fire as expected or where there was an unexpected result during firing including, but not limited to, case failures, Kabooms, blowouts, ruptures, bulging, tears, bulges, smiles, and deformed casings.

6. All DOCUMENTS and ESI reflecting whether the unsupported area at the 6 o'clock position of CLASS GUNS where the feed ramp meets the chamber was intentionally designed to leave a part of the casing unsupported to act as a safety feature to vent gas downward.

7. All DOCUMENTS and ESI reflecting whether the unsupported area at the 6 o'clock position of CLASS GUNS where the feed ramp meets the chamber fails due to:

   a. either an over-pressured round,

   b. a weakness in the casing,

   c. an under-loaded round with an air annulus,

   d. or a round where deflagration detonation transition (DDT) occurred, or concurrent Chapman-Jourguet wave fronts result in alternating CJ shock waves causing a case failure, Kabooms, blowouts, ruptures, bulging, tears, bulges, smiles, and deformed casings.

8. All DOCUMENTS and ESI reflecting whether the unsupported area at the 6 o'clock position of CLASS GUNS where the feed ramp meets the chamber was intentionally designed by Glock Inc. or Glock Ges.m.b.H to leave a part of the casing unsupported to increase reliable feeding of ammunition.

9. All DOCUMENTS and ESI reflecting whether YOU tested, or contemplated testing, certain types of "material quality" or different manufacturing processes to determine the pressures required to safely fire the CLASS GUNS with an UNSUPPORTED CHAMBER DESIGN/DEFECT.

10. All DOCUMENTS and ESI reflecting whether to warn that CLASS GUNS should not be used with cases made of YOUR PRODUCTS manufactured with certain materials (e.g., brass, steel, aluminum).

11. All DOCUMENTS and ESI reflecting additional or special reloading equipment needed to reload ammunition casings that have been fired through a CLASS GUN.

12. All DOCUMENTS and ESI reflecting aftermarket replacement barrels for CLASS GUNS that have a supported chamber.

13. All DOCUMENTS and ESI reflecting disputes with any law enforcement agency over CLASS GUN performance when firing YOUR PRODUCTS.

14. Photographs, video, or computer images of CLASS GUNS that have suffered a a case failure, Kabooms, blowouts, ruptures, bulging, tears, bulges, smiles, and deformed casings.

15. All DOCUMENTS and ESI reflecting litigation involving YOUR PRODUCTS when fired from a CLASS GUN.

16. All DOCUMENTS and ESI reflecting engineering or expert opinions involving YOUR PRODUCTS when fired from a CLASS GUN.

# EXHIBIT 12

AO 88B  (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT

for the

_Northern District of California

| | |
|---|---|
| Steven C. Johnson, and individual, on behalf of himself and all others similarly situated, | ) ) ) |
| *Plaintiff* | ) |
| v. | ) |
| Glock, Inc., a Georgia Corporation; Glock Ges.m.b.H, an Austrian entity, et al. | ) ) ) |
| *Defendant* | |

Civil Action No.    3:20-cv-08807-WHO

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:    **Janya Bros., Inc.; Guns Direct, care of West Coast Registered Agents, Inc., 3501 W. Burbank Blvd., Burbank, CA 91505**

*(Name of person to whom this subpoena is directed)*

☒    *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:    **See Schedule A.**

| Place: | Nicholas & Tomasevic, LLP 225 Broadway, 19th Floor San Diego, CA 92101 (By Mail) rob@lewislawfirm.com (Electronically) | Date and Time: | August 17, 2023 at 11:59pm |
|---|---|---|---|

☐    *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:    07/21/2023

|  |  |  |
|---|---|---|
| *CLERK OF COURT* | | */s/Robert K. Lewis* |
| | OR | |
| Signature of Clerk or Deputy Clerk | | Attorney's signature |

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Steven C. Johnson

, who issues or requests this subpoena, are:

 Robert Lewis, 28150 N. Alma School Rd. Ste 103-637, Scottsdale, AZ 85262, Rob@LewisLawFirm.com 602-889-6666

**Notice to the person who issues or requests this subpoena**

If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B  (Rev.  02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.     3:20-cv-08807-WHO

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

☐   I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

☐   I returned the subpoena unexecuted because: _____
_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____          _____
                                                     *Server's signature*

                                                     _____
                                                     *Printed name and title*

                                                     _____
                                                     *Server's address*

Additional information regarding attempted service, etc.:

AO 88B  (Rev.  02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action(Page 3)

## Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

  **(1) *For a Trial, Hearing, or Deposition.*** A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
  **(A)** within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
  **(B)** within the state where the person resides, is employed, or regularly transacts business in person, if the person
    **(i)** is a party or a party's officer; or
    **(ii)** is commanded to attend a trial and would not incur substantial expense.

  **(2) *For Other Discovery.*** A subpoena may command:
  **(A)** production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
  **(B)** inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

  **(1) *Avoiding Undue Burden or Expense; Sanctions.*** A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

  **(2) Command to Produce Materials or Permit Inspection.**
  **(A)** *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
  **(B)** *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
    **(i)** At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
    **(ii)** These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

  **(3) Quashing or Modifying a Subpoena.**
  **(A)** *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:
    **(i)** fails to allow a reasonable time to comply;
    **(ii)** requires a person to comply beyond the geographical limits specified in Rule 45(c);
    **(iii)** requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
    **(iv)** subjects a person to undue burden.
  **(B)** *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:
    **(i)** disclosing a trade secret or other confidential research, development, or commercial information; or

    **(ii)** disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
  **(C)** *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
    **(i)** shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
    **(ii)** ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

  **(1) *Producing Documents or Electronically Stored Information.*** These procedures apply to producing documents or electronically stored information:
  **(A)** *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
  **(B)** *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
  **(C)** *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
  **(D)** *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

  **(2) Claiming Privilege or Protection.**
  **(A)** *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
    **(i)** expressly make the claim; and
    **(ii)** describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
  **(B)** *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**
The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).

## SUBPOENA DUCES TECUM - SCHEDULE A

*Johnson v. Glock, Inc., et al.*
3:20-cv-08807-WHO

To:
Janya Bros., Inc.; Guns Direct, care of West Coast Registered Agents, Inc.,
3501 W. Burbank Blvd., Burbank, CA 91505

### Intent of Subpoena, Instructions, and Admonition Concerning Objections

1. The intent of this subpoena is to obtain the number of reported retail sales of certain Glock handguns that occurred in the State of California from January 1, 2016, to July 21, 2023. The Glock handgun sales sought are all Glock handguns that are designed and manufactured to fire ammunition of the following Calibers:
   a. .40 caliber (also known as .40 Smith and Wesson or .40 S&W);
   b. .45 ACP (also known as .45 Automatic Colt Pistol);
   c. .45 GAP (also known as .45 Glock Automatic Pistol); and
   d. 10mm.

2. It is not the intent of this subpoena to obtain any personal information about the purchasers, such as name, address, phone numbers, personal identifying marks, etc. Accordingly, to avoid disclosure this information may be redacted or removed from production.

3. This information can be physically produced in paper, electronically stored information on a flash drive, cd, or external hard drive, produced by email, dropbox or file share software. The information can be produced in an excel spreadsheet format, Microsoft Word, or redacted forms completed by the dealers in PDF format.

4. The materials may be delivered in any number of ways:
   a. uploading the information into a dropbox or other document share account with an access link emailed to all the people with the corresponding email addresses in Table One[i];
   b. Storing the information on a flash drive, cd, or hard drive and mailing by FedEx, USPS Priority, UPS, or other carrier with tracking to both the addresses listed in Table Two[ii];
   c. Transmitting the information as an attachment to all the email addresses in Table One if it is transferrable as such.
   d. Delivering actual paper documents to both addresses listed in Table Two or an agreed upon location within 100 miles of the respondents principal place of business.

5. The form of this subpoena is a standard form created by the US District Court Northern District (Subpoena form AO 88B) and there is an existing order that this form may be used for subpoenas in this case. Objections based on the form of the subpoena may result in a motion for order to show cause and request for monetary sanctions.

6. Because a responding party is allowed to mail or transfer production electronically, it is this party's position that the 100-mile rule does not apply [iii]  In the alternative, the issuing party will also designate a place of physical production within 100 miles of the principal place of business if the responding party makes a written request emailed within two business days of the date of production to all the emails listed in Table One below. Objections based on this 100-mile rule may result in a motion for order to show cause and request for monetary sanctions.

7. "You" or "your" or "responding party" refer to Janya Bros., Inc.; Guns Direct, care of West Coast Registered Agents, Inc., 3501 W. Burbank Blvd., Burbank, CA 91505

## Items to be Produced.

1. All Firearm Dealer's Records of Sale ("DROS") forms transmitted to the State of California pursuant to California law. (Including but not limited to Cal. Penal Code § 28205) for sales from January 1, 2016, to July 21, 2023, involving Glock handguns that are designed and manufactured to fire ammunition of the following calibers:[iv]
    a. .40 caliber (also known as .40 Smith and Wesson or .40 S&W);
    b. .45 ACP (also known as .45 Automatic Colt Pistol);
    c. .45 GAP (also known as .45 Glock Automatic Pistol); and
    d. 10mm.

This information can be produced as actual redacted forms in paper or pdf format or a spreadsheet that captures and produces the information contained in the highlighted fields of the attached Standard DROS form template.

2. All documents, including but not limited to, physical documentation, electronically stored information, photographs, video, computer images, etc. involving any of the Glock handguns listed in "Table of Models" below that have suffered a case failure, Kabooms, blowout, ruptures, bulging, tears, smiles, and deformed casings. This request includes all incident or injury reports, investigations, warranty documents, repair orders, refund requests, and any and all communications with Glock, ammunition manufacturers or retailer, and customers regarding same.

---

i

**Table One**

| | |
|---|---|
| Robert Lewis | rob@lewislawfirm.com |
| Amy Lewis | amy@lewislawfirm.com |
| Kathy Blake | kathy@lewislawfirm.com |
| Craig Nicholas | CNicholas@nicholaslaw.org |
| Alex Tomasevic | ATomasevic@nicholaslaw.org |
| Jake Schulte | jschulte@nicholaslaw.org |
| Emilia Carrillo | ECarrillo@nicholaslaw.org |

ii

**Table Two**

| | |
|---|---|
| Robert Lewis<br>Amy Lewis<br>Kathy Blake | Lewis and Lewis Trial Lawyers PLC,<br>28150 North Alma School Road,<br>Suite 103-637<br>Scottsdale AZ 85262 |
| Craig Nicholas<br>Jake Schulte<br>Alex Tomasevic<br>Emilia Carrillo | Nicholas and Tomasevic LLP<br>225 Broadway 19th Floor<br>San Diego California, 921010 |

iii

Subpoena from defendants did not violate 100-mile restriction, on basis that it required production by non-party of documents to law firm in Cleveland, Ohio, which was more than 100 miles from non-party's office in Naples, Florida, because production of documents did not require personal appearance. Pidcock v. Goddard (In re SII Liquidation Co.), 2015 Bankr. LEXIS 901 (Bankr. N.D. Ohio Mar. 20, 2015).

USCS Fed Rules Civ Proc R 45; Fed. R. Civ. P. 45(b)(2)(B) and 45(c)(3)(A)(ii) did not require that subpoena that was served on bank that was more than 100 miles outside issuing district be quashed because subpoena only required production of documents and documents could be produced within issuing district by mail. U.S. Bank Nat'l Ass'n v. James, 264 F.R.D. 17, 2010 U.S. Dist. LEXIS 15722 (D. Me. 2010).

100-mile limit set forth in Fed. R. Civ. P. 45(c)(3)(A)(ii) applies to travel by subpoenaed person, but, under Fed. R. Civ. P. 45(c)(2)(A), person commanded to produce documents need not appear in person at place of production or inspection, so 100 mile limit does not apply to documents. Walker v. Ctr. for Food Safety, 667 F. Supp. 2d 133, 2009 U.S. Dist. LEXIS 102846 (D.D.C. 2009).

iv

**Table of Models**.

| Make | Model | Generation | Color | Caliber | Special Designations |
|---|---|---|---|---|---|
| Glock | 22 | All | All | .40 caliber | All including "MOS" "California Compliant" or Optic Models |
| Glock | 23 | All | All | .40 caliber | All including "MOS" "California Compliant" or Optic Models |
| Glock | 24 | All | All | .40 caliber | All including "MOS" "California Compliant" or Optic Models |
| Glock | 27 | All | All | .40 caliber | All including "MOS" "California Compliant" or Optic Models |
| Glock | 35 | All | All | .40 caliber | All including "MOS" "California Compliant" or Optic Models |

| Glock | 21 | All | All | .45 ACP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 21SF | All | All | .45 ACP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 30 | All | All | .45 ACP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 30SF | All | All | .45 ACP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 30S | All | All | .45 ACP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 36 | All | All | .45 ACP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 41 | All | All | .45 ACP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 37 | All | All | .45 GAP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 38 | All | All | .45 GAP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 39 | All | All | .45 GAP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 20 | All | All | 10mm | All including "MOS" "California Compliant" or Optic Models |
| Glock | 29 | All | All | 10mm | All including "MOS" "California Compliant" or Optic Models |
| Glock | 40 | All | All | 10mm | All including "MOS" "California Compliant" or Optic Models |

STATE OF CALIFORNIA
BOF 929 (Rev. 05/2023)

DEPARTMENT OF JUSTICE
Page 1 of 2



## CALIFORNIA DEPARTMENT OF JUSTICE
## BUREAU OF FIREARMS
## Dealer's Record of Sale (DROS) Worksheet



CFD No.: ☐☐☐☐☐☐☐

DROS No.: ☐☐☐☐☐☐☐☐☐☐☐

---

### Purchaser Information

| First Name: | Middle Name: | Last Name: | Suffix: |
|---|---|---|---|

| Alias First Name: | Alias Middle Name: | Alias Last Name: | Alias Suffix: |
|---|---|---|---|

| Street Address (no PO Box): | City: | Zip Code: |
|---|---|---|

One of the following forms of identification is required to legally purchase firearms in California: California driver license (CDL), California ID (CID) card issued by the DMV, or Military ID (MIL) issued by the DOD for active duty military accompanied by permanent duty station orders indicating that the purchaser is stationed in California.

ID Type: (check one) ☐ CDL  ☐ CID  ☐ MIL

ID Number:

| Gender: | Hair Color: | Eye Color: | Height: | Weight: | Date of Birth: (mm/dd/yyyy) | Race: |
|---|---|---|---|---|---|---|

US Citizen: ☐ Yes ☐ No    If NO, enter Alien Registration or I-94 Number and Country of Citizenship

Alien Registration or I-94 Number    Country of Citizenship

Place of Birth:

Telephone Number:    FSC Number or FSC Exemption Code:

---

### Firearms Eligibility Questions

☐ Yes ☐ No  Has purchaser: (1) ever been convicted of a felony, any offense specified in Penal Code (PC) section 29905, an offense specified in PC 23515(a), (b), or (d), a misdemeanor PC 273.5 offense; (2) been convicted in the last 10 years of a misdemeanor offense specified in PC 29805; or (3) been adjudged a ward of the juvenile court for committing an offense specified in PC 29820 and is not 30 years of age or older?

☐ Yes ☐ No  Has a court ever found, as specified in Welfare and Institutions Code (WIC) section 8103, the purchaser to be a danger to others from mental illness, a mentally disordered sex offender, not guilty by reason of insanity, mentally incompetent to stand trial, or gravely disabled to be placed under a conservatorship?

☐ Yes ☐ No  Is purchaser a danger/threat to self or others under WIC section 8100, a person certified for intensive treatment as described in WIC section 8103(g), or a person described in WIC section 8103(f) who has ever been admitted to a mental health facility as a danger to self or others at least twice within 1 year or admitted once within the past 5 years?

☐ Yes ☐ No  Is purchaser currently the subject of any restraining order specified in PC section 29825, a Gun Violence Restraining Order, or a probation condition prohibiting firearm possession?

I declare under penalty of perjury under the laws of
the State of California that the foregoing is true and correct.

Signature of Purchaser _____    Date _____

---

### Private Party Transfer (Seller Information)

| First Name: | Middle Name: | Last Name: | Suffix: |
|---|---|---|---|

| Street Address (no PO Box): | City: | Zip Code: |
|---|---|---|

| ID Type: (check one) ☐ CDL ☐ CID ☐ MIL | ID Number: | Gender: | Hair Color: | Eye Color: | Height: | Weight: | Date of Birth: (mm/dd/yyyy) | Race: |
|---|---|---|---|---|---|---|---|---|

US Citizen: ☐ Yes ☐ No    If NO, enter Alien Registration or I-94 Number and Country of Citizenship:

Alien Registration or I-94 Number    Country of Citizenship

Place of Birth:    Telephone Number:

Penal Code 32000(b) Exemption? ☐ Yes ☐ No    If YES, provide Law Enforcement Agency:

I declare under penalty of perjury under the laws of
the State of California that the foregoing is true and correct.

Signature of Seller _____    Date _____

---

### Waiting Period Exemptions

Purchaser claims the following waiting exemption pursuant to Penal Code sections 26950 through 26970 and 27650 through 27670.

☐ PEACE OFFICER STATUS (must have agency letter) Enter Law Enforcement Agency: _____

☐ CA FIREARMS DEALER Enter CFD Number: _____

☐ SPECIAL WEAPONS PERMIT (does not include CCW permit) Enter Permit Number: _____

☐ COLLECTOR STATUS (curio/relic only) Enter COE Number: _____

STATE OF CALIFORNIA
BOF 929 (Rev. 05/2023)

DEPARTMENT OF JUSTICE
Page 2 of 2



## CALIFORNIA DEPARTMENT OF JUSTICE
## BUREAU OF FIREARMS
## Dealer's Record of Sale (DROS) Worksheet

CFD No.: ⬚⬚⬚⬚⬚⬚

DROS No.: ⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚

### Firearm Information

| Make: (Colt, Remington, etc.) | Model: (Commander, 870, etc.) | Caliber(s): | Barrel Length: | Serial Number: | | Other Number: (if different) |
|---|---|---|---|---|---|---|

**Firearm Type:**
☐ Long Gun
☐ Handgun

**If Long Gun:**
☐ Rifle   ☐ Other
☐ Shotgun
☐ Rifle/Shotgun Combo

**Firearm Category:**
☐ Revolver    ☐ Semi-Auto    ☐ Bolt Action    ☐ Pump Action    ☐ Over/Under
☐ Single Shot    ☐ Derringer    ☐ Lever Action    ☐ Carbine    ☐ Other: _____

**New Firearm:**
☐ Yes
☐ No

**Frame or Receiver Only:**
☐ Yes
☐ No

**If YES, is it a Federally Regulated Firearm Precursor Part?**
☐ Yes   ☐ No

**Dealer Comments:**

**Firearm Origin: (USA, Italy, etc.)**

**Firearm Color: (Black, Silver, etc.)**

**Penal Code 32000(b) Exemption?**
☐ Yes   ☐ No

**If YES, provide Law Enforcement Agency Name:**

**Firearm Safety Device Description and/or Comments:**

### Transaction Information

| Transmission Date: | Transmission Time: | Delivery Date: | Delivery Time: | Gun Show Transaction ☐ Yes   ☐ No |
|---|---|---|---|---|

**Firearm Type:**
☐ Long Gun
☐ Handgun

**Transaction Type:** (All but "Dealer Sale" cert-list exempt)
☐ Dealer Sale    ☐ Loan    ☐ Curio/Relic/Olympic/Other Exempt    ☐ Pawn/Consignment Redemption    ☐ Private Party Transfer
☐ Prohibited Temporary Storage Return    ☐ Peace Officer    ☐ Peace Officer Non-Roster Handgun Private Party Transfer

**30-Day Restriction Exemption?**
☐ Yes   ☐ No

**If YES, explain:**

**Age Exemption?**
☐ Yes   ☐ No

**If YES, explain:**

| If using Hunting License for Age Exemption, enter the following: | GO ID #: | Hunting License Number: | Valid from (date): | Valid to (date): |
|---|---|---|---|---|

### Dealer Information

**Firearms Dealer Name:**

**Dealer Telephone Number:**

**Firearms Dealer Address (including City, State, ZIP):**

**Salesperson Printed Name:**

**Salesperson COE Number:**

I declare under penalty of perjury under the laws of
the State of California that the foregoing is true and correct.

_____
Signature of Salesperson

_____
Date

Falsification of information on this form is a crime, punishable by up to 18 months in state prison. (Pen. Code, § 28250.)

# EXHIBIT 13

AO 88B  (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
\_Northern District of California

| | |
|---|---|
| Steven C. Johnson, and individual, on behalf of himself and all others similarly situated, | ) |
| *Plaintiff* | ) |
| v. | ) |
| Glock, Inc., a Georgia Corporation; Glock Ges.m.b.H, an Austrian entity, et al. | ) |
| *Defendant* | ) |

Civil Action No.    3:20-cv-08807-WHO

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:    **LC Action Police Supply, Ltd., care of Darsi Andrea Miller, 1088 N. 1st St., San Jose, CA 95112**

*(Name of person to whom this subpoena is directed)*

☒   *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:    **See Schedule A.**

| Place: | Nicholas & Tomasevic, LLP 225 Broadway, 19th Floor San Diego, CA 92101 (By Mail) rob@lewislawfirm.com (Electronically) | Date and Time: | August 17, 2023 at 11:59pm |
|---|---|---|---|

☐   *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | | Date and Time: | |
|---|---|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:    07/21/2023

| *CLERK OF COURT* | | |
|---|---|---|
| | OR | */s/Robert K. Lewis* |
| _____ | | _____ |
| *Signature of Clerk or Deputy Clerk* | | *Attorney's signature* |

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*    Steven C. Johnson
_____ , who issues or requests this subpoena, are:

Robert Lewis, 28150 N. Alma School Rd. Ste 103-637, Scottsdale, AZ 85262, Rob@LewisLawFirm.com 602-889-6666

**Notice to the person who issues or requests this subpoena**

If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.      3:20-cv-08807-WHO

### PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

☐  I served the subpoena by delivering a copy to the named person as follows: _____

_____       on *(date)* _____ ; or

☐  I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.:

## Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

 **(1)** *For a Trial, Hearing, or Deposition.* A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
  **(A)** within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
  **(B)** within the state where the person resides, is employed, or regularly transacts business in person, if the person
    **(i)** is a party or a party's officer; or
    **(ii)** is commanded to attend a trial and would not incur substantial expense.

 **(2)** *For Other Discovery.* A subpoena may command:
  **(A)** production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
  **(B)** inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

 **(1)** *Avoiding Undue Burden or Expense; Sanctions.* A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

 **(2)** *Command to Produce Materials or Permit Inspection.*
  **(A)** *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
  **(B)** *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
    **(i)** At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
    **(ii)** These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

 **(3)** *Quashing or Modifying a Subpoena.*
  **(A)** *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:
    **(i)** fails to allow a reasonable time to comply;
    **(ii)** requires a person to comply beyond the geographical limits specified in Rule 45(c);
    **(iii)** requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
    **(iv)** subjects a person to undue burden.
  **(B)** *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:
    **(i)** disclosing a trade secret or other confidential research, development, or commercial information; or

    **(ii)** disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
  **(C)** *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
    **(i)** shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
    **(ii)** ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

 **(1)** *Producing Documents or Electronically Stored Information.* These procedures apply to producing documents or electronically stored information:
  **(A)** *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
  **(B)** *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
  **(C)** *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
  **(D)** *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

 **(2)** *Claiming Privilege or Protection.*
  **(A)** *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
    **(i)** expressly make the claim; and
    **(ii)** describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
  **(B)** *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**
The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).

**SUBPOENA DUCES TECUM - SCHEDULE A**

*Johnson v. Glock, Inc., et al.*
3:20-cv-08807-WHO

To:
LC Action Police Supply, Ltd., care of Darsi Andrea Miller,
1088 N. 1st St., San Jose, CA 95112

**Intent of Subpoena, Instructions, and Admonition Concerning Objections**

1.  The intent of this subpoena is to obtain the number of reported retail sales of certain Glock handguns that occurred in the State of California from January 1, 2016, to July 21, 2023. The Glock handgun sales sought are all Glock handguns that are designed and manufactured to fire ammunition of the following Calibers:
    a.  .40 caliber (also known as .40 Smith and Wesson or .40 S&W);
    b.  .45 ACP (also known as .45 Automatic Colt Pistol);
    c.  .45 GAP (also known as .45 Glock Automatic Pistol); and
    d.  10mm.

2.  It is not the intent of this subpoena to obtain any personal information about the purchasers, such as name, address, phone numbers, personal identifying marks, etc.  Accordingly, to avoid disclosure this information may be redacted or removed from production.

3.  This information can be physically produced in paper, electronically stored information on a flash drive, cd, or external hard drive, produced by email, dropbox or file share software. The information can be produced in an excel spreadsheet format, Microsoft Word, or redacted forms completed by the dealers in PDF format.

4.  The materials may be delivered in any number of ways:
    a.  uploading the information into a dropbox or other document share account with an access link emailed to all the people with the corresponding email addresses in Table One[i];
    b.  Storing the information on a flash drive, cd, or hard drive and mailing by FedEx, USPS Priority, UPS, or other carrier with tracking to both the addresses listed in Table Two[ii];
    c.  Transmitting the information as an attachment to all the email addresses in Table One if it is transferrable as such.
    d.  Delivering actual paper documents to both addresses listed in Table Two or an agreed upon location within 100 miles of the respondents principal place of business.

5.  The form of this subpoena is a standard form created by the US District Court Northern District (Subpoena form AO 88B) and there is an existing order that this form may be used

for subpoenas in this case.  Objections based on the form of the subpoena may result in a motion for order to show cause and request for monetary sanctions.

6. Because a responding party is allowed to mail or transfer production electronically, it is this party's position that the 100-mile rule does not apply [iii]  In the alternative, the issuing party will also designate a place of physical production within 100 miles of the principal place of business if the responding party makes a written request emailed within two business days of the date of production to all the emails listed in Table One below. Objections based on this 100-mile rule may result in a motion for order to show cause and request for monetary sanctions.

7. "You" or "your" or "responding party" refer to LC Action Police Supply, Ltd., care of Darsi Andrea Miller, 1088 N. 1st St., San Jose, CA 95112

**Items to be Produced.**

1. All Firearm Dealer's Records of Sale ("DROS") forms transmitted to the State of California pursuant to California law. (Including but not limited to Cal. Penal Code § 28205) for sales from January 1, 2016, to July 21, 2023, involving Glock handguns that are designed and manufactured to fire ammunition of the following calibers:[iv]

   a. .40 caliber (also known as .40 Smith and Wesson or .40 S&W);
   b. .45 ACP (also known as .45 Automatic Colt Pistol);
   c. .45 GAP (also known as .45 Glock Automatic Pistol); and
   d. 10mm.

This information can be produced as actual redacted forms in paper or pdf format or a spreadsheet that captures and produces the information contained in the highlighted fields of the attached Standard DROS form template.


2. All documents, including but not limited to, physical documentation, electronically stored information, photographs, video, computer images, etc. involving any of the Glock handguns listed in "Table of Models" below that have suffered a case failure, Kabooms, blowout, ruptures, bulging, tears, smiles, and deformed casings. This request includes all incident or injury reports, investigations, warranty documents, repair orders, refund requests, and any and all communications with Glock, ammunition manufacturers or retailer, and customers regarding same.

i

**Table One**

| | |
|---|---|
| Robert Lewis | rob@lewislawfirm.com |
| Amy Lewis | amy@lewislawfirm.com |
| Kathy Blake | kathy@lewislawfirm.com |
| Craig Nicholas | CNicholas@nicholaslaw.org |
| Alex Tomasevic | ATomasevic@nicholaslaw.org |
| Jake Schulte | jschulte@nicholaslaw.org |
| Emilia Carrillo | ECarrillo@nicholaslaw.org |

ii

**Table Two**

| | |
|---|---|
| Robert Lewis<br>Amy Lewis<br>Kathy Blake | Lewis and Lewis Trial Lawyers PLC,<br>28150 North Alma School Road,<br>Suite 103-637<br>Scottsdale AZ 85262 |
| Craig Nicholas<br>Jake Schulte<br>Alex Tomasevic<br>Emilia Carrillo | Nicholas and Tomasevic LLP<br>225 Broadway 19th Floor<br>San Diego California, 921010 |

iii

Subpoena from defendants did not violate 100-mile restriction, on basis that it required production by non-party of documents to law firm in Cleveland, Ohio, which was more than 100 miles from non-party's office in Naples, Florida, because production of documents did not require personal appearance. Pidcock v. Goddard (In re SII Liquidation Co.), 2015 Bankr. LEXIS 901 (Bankr. N.D. Ohio Mar. 20, 2015).

USCS Fed Rules Civ Proc R 45; Fed. R. Civ. P. 45(b)(2)(B) and 45(c)(3)(A)(ii) did not require that subpoena that was served on bank that was more than 100 miles outside issuing district be quashed because subpoena only required production of documents and documents could be produced within issuing district by mail. U.S. Bank Nat'l Ass'n v. James, 264 F.R.D. 17, 2010 U.S. Dist. LEXIS 15722 (D. Me. 2010).

100-mile limit set forth in Fed. R. Civ. P. 45(c)(3)(A)(ii) applies to travel by subpoenaed person, but, under Fed. R. Civ. P. 45(c)(2)(A), person commanded to produce documents need not appear in person at place of production or inspection, so 100 mile limit does not apply to documents. Walker v. Ctr. for Food Safety, 667 F. Supp. 2d 133, 2009 U.S. Dist. LEXIS 102846 (D.D.C. 2009).

iv

**Table of Models**.

| Make | Model | Generation | Color | Caliber | Special Designations |
|---|---|---|---|---|---|
| Glock | 22 | All | All | .40 caliber | All including "MOS" "California Compliant" or Optic Models |
| Glock | 23 | All | All | .40 caliber | All including "MOS" "California Compliant" or Optic Models |
| Glock | 24 | All | All | .40 caliber | All including "MOS" "California Compliant" or Optic Models |
| Glock | 27 | All | All | .40 caliber | All including "MOS" "California Compliant" or Optic Models |
| Glock | 35 | All | All | .40 caliber | All including "MOS" "California Compliant" or Optic Models |

| Glock | 21 | All | All | .45 ACP | All including "MOS" "California Compliant" or Optic Models |
|-------|------|-----|-----|---------|-----------------------------------------------------------|
| Glock | 21SF | All | All | .45 ACP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 30 | All | All | .45 ACP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 30SF | All | All | .45 ACP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 30S | All | All | .45 ACP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 36 | All | All | .45 ACP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 41 | All | All | .45 ACP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 37 | All | All | .45 GAP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 38 | All | All | .45 GAP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 39 | All | All | .45 GAP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 20 | All | All | 10mm | All including "MOS" "California Compliant" or Optic Models |
| Glock | 29 | All | All | 10mm | All including "MOS" "California Compliant" or Optic Models |
| Glock | 40 | All | All | 10mm | All including "MOS" "California Compliant" or Optic Models |

STATE OF CALIFORNIA
BOF 929 (Rev. 05/2023)

DEPARTMENT OF JUSTICE
Page 1 of 2



## CALIFORNIA DEPARTMENT OF JUSTICE
## BUREAU OF FIREARMS
## Dealer's Record of Sale (DROS) Worksheet



CFD No.: | | | | | |

DROS No.: | | | | | | | | | |

### Purchaser Information

| First Name: | Middle Name: | Last Name: | Suffix: |
|---|---|---|---|

| Alias First Name: | Alias Middle Name: | Alias Last Name: | Alias Suffix: |
|---|---|---|---|

| Street Address (no PO Box): | City: | Zip Code: |
|---|---|---|

One of the following forms of identification is required to legally purchase firearms in California: California driver license (CDL), California ID (CID) card issued by the DMV, or Military ID (MIL) issued by the DOD for active duty military accompanied by permanent duty station orders indicating that the purchaser is stationed in California.

ID Type: (check one) ☐ CDL ☐ CID ☐ MIL    ID Number:

| Gender: | Hair Color: | Eye Color: | Height: | Weight: | Date of Birth: (mm/dd/yyyy) | Race: |
|---|---|---|---|---|---|---|

US Citizen: ☐ Yes ☐ No    If NO, enter Alien Registration or I-94 Number and Country of Citizenship

Alien Registration or I-94 Number    Country of Citizenship    Place of Birth:

Telephone Number:    FSC Number or FSC Exemption Code:

### Firearms Eligibility Questions

☐ Yes ☐ No  Has purchaser: (1) ever been convicted of a felony, any offense specified in Penal Code (PC) section 29905, an offense specified in PC 23515(a), (b), or (d), a misdemeanor PC 273.5 offense; (2) been convicted in the last 10 years of a misdemeanor offense specified in PC 29805; or (3) been adjudged a ward of the juvenile court for committing an offense specified in PC 29820 and is not 30 years of age or older?

☐ Yes ☐ No  Has a court ever found, as specified in Welfare and Institutions Code (WIC) section 8103, the purchaser to be a danger to others from mental illness, a mentally disordered sex offender, not guilty by reason of insanity, mentally incompetent to stand trial, or gravely disabled to be placed under a conservatorship?

☐ Yes ☐ No  Is purchaser a danger/threat to self or others under WIC section 8100, a person certified for intensive treatment as described in WIC section 8103(g), or a person described in WIC section 8103(f) who has ever been admitted to a mental health facility as a danger to self or others at least twice within 1 year or admitted once within the past 5 years?

☐ Yes ☐ No  Is purchaser currently the subject of any restraining order specified in PC section 29825, a Gun Violence Restraining Order, or a probation condition prohibiting firearm possession?

I declare under penalty of perjury under the laws of
the State of California that the foregoing is true and correct.

Signature of Purchaser    Date

### Private Party Transfer (Seller Information)

| First Name: | Middle Name: | Last Name: | Suffix: |
|---|---|---|---|

| Street Address (no PO Box): | City: | Zip Code: |
|---|---|---|

ID Type: (check one) ☐ CDL ☐ CID ☐ MIL    ID Number: | Gender: | Hair Color: | Eye Color: | Height: | Weight: | Date of Birth: (mm/dd/yyyy) | Race:

US Citizen: ☐ Yes ☐ No    If NO, enter Alien Registration or I-94 Number and Country of Citizenship:

Alien Registration or I-94 Number    Country of Citizenship    Place of Birth:    Telephone Number:

Penal Code 32000(b) Exemption? ☐ Yes ☐ No    If YES, provide Law Enforcement Agency:

I declare under penalty of perjury under the laws of
the State of California that the foregoing is true and correct.

Signature of Seller    Date

### Waiting Period Exemptions

Purchaser claims the following waiting period exemption pursuant to Penal Code sections 26950 through 26970 and 27650 through 27670.

☐ PEACE OFFICER STATUS (must have agency letter) Enter Law Enforcement Agency:

☐ CA FIREARMS DEALER Enter CFD Number:

☐ SPECIAL WEAPONS PERMIT (does not include CCW permit) Enter Permit Number:

☐ COLLECTOR STATUS (curio/relic only) Enter COE Number:

STATE OF CALIFORNIA
BOF 929 (Rev. 05/2023)

DEPARTMENT OF JUSTICE
Page 2 of 2



## CALIFORNIA DEPARTMENT OF JUSTICE
## BUREAU OF FIREARMS
### Dealer's Record of Sale (DROS) Worksheet

CFD No.: ☐☐☐☐☐☐

DROS No.: ☐☐☐☐☐☐☐☐☐

### Firearm Information

| Make: (Colt, Remington, etc.) | Model: (Commander, 870, etc.) | Caliber(s): | Barrel Length: | Serial Number: | | Other Number: (if different) |
|---|---|---|---|---|---|---|

Firearm Type:
☐ Long Gun
☐ Handgun

If Long Gun:
☐ Rifle   ☐ Other
☐ Shotgun
☐ Rifle/Shotgun Combo

Firearm Category:
☐ Revolver   ☐ Semi-Auto   ☐ Bolt Action   ☐ Pump Action   ☐ Over/Under
☐ Single Shot   ☐ Derringer   ☐ Lever Action   ☐ Carbine   ☐ Other: _____

New Firearm:
☐ Yes
☐ No

Frame or Receiver Only:
☐ Yes
☐ No

If YES, is it a Federally Regulated Firearm Precursor Part?
☐ Yes   ☐ No

Dealer Comments:

Firearm Origin: (USA, Italy, etc.)

Firearm Color: (Black, Silver, etc.)

Penal Code 32000(b) Exemption?
☐ Yes   ☐ No

If YES, provide Law Enforcement Agency Name:

Firearm Safety Device Description and/or Comments:

### Transaction Information

| Transmission Date: | Transmission Time: | Delivery Date: | Delivery Time: | Gun Show Transaction ☐ Yes   ☐ No |
|---|---|---|---|---|

Firearm Type:
☐ Long Gun
☐ Handgun

Transaction Type: (All but "Dealer Sale" cert-list exempt)
☐ Dealer Sale   ☐ Loan   ☐ Curio/Relic/Olympic/Other Exempt   ☐ Pawn/Consignment Redemption   ☐ Private Party Transfer
☐ Prohibited Temporary Storage Return   ☐ Peace Officer   ☐ Peace Officer Non-Roster Handgun Private Party Transfer

30-Day Restriction Exemption?
☐ Yes   ☐ No

If YES, explain:

Age Exemption?
☐ Yes   ☐ No

If YES, explain:

| If using Hunting License for Age Exemption, enter the following: | GO ID #: | Hunting License Number: | Valid from (date): | Valid to (date): |
|---|---|---|---|---|

### Dealer Information

Firearms Dealer Name:

Dealer Telephone Number:

Firearms Dealer Address (including City, State, ZIP):

Salesperson Printed Name:

Salesperson COE Number:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Signature of Salesperson _____

Date _____

Falsification of information on this form is a crime, punishable by up to 18 months in state prison. (Pen. Code, § 28250.)

# EXHIBIT 14

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT

for the

_Northern District of California

| | |
|---|---|
| Steven C. Johnson, and individual, on behalf of himself and all others similarly situated, <br> *Plaintiff* <br> v. <br> Glock, Inc., a Georgia Corporation; Glock Ges.m.b.H, an Austrian entity, et al. <br> *Defendant* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

Civil Action No.    3:20-cv-08807-WHO

### SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
### OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:    **Maximum Wholesale, Inc.; Ammo Brothers; Ammo Bros, Inc., care of Bethany R. Richards, 820 S. Rockefeller Ave, Ste. G, Ontario, CA 91761**

*(Name of person to whom this subpoena is directed)*

☒    *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:    **See Schedule A.**

| Place: | Nicholas & Tomasevic, LLP <br> 225 Broadway, 19th Floor <br> San Diego, CA 92101 (By Mail) <br> rob@lewislawfirm.com (Electronically) | Date and Time: | August 17, 2023 at 11:59pm |
|---|---|---|---|

☐    *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:    07/21/2023

CLERK OF COURT

OR    */s/Robert K. Lewis*

_____            _____
Signature of Clerk or Deputy Clerk                Attorney's signature

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*    Steven C. Johnson
_____ , who issues or requests this subpoena, are:

Robert Lewis, 28150 N. Alma School Rd. Ste 103-637, Scottsdale, AZ 85262, Rob@LewisLawFirm.com 602-889-6666

**Notice to the person who issues or requests this subpoena**

If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B  (Rev.  02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.    3:20-cv-08807-WHO

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

☐  I served the subpoena by delivering a copy to the named person as follows: _____

_____

_____    on *(date)* _____ ; or

☐  I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.:

AO 88B  (Rev.  02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action(Page 3)

## Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

**(1) *For a Trial, Hearing, or Deposition.*** A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
 **(A)** within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
 **(B)** within the state where the person resides, is employed, or regularly transacts business in person, if the person
  **(i)** is a party or a party's officer; or
  **(ii)** is commanded to attend a trial and would not incur substantial expense.

**(2) *For Other Discovery.*** A subpoena may command:
 **(A)** production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
 **(B)** inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

**(1) *Avoiding Undue Burden or Expense; Sanctions.*** A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

**(2) *Command to Produce Materials or Permit Inspection.***
 **(A)** *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
 **(B)** *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
  **(i)** At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
  **(ii)** These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

**(3) *Quashing or Modifying a Subpoena.***
 **(A)** *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:
  **(i)** fails to allow a reasonable time to comply;
  **(ii)** requires a person to comply beyond the geographical limits specified in Rule 45(c);
  **(iii)** requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
  **(iv)** subjects a person to undue burden.
 **(B)** *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:
  **(i)** disclosing a trade secret or other confidential research, development, or commercial information; or

  **(ii)** disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
 **(C)** *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
  **(i)** shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
  **(ii)** ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

**(1) *Producing Documents or Electronically Stored Information.*** These procedures apply to producing documents or electronically stored information:
 **(A)** *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
 **(B)** *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
 **(C)** *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
 **(D)** *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

**(2) *Claiming Privilege or Protection.***
 **(A)** *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
  **(i)** expressly make the claim; and
  **(ii)** describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
 **(B)** *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**
The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).

## SUBPOENA DUCES TECUM - SCHEDULE A

*Johnson v. Glock, Inc., et al.*
3:20-cv-08807-WHO

To:
Maximum Wholesale, Inc.; Ammo Brothers; Ammo Bros, Inc., care of Bethany R. Richards,
820 S. Rockefeller Ave, Ste. G, Ontario, CA 91761

### Intent of Subpoena, Instructions, and Admonition Concerning Objections

1. The intent of this subpoena is to obtain the number of reported retail sales of certain Glock handguns that occurred in the State of California from January 1, 2016, to July 21, 2023. The Glock handgun sales sought are all Glock handguns that are designed and manufactured to fire ammunition of the following Calibers:
   a. .40 caliber (also known as .40 Smith and Wesson or .40 S&W);
   b. .45 ACP (also known as .45 Automatic Colt Pistol);
   c. .45 GAP (also known as .45 Glock Automatic Pistol); and
   d. 10mm.

2. It is not the intent of this subpoena to obtain any personal information about the purchasers, such as name, address, phone numbers, personal identifying marks, etc.  Accordingly, to avoid disclosure this information may be redacted or removed from production.

3. This information can be physically produced in paper, electronically stored information on a flash drive, cd, or external hard drive, produced by email, dropbox or file share software. The information can be produced in an excel spreadsheet format, Microsoft Word, or redacted forms completed by the dealers in PDF format.

4. The materials may be delivered in any number of ways:
   a. uploading the information into a dropbox or other document share account with an access link emailed to all the people with the corresponding email addresses in Table One[i];
   b. Storing the information on a flash drive, cd, or hard drive and mailing by FedEx, USPS Priority, UPS, or other carrier with tracking to both the addresses listed in Table Two[ii];
   c. Transmitting the information as an attachment to all the email addresses in Table One if it is transferrable as such.
   d. Delivering actual paper documents to both addresses listed in Table Two or an agreed upon location within 100 miles of the respondents principal place of business.

5. The form of this subpoena is a standard form created by the US District Court Northern District (Subpoena form AO 88B) and there is an existing order that this form may be used for subpoenas in this case.  Objections based on the form of the subpoena may result in a motion for order to show cause and request for monetary sanctions.

6.  Because a responding party is allowed to mail or transfer production electronically, it is this party's position that the 100-mile rule does not apply [iii]  In the alternative, the issuing party will also designate a place of physical production within 100 miles of the principal place of business if the responding party makes a written request emailed within two business days of the date of production to all the emails listed in Table One below. Objections based on this 100-mile rule may result in a motion for order to show cause and request for monetary sanctions.

7.  "You" or "your" or "responding party" refer to Maximum Wholesale, Inc.; Ammo Brothers; Ammo Bros, Inc., care of Bethany R. Richards, 820 S. Rockefeller Ave, Ste. G, Ontario, CA 91761

**Items to be Produced.**

1. All Firearm Dealer's Records of Sale ("DROS") forms transmitted to the State of California pursuant to California law. (Including but not limited to Cal. Penal Code § 28205) for sales from January 1, 2016, to July 21, 2023, involving Glock handguns that are designed and manufactured to fire ammunition of the following calibers:[iv]
   a. .40 caliber (also known as .40 Smith and Wesson or .40 S&W);
   b. .45 ACP (also known as .45 Automatic Colt Pistol);
   c. .45 GAP (also known as .45 Glock Automatic Pistol); and
   d. 10mm.

This information can be produced as actual redacted forms in paper or pdf format or a spreadsheet that captures and produces the information contained in the highlighted fields of the attached Standard DROS form template.

2. All documents, including but not limited to, physical documentation, electronically stored information, photographs, video, computer images, etc. involving any of the Glock handguns listed in "Table of Models" below that have suffered a case failure, Kabooms, blowout, ruptures, bulging, tears, smiles, and deformed casings. This request includes all incident or injury reports, investigations, warranty documents, repair orders, refund requests, and any and all communications with Glock, ammunition manufacturers or retailer, and customers regarding same.

---

i

**Table One**

| Robert Lewis | rob@lewislawfirm.com |
|---|---|
| Amy Lewis | amy@lewislawfirm.com |
| Kathy Blake | kathy@lewislawfirm.com |
| Craig Nicholas | CNicholas@nicholaslaw.org |
| Alex Tomasevic | ATomasevic@nicholaslaw.org |
| Jake Schulte | jschulte@nicholaslaw.org |
| Emilia Carrillo | ECarrillo@nicholaslaw.org |

ii

**Table Two**

| Robert Lewis<br>Amy Lewis<br>Kathy Blake | Lewis and Lewis Trial Lawyers PLC,<br>28150 North Alma School Road,<br>Suite 103-637<br>Scottsdale AZ 85262 |
|---|---|
| Craig Nicholas<br>Jake Schulte<br>Alex Tomasevic<br>Emilia Carrillo | Nicholas and Tomasevic LLP<br>225 Broadway 19th Floor<br>San Diego California, 921010 |

iii

Subpoena from defendants did not violate 100-mile restriction, on basis that it required production by non-party of documents to law firm in Cleveland, Ohio, which was more than 100 miles from non-party's office in Naples, Florida, because production of documents did not require personal appearance. Pidcock v. Goddard (In re SII Liquidation Co.), 2015 Bankr. LEXIS 901 (Bankr. N.D. Ohio Mar. 20, 2015).

USCS Fed Rules Civ Proc R 45; Fed. R. Civ. P. 45(b)(2)(B) and 45(c)(3)(A)(ii) did not require that subpoena that was served on bank that was more than 100 miles outside issuing district be quashed because subpoena only required production of documents and documents could be produced within issuing district by mail. U.S. Bank Nat'l Ass'n v. James, 264 F.R.D. 17, 2010 U.S. Dist. LEXIS 15722 (D. Me. 2010).

100-mile limit set forth in Fed. R. Civ. P. 45(c)(3)(A)(ii) applies to travel by subpoenaed person, but, under Fed. R. Civ. P. 45(c)(2)(A), person commanded to produce documents need not appear in person at place of production or inspection, so 100 mile limit does not apply to documents. Walker v. Ctr. for Food Safety, 667 F. Supp. 2d 133, 2009 U.S. Dist. LEXIS 102846 (D.D.C. 2009).

iv

**Table of Models**.

| Make | Model | Generation | Color | Caliber | Special Designations |
|---|---|---|---|---|---|
| Glock | 22 | All | All | .40 caliber | All including "MOS" "California Compliant" or Optic Models |
| Glock | 23 | All | All | .40 caliber | All including "MOS" "California Compliant" or Optic Models |
| Glock | 24 | All | All | .40 caliber | All including "MOS" "California Compliant" or Optic Models |
| Glock | 27 | All | All | .40 caliber | All including "MOS" "California Compliant" or Optic Models |
| Glock | 35 | All | All | .40 caliber | All including "MOS" "California Compliant" or Optic Models |

| | | | | | |
|---|---|---|---|---|---|
| Glock | 21 | All | All | .45 ACP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 21SF | All | All | .45 ACP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 30 | All | All | .45 ACP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 30SF | All | All | .45 ACP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 30S | All | All | .45 ACP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 36 | All | All | .45 ACP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 41 | All | All | .45 ACP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 37 | All | All | .45 GAP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 38 | All | All | .45 GAP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 39 | All | All | .45 GAP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 20 | All | All | 10mm | All including "MOS" "California Compliant" or Optic Models |
| Glock | 29 | All | All | 10mm | All including "MOS" "California Compliant" or Optic Models |
| Glock | 40 | All | All | 10mm | All including "MOS" "California Compliant" or Optic Models |

STATE OF CALIFORNIA
BOF 929 (Rev. 05/2023)



DEPARTMENT OF JUSTICE
Page 1 of 2



## CALIFORNIA DEPARTMENT OF JUSTICE
## BUREAU OF FIREARMS
### Dealer's Record of Sale (DROS) Worksheet



CFD No.: ☐☐☐☐☐☐       DROS No.: ☐☐☐☐☐☐☐☐☐☐☐☐☐

### Purchaser Information

| First Name: | Middle Name: | Last Name: | Suffix: |
|---|---|---|---|

| Alias First Name: | Alias Middle Name: | Alias Last Name: | Alias Suffix: |
|---|---|---|---|

| Street Address (no PO Box): | City: | Zip Code: |
|---|---|---|

One of the following forms of identification is required to legally purchase firearms in California: California driver license (CDL), California ID (CID) card issued by the DMV, or Military ID (MIL) issued by the DOD for active duty military accompanied by permanent duty station orders indicating that the purchaser is stationed in California.

ID Type: (check one) ☐ CDL ☐ CID ☐ MIL          ID Number:

| Gender: | Hair Color: | Eye Color: | Height: | Weight: | Date of Birth: (mm/dd/yyyy) | Race: |
|---|---|---|---|---|---|---|

US Citizen: ☐ Yes ☐ No     If NO, enter Alien Registration or I-94 Number and Country of Citizenship          Place of Birth:

Alien Registration or I-94 Number          Country of Citizenship

Telephone Number:                    FSC Number or FSC Exemption Code:

### Firearms Eligibility Questions

☐ Yes ☐ No   Has purchaser: (1) ever been convicted of a felony, any offense specified in Penal Code (PC) section 29905, an offense specified in PC 23515(a), (b), or (d), a misdemeanor PC 273.5 offense; (2) been convicted in the last 10 years of a misdemeanor offense specified in PC 29805; or (3) been adjudged a ward of the juvenile court for committing an offense specified in PC 29820 and is not 30 years of age or older?

☐ Yes ☐ No   Has a court ever found, as specified in Welfare and Institutions Code (WIC) section 8103, the purchaser to be a danger to others from mental illness, a mentally disordered sex offender, not guilty by reason of insanity, mentally incompetent to stand trial, or gravely disabled to be placed under a conservatorship?

☐ Yes ☐ No   Is purchaser a danger/threat to self or others under WIC section 8100, a person certified for intensive treatment as described in WIC section 8103(g), or a person described in WIC section 8103(f) who has ever been admitted to a mental health facility as a danger to self or others at least twice within 1 year or admitted once within the past 5 years?

☐ Yes ☐ No   Is purchaser currently the subject of any restraining order specified in PC section 29825, a Gun Violence Restraining Order, or a probation condition prohibiting firearm possession?

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Signature of Purchaser                    Date

### Private Party Transfer (Seller Information)

| First Name: | Middle Name: | Last Name: | Suffix: |
|---|---|---|---|

| Street Address (no PO Box): | City: | Zip Code: |
|---|---|---|

ID Type: (check one) ☐ CDL ☐ CID ☐ MIL   ID Number:

| Gender: | Hair Color: | Eye Color: | Height: | Weight: | Date of Birth: (mm/dd/yyyy) | Race: |
|---|---|---|---|---|---|---|

US Citizen: ☐ Yes ☐ No     If NO, enter Alien Registration or I-94 Number and Country of Citizenship:          Place of Birth:          Telephone Number:

Alien Registration or I-94 Number          Country of Citizenship

Penal Code 32000(b) Exemption? ☐ Yes ☐ No     If YES, provide Law Enforcement Agency:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Signature of Seller                    Date

### Waiting Period Exemptions

Purchaser claims the following waiting exemption pursuant to Penal Code sections 26950 through 26970 and 27650 through 27670.

☐ PEACE OFFICER STATUS (must have agency letter) Enter Law Enforcement Agency:

☐ CA FIREARMS DEALER Enter CFD Number:

☐ SPECIAL WEAPONS PERMIT (does not include CCW permit) Enter Permit Number:

☐ COLLECTOR STATUS (curio/relic only) Enter COE Number:

STATE OF CALIFORNIA
BOF 929 (Rev. 05/2023)

DEPARTMENT OF JUSTICE
Page 2 of 2



## CALIFORNIA DEPARTMENT OF JUSTICE
## BUREAU OF FIREARMS
### Dealer's Record of Sale (DROS) Worksheet



CFD No.: ☐☐☐☐☐☐          DROS No.: ☐☐☐☐☐☐☐☐☐☐☐

### Firearm Information

| Make: (Colt, Remington, etc.) | Model: (Commander, 870, etc.) | Caliber(s): | Barrel Length: | Serial Number: | Other Number: (if different) |
|---|---|---|---|---|---|

| Firearm Type: | If Long Gun: | Firearm Category: | | | | |
|---|---|---|---|---|---|---|
| ☐ Long Gun | ☐ Rifle   ☐ Other | ☐ Revolver | ☐ Semi-Auto | ☐ Bolt Action | ☐ Pump Action | ☐ Over/Under |
| ☐ Handgun | ☐ Shotgun<br>☐ Rifle/Shotgun Combo | ☐ Single Shot | ☐ Derringer | ☐ Lever Action | ☐ Carbine | ☐ Other: _____ |

| New Firearm: | Frame or Receiver Only: | If YES, is it a Federally Regulated Firearm Precursor Part? | Dealer Comments: |
|---|---|---|---|
| ☐ Yes<br>☐ No | ☐ Yes<br>☐ No | ☐ Yes   ☐ No | |

| Firearm Origin: (USA, Italy, etc.) | Firearm Color: (Black, Silver, etc.) |
|---|---|

| Penal Code 32000(b) Exemption? | If YES, provide Law Enforcement Agency Name: |
|---|---|
| ☐ Yes   ☐ No | |

Firearm Safety Device Description and/or Comments:

### Transaction Information

| Transmission Date: | Transmission Time: | Delivery Date: | Delivery Time: | Gun Show Transaction |
|---|---|---|---|---|
| | | | | ☐ Yes   ☐ No |

| Firearm Type: | Transaction Type: (All but "Dealer Sale" cert-list exempt) | | | |
|---|---|---|---|---|
| ☐ Long Gun | ☐ Dealer Sale   ☐ Loan | ☐ Curio/Relic/Olympic/Other Exempt | ☐ Pawn/Consignment Redemption | ☐ Private Party Transfer |
| ☐ Handgun | ☐ Prohibited Temporary Storage Return | ☐ Peace Officer | ☐ Peace Officer Non-Roster Handgun Private Party Transfer | |

| 30-Day Restriction Exemption? | If YES, explain: |
|---|---|
| ☐ Yes   ☐ No | |

| Age Exemption? | If YES, explain: |
|---|---|
| ☐ Yes   ☐ No | |

| If using Hunting License for Age Exemption, enter the following: | GO ID #: | Hunting License Number: | Valid from (date): | Valid to (date): |
|---|---|---|---|---|

### Dealer Information

| Firearms Dealer Name: | Dealer Telephone Number: |
|---|---|

Firearms Dealer Address (including City, State, ZIP):

| Salesperson Printed Name: | Salesperson COE Number: |
|---|---|

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| Signature of Salesperson | Date |
|---|---|

Falsification of information on this form is a crime, punishable by up to 18 months in state prison. (Pen. Code, § 28250.)

# EXHIBIT 15

AO 88B  (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT

for the

_Northern District of California

| | |
|---|---|
| Steven C. Johnson, and individual, on behalf of himself and all others similarly situated, | ) ) ) ) ) ) ) |
| _Plaintiff_ | |
| v. | |
| Glock, Inc., a Georgia Corporation; Glock Ges.m.b.H, an Austrian entity, et al. | |
| _Defendant_ | |

Civil Action No.    3:20-cv-08807-WHO

### SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
### OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:  **Pacific Marine Engineering; Pacific Outfitters, care of Aaron S. Ostrom, 1940 Huckleberry Court, Eureka, CA 95503; Principal Address:  1600 5th St., Eureka, CA 95501; Principal Address:  955 N. State St., Ukiah, CA 95482**

*(Name of person to whom this subpoena is directed)*

☑  *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:   **See Schedule A.**

| Place: | Nicholas & Tomasevic, LLP 225 Broadway, 19th Floor San Diego, CA 92101 (By Mail) rob@lewislawfirm.com (Electronically) | Date and Time: | August 17, 2023 at 11:59pm |
|---|---|---|---|

☐  *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | | Date and Time: | |
|---|---|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:    07/21/2023

*CLERK OF COURT*

OR    */s/Robert K. Lewis*

_____        _____
*Signature of Clerk or Deputy Clerk*                    *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Steven C. Johnson

_____ , who issues or requests this subpoena, are:

 Robert Lewis, 28150 N. Alma School Rd. Ste 103-637, Scottsdale, AZ 85262, Rob@LewisLawFirm.com 602-889-6666

**Notice to the person who issues or requests this subpoena**

If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B  (Rev.  02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.      3:20-cv-08807-WHO

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

☐  I served the subpoena by delivering a copy to the named person as follows: _____

_____           on *(date)* _____ ; or

☐  I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.:

## Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

  **(1)** *For a Trial, Hearing, or Deposition.* A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
    **(A)** within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
    **(B)** within the state where the person resides, is employed, or regularly transacts business in person, if the person
      **(i)** is a party or a party's officer; or
      **(ii)** is commanded to attend a trial and would not incur substantial expense.

  **(2)** *For Other Discovery.* A subpoena may command:
    **(A)** production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
    **(B)** inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

  **(1)** *Avoiding Undue Burden or Expense; Sanctions.* A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

  **(2)** *Command to Produce Materials or Permit Inspection.*
    **(A)** *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
    **(B)** *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
      **(i)** At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
      **(ii)** These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

  **(3)** *Quashing or Modifying a Subpoena.*
    **(A)** *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:
      **(i)** fails to allow a reasonable time to comply;
      **(ii)** requires a person to comply beyond the geographical limits specified in Rule 45(c);
      **(iii)** requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
      **(iv)** subjects a person to undue burden.
    **(B)** *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:
      **(i)** disclosing a trade secret or other confidential research, development, or commercial information; or

      **(ii)** disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
    **(C)** *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
      **(i)** shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
      **(ii)** ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

  **(1)** *Producing Documents or Electronically Stored Information.* These procedures apply to producing documents or electronically stored information:
    **(A)** *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
    **(B)** *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
    **(C)** *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
    **(D)** *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

  **(2)** *Claiming Privilege or Protection.*
    **(A)** *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
      **(i)** expressly make the claim; and
      **(ii)** describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
    **(B)** *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**
The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).

## SUBPOENA DUCES TECUM - SCHEDULE A

*Johnson v. Glock, Inc., et al.*
3:20-cv-08807-WHO

To:
Pacific Marine Engineering; Pacific Outfitters, care of Aaron S. Ostrom,
1940 Huckleberry Court, Eureka, CA 95503
Principal Address:  1600 5th St., Eureka, CA 95501
Principal Address:  955 N. State St., Ukiah, CA 95482

### Intent of Subpoena, Instructions, and Admonition Concerning Objections

1. The intent of this subpoena is to obtain the number of reported retail sales of certain Glock handguns that occurred in the State of California from January 1, 2016, to July 21, 2023. The Glock handgun sales sought are all Glock handguns that are designed and manufactured to fire ammunition of the following Calibers:
   a. .40 caliber (also known as .40 Smith and Wesson or .40 S&W);
   b. .45 ACP (also known as .45 Automatic Colt Pistol);
   c. .45 GAP (also known as .45 Glock Automatic Pistol); and
   d. 10mm.

2. It is not the intent of this subpoena to obtain any personal information about the purchasers, such as name, address, phone numbers, personal identifying marks, etc.  Accordingly, to avoid disclosure this information may be redacted or removed from production.

3. This information can be physically produced in paper, electronically stored information on a flash drive, cd, or external hard drive, produced by email, dropbox or file share software. The information can be produced in an excel spreadsheet format, Microsoft Word, or redacted forms completed by the dealers in PDF format.

4. The materials may be delivered in any number of ways:
   a. uploading the information into a dropbox or other document share account with an access link emailed to all the people with the corresponding email addresses in Table One[i]:
   b. Storing the information on a flash drive, cd, or hard drive and mailing by FedEx, USPS Priority, UPS, or other carrier with tracking to both the addresses listed in Table Two[ii]:
   c. Transmitting the information as an attachment to all the email addresses in Table One if it is transferrable as such.
   d. Delivering actual paper documents to both addresses listed in Table Two or an agreed upon location within 100 miles of the respondents principal place of business.

5. The form of this subpoena is a standard form created by the US District Court Northern District (Subpoena form AO 88B) and there is an existing order that this form may be used

for subpoenas in this case.  Objections based on the form of the subpoena may result in a motion for order to show cause and request for monetary sanctions.

6. Because a responding party is allowed to mail or transfer production electronically, it is this party's position that the 100-mile rule does not apply [iii]  In the alternative, the issuing party will also designate a place of physical production within 100 miles of the principal place of business if the responding party makes a written request emailed within two business days of the date of production to all the emails listed in Table One below. Objections based on this 100-mile rule may result in a motion for order to show cause and request for monetary sanctions.

7. "You" or "your" or "responding party" refer to Pacific Marine Engineering; Pacific Outfitters, care of Aaron S. Ostrom, 1940 Huckleberry Court, Eureka, CA 95503
      Principal Address:  1600 5th St., Eureka, CA 95501
      Principal Address:  955 N. State St., Ukiah, CA 95482

## **Items to be Produced.**

1. All Firearm Dealer's Records of Sale ("DROS") forms transmitted to the State of California pursuant to California law. (Including but not limited to Cal. Penal Code § 28205) for sales from January 1, 2016, to July 21, 2023, involving Glock handguns that are designed and manufactured to fire ammunition of the following calibers:[iv]
   a. .40 caliber (also known as .40 Smith and Wesson or .40 S&W);
   b. .45 ACP (also known as .45 Automatic Colt Pistol);
   c. .45 GAP (also known as .45 Glock Automatic Pistol); and
   d. 10mm.

This information can be produced as actual redacted forms in paper or pdf format or a spreadsheet that captures and produces the information contained in the highlighted fields of the attached Standard DROS form template.

2. All documents, including but not limited to, physical documentation, electronically stored information, photographs, video, computer images, etc. involving any of the Glock handguns listed in "Table of Models" below that have suffered a case failure, Kabooms, blowout, ruptures, bulging, tears, smiles, and deformed casings. This request includes all incident or injury reports, investigations, warranty documents, repair orders, refund requests, and any and all communications with Glock, ammunition manufacturers or retailer, and customers regarding same.

---

i

**Table One**

| Robert Lewis | rob@lewislawfirm.com |
|---|---|
| Amy Lewis | amy@lewislawfirm.com |
| Kathy Blake | kathy@lewislawfirm.com |
| Craig Nicholas | CNicholas@nicholaslaw.org |
| Alex Tomasevic | ATomasevic@nicholaslaw.org |
| Jake Schulte | jschulte@nicholaslaw.org |
| Emilia Carrillo | ECarrillo@nicholaslaw.org |

ii

**Table Two**

| Robert Lewis<br>Amy Lewis<br>Kathy Blake | Lewis and Lewis Trial Lawyers PLC,<br>28150 North Alma School Road,<br>Suite 103-637<br>Scottsdale AZ 85262 |
|---|---|
| Craig Nicholas<br>Jake Schulte<br>Alex Tomasevic<br>Emilia Carrillo | Nicholas and Tomasevic LLP<br>225 Broadway 19th Floor<br>San Diego California, 921010 |

iii

Subpoena from defendants did not violate 100-mile restriction, on basis that it required production by non-party of documents to law firm in Cleveland, Ohio, which was more than 100 miles from non-party's office in Naples, Florida, because production of documents did not require personal appearance. Pidcock v. Goddard (In re SII Liquidation Co.), 2015 Bankr. LEXIS 901 (Bankr. N.D. Ohio Mar. 20, 2015).

USCS Fed Rules Civ Proc R 45; Fed. R. Civ. P. 45(b)(2)(B) and 45(c)(3)(A)(ii) did not require that subpoena that was served on bank that was more than 100 miles outside issuing district be quashed because subpoena only required production of documents and documents could be produced within issuing district by mail. U.S. Bank Nat'l Ass'n v. James, 264 F.R.D. 17, 2010 U.S. Dist. LEXIS 15722 (D. Me. 2010).

100-mile limit set forth in Fed. R. Civ. P. 45(c)(3)(A)(ii) applies to travel by subpoenaed person, but, under Fed. R. Civ. P. 45(c)(2)(A), person commanded to produce documents need not appear in person at place of production or inspection, so 100 mile limit does not apply to documents. Walker v. Ctr. for Food Safety, 667 F. Supp. 2d 133, 2009 U.S. Dist. LEXIS 102846 (D.D.C. 2009).

iv

**Table of Models**.

| Make | Model | Generation | Color | Caliber | Special Designations |
|---|---|---|---|---|---|
| Glock | 22 | All | All | .40 caliber | All including "MOS" "California Compliant" or Optic Models |
| Glock | 23 | All | All | .40 caliber | All including "MOS" "California Compliant" or Optic Models |
| Glock | 24 | All | All | .40 caliber | All including "MOS" "California Compliant" or Optic Models |
| Glock | 27 | All | All | .40 caliber | All including "MOS" "California Compliant" or Optic Models |
| Glock | 35 | All | All | .40 caliber | All including "MOS" "California Compliant" or Optic Models |

| Glock | 21 | All | All | .45 ACP | All including "MOS" "California Compliant" or Optic Models |
|-------|------|-----|-----|---------|-------------------------------------------------------------|
| Glock | 21SF | All | All | .45 ACP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 30 | All | All | .45 ACP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 30SF | All | All | .45 ACP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 30S | All | All | .45 ACP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 36 | All | All | .45 ACP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 41 | All | All | .45 ACP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 37 | All | All | .45 GAP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 38 | All | All | .45 GAP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 39 | All | All | .45 GAP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 20 | All | All | 10mm | All including "MOS" "California Compliant" or Optic Models |
| Glock | 29 | All | All | 10mm | All including "MOS" "California Compliant" or Optic Models |
| Glock | 40 | All | All | 10mm | All including "MOS" "California Compliant" or Optic Models |

STATE OF CALIFORNIA
BOF 929 (Rev. 05/2023)

DEPARTMENT OF JUSTICE
Page 1 of 2



## CALIFORNIA DEPARTMENT OF JUSTICE
## BUREAU OF FIREARMS
### Dealer's Record of Sale (DROS) Worksheet



CFD No.: ☐☐☐☐☐☐  DROS No.: ☐☐☐☐☐☐☐☐☐☐☐☐

### Purchaser Information

| First Name: | Middle Name: | Last Name: | Suffix: |
|---|---|---|---|

| Alias First Name: | Alias Middle Name: | Alias Last Name: | Alias Suffix: |
|---|---|---|---|

| Street Address (no PO Box): | City: | Zip Code: |
|---|---|---|

One of the following forms of identification is required to legally purchase firearms in California: California driver license (CDL), California ID (CID) card issued by the DMV, or Military ID (MIL) issued by the DOD for active duty military accompanied by permanent duty station orders indicating that the purchaser is stationed in California.

ID Type: (check one) ☐ CDL ☐ CID ☐ MIL      ID Number:

| Gender: | Hair Color: | Eye Color: | Height: | Weight: | Date of Birth: (mm/dd/yyyy) | Race: |
|---|---|---|---|---|---|---|

US Citizen: ☐ Yes ☐ No    If NO, enter Alien Registration or I-94 Number and Country of Citizenship    Place of Birth:

Alien Registration or I-94 Number        Country of Citizenship

Telephone Number:        FSC Number or FSC Exemption Code:

### Firearms Eligibility Questions

☐ Yes ☐ No  Has purchaser: (1) ever been convicted of a felony, any offense specified in Penal Code (PC) section 29905, an offense specified in PC 23515(a), (b), or (d), a misdemeanor PC 273.5 offense; (2) been convicted in the last 10 years of a misdemeanor offense specified in PC 29805; or (3) been adjudged a ward of the juvenile court for committing an offense specified in PC 29820 and is not 30 years of age or older?

☐ Yes ☐ No  Has a court ever found, as specified in Welfare and Institutions Code (WIC) section 8103, the purchaser to be a danger to others from mental illness, a mentally disordered sex offender, not guilty by reason of insanity, mentally incompetent to stand trial, or gravely disabled to be placed under a conservatorship?

☐ Yes ☐ No  Is purchaser a danger/threat to self or others under WIC section 8100, a person certified for intensive treatment as described in WIC section 8103(g), or a person described in WIC section 8103(f) who has ever been admitted to a mental health facility as a danger to self or others at least twice within 1 year or admitted once within the past 5 years?

☐ Yes ☐ No  Is purchaser currently the subject of any restraining order specified in PC section 29825, a Gun Violence Restraining Order, or a probation condition prohibiting firearm possession?

I declare under penalty of perjury under the laws of
the State of California that the foregoing is true and correct.

Signature of Purchaser        Date

### Private Party Transfer (Seller Information)

| First Name: | Middle Name: | Last Name: | Suffix: |
|---|---|---|---|

| Street Address (no PO Box): | City: | Zip Code: |
|---|---|---|

ID Type: (check one) ☐ CDL ☐ CID ☐ MIL    ID Number:

| Gender: | Hair Color: | Eye Color: | Height: | Weight: | Date of Birth: (mm/dd/yyyy) | Race: |
|---|---|---|---|---|---|---|

US Citizen: ☐ Yes ☐ No    If NO, enter Alien Registration or I-94 Number and Country of Citizenship:    Place of Birth:    Telephone Number:

Alien Registration or I-94 Number        Country of Citizenship

Penal Code 32000(b) Exemption? ☐ Yes ☐ No    If YES, provide Law Enforcement Agency:

I declare under penalty of perjury under the laws of
the State of California that the foregoing is true and correct.

Signature of Seller        Date

### Waiting Period Exemptions

Purchaser claims the following waiting exemption pursuant to Penal Code sections 26950 through 26970 and 27650 through 27670.

☐ PEACE OFFICER STATUS (must have agency letter) Enter Law Enforcement Agency:

☐ CA FIREARMS DEALER Enter CFD Number:

☐ SPECIAL WEAPONS PERMIT (does not include CCW permit) Enter Permit Number:

☐ COLLECTOR STATUS (curio/relic only) Enter COE Number:

STATE OF CALIFORNIA
BOF 929 (Rev. 05/2023)

DEPARTMENT OF JUSTICE
Page 2 of 2



## CALIFORNIA DEPARTMENT OF JUSTICE
## BUREAU OF FIREARMS
## Dealer's Record of Sale (DROS) Worksheet

CFD No.: ☐☐☐☐☐☐

DROS No.: ☐☐☐☐☐☐☐☐☐☐

### Firearm Information

| Make: (Colt, Remington, etc.) | Model: (Commander, 870, etc.) | Caliber(s): | Barrel Length: | Serial Number: | Other Number: (if different) |
|---|---|---|---|---|---|

**Firearm Type:**
- ☐ Long Gun
- ☐ Handgun

**If Long Gun:**
- ☐ Rifle    ☐ Other
- ☐ Shotgun
- ☐ Rifle/Shotgun Combo

**Firearm Category:**
- ☐ Revolver      ☐ Semi-Auto      ☐ Bolt Action      ☐ Pump Action      ☐ Over/Under
- ☐ Single Shot   ☐ Derringer      ☐ Lever Action     ☐ Carbine          ☐ Other: _____

**New Firearm:**
- ☐ Yes
- ☐ No

**Frame or Receiver Only:**
- ☐ Yes
- ☐ No

**If YES, is it a Federally Regulated Firearm Precursor Part?**
- ☐ Yes    ☐ No

**Dealer Comments:**

Firearm Origin: (USA, Italy, etc.)

Firearm Color: (Black, Silver, etc.)

**Penal Code 32000(b) Exemption?**
- ☐ Yes    ☐ No

**If YES, provide Law Enforcement Agency Name:**

Firearm Safety Device Description and/or Comments:

### Transaction Information

| Transmission Date: | Transmission Time: | Delivery Date: | Delivery Time: | Gun Show Transaction |
|---|---|---|---|---|
| | | | | ☐ Yes    ☐ No |

**Firearm Type:**
- ☐ Long Gun
- ☐ Handgun

**Transaction Type:** (All but "Dealer Sale" cert-list exempt)
- ☐ Dealer Sale                    ☐ Loan                              ☐ Curio/Relic/Olympic/Other Exempt    ☐ Pawn/Consignment Redemption    ☐ Private Party Transfer
- ☐ Prohibited Temporary Storage Return                                ☐ Peace Officer                        ☐ Peace Officer Non-Roster Handgun Private Party Transfer

**30-Day Restriction Exemption?**
- ☐ Yes    ☐ No

If YES, explain:

**Age Exemption?**
- ☐ Yes    ☐ No

If YES, explain:

| If using Hunting License for Age Exemption, enter the following: | GO ID #: | Hunting License Number: | Valid from (date): | Valid to (date): |
|---|---|---|---|---|

### Dealer Information

| Firearms Dealer Name: | Dealer Telephone Number: |
|---|---|

Firearms Dealer Address (including City, State, ZIP):

| Salesperson Printed Name: | Salesperson COE Number: |
|---|---|

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Signature of Salesperson _____    Date _____

Falsification of information on this form is a crime, punishable by up to 18 months in state prison. (Pen. Code, § 28250.)

# EXHIBIT 16

AO 88B  (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the

_Northern District of California

| | |
|---|---|
| Steven C. Johnson, and individual, on behalf of himself and all others similarly situated, | ) ) ) |
| *Plaintiff* | ) |
| v. | ) |
| Glock, Inc., a Georgia Corporation; Glock Ges.m.b.H, an Austrian entity, et al. | ) ) ) |
| *Defendant* | ) |

Civil Action No.     3:20-cv-08807-WHO

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:  **ProForce Marketing, Inc. d/b/a ProForce Law Enforcement, CSC Lawyers Incorporating Service, 2710 Gateway Oaks Drive, Sacramento, CA 95833**

*(Name of person to whom this subpoena is directed)*

☒  *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:  **See Schedule A.**

| Place: | Nicholas & Tomasevic, LLP 225 Broadway, 19th Floor San Diego, CA 92101 (By Mail) rob@lewislawfirm.com (Electronically) | Date and Time: | August 17, 2023 at 11:59pm |
|---|---|---|---|

☐  *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | | Date and Time: | |
|---|---|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:     07/21/2023

| CLERK OF COURT | OR | */s/Robert K. Lewis* |
|---|---|---|
| _____ | | _____ |
| *Signature of Clerk or Deputy Clerk* | | *Attorney's signature* |

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*   Steven C. Johnson
_____, who issues or requests this subpoena, are:

 Robert Lewis, 28150 N. Alma School Rd. Ste 103-637, Scottsdale, AZ 85262, Rob@LewisLawFirm.com 602-889-6666

**Notice to the person who issues or requests this subpoena**

If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B  (Rev.  02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.    3:20-cv-08807-WHO

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

☐    I served the subpoena by delivering a copy to the named person as follows: _____

_____     on *(date)* _____ ; or

☐    I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.:

AO 88B  (Rev.  02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action(Page 3)

## Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

  **(1) *For a Trial, Hearing, or Deposition.*** A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
  **(A)** within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
  **(B)** within the state where the person resides, is employed, or regularly transacts business in person, if the person
    **(i)** is a party or a party's officer; or
    **(ii)** is commanded to attend a trial and would not incur substantial expense.

  **(2) *For Other Discovery.*** A subpoena may command:
  **(A)** production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
  **(B)** inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

  **(1) *Avoiding Undue Burden or Expense; Sanctions.*** A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

  **(2) *Command to Produce Materials or Permit Inspection.***
  **(A)** *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
  **(B)** *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
    **(i)** At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
    **(ii)** These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

  **(3) *Quashing or Modifying a Subpoena.***
  **(A)** *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:
    **(i)** fails to allow a reasonable time to comply;
    **(ii)** requires a person to comply beyond the geographical limits specified in Rule 45(c);
    **(iii)** requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
    **(iv)** subjects a person to undue burden.
  **(B)** *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:
    **(i)** disclosing a trade secret or other confidential research, development, or commercial information; or

    **(ii)** disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
  **(C)** *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
    **(i)** shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
    **(ii)** ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

  **(1) *Producing Documents or Electronically Stored Information.*** These procedures apply to producing documents or electronically stored information:
  **(A)** *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
  **(B)** *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
  **(C)** *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
  **(D)** *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

  **(2)** *Claiming Privilege or Protection.*
  **(A)** *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
    **(i)** expressly make the claim; and
    **(ii)** describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
  **(B)** *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**
The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).

## SUBPOENA DUCES TECUM - SCHEDULE A

*Johnson v. Glock, Inc., et al.*
3:20-cv-08807-WHO


To:
ProForce Marketing, Inc. d/b/a ProForce Law Enforcement,
CSC Lawyers Incorporating Service,
2710 Gateway Oaks Drive, Sacramento, CA 95833

### Intent of Subpoena, Instructions, and Admonition Concerning Objections

1.  The intent of this subpoena is to obtain the number of reported retail sales of certain Glock handguns that occurred in the State of California from January 1, 2016, to July 21, 2023. The Glock handgun sales sought are all Glock handguns that are designed and manufactured to fire ammunition of the following Calibers:
    a.  .40 caliber (also known as .40 Smith and Wesson or .40 S&W);
    b.  .45 ACP (also known as .45 Automatic Colt Pistol);
    c.  .45 GAP (also known as .45 Glock Automatic Pistol); and
    d.  10mm.

2.  It is not the intent of this subpoena to obtain any personal information about the purchasers, such as name, address, phone numbers, personal identifying marks, etc. Accordingly, to avoid disclosure this information may be redacted or removed from production.

3.  This information can be physically produced in paper, electronically stored information on a flash drive, cd, or external hard drive, produced by email, dropbox or file share software. The information can be produced in an excel spreadsheet format, Microsoft Word, or redacted forms completed by the dealers in PDF format.

4.  The materials may be delivered in any number of ways:
    a.  uploading the information into a dropbox or other document share account with an access link emailed to all the people with the corresponding email addresses in Table One[i];
    b.  Storing the information on a flash drive, cd, or hard drive and mailing by FedEx, USPS Priority, UPS, or other carrier with tracking to both the addresses listed in Table Two[ii];
    c.  Transmitting the information as an attachment to all the email addresses in Table One if it is transferrable as such.
    d.  Delivering actual paper documents to both addresses listed in Table Two or an agreed upon location within 100 miles of the respondents principal place of business.

5.  The form of this subpoena is a standard form created by the US District Court Northern District (Subpoena form AO 88B) and there is an existing order that this form may be used

for subpoenas in this case.  Objections based on the form of the subpoena may result in a motion for order to show cause and request for monetary sanctions.

6.  Because a responding party is allowed to mail or transfer production electronically, it is this party's position that the 100-mile rule does not apply [iii]  In the alternative, the issuing party will also designate a place of physical production within 100 miles of the principal place of business if the responding party makes a written request emailed within two business days of the date of production to all the emails listed in Table One below. Objections based on this 100-mile rule may result in a motion for order to show cause and request for monetary sanctions.

7.  "You" or "your" or "responding party" refer to ProForce Marketing, Inc. d/b/a ProForce Law Enforcement, CSC Lawyers Incorporating Service, 2710 Gateway Oaks Drive, Sacramento, CA 95833

## **Items to be Produced.**

1. All Firearm Dealer's Records of Sale ("DROS") forms transmitted to the State of California pursuant to California law. (Including but not limited to Cal. Penal Code § 28205) for sales from January 1, 2016, to July 21, 2023, involving Glock handguns that are designed and manufactured to fire ammunition of the following calibers:[iv]
   a. .40 caliber (also known as .40 Smith and Wesson or .40 S&W);
   b. .45 ACP (also known as .45 Automatic Colt Pistol);
   c. .45 GAP (also known as .45 Glock Automatic Pistol); and
   d. 10mm.

This information can be produced as actual redacted forms in paper or pdf format or a spreadsheet that captures and produces the information contained in the highlighted fields of the attached Standard DROS form template.


2. All documents, including but not limited to, physical documentation, electronically stored information, photographs, video, computer images, etc. involving any of the Glock handguns listed in "Table of Models" below that have suffered a case failure, Kabooms, blowout, ruptures, bulging, tears, smiles, and deformed casings. This request includes all incident or injury reports, investigations, warranty documents, repair orders, refund requests, and any and all communications with Glock, ammunition manufacturers or retailer, and customers regarding same.

---

i

**Table One**

| | |
|---|---|
| Robert Lewis | rob@lewislawfirm.com |
| Amy Lewis | amy@lewislawfirm.com |
| Kathy Blake | kathy@lewislawfirm.com |
| Craig Nicholas | CNicholas@nicholaslaw.org |
| Alex Tomasevic | ATomasevic@nicholaslaw.org |
| Jake Schulte | jschulte@nicholaslaw.org |
| Emilia Carrillo | ECarrillo@nicholaslaw.org |

ii

**Table Two**

| | |
|---|---|
| Robert Lewis<br>Amy Lewis<br>Kathy Blake | Lewis and Lewis Trial Lawyers PLC,<br>28150 North Alma School Road,<br>Suite 103-637<br>Scottsdale AZ 85262 |
| Craig Nicholas<br>Jake Schulte<br>Alex Tomasevic<br>Emilia Carrillo | Nicholas and Tomasevic LLP<br>225 Broadway 19th Floor<br>San Diego California, 921010 |

iii

Subpoena from defendants did not violate 100-mile restriction, on basis that it required production by non-party of documents to law firm in Cleveland, Ohio, which was more than 100 miles from non-party's office in Naples, Florida, because production of documents did not require personal appearance. Pidcock v. Goddard (In re SII Liquidation Co.), 2015 Bankr. LEXIS 901 (Bankr. N.D. Ohio Mar. 20, 2015).

USCS Fed Rules Civ Proc R 45; Fed. R. Civ. P. 45(b)(2)(B) and 45(c)(3)(A)(ii) did not require that subpoena that was served on bank that was more than 100 miles outside issuing district be quashed because subpoena only required production of documents and documents could be produced within issuing district by mail. U.S. Bank Nat'l Ass'n v. James, 264 F.R.D. 17, 2010 U.S. Dist. LEXIS 15722 (D. Me. 2010).

100-mile limit set forth in Fed. R. Civ. P. 45(c)(3)(A)(ii) applies to travel by subpoenaed person, but, under Fed. R. Civ. P. 45(c)(2)(A), person commanded to produce documents need not appear in person at place of production or inspection, so 100 mile limit does not apply to documents. Walker v. Ctr. for Food Safety, 667 F. Supp. 2d 133, 2009 U.S. Dist. LEXIS 102846 (D.D.C. 2009).

iv

**Table of Models**.

| Make | Model | Generation | Color | Caliber | Special Designations |
|---|---|---|---|---|---|
| Glock | 22 | All | All | .40 caliber | All including "MOS" "California Compliant" or Optic Models |
| Glock | 23 | All | All | .40 caliber | All including "MOS" "California Compliant" or Optic Models |
| Glock | 24 | All | All | .40 caliber | All including "MOS" "California Compliant" or Optic Models |
| Glock | 27 | All | All | .40 caliber | All including "MOS" "California Compliant" or Optic Models |
| Glock | 35 | All | All | .40 caliber | All including "MOS" "California Compliant" or Optic Models |

| Glock | 21 | All | All | .45 ACP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 21SF | All | All | .45 ACP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 30 | All | All | .45 ACP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 30SF | All | All | .45 ACP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 30S | All | All | .45 ACP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 36 | All | All | .45 ACP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 41 | All | All | .45 ACP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 37 | All | All | .45 GAP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 38 | All | All | .45 GAP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 39 | All | All | .45 GAP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 20 | All | All | 10mm | All including "MOS" "California Compliant" or Optic Models |
| Glock | 29 | All | All | 10mm | All including "MOS" "California Compliant" or Optic Models |
| Glock | 40 | All | All | 10mm | All including "MOS" "California Compliant" or Optic Models |

STATE OF CALIFORNIA
BOF 929 (Rev. 05/2023)

DEPARTMENT OF JUSTICE
Page 1 of 2



# CALIFORNIA DEPARTMENT OF JUSTICE
# BUREAU OF FIREARMS
## Dealer's Record of Sale (DROS) Worksheet



CFD No.:

DROS No.:

## Purchaser Information

| First Name: | Middle Name: | Last Name: | Suffix: |
|---|---|---|---|

| Alias First Name: | Alias Middle Name: | Alias Last Name: | Alias Suffix: |
|---|---|---|---|

| Street Address (no PO Box): | City: | Zip Code: |
|---|---|---|

One of the following forms of identification is required to legally purchase firearms in California: California driver license (CDL), California ID (CID) card issued by the DMV, or Military ID (MIL) issued by the DOD for active duty military accompanied by permanent duty station orders indicating that the purchaser is stationed in California.

ID Type: (check one) ☐ CDL ☐ CID ☐ MIL

ID Number:

| Gender: | Hair Color: | Eye Color: | Height: | Weight: | Date of Birth: (mm/dd/yyyy) | Race: |
|---|---|---|---|---|---|---|

US Citizen: ☐ Yes ☐ No

If NO, enter Alien Registration or I-94 Number and Country of Citizenship

Alien Registration or I-94 Number          Country of Citizenship

Place of Birth:

Telephone Number:

FSC Number or FSC Exemption Code:

## Firearms Eligibility Questions

☐ Yes ☐ No   Has purchaser: (1) ever been convicted of a felony, any offense specified in Penal Code (PC) section 29905, an offense specified in PC 23515(a), (b), or (d), a misdemeanor PC 273.5 offense; (2) been convicted in the last 10 years of a misdemeanor offense specified in PC 29805; or (3) been adjudged a ward of the juvenile court for committing an offense specified in PC 29820 and is not 30 years of age or older?

☐ Yes ☐ No   Has a court ever found, as specified in Welfare and Institutions Code (WIC) section 8103, the purchaser to be a danger to others from mental illness, a mentally disordered sex offender, not guilty by reason of insanity, mentally incompetent to stand trial, or gravely disabled to be placed under a conservatorship?

☐ Yes ☐ No   Is purchaser a danger/threat to self or others under WIC section 8100, a person certified for intensive treatment as described in WIC section 8103(g), or a person described in WIC section 8103(f) who has ever been admitted to a mental health facility as a danger to self or others at least twice within 1 year or admitted once within the past 5 years?

☐ Yes ☐ No   Is purchaser currently the subject of any restraining order specified in PC section 29825, a Gun Violence Restraining Order, or a probation condition prohibiting firearm possession?

I declare under penalty of perjury under the laws of
the State of California that the foregoing is true and correct.

Signature of Purchaser _____    Date _____

## Private Party Transfer (Seller Information)

| First Name: | Middle Name: | Last Name: | Suffix: |
|---|---|---|---|

| Street Address (no PO Box): | City: | Zip Code: |
|---|---|---|

| ID Type: (check one) ☐ CDL ☐ CID ☐ MIL | ID Number: | Gender: | Hair Color: | Eye Color: | Height: | Weight: | Date of Birth: (mm/dd/yyyy) | Race: |
|---|---|---|---|---|---|---|---|---|

US Citizen: ☐ Yes ☐ No

If NO, enter Alien Registration or I-94 Number and Country of Citizenship:

Alien Registration or I-94 Number          Country of Citizenship

Place of Birth:

Telephone Number:

Penal Code 32000(b) Exemption? ☐ Yes ☐ No

If YES, provide Law Enforcement Agency:

I declare under penalty of perjury under the laws of
the State of California that the foregoing is true and correct.

Signature of Seller _____    Date _____

## Waiting Period Exemptions

Purchaser claims the following waiting exemption pursuant to Penal Code sections 26950 through 26970 and 27650 through 27670.

☐ PEACE OFFICER STATUS (must have agency letter) Enter Law Enforcement Agency:

_____

☐ CA FIREARMS DEALER Enter CFD Number:

_____

☐ SPECIAL WEAPONS PERMIT (does not include CCW permit) Enter Permit Number:

_____

☐ COLLECTOR STATUS (curio/relic only) Enter COE Number:

_____

STATE OF CALIFORNIA
BOF 929 (Rev. 05/2023)

DEPARTMENT OF JUSTICE
Page 2 of 2



## CALIFORNIA DEPARTMENT OF JUSTICE
## BUREAU OF FIREARMS
## Dealer's Record of Sale (DROS) Worksheet

CFD No.: |  |  |  |  |  |

DROS No.: |  |  |  |  |  |  |  |  |  |  |

### Firearm Information

| Make: (Colt, Remington, etc.) | Model: (Commander, 870, etc.) | Caliber(s): | Barrel Length: | Serial Number: | | Other Number: (if different) |

| Firearm Type: | If Long Gun: | Firearm Category: | | | | |
|---|---|---|---|---|---|---|
| ☐ Long Gun | ☐ Rifle  ☐ Other | ☐ Revolver | ☐ Semi-Auto | ☐ Bolt Action | ☐ Pump Action | ☐ Over/Under |
| ☐ Handgun | ☐ Shotgun ☐ Rifle/Shotgun Combo | ☐ Single Shot | ☐ Derringer | ☐ Lever Action | ☐ Carbine | ☐ Other: _____ |

| New Firearm | Frame or Receiver Only: | If YES, is it a Federally Regulated Firearm Precursor Part? | Dealer Comments: |
|---|---|---|---|
| ☐ Yes | ☐ Yes | ☐ Yes  ☐ No | |
| ☐ No | ☐ No | | |

Firearm Origin: (USA, Italy, etc.) | Firearm Color: (Black, Silver, etc.)

| Penal Code 32000(b) Exemption? | If YES, provide Law Enforcement Agency Name: |
|---|---|
| ☐ Yes  ☐ No | |

Firearm Safety Device Description and/or Comments:

### Transaction Information

| Transmission Date: | Transmission Time: | Delivery Date: | Delivery Time: | Gun Show Transaction |
|---|---|---|---|---|
| | | | | ☐ Yes  ☐ No |

| Firearm Type: | Transaction Type: (All but "Dealer Sale" cert-list exempt) | | | |
|---|---|---|---|---|
| ☐ Long Gun | ☐ Dealer Sale  ☐ Loan | ☐ Curio/Relic/Olympic/Other Exempt | ☐ Pawn/Consignment Redemption | ☐ Private Party Transfer |
| ☐ Handgun | ☐ Prohibited Temporary Storage Return | ☐ Peace Officer | ☐ Peace Officer Non-Roster Handgun Private Party Transfer | |

| 30-Day Restriction Exemption? | If YES, explain: |
|---|---|
| ☐ Yes  ☐ No | |

| Age Exemption? | If YES, explain: |
|---|---|
| ☐ Yes  ☐ No | |

| If using Hunting License for Age Exemption, enter the following: | GO ID #: | Hunting License Number: | Valid from (date): | Valid to (date): |
|---|---|---|---|---|

### Dealer Information

| Firearms Dealer Name: | Dealer Telephone Number: |
|---|---|

Firearms Dealer Address (including City, State, ZIP):

| Salesperson Printed Name: | Salesperson COE Number: |
|---|---|

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_____ Signature of Salesperson     _____ Date

Falsification of information on this form is a crime, punishable by up to 18 months in state prison. (Pen. Code, § 28250.)

# EXHIBIT 17

AO 88B  (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT

for the

_Northern District of California

<table>
<tr><td>Steven C. Johnson, and individual, on behalf of himself and all others similarly situated,<br><i>Plaintiff</i></td><td>)<br>)<br>)<br>)</td><td rowspan="3">Civil Action No.     3:20-cv-08807-WHO</td></tr>
<tr><td align="center">v.</td><td>)</td></tr>
<tr><td>Glock, Inc., a Georgia Corporation; Glock Ges.m.b.H, an Austrian entity, et al.<br><i>Defendant</i></td><td>)<br>)<br>)</td></tr>
</table>

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:     **Redwood Marine, Inc.; RMI Outdoors, care of Angela Bishop, 1240 Broadway, Eureka, CA 95501**

*(Name of person to whom this subpoena is directed)*

☒   *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:     **See Schedule A.**

<table>
<tr><td>Place:</td><td>Nicholas & Tomasevic, LLP<br>225 Broadway, 19th Floor<br>San Diego, CA 92101 (By Mail)<br>rob@lewislawfirm.com (Electronically)</td><td>Date and Time:</td><td>August 17, 2023 at 11:59pm</td></tr>
</table>

☐   *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

<table>
<tr><td>Place:</td><td>Date and Time:</td></tr>
</table>

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:     07/21/2023

<table>
<tr><td align="center"><i>CLERK OF COURT</i></td><td rowspan="2">OR</td><td align="center"><i>/s/Robert K. Lewis</i></td></tr>
<tr><td align="center">Signature of Clerk or Deputy Clerk</td><td align="center">Attorney's signature</td></tr>
</table>

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*     Steven C. Johnson

, who issues or requests this subpoena, are:

 Robert Lewis, 28150 N. Alma School Rd. Ste 103-637, Scottsdale, AZ 85262, Rob@LewisLawFirm.com 602-889-6666

**Notice to the person who issues or requests this subpoena**

If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B  (Rev.  02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.    3:20-cv-08807-WHO

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

☐  I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

☐  I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____    _____
                                                    *Server's signature*

                                                    _____
                                                    *Printed name and title*

                                                    _____
                                                    *Server's address*

Additional information regarding attempted service, etc.:

AO 88B  (Rev.  02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action(Page 3)

## Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

**(1) *For a Trial, Hearing, or Deposition.*** A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
   **(A)** within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
   **(B)** within the state where the person resides, is employed, or regularly transacts business in person, if the person
      **(i)** is a party or a party's officer; or
      **(ii)** is commanded to attend a trial and would not incur substantial expense.

**(2) *For Other Discovery.*** A subpoena may command:
   **(A)** production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
   **(B)** inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

**(1) *Avoiding Undue Burden or Expense; Sanctions.*** A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

**(2) *Command to Produce Materials or Permit Inspection.***
   **(A)** *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
   **(B)** *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
      **(i)** At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
      **(ii)** These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

**(3) *Quashing or Modifying a Subpoena.***
   **(A)** *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:
      **(i)** fails to allow a reasonable time to comply;
      **(ii)** requires a person to comply beyond the geographical limits specified in Rule 45(c);
      **(iii)** requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
      **(iv)** subjects a person to undue burden.
   **(B)** *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:
      **(i)** disclosing a trade secret or other confidential research, development, or commercial information; or

      **(ii)** disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
   **(C)** *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
      **(i)** shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
      **(ii)** ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

**(1) *Producing Documents or Electronically Stored Information.*** These procedures apply to producing documents or electronically stored information:
   **(A)** *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
   **(B)** *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
   **(C)** *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
   **(D)** *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

**(2) *Claiming Privilege or Protection.***
   **(A)** *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
      **(i)** expressly make the claim; and
      **(ii)** describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
   **(B)** *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**
The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).

## SUBPOENA DUCES TECUM - SCHEDULE A

*Johnson v. Glock, Inc., et al.*
3:20-cv-08807-WHO

To:
Redwood Marine, Inc.; RMI Outdoors, care of Angela Bishop,
1240 Broadway, Eureka, CA 95501

### Intent of Subpoena, Instructions, and Admonition Concerning Objections

1.  The intent of this subpoena is to obtain the number of reported retail sales of certain Glock handguns that occurred in the State of California from January 1, 2016, to July 21, 2023. The Glock handgun sales sought are all Glock handguns that are designed and manufactured to fire ammunition of the following Calibers:
    a.  .40 caliber (also known as .40 Smith and Wesson or .40 S&W);
    b.  .45 ACP (also known as .45 Automatic Colt Pistol);
    c.  .45 GAP (also known as .45 Glock Automatic Pistol); and
    d.  10mm.

2.  It is not the intent of this subpoena to obtain any personal information about the purchasers, such as name, address, phone numbers, personal identifying marks, etc. Accordingly, to avoid disclosure this information may be redacted or removed from production.

3.  This information can be physically produced in paper, electronically stored information on a flash drive, cd, or external hard drive, produced by email, dropbox or file share software. The information can be produced in an excel spreadsheet format, Microsoft Word, or redacted forms completed by the dealers in PDF format.

4.  The materials may be delivered in any number of ways:
    a.  uploading the information into a dropbox or other document share account with an access link emailed to all the people with the corresponding email addresses in Table One[i];
    b.  Storing the information on a flash drive, cd, or hard drive and mailing by FedEx, USPS Priority, UPS, or other carrier with tracking to both the addresses listed in Table Two[ii];
    c.  Transmitting the information as an attachment to all the email addresses in Table One if it is transferrable as such.
    d.  Delivering actual paper documents to both addresses listed in Table Two or an agreed upon location within 100 miles of the respondents principal place of business.

5.  The form of this subpoena is a standard form created by the US District Court Northern District (Subpoena form AO 88B) and there is an existing order that this form may be used for subpoenas in this case. Objections based on the form of the subpoena may result in a motion for order to show cause and request for monetary sanctions.

6. Because a responding party is allowed to mail or transfer production electronically, it is this party's position that the 100-mile rule does not apply [iii]  In the alternative, the issuing party will also designate a place of physical production within 100 miles of the principal place of business if the responding party makes a written request emailed within two business days of the date of production to all the emails listed in Table One below. Objections based on this 100-mile rule may result in a motion for order to show cause and request for monetary sanctions.

7. "You" or "your" or "responding party" refer to Redwood Marine, Inc.; RMI Outdoors, care of Angela Bishop, 1240 Broadway, Eureka, CA 95501

**<u>Items to be Produced.</u>**

1. All Firearm Dealer's Records of Sale ("DROS") forms transmitted to the State of California pursuant to California law. (Including but not limited to Cal. Penal Code § 28205) for sales from January 1, 2016, to July 21, 2023, involving Glock handguns that are designed and manufactured to fire ammunition of the following calibers:[iv]
   a. .40 caliber (also known as .40 Smith and Wesson or .40 S&W);
   b. .45 ACP (also known as .45 Automatic Colt Pistol);
   c. .45 GAP (also known as .45 Glock Automatic Pistol); and
   d. 10mm.

This information can be produced as actual redacted forms in paper or pdf format or a spreadsheet that captures and produces the information contained in the highlighted fields of the attached Standard DROS form template.

2. All documents, including but not limited to, physical documentation, electronically stored information, photographs, video, computer images, etc. involving any of the Glock handguns listed in "Table of Models" below that have suffered a case failure, Kabooms, blowout, ruptures, bulging, tears, smiles, and deformed casings.  This request includes all incident or injury reports, investigations, warranty documents, repair orders, refund requests, and any and all communications with Glock, ammunition manufacturers or retailer, and customers regarding same.

i

**Table One**

| Robert Lewis | rob@lewislawfirm.com |
|---|---|
| Amy Lewis | amy@lewislawfirm.com |
| Kathy Blake | kathy@lewislawfirm.com |
| Craig Nicholas | CNicholas@nicholaslaw.org |
| Alex Tomasevic | ATomasevic@nicholaslaw.org |
| Jake Schulte | jschulte@nicholaslaw.org |
| Emilia Carrillo | ECarrillo@nicholaslaw.org |

ii

**Table Two**

| Robert Lewis<br>Amy Lewis<br>Kathy Blake | Lewis and Lewis Trial Lawyers PLC,<br>28150 North Alma School Road,<br>Suite 103-637<br>Scottsdale AZ 85262 |
|---|---|
| Craig Nicholas<br>Jake Schulte<br>Alex Tomasevic<br>Emilia Carrillo | Nicholas and Tomasevic LLP<br>225 Broadway 19th Floor<br>San Diego California, 921010 |

iii

Subpoena from defendants did not violate 100-mile restriction, on basis that it required production by non-party of documents to law firm in Cleveland, Ohio, which was more than 100 miles from non-party's office in Naples, Florida, because production of documents did not require personal appearance. Pidcock v. Goddard (In re SII Liquidation Co.), 2015 Bankr. LEXIS 901 (Bankr. N.D. Ohio Mar. 20, 2015).

USCS Fed Rules Civ Proc R 45; Fed. R. Civ. P. 45(b)(2)(B) and 45(c)(3)(A)(ii) did not require that subpoena that was served on bank that was more than 100 miles outside issuing district be quashed because subpoena only required production of documents and documents could be produced within issuing district by mail. U.S. Bank Nat'l Ass'n v. James, 264 F.R.D. 17, 2010 U.S. Dist. LEXIS 15722 (D. Me. 2010).

100-mile limit set forth in Fed. R. Civ. P. 45(c)(3)(A)(ii) applies to travel by subpoenaed person, but, under Fed. R. Civ. P. 45(c)(2)(A), person commanded to produce documents need not appear in person at place of production or inspection, so 100 mile limit does not apply to documents. Walker v. Ctr. for Food Safety, 667 F. Supp. 2d 133, 2009 U.S. Dist. LEXIS 102846 (D.D.C. 2009).

iv

**Table of Models.**

| Make | Model | Generation | Color | Caliber | Special Designations |
|---|---|---|---|---|---|
| Glock | 22 | All | All | .40 caliber | All including "MOS" "California Compliant" or Optic Models |
| Glock | 23 | All | All | .40 caliber | All including "MOS" "California Compliant" or Optic Models |
| Glock | 24 | All | All | .40 caliber | All including "MOS" "California Compliant" or Optic Models |
| Glock | 27 | All | All | .40 caliber | All including "MOS" "California Compliant" or Optic Models |
| Glock | 35 | All | All | .40 caliber | All including "MOS" "California Compliant" or Optic Models |

| Glock | 21 | All | All | .45 ACP | All including "MOS" "California Compliant" or Optic Models |
|-------|------|-----|-----|---------|------------------------------------------------------------|
| Glock | 21SF | All | All | .45 ACP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 30 | All | All | .45 ACP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 30SF | All | All | .45 ACP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 30S | All | All | .45 ACP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 36 | All | All | .45 ACP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 41 | All | All | .45 ACP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 37 | All | All | .45 GAP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 38 | All | All | .45 GAP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 39 | All | All | .45 GAP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 20 | All | All | 10mm | All including "MOS" "California Compliant" or Optic Models |
| Glock | 29 | All | All | 10mm | All including "MOS" "California Compliant" or Optic Models |
| Glock | 40 | All | All | 10mm | All including "MOS" "California Compliant" or Optic Models |

STATE OF CALIFORNIA
BOF 929 (Rev. 05/2023)

DEPARTMENT OF JUSTICE
Page 1 of 2





# CALIFORNIA DEPARTMENT OF JUSTICE
## BUREAU OF FIREARMS
### Dealer's Record of Sale (DROS) Worksheet

CFD No.: [ ] [ ] [ ] [ ] [ ] [ ]    DROS No.: [ ] [ ] [ ] [ ] [ ] [ ] [ ] [ ] [ ] [ ]

## Purchaser Information

| First Name: | Middle Name: | Last Name: | Suffix: |
|---|---|---|---|

| Alias First Name: | Alias Middle Name: | Alias Last Name: | Alias Suffix: |
|---|---|---|---|

| Street Address (no PO Box): | City: | Zip Code: |
|---|---|---|

One of the following forms of identification is required to legally purchase firearms in California: California driver license (CDL), California ID (CID) card issued by the DMV, or Military ID (MIL) issued by the DOD for active duty military accompanied by permanent duty station orders indicating that the purchaser is stationed in California.

ID Type: (check one) [ ] CDL [ ] CID [ ] MIL    ID Number:

| Gender: | Hair Color: | Eye Color: | Height: | Weight: | Date of Birth: (mm/dd/yyyy) | Race: |
|---|---|---|---|---|---|---|

US Citizen: [ ] Yes [ ] No    If NO, enter Alien Registration or I-94 Number and Country of Citizenship

Alien Registration or I-94 Number        Country of Citizenship        Place of Birth:

Telephone Number:        FSC Number or FSC Exemption Code:

## Firearms Eligibility Questions

[ ] Yes [ ] No    Has purchaser: (1) ever been convicted of a felony, any offense specified in Penal Code (PC) section 29905, an offense specified in PC 23515(a), (b), or (d), a misdemeanor PC 273.5 offense; (2) been convicted in the last 10 years of a misdemeanor offense specified in PC 29805; or (3) been adjudged a ward of the juvenile court for committing an offense specified in PC 29820 and is not 30 years of age or older?

[ ] Yes [ ] No    Has a court ever found, as specified in Welfare and Institutions Code (WIC) section 8103, the purchaser to be a danger to others from mental illness, a mentally disordered sex offender, not guilty by reason of insanity, mentally incompetent to stand trial, or gravely disabled to be placed under a conservatorship?

[ ] Yes [ ] No    Is purchaser a danger/threat to self or others under WIC section 8100, a person certified for intensive treatment as described in WIC section 8103(g), or a person described in WIC section 8103(f) who has ever been admitted to a mental health facility as a danger to self or others at least twice within 1 year or admitted once within the past 5 years?

[ ] Yes [ ] No    Is purchaser currently the subject of any restraining order specified in PC section 29825, a Gun Violence Restraining Order, or a probation condition prohibiting firearm possession?

I declare under penalty of perjury under the laws of
the State of California that the foregoing is true and correct.

Signature of Purchaser _____        Date _____

## Private Party Transfer (Seller Information)

| First Name: | Middle Name: | Last Name: | Suffix: |
|---|---|---|---|

| Street Address (no PO Box): | City: | Zip Code: |
|---|---|---|

ID Type: (check one) [ ] CDL [ ] CID [ ] MIL    ID Number:

| Gender: | Hair Color: | Eye Color: | Height: | Weight: | Date of Birth: (mm/dd/yyyy) | Race: |
|---|---|---|---|---|---|---|

US Citizen: [ ] Yes [ ] No    If NO, enter Alien Registration or I-94 Number and Country of Citizenship:

Alien Registration or I-94 Number        Country of Citizenship        Place of Birth:        Telephone Number:

Penal Code 32000(b) Exemption? [ ] Yes [ ] No    If YES, provide Law Enforcement Agency:

I declare under penalty of perjury under the laws of
the State of California that the foregoing is true and correct.

Signature of Seller _____        Date _____

## Waiting Period Exemptions

Purchaser claims the following waiting period exemption pursuant to Penal Code sections 26950 through 26970 and 27650 through 27670.

[ ] PEACE OFFICER STATUS (must have agency letter) Enter Law Enforcement Agency: _____

[ ] CA FIREARMS DEALER Enter CFD Number: _____

[ ] SPECIAL WEAPONS PERMIT (does not include CCW permit) Enter Permit Number: _____

[ ] COLLECTOR STATUS (curio/relic only) Enter COE Number: _____

STATE OF CALIFORNIA
BOF 929 (Rev. 05/2023)

DEPARTMENT OF JUSTICE
Page 2 of 2



## CALIFORNIA DEPARTMENT OF JUSTICE
## BUREAU OF FIREARMS
### Dealer's Record of Sale (DROS) Worksheet



CFD No.: ☐☐☐☐☐☐          DROS No.: ☐☐☐☐☐☐☐☐☐☐☐

### Firearm Information

| Make: (Colt, Remington, etc.) | Model: (Commander, 870, etc.) | Caliber(s): | Barrel Length: | Serial Number: | Other Number: (if different) |
|---|---|---|---|---|---|

| Firearm Type: | If Long Gun: | Firearm Category: | | | | |
|---|---|---|---|---|---|---|
| ☐ Long Gun | ☐ Rifle   ☐ Other | ☐ Revolver | ☐ Semi-Auto | ☐ Bolt Action | ☐ Pump Action | ☐ Over/Under |
| ☐ Handgun | ☐ Shotgun | ☐ Single Shot | ☐ Derringer | ☐ Lever Action | ☐ Carbine | ☐ Other: _____ |
|  | ☐ Rifle/Shotgun Combo |  |  |  |  |  |

| New Firearm | Frame or Receiver Only: | If YES, is it a Federally Regulated Firearm Precursor Part? | Dealer Comments: |
|---|---|---|---|
| ☐ Yes | ☐ Yes | ☐ Yes   ☐ No |  |
| ☐ No | ☐ No |  |  |

| Firearm Origin: (USA, Italy, etc.) | Firearm Color: (Black, Silver, etc.) |
|---|---|

| Penal Code 32000(b) Exemption? | If YES, provide Law Enforcement Agency Name: |
|---|---|
| ☐ Yes   ☐ No |  |

Firearm Safety Device Description and/or Comments:

### Transaction Information

| Transmission Date: | Transmission Time: | Delivery Date: | Delivery Time: | Gun Show Transaction |
|---|---|---|---|---|
|  |  |  |  | ☐ Yes   ☐ No |

| Firearm Type: | Transaction Type: (All but "Dealer Sale" cert-list exempt) | | |
|---|---|---|---|
| ☐ Long Gun | ☐ Dealer Sale   ☐ Loan | ☐ Curio/Relic/Olympic/Other Exempt | ☐ Pawn/Consignment Redemption | ☐ Private Party Transfer |
| ☐ Handgun | ☐ Prohibited Temporary Storage Return | ☐ Peace Officer | ☐ Peace Officer Non-Roster Handgun Private Party Transfer |

| 30-Day Restriction Exemption? | If YES, explain: |
|---|---|
| ☐ Yes   ☐ No |  |

| Age Exemption? | If YES, explain: |
|---|---|
| ☐ Yes   ☐ No |  |

| If using Hunting License for Age Exemption, enter the following: | GO ID #: | Hunting License Number: | Valid from (date): | Valid to (date): |
|---|---|---|---|---|

### Dealer Information

| Firearms Dealer Name: | Dealer Telephone Number: |
|---|---|

Firearms Dealer Address (including City, State, ZIP):

| Salesperson Printed Name: | Salesperson COE Number: |
|---|---|

I declare under penalty of perjury under the laws of
the State of California that the foregoing is true and correct.

Signature of Salesperson _____          Date _____

Falsification of information on this form is a crime, punishable by up to 18 months in state prison. (Pen. Code, § 28250.)

# EXHIBIT 18

AO 88B  (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the

_Northern District of California

<table>
<tr><td>Steven C. Johnson, and individual, on behalf of<br>himself and all others similarly situated,<br><i>Plaintiff</i></td><td>)<br>)<br>)<br>)</td><td rowspan="2">Civil Action No.    3:20-cv-08807-WHO</td></tr>
<tr><td>v.<br>Glock, Inc., a Georgia Corporation; Glock Ges.m.b.H,<br>an Austrian entity, et al.<br><i>Defendant</i></td><td>)<br>)<br>)</td></tr>
</table>

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:    **River City Gun Exchange, Inc., care of Leta Christie, 8980 Bradshaw Rd., Elk Grove, CA 95624**
       **Principal Address: 2370 Fruitridge Rd., Sacramento, CA 95822**

*(Name of person to whom this subpoena is directed)*

☒  *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:    **See Schedule A.**

<table>
<tr><td>Place:    Nicholas & Tomasevic, LLP<br>225 Broadway, 19th Floor<br>San Diego, CA 92101 (By Mail)<br>rob@lewislawfirm.com (Electronically)</td><td>Date and Time:    August 17, 2023 at 11:59pm</td></tr>
</table>

☐  *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

<table>
<tr><td>Place:</td><td>Date and Time:</td></tr>
</table>

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:    _07/21/2023_

<table>
<tr><td><i>CLERK OF COURT</i></td><td rowspan="2">OR</td><td><i>/s/Robert K. Lewis</i></td></tr>
<tr><td>_____<br><i>Signature of Clerk or Deputy Clerk</i></td><td>_____<br><i>Attorney's signature</i></td></tr>
</table>

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*    Steven C. Johnson
_____, who issues or requests this subpoena, are:

 Robert Lewis, 28150 N. Alma School Rd. Ste 103-637, Scottsdale, AZ 85262, Rob@LewisLawFirm.com 602-889-6666

**Notice to the person who issues or requests this subpoena**

If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B  (Rev.  02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.    3:20-cv-08807-WHO

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

☐   I served the subpoena by delivering a copy to the named person as follows: _____

_____        on *(date)* _____ ; or

☐   I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.:

AO 88B  (Rev.  02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action(Page 3)

## Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

  **(1)** *For a Trial, Hearing, or Deposition.* A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
   **(A)** within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
   **(B)** within the state where the person resides, is employed, or regularly transacts business in person, if the person
      **(i)** is a party or a party's officer; or
      **(ii)** is commanded to attend a trial and would not incur substantial expense.

  **(2)** *For Other Discovery.* A subpoena may command:
   **(A)** production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
   **(B)** inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

  **(1)** *Avoiding Undue Burden or Expense; Sanctions.* A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

  **(2)** *Command to Produce Materials or Permit Inspection.*
   **(A)** *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
   **(B)** *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
      **(i)** At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
      **(ii)** These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

  **(3)** *Quashing or Modifying a Subpoena.*
   **(A)** *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:
      **(i)** fails to allow a reasonable time to comply;
      **(ii)** requires a person to comply beyond the geographical limits specified in Rule 45(c);
      **(iii)** requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
      **(iv)** subjects a person to undue burden.
   **(B)** *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:
      **(i)** disclosing a trade secret or other confidential research, development, or commercial information; or

      **(ii)** disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
   **(C)** *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
      **(i)** shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
      **(ii)** ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

  **(1)** *Producing Documents or Electronically Stored Information.* These procedures apply to producing documents or electronically stored information:
   **(A)** *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
   **(B)** *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
   **(C)** *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
   **(D)** *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

  **(2)** *Claiming Privilege or Protection.*
   **(A)** *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
      **(i)** expressly make the claim; and
      **(ii)** describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
   **(B)** *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**
The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).

<u>**SUBPOENA DUCES TECUM - SCHEDULE A**</u>

*Johnson v. Glock, Inc., et al.*
3:20-cv-08807-WHO

To:

River City Gun Exchange, Inc., care of Leta Christie,

8980 Bradshaw Rd., Elk Grove, CA 95624

Principal Address: 2370 Fruitridge Rd., Sacramento, CA 95822
<u>**Intent of Subpoena, Instructions, and Admonition Concerning Objections**</u>

1. The intent of this subpoena is to obtain the number of reported retail sales of certain Glock handguns that occurred in the State of California from January 1, 2016, to July 21, 2023. The Glock handgun sales sought are all Glock handguns that are designed and manufactured to fire ammunition of the following Calibers:
   a. .40 caliber (also known as .40 Smith and Wesson or .40 S&W);
   b. .45 ACP (also known as .45 Automatic Colt Pistol);
   c. .45 GAP (also known as .45 Glock Automatic Pistol); and
   d. 10mm.

2. It is not the intent of this subpoena to obtain any personal information about the purchasers, such as name, address, phone numbers, personal identifying marks, etc. Accordingly, to avoid disclosure this information may be redacted or removed from production.

3. This information can be physically produced in paper, electronically stored information on a flash drive, cd, or external hard drive, produced by email, dropbox or file share software. The information can be produced in an excel spreadsheet format, Microsoft Word, or redacted forms completed by the dealers in PDF format.

4. The materials may be delivered in any number of ways:
   a. uploading the information into a dropbox or other document share account with an access link emailed to all the people with the corresponding email addresses in Table One[i]:
   b. Storing the information on a flash drive, cd, or hard drive and mailing by FedEx, USPS Priority, UPS, or other carrier with tracking to both the addresses listed in Table Two[ii]:
   c. Transmitting the information as an attachment to all the email addresses in Table One if it is transferrable as such.
   d. Delivering actual paper documents to both addresses listed in Table Two or an agreed upon location within 100 miles of the respondents principal place of business.

5. The form of this subpoena is a standard form created by the US District Court Northern District (Subpoena form AO 88B) and there is an existing order that this form may be used

for subpoenas in this case.  Objections based on the form of the subpoena may result in a motion for order to show cause and request for monetary sanctions.

6. Because a responding party is allowed to mail or transfer production electronically, it is this party's position that the 100-mile rule does not apply [iii]  In the alternative, the issuing party will also designate a place of physical production within 100 miles of the principal place of business if the responding party makes a written request emailed within two business days of the date of production to all the emails listed in Table One below. Objections based on this 100-mile rule may result in a motion for order to show cause and request for monetary sanctions.

7. You" or "your" or "responding party" refer to River City Gun Exchange, Inc., care of Leta Christie, 8980 Bradshaw Rd., Elk Grove, CA 95624Principal Address: 2370 Fruitridge Rd., Sacramento, CA 95822

## **Items to be Produced.**

1. All Firearm Dealer's Records of Sale ("DROS") forms transmitted to the State of California pursuant to California law. (Including but not limited to Cal. Penal Code § 28205) for sales from January 1, 2016, to July 21, 2023, involving Glock handguns that are designed and manufactured to fire ammunition of the following calibers:[iv]
   a. .40 caliber (also known as .40 Smith and Wesson or .40 S&W);
   b. .45 ACP (also known as .45 Automatic Colt Pistol);
   c. .45 GAP (also known as .45 Glock Automatic Pistol); and
   d. 10mm.

This information can be produced as actual redacted forms in paper or pdf format or a spreadsheet that captures and produces the information contained in the highlighted fields of the attached Standard DROS form template.


2. All documents, including but not limited to, physical documentation, electronically stored information, photographs, video, computer images, etc. involving any of the Glock handguns listed in "Table of Models" below that have suffered a case failure, Kabooms, blowout, ruptures, bulging, tears, smiles, and deformed casings. This request includes all incident or injury reports, investigations, warranty documents, repair orders, refund requests, and any and all communications with Glock, ammunition manufacturers or retailer, and customers regarding same.

---

[i]

**Table One**

| Robert Lewis | rob@lewislawfirm.com |
|---|---|
| Amy Lewis | amy@lewislawfirm.com |
| Kathy Blake | kathy@lewislawfirm.com |
| Craig Nicholas | CNicholas@nicholaslaw.org |
| Alex Tomasevic | ATomasevic@nicholaslaw.org |
| Jake Schulte | jschulte@nicholaslaw.org |
| Emilia Carrillo | ECarrillo@nicholaslaw.org |

[ii]

**Table Two**

| Robert Lewis<br>Amy Lewis<br>Kathy Blake | Lewis and Lewis Trial Lawyers PLC,<br>28150 North Alma School Road,<br>Suite 103-637<br>Scottsdale AZ 85262 |
|---|---|
| Craig Nicholas<br>Jake Schulte<br>Alex Tomasevic<br>Emilia Carrillo | Nicholas and Tomasevic LLP<br>225 Broadway 19th Floor<br>San Diego California, 921010 |

[iii]

Subpoena from defendants did not violate 100-mile restriction, on basis that it required production by non-party of documents to law firm in Cleveland, Ohio, which was more than 100 miles from non-party's office in Naples, Florida, because production of documents did not require personal appearance. Pidcock v. Goddard (In re SII Liquidation Co.), 2015 Bankr. LEXIS 901 (Bankr. N.D. Ohio Mar. 20, 2015).

USCS Fed Rules Civ Proc R 45; Fed. R. Civ. P. 45(b)(2)(B) and 45(c)(3)(A)(ii) did not require that subpoena that was served on bank that was more than 100 miles outside issuing district be quashed because subpoena only required production of documents and documents could be produced within issuing district by mail. U.S. Bank Nat'l Ass'n v. James, 264 F.R.D. 17, 2010 U.S. Dist. LEXIS 15722 (D. Me. 2010).

100-mile limit set forth in Fed. R. Civ. P. 45(c)(3)(A)(ii) applies to travel by subpoenaed person, but, under Fed. R. Civ. P. 45(c)(2)(A), person commanded to produce documents need not appear in person at place of production or inspection, so 100 mile limit does not apply to documents. Walker v. Ctr. for Food Safety, 667 F. Supp. 2d 133, 2009 U.S. Dist. LEXIS 102846 (D.D.C. 2009).

[iv]

**Table of Models.**

| Make | Model | Generation | Color | Caliber | Special Designations |
|---|---|---|---|---|---|
| Glock | 22 | All | All | .40 caliber | All including "MOS" "California Compliant" or Optic Models |
| Glock | 23 | All | All | .40 caliber | All including "MOS" "California Compliant" or Optic Models |
| Glock | 24 | All | All | .40 caliber | All including "MOS" "California Compliant" or Optic Models |
| Glock | 27 | All | All | .40 caliber | All including "MOS" "California Compliant" or Optic Models |
| Glock | 35 | All | All | .40 caliber | All including "MOS" "California Compliant" or Optic Models |

| Glock | 21 | All | All | .45 ACP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 21SF | All | All | .45 ACP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 30 | All | All | .45 ACP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 30SF | All | All | .45 ACP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 30S | All | All | .45 ACP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 36 | All | All | .45 ACP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 41 | All | All | .45 ACP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 37 | All | All | .45 GAP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 38 | All | All | .45 GAP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 39 | All | All | .45 GAP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 20 | All | All | 10mm | All including "MOS" "California Compliant" or Optic Models |
| Glock | 29 | All | All | 10mm | All including "MOS" "California Compliant" or Optic Models |
| Glock | 40 | All | All | 10mm | All including "MOS" "California Compliant" or Optic Models |

STATE OF CALIFORNIA
BOF 929 (Rev. 05/2023)

DEPARTMENT OF JUSTICE
Page 1 of 2



## CALIFORNIA DEPARTMENT OF JUSTICE
## BUREAU OF FIREARMS
## Dealer's Record of Sale (DROS) Worksheet



CFD No.: [ ][ ][ ][ ][ ]     DROS No.: [ ][ ][ ][ ][ ][ ][ ][ ][ ][ ]

### Purchaser Information

| First Name: | Middle Name: | Last Name: | Suffix: |
|---|---|---|---|

| Alias First Name: | Alias Middle Name: | Alias Last Name: | Alias Suffix: |
|---|---|---|---|

| Street Address (no PO Box): | City: | Zip Code: |
|---|---|---|

One of the following forms of identification is required to legally purchase firearms in California: California driver license (CDL), California ID (CID) card issued by the DMV, or Military ID (MIL) issued by the DOD for active duty military accompanied by permanent duty station orders indicating that the purchaser is stationed in California.     ID Type: (check one) ☐ CDL ☐ CID ☐ MIL     ID Number:

| Gender: | Hair Color: | Eye Color: | Height: | Weight: | Date of Birth: (mm/dd/yyyy) | Race: |
|---|---|---|---|---|---|---|

US Citizen: ☐ Yes ☐ No     If NO, enter Alien Registration or I-94 Number and Country of Citizenship     Place of Birth:

Alien Registration or I-94 Number     Country of Citizenship

| Telephone Number: | FSC Number or FSC Exemption Code: |
|---|---|

### Firearms Eligibility Questions

☐ Yes ☐ No   Has purchaser: (1) ever been convicted of a felony, any offense specified in Penal Code (PC) section 29905, an offense specified in PC 23515(a), (b), or (d), a misdemeanor PC 273.5 offense; (2) been convicted in the last 10 years of a misdemeanor offense specified in PC 29805; or (3) been adjudged a ward of the juvenile court for committing an offense specified in PC 29820 and is not 30 years of age or older?

☐ Yes ☐ No   Has a court ever found, as specified in Welfare and Institutions Code (WIC) section 8103, the purchaser to be a danger to others from mental illness, a mentally disordered sex offender, not guilty by reason of insanity, mentally incompetent to stand trial, or gravely disabled to be placed under a conservatorship?

☐ Yes ☐ No   Is purchaser a danger/threat to self or others under WIC section 8100, a person certified for intensive treatment as described in WIC section 8103(g), or a person described in WIC section 8103(f) who has ever been admitted to a mental health facility as a danger to self or others at least twice within 1 year or admitted once within the past 5 years?

☐ Yes ☐ No   Is purchaser currently the subject of any restraining order specified in PC section 29825, a Gun Violence Restraining Order, or a probation condition prohibiting firearm possession?

I declare under penalty of perjury under the laws of
the State of California that the foregoing is true and correct.

Signature of Purchaser _____     Date _____

### Private Party Transfer (Seller Information)

| First Name: | Middle Name: | Last Name: | Suffix: |
|---|---|---|---|

| Street Address (no PO Box): | City: | Zip Code: |
|---|---|---|

| ID Type: (check one) ☐ CDL ☐ CID ☐ MIL | ID Number: | Gender: | Hair Color: | Eye Color: | Height: | Weight: | Date of Birth: (mm/dd/yyyy) | Race: |
|---|---|---|---|---|---|---|---|---|

US Citizen: ☐ Yes ☐ No     If NO, enter Alien Registration or I-94 Number and Country of Citizenship:     Place of Birth:     Telephone Number:

Alien Registration or I-94 Number     Country of Citizenship

Penal Code 32000(b) Exemption? ☐ Yes ☐ No     If YES, provide Law Enforcement Agency:

I declare under penalty of perjury under the laws of
the State of California that the foregoing is true and correct.

Signature of Seller _____     Date _____

### Waiting Period Exemptions

Purchaser claims the following waiting exemption pursuant to Penal Code sections 26950 through 26970 and 27650 through 27670.

☐ PEACE OFFICER STATUS
(must have agency letter)
Enter Law Enforcement Agency:
_____

☐ CA FIREARMS DEALER
Enter CFD Number:
_____

☐ SPECIAL WEAPONS PERMIT
(does not include CCW permit)
Enter Permit Number:
_____

☐ COLLECTOR STATUS (curio/relic only)
Enter COE Number:
_____

STATE OF CALIFORNIA
BOF 929 (Rev. 05/2023)

DEPARTMENT OF JUSTICE
Page 2 of 2



## CALIFORNIA DEPARTMENT OF JUSTICE
## BUREAU OF FIREARMS
### Dealer's Record of Sale (DROS) Worksheet



CFD No.: ☐☐☐☐☐☐    DROS No.: ☐☐☐☐☐☐☐☐☐☐

### Firearm Information

| Make: (Colt, Remington, etc.) | Model: (Commander, 870, etc.) | Caliber(s): | Barrel Length: | Serial Number: | | Other Number: (if different) |
|---|---|---|---|---|---|---|

| Firearm Type: | If Long Gun: | Firearm Category: | | | | |
|---|---|---|---|---|---|---|
| ☐ Long Gun | ☐ Rifle  ☐ Other | ☐ Revolver | ☐ Semi-Auto | ☐ Bolt Action | ☐ Pump Action | ☐ Over/Under |
| ☐ Handgun | ☐ Shotgun | ☐ Single Shot | ☐ Derringer | ☐ Lever Action | ☐ Carbine | ☐ Other: _____ |
| | ☐ Rifle/Shotgun Combo | | | | | |

| New Firearm | Frame or Receiver Only: | If YES, is it a Federally Regulated Firearm Precursor Part? | Dealer Comments: |
|---|---|---|---|
| ☐ Yes | ☐ Yes | ☐ Yes  ☐ No | |
| ☐ No | ☐ No | | |

Firearm Origin: (USA, Italy, etc.) | Firearm Color: (Black, Silver, etc.)

| Penal Code 32000(b) Exemption? | If YES, provide Law Enforcement Agency Name: |
|---|---|
| ☐ Yes  ☐ No | |

Firearm Safety Device Description and/or Comments:

### Transaction Information

| Transmission Date: | Transmission Time: | Delivery Date: | Delivery Time: | Gun Show Transaction |
|---|---|---|---|---|
| | | | | ☐ Yes  ☐ No |

| Firearm Type: | Transaction Type: (All but "Dealer Sale" cert-list exempt) | | | |
|---|---|---|---|---|
| ☐ Long Gun | ☐ Dealer Sale  ☐ Loan | ☐ Curio/Relic/Olympic/Other Exempt | ☐ Pawn/Consignment Redemption | ☐ Private Party Transfer |
| ☐ Handgun | ☐ Prohibited Temporary Storage Return | ☐ Peace Officer | ☐ Peace Officer Non-Roster Handgun Private Party Transfer | |

| 30-Day Restriction Exemption? | If YES, explain: |
|---|---|
| ☐ Yes  ☐ No | |

| Age Exemption? | If YES, explain: |
|---|---|
| ☐ Yes  ☐ No | |

| If using Hunting License for Age Exemption, enter the following: | GO ID #: | Hunting License Number: | Valid from (date): | Valid to (date): |
|---|---|---|---|---|

### Dealer Information

| Firearms Dealer Name: | Dealer Telephone Number: |
|---|---|

Firearms Dealer Address (including City, State, ZIP):

| Salesperson Printed Name: | Salesperson COE Number: |
|---|---|

I declare under penalty of perjury under the laws of
the State of California that the foregoing is true and correct.

Signature of Salesperson _____    Date _____

Falsification of information on this form is a crime, punishable by up to 18 months in state prison. (Pen. Code, § 28250.)

# EXHIBIT 19

AO 88B  (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT

for the

_Northern District of California

| | |
|---|---|
| Steven C. Johnson, and individual, on behalf of himself and all others similarly situated,<br>*Plaintiff*<br>v.<br>Glock, Inc., a Georgia Corporation; Glock Ges.m.b.H, an Austrian entity, et al.<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.    3:20-cv-08807-WHO

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:  **Sacramento Gun Club, LLC d/b/a Sacramento Gun Range, care of Charles David Fite, 9857 Horn Road, Sacramento, CA 95827; Principal Address:  3443 Routier Road, Sacramento, CA 95827**

*(Name of person to whom this subpoena is directed)*

☒  *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:   **See Schedule A.**

| Place: | Nicholas & Tomasevic, LLP<br>225 Broadway, 19th Floor<br>San Diego, CA 92101 (By Mail)<br>rob@lewislawfirm.com (Electronically) | Date and Time: | August 17, 2023 at 11:59pm |
|---|---|---|---|

☐  *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | | Date and Time: | |
|---|---|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:    07/21/2023

| *CLERK OF COURT* | | |
|---|---|---|
| | OR | */s/Robert K. Lewis* |
| _____<br>*Signature of Clerk or Deputy Clerk* | | _____<br>*Attorney's signature* |

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*   Steven C. Johnson

_____ , who issues or requests this subpoena, are:

 Robert Lewis, 28150 N. Alma School Rd. Ste 103-637, Scottsdale, AZ 85262, Rob@LewisLawFirm.com 602-889-6666

**Notice to the person who issues or requests this subpoena**

If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B  (Rev.  02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.    3:20-cv-08807-WHO

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

☐  I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

☐  I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.:

AO 88B  (Rev.  02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action(Page 3)

## Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

  **(1) *For a Trial, Hearing, or Deposition.*** A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
    **(A)** within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
    **(B)** within the state where the person resides, is employed, or regularly transacts business in person, if the person
      **(i)** is a party or a party's officer; or
      **(ii)** is commanded to attend a trial and would not incur substantial expense.

  **(2) *For Other Discovery.*** A subpoena may command:
    **(A)** production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
    **(B)** inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

  **(1) *Avoiding Undue Burden or Expense; Sanctions.*** A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

  **(2) *Command to Produce Materials or Permit Inspection.***
    **(A)** *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
    **(B)** *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
      **(i)** At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
      **(ii)** These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

  **(3) *Quashing or Modifying a Subpoena.***
    **(A)** *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:
      **(i)** fails to allow a reasonable time to comply;
      **(ii)** requires a person to comply beyond the geographical limits specified in Rule 45(c);
      **(iii)** requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
      **(iv)** subjects a person to undue burden.
    **(B)** *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:
      **(i)** disclosing a trade secret or other confidential research, development, or commercial information; or

      **(ii)** disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
    **(C)** *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
      **(i)** shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
      **(ii)** ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

  **(1) *Producing Documents or Electronically Stored Information.*** These procedures apply to producing documents or electronically stored information:
    **(A)** *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
    **(B)** *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
    **(C)** *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
    **(D)** *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

  **(2) *Claiming Privilege or Protection.***
    **(A)** *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
      **(i)** expressly make the claim; and
      **(ii)** describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
    **(B)** *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**
The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).

**SUBPOENA DUCES TECUM - SCHEDULE A**

*Johnson v. Glock, Inc., et al.*
3:20-cv-08807-WHO

To:

Sacramento Gun Club, LLC d/b/a Sacramento Gun Range, care of Charles David Fite,

9857 Horn Road, Sacramento, CA 95827

Principal Address:  3443 Routier Road, Sacramento, CA 95827

**Intent of Subpoena, Instructions, and Admonition Concerning Objections**

1. The intent of this subpoena is to obtain the number of reported retail sales of certain Glock handguns that occurred in the State of California from January 1, 2016, to July 21, 2023. The Glock handgun sales sought are all Glock handguns that are designed and manufactured to fire ammunition of the following Calibers:
   a. .40 caliber (also known as .40 Smith and Wesson or .40 S&W);
   b. .45 ACP (also known as .45 Automatic Colt Pistol);
   c. .45 GAP (also known as .45 Glock Automatic Pistol); and
   d. 10mm.

2. It is not the intent of this subpoena to obtain any personal information about the purchasers, such as name, address, phone numbers, personal identifying marks, etc.  Accordingly, to avoid disclosure this information may be redacted or removed from production.

3. This information can be physically produced in paper, electronically stored information on a flash drive, cd, or external hard drive, produced by email, dropbox or file share software. The information can be produced in an excel spreadsheet format, Microsoft Word, or redacted forms completed by the dealers in PDF format.

4. The materials may be delivered in any number of ways:
   a. uploading the information into a dropbox or other document share account with an access link emailed to all the people with the corresponding email addresses in Table One[i]:
   b. Storing the information on a flash drive, cd, or hard drive and mailing by FedEx, USPS Priority, UPS, or other carrier with tracking to both the addresses listed in Table Two[ii]:
   c. Transmitting the information as an attachment to all the email addresses in Table One if it is transferrable as such.
   d. Delivering actual paper documents to both addresses listed in Table Two or an agreed upon location within 100 miles of the respondents principal place of business.

5. The form of this subpoena is a standard form created by the US District Court Northern District (Subpoena form AO 88B) and there is an existing order that this form may be used

for subpoenas in this case.  Objections based on the form of the subpoena may result in a motion for order to show cause and request for monetary sanctions.

6. Because a responding party is allowed to mail or transfer production electronically, it is this party's position that the 100-mile rule does not apply [iii]  In the alternative, the issuing party will also designate a place of physical production within 100 miles of the principal place of business if the responding party makes a written request emailed within two business days of the date of production to all the emails listed in Table One below. Objections based on this 100-mile rule may result in a motion for order to show cause and request for monetary sanctions.

7. You" or "your" or "responding party" refer to Sacramento Gun Club, LLC d/b/a Sacramento Gun Range, care of Charles David Fite, 9857 Horn Road, Sacramento, CA 95827Principal Address:  3443 Routier Road, Sacramento, CA 95827

**Items to be Produced.**

1. All Firearm Dealer's Records of Sale ("DROS") forms transmitted to the State of California pursuant to California law. (Including but not limited to Cal. Penal Code § 28205) for sales from January 1, 2016, to July 21, 2023, involving Glock handguns that are designed and manufactured to fire ammunition of the following calibers:[iv]
   a. .40 caliber (also known as .40 Smith and Wesson or .40 S&W);
   b. .45 ACP (also known as .45 Automatic Colt Pistol);
   c. .45 GAP (also known as .45 Glock Automatic Pistol); and
   d. 10mm.

This information can be produced as actual redacted forms in paper or pdf format or a spreadsheet that captures and produces the information contained in the highlighted fields of the attached Standard DROS form template.


2. All documents, including but not limited to, physical documentation, electronically stored information, photographs, video, computer images, etc. involving any of the Glock handguns listed in "Table of Models" below that have suffered a case failure, Kabooms, blowout, ruptures, bulging, tears, smiles, and deformed casings. This request includes all incident or injury reports, investigations, warranty documents, repair orders, refund requests, and any and all communications with Glock, ammunition manufacturers or retailer, and customers regarding same.

---

i

**Table One**

| Robert Lewis | rob@lewislawfirm.com |
|---|---|
| Amy Lewis | amy@lewislawfirm.com |
| Kathy Blake | kathy@lewislawfirm.com |
| Craig Nicholas | CNicholas@nicholaslaw.org |
| Alex Tomasevic | ATomasevic@nicholaslaw.org |
| Jake Schulte | jschulte@nicholaslaw.org |
| Emilia Carrillo | ECarrillo@nicholaslaw.org |

ii

**Table Two**

| Robert Lewis<br>Amy Lewis<br>Kathy Blake | Lewis and Lewis Trial Lawyers PLC,<br>28150 North Alma School Road,<br>Suite 103-637<br>Scottsdale AZ 85262 |
|---|---|
| Craig Nicholas<br>Jake Schulte<br>Alex Tomasevic<br>Emilia Carrillo | Nicholas and Tomasevic LLP<br>225 Broadway 19th Floor<br>San Diego California, 921010 |

iii

Subpoena from defendants did not violate 100-mile restriction, on basis that it required production by non-party of documents to law firm in Cleveland, Ohio, which was more than 100 miles from non-party's office in Naples, Florida, because production of documents did not require personal appearance. Pidcock v. Goddard (In re SII Liquidation Co.), 2015 Bankr. LEXIS 901 (Bankr. N.D. Ohio Mar. 20, 2015).

USCS Fed Rules Civ Proc R 45; Fed. R. Civ. P. 45(b)(2)(B) and 45(c)(3)(A)(ii) did not require that subpoena that was served on bank that was more than 100 miles outside issuing district be quashed because subpoena only required production of documents and documents could be produced within issuing district by mail. U.S. Bank Nat'l Ass'n v. James, 264 F.R.D. 17, 2010 U.S. Dist. LEXIS 15722 (D. Me. 2010).

100-mile limit set forth in Fed. R. Civ. P. 45(c)(3)(A)(ii) applies to travel by subpoenaed person, but, under Fed. R. Civ. P. 45(c)(2)(A), person commanded to produce documents need not appear in person at place of production or inspection, so 100 mile limit does not apply to documents. Walker v. Ctr. for Food Safety, 667 F. Supp. 2d 133, 2009 U.S. Dist. LEXIS 102846 (D.D.C. 2009).

iv

**Table of Models**.

| Make | Model | Generation | Color | Caliber | Special Designations |
|---|---|---|---|---|---|
| Glock | 22 | All | All | .40 caliber | All including "MOS" "California Compliant" or Optic Models |
| Glock | 23 | All | All | .40 caliber | All including "MOS" "California Compliant" or Optic Models |
| Glock | 24 | All | All | .40 caliber | All including "MOS" "California Compliant" or Optic Models |
| Glock | 27 | All | All | .40 caliber | All including "MOS" "California Compliant" or Optic Models |
| Glock | 35 | All | All | .40 caliber | All including "MOS" "California Compliant" or Optic Models |

| Glock | 21 | All | All | .45 ACP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 21SF | All | All | .45 ACP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 30 | All | All | .45 ACP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 30SF | All | All | .45 ACP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 30S | All | All | .45 ACP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 36 | All | All | .45 ACP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 41 | All | All | .45 ACP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 37 | All | All | .45 GAP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 38 | All | All | .45 GAP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 39 | All | All | .45 GAP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 20 | All | All | 10mm | All including "MOS" "California Compliant" or Optic Models |
| Glock | 29 | All | All | 10mm | All including "MOS" "California Compliant" or Optic Models |
| Glock | 40 | All | All | 10mm | All including "MOS" "California Compliant" or Optic Models |

STATE OF CALIFORNIA
BOF 929 (Rev. 05/2023)

DEPARTMENT OF JUSTICE
Page 1 of 2



**CALIFORNIA DEPARTMENT OF JUSTICE
BUREAU OF FIREARMS
Dealer's Record of Sale (DROS) Worksheet**



CFD No.: ☐☐☐☐☐☐     DROS No.: ☐☐☐☐☐☐☐☐☐☐☐

## Purchaser Information

First Name: | Middle Name: | Last Name: | Suffix:

Alias First Name: | Alias Middle Name: | Alias Last Name: | Alias Suffix:

Street Address (no PO Box): | City: | Zip Code:

One of the following forms of identification is required to legally purchase firearms in California: California driver license (CDL), California ID (CID) card issued by the DMV, or Military ID (MIL) issued by the DOD for active duty military accompanied by permanent duty station orders indicating that the purchaser is stationed in California.  ID Type: (check one) ☐CDL ☐CID ☐MIL   ID Number:

Gender: | Hair Color: | Eye Color: | Height: | Weight: | Date of Birth: (mm/dd/yyyy) | Race:

US Citizen: ☐Yes ☐No   If NO, enter Alien Registration or I-94 Number and Country of Citizenship
Alien Registration or I-94 Number    Country of Citizenship    Place of Birth:

Telephone Number: | FSC Number or FSC Exemption Code:

## Firearms Eligibility Questions

☐Yes ☐No  Has purchaser: (1) ever been convicted of a felony, any offense specified in Penal Code (PC) section 29905, an offense specified in PC 23515(a), (b), or (d), a misdemeanor PC 273.5 offense; (2) been convicted in the last 10 years of a misdemeanor offense specified in PC 29805; or (3) been adjudged a ward of the juvenile court for committing an offense specified in PC 29820 and is not 30 years of age or older?

☐Yes ☐No  Has a court ever found, as specified in Welfare and Institutions Code (WIC) section 8103, the purchaser to be a danger to others from mental illness, a mentally disordered sex offender, not guilty by reason of insanity, mentally incompetent to stand trial, or gravely disabled to be placed under a conservatorship?

☐Yes ☐No  Is purchaser a danger/threat to self or others under WIC section 8100, a person certified for intensive treatment as described in WIC section 8103(g), or a person described in WIC section 8103(f) who has ever been admitted to a mental health facility as a danger to self or others at least twice within 1 year or admitted once within the past 5 years?

☐Yes ☐No  Is purchaser currently the subject of any restraining order specified in PC section 29825, a Gun Violence Restraining Order, or a probation condition prohibiting firearm possession?

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Signature of Purchaser _____     Date _____

## Private Party Transfer (Seller Information)

First Name: | Middle Name: | Last Name: | Suffix:

Street Address (no PO Box): | City: | Zip Code:

ID Type: (check one) ☐CDL ☐CID ☐MIL | ID Number: | Gender: | Hair Color: | Eye Color: | Height: | Weight: | Date of Birth: (mm/dd/yyyy) | Race:

US Citizen: ☐Yes ☐No   If NO, enter Alien Registration or I-94 Number and Country of Citizenship:
Alien Registration or I-94 Number    Country of Citizenship    Place of Birth:    Telephone Number:

Penal Code 32000(b) Exemption? ☐Yes ☐No   If YES, provide Law Enforcement Agency:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Signature of Seller _____     Date _____

## Waiting Period Exemptions

Purchaser claims the following waiting period exemption pursuant to Penal Code sections 26950 through 26970 and 27650 through 27670.

☐ PEACE OFFICER STATUS (must have agency letter) Enter Law Enforcement Agency: _____

☐ CA FIREARMS DEALER Enter CFD Number: _____

☐ SPECIAL WEAPONS PERMIT (does not include CCW permit) Enter Permit Number: _____

☐ COLLECTOR STATUS (curio/relic only) Enter COE Number: _____

STATE OF CALIFORNIA
BOF 929 (Rev. 05/2023)

DEPARTMENT OF JUSTICE
Page 2 of 2



## CALIFORNIA DEPARTMENT OF JUSTICE
## BUREAU OF FIREARMS
### Dealer's Record of Sale (DROS) Worksheet

CFD No.: _____        DROS No.: _____

### Firearm Information

| Make: (Colt, Remington, etc.) | Model: (Commander, 870, etc.) | Caliber(s): | Barrel Length: | Serial Number: | | Other Number: (if different) |
|---|---|---|---|---|---|---|

**Firearm Type:**
- [ ] Long Gun
- [ ] Handgun

**If Long Gun:**
- [ ] Rifle   [ ] Other
- [ ] Shotgun
- [ ] Rifle/Shotgun Combo

**Firearm Category:**
- [ ] Revolver   [ ] Semi-Auto   [ ] Bolt Action   [ ] Pump Action   [ ] Over/Under
- [ ] Single Shot   [ ] Derringer   [ ] Lever Action   [ ] Carbine   [ ] Other: _____

**New Firearm**
- [ ] Yes
- [ ] No

**Frame or Receiver Only:**
- [ ] Yes
- [ ] No

**If YES, is it a Federally Regulated Firearm Precursor Part?**
- [ ] Yes   [ ] No

**Dealer Comments:**

**Firearm Origin:** (USA, Italy, etc.)

**Firearm Color:** (Black, Silver, etc.)

**Penal Code 32000(b) Exemption?**
- [ ] Yes   [ ] No

**If YES, provide Law Enforcement Agency Name:**

**Firearm Safety Device Description and/or Comments:**

### Transaction Information

| Transmission Date: | Transmission Time: | Delivery Date: | Delivery Time: | Gun Show Transaction [ ] Yes  [ ] No |
|---|---|---|---|---|

**Firearm Type:**
- [ ] Long Gun
- [ ] Handgun

**Transaction Type:** (All but "Dealer Sale" cert-list exempt)
- [ ] Dealer Sale   [ ] Loan   [ ] Curio/Relic/Olympic/Other Exempt   [ ] Pawn/Consignment Redemption   [ ] Private Party Transfer
- [ ] Prohibited Temporary Storage Return   [ ] Peace Officer   [ ] Peace Officer Non-Roster Handgun Private Party Transfer

**30-Day Restriction Exemption?**
- [ ] Yes   [ ] No

**If YES, explain:**

**Age Exemption?**
- [ ] Yes   [ ] No

**If YES, explain:**

**If using Hunting License for Age Exemption, enter the following:**

| GO ID #: | Hunting License Number: | Valid from (date): | Valid to (date): |
|---|---|---|---|

### Dealer Information

**Firearms Dealer Name:** | **Dealer Telephone Number:**

**Firearms Dealer Address (including City, State, ZIP):**

**Salesperson Printed Name:** | **Salesperson COE Number:**

I declare under penalty of perjury under the laws of
the State of California that the foregoing is true and correct.

_____          _____
Signature of Salesperson                              Date

Falsification of information on this form is a crime, punishable by up to 18 months in state prison. (Pen. Code, § 28250.)

# EXHIBIT 20

AO 88B  (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the

_Northern District of California

<table>
<tr><td>Steven C. Johnson, and individual, on behalf of<br>himself and all others similarly situated,<br><i>Plaintiff</i></td><td>)<br>)<br>)</td><td rowspan="3">Civil Action No.    3:20-cv-08807-WHO</td></tr>
<tr><td>v.</td><td>)</td></tr>
<tr><td>Glock, Inc., a Georgia Corporation; Glock Ges.m.b.H,<br>an Austrian entity, et al.<br><i>Defendant</i></td><td>)<br>)<br>)</td></tr>
</table>

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:    **Silverado Spur, Inc.; Wild Bill's Old West Trading Company, care of Joan M. Ceccarini,
10490 E. Stockton Blvd., Elk Grove, CA 95624**

*(Name of person to whom this subpoena is directed)*

☒  *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:    **See Schedule A.**

<table>
<tr><td>Place:</td><td>Nicholas & Tomasevic, LLP<br>225 Broadway, 19th Floor<br>San Diego, CA 92101 (By Mail)<br>rob@lewislawfirm.com (Electronically)</td><td>Date and Time:</td><td>August 17, 2023 at 11:59pm</td></tr>
</table>

☐  *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

<table>
<tr><td>Place:</td><td>Date and Time:</td></tr>
</table>

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:    07/21/2023

<table>
<tr><td><i>CLERK OF COURT</i></td><td rowspan="2">OR</td><td><i>/s/Robert K. Lewis</i></td></tr>
<tr><td>_____<br><i>Signature of Clerk or Deputy Clerk</i></td><td>_____<br><i>Attorney's signature</i></td></tr>
</table>

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*    Steven C. Johnson

_____, who issues or requests this subpoena, are:

Robert Lewis, 28150 N. Alma School Rd. Ste 103-637, Scottsdale, AZ 85262, Rob@LewisLawFirm.com 602-889-6666

**Notice to the person who issues or requests this subpoena**

If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B  (Rev.  02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.    3:20-cv-08807-WHO

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

☐   I served the subpoena by delivering a copy to the named person as follows: _____

_____    on *(date)* _____ ; or

☐   I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.:

AO 88B  (Rev.  02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action(Page 3)

## Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

  **(1) *For a Trial, Hearing, or Deposition.*** A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
    **(A)** within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
    **(B)** within the state where the person resides, is employed, or regularly transacts business in person, if the person
      **(i)** is a party or a party's officer; or
      **(ii)** is commanded to attend a trial and would not incur substantial expense.

  **(2) *For Other Discovery.*** A subpoena may command:
    **(A)** production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
    **(B)** inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

  **(1) *Avoiding Undue Burden or Expense; Sanctions.*** A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

  **(2) *Command to Produce Materials or Permit Inspection.***
    **(A)** *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
    **(B)** *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
      **(i)** At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
      **(ii)** These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

  **(3) *Quashing or Modifying a Subpoena.***
    **(A)** *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:
      **(i)** fails to allow a reasonable time to comply;
      **(ii)** requires a person to comply beyond the geographical limits specified in Rule 45(c);
      **(iii)** requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
      **(iv)** subjects a person to undue burden.
    **(B)** *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:
      **(i)** disclosing a trade secret or other confidential research, development, or commercial information; or

      **(ii)** disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
    **(C)** *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
      **(i)** shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
      **(ii)** ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

  **(1) *Producing Documents or Electronically Stored Information.*** These procedures apply to producing documents or electronically stored information:
    **(A)** *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
    **(B)** *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
    **(C)** *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
    **(D)** *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

  **(2) Claiming Privilege or Protection.**
    **(A)** *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
      **(i)** expressly make the claim; and
      **(ii)** describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
    **(B)** *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**
The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).

<u>**SUBPOENA DUCES TECUM - SCHEDULE A**</u>

*Johnson v. Glock, Inc., et al.*
3:20-cv-08807-WHO

To:

Silverado Spur, Inc.; Wild Bill's Old West Trading Company, care of Joan M. Ceccarini, 10490
E. Stockton Blvd., Elk Grove, CA 95624

**<u>Intent of Subpoena, Instructions, and Admonition Concerning Objections</u>**

1.  The intent of this subpoena is to obtain the number of reported retail sales of certain Glock
    handguns that occurred in the State of California from January 1, 2016, to July 21, 2023.
    The Glock handgun sales sought are all Glock handguns that are designed and
    manufactured to fire ammunition of the following Calibers:
    a.  .40 caliber (also known as .40 Smith and Wesson or .40 S&W);
    b.  .45 ACP (also known as .45 Automatic Colt Pistol);
    c.  .45 GAP (also known as .45 Glock Automatic Pistol); and
    d.  10mm.

2.  It is not the intent of this subpoena to obtain any personal information about the purchasers,
    such as name, address, phone numbers, personal identifying marks, etc.  Accordingly, to
    avoid disclosure this information may be redacted or removed from production.

3.  This information can be physically produced in paper, electronically stored information on
    a flash drive, cd, or external hard drive, produced by email, dropbox or file share software.
    The information can be produced in an excel spreadsheet format, Microsoft Word, or
    redacted forms completed by the dealers in PDF format.

4.  The materials may be delivered in any number of ways:
    a.  uploading the information into a dropbox or other document share account with
        an access link emailed to all the people with the corresponding email addresses
        in Table One[i];
    b.  Storing the information on a flash drive, cd, or hard drive and mailing by FedEx,
        USPS Priority, UPS, or other carrier with tracking to both the addresses listed
        in Table Two[ii];
    c.  Transmitting the information as an attachment to all the email addresses in
        Table One if it is transferrable as such.
    d.  Delivering actual paper documents to both addresses listed in Table Two or an
        agreed upon location within 100 miles of the respondents principal place of
        business.

5.  The form of this subpoena is a standard form created by the US District Court Northern
    District (Subpoena form AO 88B) and there is an existing order that this form may be used
    for subpoenas in this case.  Objections based on the form of the subpoena may result in a
    motion for order to show cause and request for monetary sanctions.

6. Because a responding party is allowed to mail or transfer production electronically, it is this party's position that the 100-mile rule does not apply [iii]  In the alternative, the issuing party will also designate a place of physical production within 100 miles of the principal place of business if the responding party makes a written request emailed within two business days of the date of production to all the emails listed in Table One below. Objections based on this 100-mile rule may result in a motion for order to show cause and request for monetary sanctions.

7. You" or "your" or "responding party" refer to Silverado Spur, Inc.; Wild Bill's Old West Trading Company, care of Joan M. Ceccarini, 10490 E. Stockton Blvd., Elk Grove, CA 95624

**<u>Items to be Produced.</u>**

1. All Firearm Dealer's Records of Sale ("DROS") forms transmitted to the State of California pursuant to California law. (Including but not limited to Cal. Penal Code § 28205) for sales from January 1, 2016, to July 21, 2023, involving Glock handguns that are designed and manufactured to fire ammunition of the following calibers:[iv]
   a. .40 caliber (also known as .40 Smith and Wesson or .40 S&W);
   b. .45 ACP (also known as .45 Automatic Colt Pistol);
   c. .45 GAP (also known as .45 Glock Automatic Pistol); and
   d. 10mm.

This information can be produced as actual redacted forms in paper or pdf format or a spreadsheet that captures and produces the information contained in the highlighted fields of the attached Standard DROS form template.


2. All documents, including but not limited to, physical documentation, electronically stored information, photographs, video, computer images, etc. involving any of the Glock handguns listed in "Table of Models" below that have suffered a case failure, Kabooms, blowout, ruptures, bulging, tears, smiles, and deformed casings.  This request includes all incident or injury reports, investigations, warranty documents, repair orders, refund requests, and any and all communications with Glock, ammunition manufacturers or retailer, and customers regarding same.

_____

i

**Table One**

| | |
|---|---|
| Robert Lewis | rob@lewislawfirm.com |
| Amy Lewis | amy@lewislawfirm.com |
| Kathy Blake | kathy@lewislawfirm.com |
| Craig Nicholas | CNicholas@nicholaslaw.org |
| Alex Tomasevic | ATomasevic@nicholaslaw.org |
| Jake Schulte | jschulte@nicholaslaw.org |
| Emilia Carrillo | ECarrillo@nicholaslaw.org |

ii

**Table Two**

| | |
|---|---|
| Robert Lewis<br>Amy Lewis<br>Kathy Blake | Lewis and Lewis Trial Lawyers PLC,<br>28150 North Alma School Road,<br>Suite 103-637<br>Scottsdale AZ 85262 |
| Craig Nicholas<br>Jake Schulte<br>Alex Tomasevic<br>Emilia Carrillo | Nicholas and Tomasevic LLP<br>225 Broadway 19th Floor<br>San Diego California, 921010 |

iii

Subpoena from defendants did not violate 100-mile restriction, on basis that it required production by non-party of documents to law firm in Cleveland, Ohio, which was more than 100 miles from non-party's office in Naples, Florida, because production of documents did not require personal appearance. Pidcock v. Goddard (In re SII Liquidation Co.), 2015 Bankr. LEXIS 901 (Bankr. N.D. Ohio Mar. 20, 2015).

USCS Fed Rules Civ Proc R 45; Fed. R. Civ. P. 45(b)(2)(B) and 45(c)(3)(A)(ii) did not require that subpoena that was served on bank that was more than 100 miles outside issuing district be quashed because subpoena only required production of documents and documents could be produced within issuing district by mail. U.S. Bank Nat'l Ass'n v. James, 264 F.R.D. 17, 2010 U.S. Dist. LEXIS 15722 (D. Me. 2010).

100-mile limit set forth in Fed. R. Civ. P. 45(c)(3)(A)(ii) applies to travel by subpoenaed person, but, under Fed. R. Civ. P. 45(c)(2)(A), person commanded to produce documents need not appear in person at place of production or inspection, so 100 mile limit does not apply to documents. Walker v. Ctr. for Food Safety, 667 F. Supp. 2d 133, 2009 U.S. Dist. LEXIS 102846 (D.D.C. 2009).

iv

**Table of Models.**

| Make | Model | Generation | Color | Caliber | Special Designations |
|---|---|---|---|---|---|
| Glock | 22 | All | All | .40 caliber | All including "MOS" "California Compliant" or Optic Models |
| Glock | 23 | All | All | .40 caliber | All including "MOS" "California Compliant" or Optic Models |
| Glock | 24 | All | All | .40 caliber | All including "MOS" "California Compliant" or Optic Models |
| Glock | 27 | All | All | .40 caliber | All including "MOS" "California Compliant" or Optic Models |
| Glock | 35 | All | All | .40 caliber | All including "MOS" "California Compliant" or Optic Models |

| | | | | | |
|---|---|---|---|---|---|
| Glock | 21 | All | All | .45 ACP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 21SF | All | All | .45 ACP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 30 | All | All | .45 ACP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 30SF | All | All | .45 ACP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 30S | All | All | .45 ACP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 36 | All | All | .45 ACP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 41 | All | All | .45 ACP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 37 | All | All | .45 GAP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 38 | All | All | .45 GAP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 39 | All | All | .45 GAP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 20 | All | All | 10mm | All including "MOS" "California Compliant" or Optic Models |
| Glock | 29 | All | All | 10mm | All including "MOS" "California Compliant" or Optic Models |
| Glock | 40 | All | All | 10mm | All including "MOS" "California Compliant" or Optic Models |

STATE OF CALIFORNIA
BOF 929 (Rev. 05/2023)

DEPARTMENT OF JUSTICE
Page 1 of 2




## CALIFORNIA DEPARTMENT OF JUSTICE
## BUREAU OF FIREARMS
### Dealer's Record of Sale (DROS) Worksheet

CFD No.:

DROS No.:

---

### Purchaser Information

| First Name: | Middle Name: | Last Name: | Suffix: |
|---|---|---|---|

| Alias First Name: | Alias Middle Name: | Alias Last Name: | Alias Suffix: |
|---|---|---|---|

| Street Address (no PO Box): | City: | Zip Code: |
|---|---|---|

One of the following forms of identification is required to legally purchase firearms in California: California driver license (CDL), California ID (CID) card issued by the DMV, or Military ID (MIL) issued by the DOD for active duty military accompanied by permanent duty station orders indicating that the purchaser is stationed in California.

ID Type: (check one)  ☐ CDL  ☐ CID  ☐ MIL

ID Number:

| Gender: | Hair Color: | Eye Color: | Height: | Weight: | Date of Birth: (mm/dd/yyyy) | Race: |
|---|---|---|---|---|---|---|

US Citizen: ☐ Yes ☐ No   If NO, enter Alien Registration or I-94 Number and Country of Citizenship

Alien Registration or I-94 Number     Country of Citizenship

Place of Birth:

Telephone Number:

FSC Number or FSC Exemption Code:

---

### Firearms Eligibility Questions

☐ Yes ☐ No  Has purchaser: (1) ever been convicted of a felony, any offense specified in Penal Code (PC) section 29905, an offense specified in PC 23515(a), (b), or (d), a misdemeanor PC 273.5 offense; (2) been convicted in the last 10 years of a misdemeanor offense specified in PC 29805; or (3) been adjudged a ward of the juvenile court for committing an offense specified in PC 29820 and is not 30 years of age or older?

☐ Yes ☐ No  Has a court ever found, as specified in Welfare and Institutions Code (WIC) section 8103, the purchaser to be a danger to others from mental illness, a mentally disordered sex offender, not guilty by reason of insanity, mentally incompetent to stand trial, or gravely disabled to be placed under a conservatorship?

☐ Yes ☐ No  Is purchaser a danger/threat to self or others under WIC section 8100, a person certified for intensive treatment as described in WIC section 8103(g), or a person described in WIC section 8103(f) who has ever been admitted to a mental health facility as a danger to self or others at least twice within 1 year or admitted once within the past 5 years?

☐ Yes ☐ No  Is purchaser currently the subject of any restraining order specified in PC section 29825, a Gun Violence Restraining Order, or a probation condition prohibiting firearm possession?

I declare under penalty of perjury under the laws of
the State of California that the foregoing is true and correct.

Signature of Purchaser _____    Date _____

---

### Private Party Transfer (Seller Information)

| First Name: | Middle Name: | Last Name: | Suffix: |
|---|---|---|---|

| Street Address (no PO Box): | City: | Zip Code: |
|---|---|---|

| ID Type: (check one) ☐ CDL ☐ CID ☐ MIL | ID Number: | Gender: | Hair Color: | Eye Color: | Height: | Weight: | Date of Birth: (mm/dd/yyyy) | Race: |
|---|---|---|---|---|---|---|---|---|

US Citizen: ☐ Yes ☐ No   If NO, enter Alien Registration or I-94 Number and Country of Citizenship:

Alien Registration or I-94 Number     Country of Citizenship

Place of Birth:

Telephone Number:

Penal Code 32000(b) Exemption? ☐ Yes ☐ No   If YES, provide Law Enforcement Agency:

I declare under penalty of perjury under the laws of
the State of California that the foregoing is true and correct.

Signature of Seller _____    Date _____

---

### Waiting Period Exemptions

Purchaser claims the following waiting period exemption pursuant to Penal Code sections 26950 through 26970 and 27650 through 27670.

☐ PEACE OFFICER STATUS (must have agency letter) Enter Law Enforcement Agency:

☐ CA FIREARMS DEALER Enter CFD Number:

☐ SPECIAL WEAPONS PERMIT (does not include CCW permit) Enter Permit Number:

☐ COLLECTOR STATUS (curio/relic only) Enter COE Number:

_____    _____    _____    _____

STATE OF CALIFORNIA
BOF 929 (Rev. 05/2023)

DEPARTMENT OF JUSTICE
Page 2 of 2



## CALIFORNIA DEPARTMENT OF JUSTICE
## BUREAU OF FIREARMS
## Dealer's Record of Sale (DROS) Worksheet

CFD No.: [ ][ ][ ][ ][ ]    DROS No.: [ ][ ][ ][ ][ ][ ][ ][ ][ ][ ]

---

### Firearm Information

| Make: (Colt, Remington, etc.) | Model: (Commander, 870, etc.) | Caliber(s): | Barrel Length: | Serial Number: | | Other Number: (if different) |
|---|---|---|---|---|---|---|

| Firearm Type: | If Long Gun: | Firearm Category: | | | | |
|---|---|---|---|---|---|---|
| ☐ Long Gun | ☐ Rifle  ☐ Other | ☐ Revolver | ☐ Semi-Auto | ☐ Bolt Action | ☐ Pump Action | ☐ Over/Under |
| ☐ Handgun | ☐ Shotgun  ☐ Rifle/Shotgun Combo | ☐ Single Shot | ☐ Derringer | ☐ Lever Action | ☐ Carbine | ☐ Other: _____ |

| New Firearm: | Frame or Receiver Only: | If YES, is it a Federally Regulated Firearm Precursor Part? | Dealer Comments: |
|---|---|---|---|
| ☐ Yes ☐ No | ☐ Yes ☐ No | ☐ Yes ☐ No | |

| Firearm Origin: (USA, Italy, etc.) | Firearm Color: (Black, Silver, etc.) |
|---|---|

| Penal Code 32000(b) Exemption? | If YES, provide Law Enforcement Agency Name: |
|---|---|
| ☐ Yes ☐ No | |

Firearm Safety Device Description and/or Comments:

---

### Transaction Information

| Transmission Date: | Transmission Time: | Delivery Date: | Delivery Time: | Gun Show Transaction ☐ Yes ☐ No |
|---|---|---|---|---|

| Firearm Type: | Transaction Type: (All but "Dealer Sale" cert-list exempt) | | | |
|---|---|---|---|---|
| ☐ Long Gun | ☐ Dealer Sale  ☐ Loan | ☐ Curio/Relic/Olympic/Other Exempt | ☐ Pawn/Consignment Redemption | ☐ Private Party Transfer |
| ☐ Handgun | ☐ Prohibited Temporary Storage Return | ☐ Peace Officer | ☐ Peace Officer Non-Roster Handgun Private Party Transfer | |

| 30-Day Restriction Exemption? ☐ Yes ☐ No | If YES, explain: |
|---|---|
| Age Exemption? ☐ Yes ☐ No | If YES, explain: |

| If using Hunting License for Age Exemption, enter the following: | GO ID #: | Hunting License Number: | Valid from (date): | Valid to (date): |
|---|---|---|---|---|

---

### Dealer Information

| Firearms Dealer Name: | Dealer Telephone Number: |
|---|---|

| Firearms Dealer Address (including City, State, ZIP): |
|---|

| Salesperson Printed Name: | Salesperson COE Number: |
|---|---|

I declare under penalty of perjury under the laws of
the State of California that the foregoing is true and correct.

Signature of Salesperson _____    Date _____

---

Falsification of information on this form is a crime, punishable by up to 18 months in state prison. (Pen. Code, § 28250.)

EXHIBIT 21

AO 88B  (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT

for the

_Northern District of California

| | | |
|---|---|---|
| Steven C. Johnson, and individual, on behalf of himself and all others similarly situated, | ) | |
| _____ | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.    3:20-cv-08807-WHO |
| Glock, Inc., a Georgia Corporation; Glock Ges.m.b.H, an Austrian entity, et al. | ) | |
| _____ | ) | |
| *Defendant* | ) | |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:    **The Gun Range, LP, care of R. Seth Astle, 3479 Orange Grove Ave., North Highlands, CA 95660**

_____

*(Name of person to whom this subpoena is directed)*

☒    *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:    **See Schedule A.**

| Place: | Nicholas & Tomasevic, LLP 225 Broadway, 19th Floor San Diego, CA 92101 (By Mail) rob@lewislawfirm.com (Electronically) | Date and Time:    August 17, 2023 at 11:59pm |
|---|---|---|

☐    *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:    07/21/2023

*CLERK OF COURT*

OR    */s/Robert K. Lewis*

_____        _____
*Signature of Clerk or Deputy Clerk*                *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*        Steven C. Johnson

_____ , who issues or requests this subpoena, are:

 Robert Lewis, 28150 N. Alma School Rd. Ste 103-637, Scottsdale, AZ 85262, Rob@LewisLawFirm.com 602-889-6666

**Notice to the person who issues or requests this subpoena**

If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B  (Rev.  02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.    3:20-cv-08807-WHO

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

☐   I served the subpoena by delivering a copy to the named person as follows: _____

_____    on *(date)* _____ ; or

☐   I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.:

## Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

  **(1)** *For a Trial, Hearing, or Deposition.* A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
    **(A)** within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
    **(B)** within the state where the person resides, is employed, or regularly transacts business in person, if the person
      **(i)** is a party or a party's officer; or
      **(ii)** is commanded to attend a trial and would not incur substantial expense.

  **(2)** *For Other Discovery.* A subpoena may command:
    **(A)** production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
    **(B)** inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

  **(1)** *Avoiding Undue Burden or Expense; Sanctions.* A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

  **(2)** *Command to Produce Materials or Permit Inspection.*
    **(A)** *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
    **(B)** *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
      **(i)** At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
      **(ii)** These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

  **(3)** *Quashing or Modifying a Subpoena.*
    **(A)** *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:
      **(i)** fails to allow a reasonable time to comply;
      **(ii)** requires a person to comply beyond the geographical limits specified in Rule 45(c);
      **(iii)** requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
      **(iv)** subjects a person to undue burden.
    **(B)** *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:
      **(i)** disclosing a trade secret or other confidential research, development, or commercial information; or

      **(ii)** disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
    **(C)** *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
      **(i)** shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
      **(ii)** ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

  **(1)** *Producing Documents or Electronically Stored Information.* These procedures apply to producing documents or electronically stored information:
    **(A)** *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
    **(B)** *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
    **(C)** *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
    **(D)** *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

  **(2)** *Claiming Privilege or Protection.*
    **(A)** *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
      **(i)** expressly make the claim; and
      **(ii)** describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
    **(B)** *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**
The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).

## SUBPOENA DUCES TECUM - SCHEDULE A

*Johnson v. Glock, Inc., et al.*
3:20-cv-08807-WHO

To:

The Gun Range, LP, care of R. Seth Astle,

3479 Orange Grove Ave., North Highlands, CA 95660

### Intent of Subpoena, Instructions, and Admonition Concerning Objections

1.  The intent of this subpoena is to obtain the number of reported retail sales of certain Glock handguns that occurred in the State of California from January 1, 2016, to July 21, 2023. The Glock handgun sales sought are all Glock handguns that are designed and manufactured to fire ammunition of the following Calibers:
    a.  .40 caliber (also known as .40 Smith and Wesson or .40 S&W);
    b.  .45 ACP (also known as .45 Automatic Colt Pistol);
    c.  .45 GAP (also known as .45 Glock Automatic Pistol); and
    d.  10mm.

2.  It is not the intent of this subpoena to obtain any personal information about the purchasers, such as name, address, phone numbers, personal identifying marks, etc. Accordingly, to avoid disclosure this information may be redacted or removed from production.

3.  This information can be physically produced in paper, electronically stored information on a flash drive, cd, or external hard drive, produced by email, dropbox or file share software. The information can be produced in an excel spreadsheet format, Microsoft Word, or redacted forms completed by the dealers in PDF format.

4.  The materials may be delivered in any number of ways:
    a.  uploading the information into a dropbox or other document share account with an access link emailed to all the people with the corresponding email addresses in Table One[i]:
    b.  Storing the information on a flash drive, cd, or hard drive and mailing by FedEx, USPS Priority, UPS, or other carrier with tracking to both the addresses listed in Table Two[ii]:
    c.  Transmitting the information as an attachment to all the email addresses in Table One if it is transferrable as such.
    d.  Delivering actual paper documents to both addresses listed in Table Two or an agreed upon location within 100 miles of the respondents principal place of business.

5.  The form of this subpoena is a standard form created by the US District Court Northern District (Subpoena form AO 88B) and there is an existing order that this form may be used for subpoenas in this case. Objections based on the form of the subpoena may result in a motion for order to show cause and request for monetary sanctions.

6. Because a responding party is allowed to mail or transfer production electronically, it is this party's position that the 100-mile rule does not apply [iii]  In the alternative, the issuing party will also designate a place of physical production within 100 miles of the principal place of business if the responding party makes a written request emailed within two business days of the date of production to all the emails listed in Table One below. Objections based on this 100-mile rule may result in a motion for order to show cause and request for monetary sanctions.

7. You" or "your" or "responding party" refer to The Gun Range, LP, care of R. Seth Astle, 3479 Orange Grove Ave., North Highlands, CA 95660

### Items to be Produced.

1. All Firearm Dealer's Records of Sale ("DROS") forms transmitted to the State of California pursuant to California law. (Including but not limited to Cal. Penal Code § 28205) for sales from January 1, 2016, to July 21, 2023, involving Glock handguns that are designed and manufactured to fire ammunition of the following calibers:[iv]
   a. .40 caliber (also known as .40 Smith and Wesson or .40 S&W);
   b. .45 ACP (also known as .45 Automatic Colt Pistol);
   c. .45 GAP (also known as .45 Glock Automatic Pistol); and
   d. 10mm.

This information can be produced as actual redacted forms in paper or pdf format or a spreadsheet that captures and produces the information contained in the highlighted fields of the attached Standard DROS form template.

2. All documents, including but not limited to, physical documentation, electronically stored information, photographs, video, computer images, etc. involving any of the Glock handguns listed in "Table of Models" below that have suffered a case failure, Kabooms, blowout, ruptures, bulging, tears, smiles, and deformed casings. This request includes all incident or injury reports, investigations, warranty documents, repair orders, refund requests, and any and all communications with Glock, ammunition manufacturers or retailer, and customers regarding same.

---

[i]

**Table One**

| | |
|---|---|
| Robert Lewis | rob@lewislawfirm.com |
| Amy Lewis | amy@lewislawfirm.com |
| Kathy Blake | kathy@lewislawfirm.com |
| Craig Nicholas | CNicholas@nicholaslaw.org |
| Alex Tomasevic | ATomasevic@nicholaslaw.org |
| Jake Schulte | jschulte@nicholaslaw.org |
| Emilia Carrillo | ECarrillo@nicholaslaw.org |

[ii]

**Table Two**

| | |
|---|---|
| Robert Lewis<br>Amy Lewis<br>Kathy Blake | Lewis and Lewis Trial Lawyers PLC,<br>28150 North Alma School Road,<br>Suite 103-637<br>Scottsdale AZ 85262 |
| Craig Nicholas<br>Jake Schulte<br>Alex Tomasevic<br>Emilia Carrillo | Nicholas and Tomasevic LLP<br>225 Broadway 19th Floor<br>San Diego California, 921010 |

[iii]

Subpoena from defendants did not violate 100-mile restriction, on basis that it required production by non-party of documents to law firm in Cleveland, Ohio, which was more than 100 miles from non-party's office in Naples, Florida, because production of documents did not require personal appearance. Pidcock v. Goddard (In re SII Liquidation Co.), 2015 Bankr. LEXIS 901 (Bankr. N.D. Ohio Mar. 20, 2015).

USCS Fed Rules Civ Proc R 45; Fed. R. Civ. P. 45(b)(2)(B) and 45(c)(3)(A)(ii) did not require that subpoena that was served on bank that was more than 100 miles outside issuing district be quashed because subpoena only required production of documents and documents could be produced within issuing district by mail. U.S. Bank Nat'l Ass'n v. James, 264 F.R.D. 17, 2010 U.S. Dist. LEXIS 15722 (D. Me. 2010).

100-mile limit set forth in Fed. R. Civ. P. 45(c)(3)(A)(ii) applies to travel by subpoenaed person, but, under Fed. R. Civ. P. 45(c)(2)(A), person commanded to produce documents need not appear in person at place of production or inspection, so 100 mile limit does not apply to documents. Walker v. Ctr. for Food Safety, 667 F. Supp. 2d 133, 2009 U.S. Dist. LEXIS 102846 (D.D.C. 2009).

[iv]

**Table of Models**.

| Make | Model | Generation | Color | Caliber | Special Designations |
|---|---|---|---|---|---|
| Glock | 22 | All | All | .40 caliber | All including "MOS" "California Compliant" or Optic Models |
| Glock | 23 | All | All | .40 caliber | All including "MOS" "California Compliant" or Optic Models |
| Glock | 24 | All | All | .40 caliber | All including "MOS" "California Compliant" or Optic Models |
| Glock | 27 | All | All | .40 caliber | All including "MOS" "California Compliant" or Optic Models |
| Glock | 35 | All | All | .40 caliber | All including "MOS" "California Compliant" or Optic Models |

| Glock | 21 | All | All | .45 ACP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 21SF | All | All | .45 ACP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 30 | All | All | .45 ACP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 30SF | All | All | .45 ACP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 30S | All | All | .45 ACP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 36 | All | All | .45 ACP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 41 | All | All | .45 ACP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 37 | All | All | .45 GAP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 38 | All | All | .45 GAP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 39 | All | All | .45 GAP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 20 | All | All | 10mm | All including "MOS" "California Compliant" or Optic Models |
| Glock | 29 | All | All | 10mm | All including "MOS" "California Compliant" or Optic Models |
| Glock | 40 | All | All | 10mm | All including "MOS" "California Compliant" or Optic Models |

STATE OF CALIFORNIA
BOF 929 (Rev. 05/2023)

DEPARTMENT OF JUSTICE
Page 1 of 2





## CALIFORNIA DEPARTMENT OF JUSTICE
## BUREAU OF FIREARMS
### Dealer's Record of Sale (DROS) Worksheet

CFD No.:

DROS No.:

### Purchaser Information

| First Name: | Middle Name: | Last Name: | Suffix: |
|---|---|---|---|

| Alias First Name: | Alias Middle Name: | Alias Last Name: | Alias Suffix: |
|---|---|---|---|

| Street Address (no PO Box): | City: | Zip Code: |
|---|---|---|

One of the following forms of identification is required to legally purchase firearms in California: California driver license (CDL), California ID (CID) card issued by the DMV, or Military ID (MIL) issued by the DOD for active duty military accompanied by permanent duty station orders indicating that the purchaser is stationed in California.

ID Type: (check one)  ☐ CDL  ☐ CID  ☐ MIL     ID Number:

| Gender: | Hair Color: | Eye Color: | Height: | Weight: | Date of Birth: (mm/dd/yyyy) | Race: |
|---|---|---|---|---|---|---|

US Citizen: ☐ Yes ☐ No     If NO, enter Alien Registration or I-94 Number and Country of Citizenship

Alien Registration or I-94 Number     Country of Citizenship     Place of Birth:

Telephone Number:     FSC Number or FSC Exemption Code:

### Firearms Eligibility Questions

☐ Yes ☐ No   Has purchaser: (1) ever been convicted of a felony, any offense specified in Penal Code (PC) section 29905, an offense specified in PC 23515(a), (b), or (d), a misdemeanor PC 273.5 offense; (2) been convicted in the last 10 years of a misdemeanor offense specified in PC 29805; or (3) been adjudged a ward of the juvenile court for committing an offense specified in PC 29820 and is not 30 years of age or older?

☐ Yes ☐ No   Has a court ever found, as specified in Welfare and Institutions Code (WIC) section 8103, the purchaser to be a danger to others from mental illness, a mentally disordered sex offender, not guilty by reason of insanity, mentally incompetent to stand trial, or gravely disabled to be placed under a conservatorship?

☐ Yes ☐ No   Is purchaser a danger/threat to self or others under WIC section 8100, a person certified for intensive treatment as described in WIC section 8103(g), or a person described in WIC section 8103(f) who has ever been admitted to a mental health facility as a danger to self or others at least twice within 1 year or admitted once within the past 5 years?

☐ Yes ☐ No   Is purchaser currently the subject of any restraining order specified in PC section 29825, a Gun Violence Restraining Order, or a probation condition prohibiting firearm possession?

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Signature of Purchaser     Date

### Private Party Transfer (Seller Information)

| First Name: | Middle Name: | Last Name: | Suffix: |
|---|---|---|---|

| Street Address (no PO Box): | City: | Zip Code: |
|---|---|---|

ID Type: (check one) ☐ CDL ☐ CID ☐ MIL   ID Number:

| Gender: | Hair Color: | Eye Color: | Height: | Weight: | Date of Birth: (mm/dd/yyyy) | Race: |
|---|---|---|---|---|---|---|

US Citizen: ☐ Yes ☐ No     If NO, enter Alien Registration or I-94 Number and Country of Citizenship:

Alien Registration or I-94 Number     Country of Citizenship     Place of Birth:     Telephone Number:

Penal Code 32000(b) Exemption? ☐ Yes ☐ No     If YES, provide Law Enforcement Agency:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Signature of Seller     Date

### Waiting Period Exemptions

Purchaser claims the following waiting period exemption pursuant to Penal Code sections 26950 through 26970 and 27650 through 27670.

☐ PEACE OFFICER STATUS (must have agency letter) Enter Law Enforcement Agency:

☐ CA FIREARMS DEALER Enter CFD Number:

☐ SPECIAL WEAPONS PERMIT (does not include CCW permit) Enter Permit Number:

☐ COLLECTOR STATUS (curio/relic only) Enter COE Number:

STATE OF CALIFORNIA
BOF 929 (Rev. 05/2023)

DEPARTMENT OF JUSTICE
Page 2 of 2



## CALIFORNIA DEPARTMENT OF JUSTICE
## BUREAU OF FIREARMS
## Dealer's Record of Sale (DROS) Worksheet



CFD No.: □□□□□□    DROS No.: □□□□□□□□□

### Firearm Information

| Make: (Colt, Remington, etc.) | Model: (Commander, 870, etc.) | Caliber(s): | Barrel Length: | Serial Number: | | Other Number: (if different) |
|---|---|---|---|---|---|---|

| Firearm Type: | If Long Gun: | Firearm Category: | | | | |
|---|---|---|---|---|---|---|
| ☐ Long Gun | ☐ Rifle  ☐ Other | ☐ Revolver | ☐ Semi-Auto | ☐ Bolt Action | ☐ Pump Action | ☐ Over/Under |
| ☐ Handgun | ☐ Shotgun ☐ Rifle/Shotgun Combo | ☐ Single Shot | ☐ Derringer | ☐ Lever Action | ☐ Carbine | ☐ Other: _____ |

| New Firearm: | Frame or Receiver Only: | If YES, is it a Federally Regulated Firearm Precursor Part? | Dealer Comments: |
|---|---|---|---|
| ☐ Yes | ☐ Yes | ☐ Yes  ☐ No | |
| ☐ No | ☐ No | | |

Firearm Origin: (USA, Italy, etc.)        Firearm Color: (Black, Silver, etc.)

| Penal Code 32000(b) Exemption? | If YES, provide Law Enforcement Agency Name: |
|---|---|
| ☐ Yes  ☐ No | |

Firearm Safety Device Description and/or Comments:

### Transaction Information

| Transmission Date: | Transmission Time: | Delivery Date: | Delivery Time: | Gun Show Transaction |
|---|---|---|---|---|
| | | | | ☐ Yes  ☐ No |

| Firearm Type: | Transaction Type: (All but "Dealer Sale" cert-list exempt) | | | |
|---|---|---|---|---|
| ☐ Long Gun | ☐ Dealer Sale  ☐ Loan | ☐ Curio/Relic/Olympic/Other Exempt | ☐ Pawn/Consignment Redemption | ☐ Private Party Transfer |
| ☐ Handgun | ☐ Prohibited Temporary Storage Return | ☐ Peace Officer | ☐ Peace Officer Non-Roster Handgun Private Party Transfer | |

| 30-Day Restriction Exemption? | If YES, explain: |
|---|---|
| ☐ Yes  ☐ No | |

| Age Exemption? | If YES, explain: |
|---|---|
| ☐ Yes  ☐ No | |

| If using Hunting License for Age Exemption, enter the following: | GO ID #: | Hunting License Number: | Valid from (date): | Valid to (date): |
|---|---|---|---|---|

### Dealer Information

| Firearms Dealer Name: | Dealer Telephone Number: |
|---|---|

Firearms Dealer Address (including City, State, ZIP):

| Salesperson Printed Name: | Salesperson COE Number: |
|---|---|

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Signature of Salesperson _____    Date _____

Falsification of information on this form is a crime, punishable by up to 18 months in state prison. (Pen. Code, § 28250.)

# EXHIBIT 22

AO 88B  (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT

for the

_Northern District of California

<table>
<tr><td>Steven C. Johnson, and individual, on behalf of himself and all others similarly situated,<br><i>Plaintiff</i></td><td>)<br>)<br>)</td><td rowspan="3">Civil Action No.    3:20-cv-08807-WHO</td></tr>
<tr><td>v.</td><td>)</td></tr>
<tr><td>Glock, Inc., a Georgia Corporation; Glock Ges.m.b.H, an Austrian entity, et al.<br><i>Defendant</i></td><td>)<br>)<br>)</td></tr>
</table>

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:  **The Range Pistol Club, Inc., care of Robert D. Simpson, 5133 North Gates, Suite 102, Fresno, CA 93722**

*(Name of person to whom this subpoena is directed)*

☒  *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:  **See Schedule A.**

<table>
<tr><td>Place:</td><td>Nicholas & Tomasevic, LLP<br>225 Broadway, 19th Floor<br>San Diego, CA 92101 (By Mail)<br>rob@lewislawfirm.com (Electronically)</td><td>Date and Time:</td><td>August 17, 2023 at 11:59pm</td></tr>
</table>

☐  *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

<table>
<tr><td>Place:</td><td>Date and Time:</td></tr>
</table>

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:     07/21/2023

| *CLERK OF COURT* | | |
|---|---|---|
| | OR | */s/Robert K. Lewis* |
| _____ | | _____ |
| *Signature of Clerk or Deputy Clerk* | | *Attorney's signature* |

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Steven C. Johnson

_____ , who issues or requests this subpoena, are:

 Robert Lewis, 28150 N. Alma School Rd. Ste 103-637, Scottsdale, AZ 85262, Rob@LewisLawFirm.com 602-889-6666

**Notice to the person who issues or requests this subpoena**

If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B  (Rev.  02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.      3:20-cv-08807-WHO

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

☐   I served the subpoena by delivering a copy to the named person as follows: _____

_____      on *(date)* _____ ; or

☐   I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.:

AO 88B  (Rev.  02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action(Page 3)

## Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

  **(1) *For a Trial, Hearing, or Deposition.*** A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
    **(A)** within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
    **(B)** within the state where the person resides, is employed, or regularly transacts business in person, if the person
      **(i)** is a party or a party's officer; or
      **(ii)** is commanded to attend a trial and would not incur substantial expense.

  **(2) *For Other Discovery.*** A subpoena may command:
    **(A)** production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
    **(B)** inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

  **(1) *Avoiding Undue Burden or Expense; Sanctions.*** A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

  **(2) *Command to Produce Materials or Permit Inspection.***
    **(A)** *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
    **(B)** *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
      **(i)** At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
      **(ii)** These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

  **(3) *Quashing or Modifying a Subpoena.***
    **(A)** *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:
      **(i)** fails to allow a reasonable time to comply;
      **(ii)** requires a person to comply beyond the geographical limits specified in Rule 45(c);
      **(iii)** requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
      **(iv)** subjects a person to undue burden.
    **(B)** *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:
      **(i)** disclosing a trade secret or other confidential research, development, or commercial information; or

      **(ii)** disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
    **(C)** *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
      **(i)** shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
      **(ii)** ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

  **(1) *Producing Documents or Electronically Stored Information.*** These procedures apply to producing documents or electronically stored information:
    **(A)** *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
    **(B)** *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
    **(C)** *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
    **(D)** *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

  **(2) *Claiming Privilege or Protection.***
    **(A)** *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
      **(i)** expressly make the claim; and
      **(ii)** describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
    **(B)** *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**
The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).

## SUBPOENA DUCES TECUM - SCHEDULE A

*Johnson v. Glock, Inc., et al.*
3:20-cv-08807-WHO

To:
The Range Pistol Club, Inc., care of Robert D. Simpson,
5133 North Gates, Suite 102, Fresno, CA 93722

### Intent of Subpoena, Instructions, and Admonition Concerning Objections

1.  The intent of this subpoena is to obtain the number of reported retail sales of certain Glock handguns that occurred in the State of California from January 1, 2016, to July 21, 2023. The Glock handgun sales sought are all Glock handguns that are designed and manufactured to fire ammunition of the following Calibers:
    a.  .40 caliber (also known as .40 Smith and Wesson or .40 S&W);
    b.  .45 ACP (also known as .45 Automatic Colt Pistol);
    c.  .45 GAP (also known as .45 Glock Automatic Pistol); and
    d.  10mm.

2.  It is not the intent of this subpoena to obtain any personal information about the purchasers, such as name, address, phone numbers, personal identifying marks, etc.  Accordingly, to avoid disclosure this information may be redacted or removed from production.

3.  This information can be physically produced in paper, electronically stored information on a flash drive, cd, or external hard drive, produced by email, dropbox or file share software. The information can be produced in an excel spreadsheet format, Microsoft Word, or redacted forms completed by the dealers in PDF format.

4.  The materials may be delivered in any number of ways:
    a.  uploading the information into a dropbox or other document share account with an access link emailed to all the people with the corresponding email addresses in Table One[i];
    b.  Storing the information on a flash drive, cd, or hard drive and mailing by FedEx, USPS Priority, UPS, or other carrier with tracking to both the addresses listed in Table Two[ii];
    c.  Transmitting the information as an attachment to all the email addresses in Table One if it is transferrable as such.
    d.  Delivering actual paper documents to both addresses listed in Table Two or an agreed upon location within 100 miles of the respondents principal place of business.

5.  The form of this subpoena is a standard form created by the US District Court Northern District (Subpoena form AO 88B) and there is an existing order that this form may be used for subpoenas in this case.  Objections based on the form of the subpoena may result in a motion for order to show cause and request for monetary sanctions.

6. Because a responding party is allowed to mail or transfer production electronically, it is this party's position that the 100-mile rule does not apply [iii] In the alternative, the issuing party will also designate a place of physical production within 100 miles of the principal place of business if the responding party makes a written request emailed within two business days of the date of production to all the emails listed in Table One below. Objections based on this 100-mile rule may result in a motion for order to show cause and request for monetary sanctions.

7. You" or "your" or "responding party" refer to The Range Pistol Club, Inc., care of Robert D. Simpson, 5133 North Gates, Suite 102, Fresno, CA 93722

## <u>Items to be Produced.</u>

1. All Firearm Dealer's Records of Sale ("DROS") forms transmitted to the State of California pursuant to California law. (Including but not limited to Cal. Penal Code § 28205) for sales from January 1, 2016, to July 21, 2023, involving Glock handguns that are designed and manufactured to fire ammunition of the following calibers:[iv]
   a. .40 caliber (also known as .40 Smith and Wesson or .40 S&W);
   b. .45 ACP (also known as .45 Automatic Colt Pistol);
   c. .45 GAP (also known as .45 Glock Automatic Pistol); and
   d. 10mm.

This information can be produced as actual redacted forms in paper or pdf format or a spreadsheet that captures and produces the information contained in the highlighted fields of the attached Standard DROS form template.


2. All documents, including but not limited to, physical documentation, electronically stored information, photographs, video, computer images, etc. involving any of the Glock handguns listed in "Table of Models" below that have suffered a case failure, Kabooms, blowout, ruptures, bulging, tears, smiles, and deformed casings.  This request includes all incident or injury reports, investigations, warranty documents, repair orders, refund requests, and any and all communications with Glock, ammunition manufacturers or retailer, and customers regarding same.

---

<sup>i</sup>

**Table One**

| | |
|---|---|
| Robert Lewis | rob@lewislawfirm.com |
| Amy Lewis | amy@lewislawfirm.com |
| Kathy Blake | kathy@lewislawfirm.com |
| Craig Nicholas | CNicholas@nicholaslaw.org |
| Alex Tomasevic | ATomasevic@nicholaslaw.org |
| Jake Schulte | jschulte@nicholaslaw.org |
| Emilia Carrillo | ECarrillo@nicholaslaw.org |

<sup>ii</sup>

**Table Two**

| | |
|---|---|
| Robert Lewis<br>Amy Lewis<br>Kathy Blake | Lewis and Lewis Trial Lawyers PLC,<br>28150 North Alma School Road,<br>Suite 103-637<br>Scottsdale AZ 85262 |
| Craig Nicholas<br>Jake Schulte<br>Alex Tomasevic<br>Emilia Carrillo | Nicholas and Tomasevic LLP<br>225 Broadway 19th Floor<br>San Diego California, 921010 |

<sup>iii</sup>

Subpoena from defendants did not violate 100-mile restriction, on basis that it required production by non-party of documents to law firm in Cleveland, Ohio, which was more than 100 miles from non-party's office in Naples, Florida, because production of documents did not require personal appearance. Pidcock v. Goddard (In re SII Liquidation Co.), 2015 Bankr. LEXIS 901 (Bankr. N.D. Ohio Mar. 20, 2015).

USCS Fed Rules Civ Proc R 45; Fed. R. Civ. P. 45(b)(2)(B) and 45(c)(3)(A)(ii) did not require that subpoena that was served on bank that was more than 100 miles outside issuing district be quashed because subpoena only required production of documents and documents could be produced within issuing district by mail. U.S. Bank Nat'l Ass'n v. James, 264 F.R.D. 17, 2010 U.S. Dist. LEXIS 15722 (D. Me. 2010).

100-mile limit set forth in Fed. R. Civ. P. 45(c)(3)(A)(ii) applies to travel by subpoenaed person, but, under Fed. R. Civ. P. 45(c)(2)(A), person commanded to produce documents need not appear in person at place of production or inspection, <u>so 100 mile limit does not apply to documents.</u> Walker v. Ctr. for Food Safety, 667 F. Supp. 2d 133, 2009 U.S. Dist. LEXIS 102846 (D.D.C. 2009).

<sup>iv</sup>

**Table of Models**.

| Make | Model | Generation | Color | Caliber | Special Designations |
|---|---|---|---|---|---|
| Glock | 22 | All | All | .40 caliber | All including "MOS" "California Compliant" or Optic Models |
| Glock | 23 | All | All | .40 caliber | All including "MOS" "California Compliant" or Optic Models |
| Glock | 24 | All | All | .40 caliber | All including "MOS" "California Compliant" or Optic Models |
| Glock | 27 | All | All | .40 caliber | All including "MOS" "California Compliant" or Optic Models |
| Glock | 35 | All | All | .40 caliber | All including "MOS" "California Compliant" or Optic Models |

| Glock | 21 | All | All | .45 ACP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 21SF | All | All | .45 ACP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 30 | All | All | .45 ACP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 30SF | All | All | .45 ACP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 30S | All | All | .45 ACP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 36 | All | All | .45 ACP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 41 | All | All | .45 ACP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 37 | All | All | .45 GAP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 38 | All | All | .45 GAP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 39 | All | All | .45 GAP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 20 | All | All | 10mm | All including "MOS" "California Compliant" or Optic Models |
| Glock | 29 | All | All | 10mm | All including "MOS" "California Compliant" or Optic Models |
| Glock | 40 | All | All | 10mm | All including "MOS" "California Compliant" or Optic Models |

STATE OF CALIFORNIA
BOF 929 (Rev. 05/2023)

DEPARTMENT OF JUSTICE
Page 1 of 2



## CALIFORNIA DEPARTMENT OF JUSTICE
## BUREAU OF FIREARMS
## Dealer's Record of Sale (DROS) Worksheet



CFD No.: ☐☐☐☐☐☐☐☐    DROS No.: ☐☐☐☐☐☐☐☐☐☐

### Purchaser Information

| First Name: | Middle Name: | Last Name: | Suffix: |
|---|---|---|---|

| Alias First Name: | Alias Middle Name: | Alias Last Name: | Alias Suffix: |
|---|---|---|---|

| Street Address (no PO Box): | City: | Zip Code: |
|---|---|---|

One of the following forms of identification is required to legally purchase firearms in California: California driver license (CDL), California ID (CID) card issued by the DMV, or Military ID (MIL) issued by the DOD for active duty military accompanied by permanent duty station orders indicating that the purchaser is stationed in California.

ID Type: (check one) ☐ CDL ☐ CID ☐ MIL    ID Number:

| Gender: | Hair Color: | Eye Color: | Height: | Weight: | Date of Birth: (mm/dd/yyyy) | Race: |
|---|---|---|---|---|---|---|

US Citizen: ☐ Yes ☐ No    If NO, enter Alien Registration or I-94 Number and Country of Citizenship

Alien Registration or I-94 Number _____ Country of Citizenship _____    Place of Birth:

Telephone Number:    FSC Number or FSC Exemption Code:

### Firearms Eligibility Questions

☐ Yes ☐ No  Has purchaser: (1) ever been convicted of a felony, any offense specified in Penal Code (PC) section 29905, an offense specified in PC 23515(a), (b), or (d), a misdemeanor PC 273.5 offense; (2) been convicted in the last 10 years of a misdemeanor offense specified in PC 29805; or (3) been adjudged a ward of the juvenile court for committing an offense specified in PC 29820 and is not 30 years of age or older?

☐ Yes ☐ No  Has a court ever found, as specified in Welfare and Institutions Code (WIC) section 8103, the purchaser to be a danger to others from mental illness, a mentally disordered sex offender, not guilty by reason of insanity, mentally incompetent to stand trial, or gravely disabled to be placed under a conservatorship?

☐ Yes ☐ No  Is purchaser a danger/threat to self or others under WIC section 8100, a person certified for intensive treatment as described in WIC section 8103(g), or a person described in WIC section 8103(f) who has ever been admitted to a mental health facility as a danger to self or others at least twice within 1 year or admitted once within the past 5 years?

☐ Yes ☐ No  Is purchaser currently the subject of any restraining order specified in PC section 29825, a Gun Violence Restraining Order, or a probation condition prohibiting firearm possession?

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Signature of Purchaser _____    Date _____

### Private Party Transfer (Seller Information)

| First Name: | Middle Name: | Last Name: | Suffix: |
|---|---|---|---|

| Street Address (no PO Box): | City: | Zip Code: |
|---|---|---|

ID Type: (check one) ☐ CDL ☐ CID ☐ MIL    ID Number:

| Gender: | Hair Color: | Eye Color: | Height: | Weight: | Date of Birth: (mm/dd/yyyy) | Race: |
|---|---|---|---|---|---|---|

US Citizen: ☐ Yes ☐ No    If NO, enter Alien Registration or I-94 Number and Country of Citizenship:

Alien Registration or I-94 Number _____ Country of Citizenship _____    Place of Birth:    Telephone Number:

Penal Code 32000(b) Exemption? ☐ Yes ☐ No    If YES, provide Law Enforcement Agency:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Signature of Seller _____    Date _____

### Waiting Period Exemptions

Purchaser claims the following waiting period exemption pursuant to Penal Code sections 26950 through 26970 and 27650 through 27670.

☐ PEACE OFFICER STATUS (must have agency letter) Enter Law Enforcement Agency: _____

☐ CA FIREARMS DEALER Enter CFD Number: _____

☐ SPECIAL WEAPONS PERMIT (does not include CCW permit) Enter Permit Number: _____

☐ COLLECTOR STATUS (curio/relic only) Enter COE Number: _____

STATE OF CALIFORNIA
BOF 929 (Rev. 05/2023)

DEPARTMENT OF JUSTICE
Page 2 of 2



## CALIFORNIA DEPARTMENT OF JUSTICE
## BUREAU OF FIREARMS
## Dealer's Record of Sale (DROS) Worksheet



CFD No.: [ ] [ ] [ ] [ ] [ ]

DROS No.: [ ] [ ] [ ] [ ] [ ] [ ] [ ] [ ] [ ]

### Firearm Information

| Make: (Colt, Remington, etc.) | Model: (Commander, 870, etc.) | Caliber(s): | Barrel Length: | Serial Number: | Other Number: (if different) |
|---|---|---|---|---|---|

| Firearm Type: | If Long Gun: | Firearm Category: | | | | |
|---|---|---|---|---|---|---|
| ☐ Long Gun | ☐ Rifle  ☐ Other | ☐ Revolver | ☐ Semi-Auto | ☐ Bolt Action | ☐ Pump Action | ☐ Over/Under |
| ☐ Handgun | ☐ Shotgun  ☐ Rifle/Shotgun Combo | ☐ Single Shot | ☐ Derringer | ☐ Lever Action | ☐ Carbine | ☐ Other: _____ |

| New Firearm | Frame or Receiver Only: | If YES, is it a Federally Regulated Firearm Precursor Part? | Dealer Comments: |
|---|---|---|---|
| ☐ Yes ☐ No | ☐ Yes ☐ No | ☐ Yes ☐ No | |

| Firearm Origin: (USA, Italy, etc.) | Firearm Color: (Black, Silver, etc.) |
|---|---|

| Penal Code 32000(b) Exemption? | If YES, provide Law Enforcement Agency Name: |
|---|---|
| ☐ Yes ☐ No | |

Firearm Safety Device Description and/or Comments:

### Transaction Information

| Transmission Date: | Transmission Time: | Delivery Date: | Delivery Time: | Gun Show Transaction |
|---|---|---|---|---|
| | | | | ☐ Yes ☐ No |

| Firearm Type: | Transaction Type:  (All but "Dealer Sale" cert-list exempt) | | | |
|---|---|---|---|---|
| ☐ Long Gun | ☐ Dealer Sale  ☐ Loan | ☐ Curio/Relic/Olympic/Other Exempt | ☐ Pawn/Consignment Redemption | ☐ Private Party Transfer |
| ☐ Handgun | ☐ Prohibited Temporary Storage Return | ☐ Peace Officer | ☐ Peace Officer Non-Roster Handgun Private Party Transfer | |

| 30-Day Restriction Exemption? | If YES, explain: |
|---|---|
| ☐ Yes ☐ No | |

| Age Exemption? | If YES, explain: |
|---|---|
| ☐ Yes ☐ No | |

| If using Hunting License for Age Exemption, enter the following: | GO ID #: | Hunting License Number: | Valid from (date): | Valid to (date): |
|---|---|---|---|---|

### Dealer Information

| Firearms Dealer Name: | Dealer Telephone Number: |
|---|---|

Firearms Dealer Address (including City, State, ZIP):

| Salesperson Printed Name: | Salesperson COE Number: |
|---|---|

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Signature of Salesperson _____     Date _____

Falsification of information on this form is a crime, punishable by up to 18 months in state prison. (Pen. Code, § 28250.)

# EXHIBIT 23

AO 88B  (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT

for the

_Northern District of California

|  |  |
|---|---|
| Steven C. Johnson, and individual, on behalf of himself and all others similarly situated, | ) |
| _Plaintiff_ | ) |
| v. | ) |
| Glock, Inc., a Georgia Corporation; Glock Ges.m.b.H, an Austrian entity, et al. | ) |
| _Defendant_ | ) |

Civil Action No.    3:20-cv-08807-WHO

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:    **Turner's Outdoors Inc. d/b/a Turner's Outdoorsman, care of Michelle Bellaver, 1336 Alder Ave., Rialto, CA 92376**

*(Name of person to whom this subpoena is directed)*

☒  *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:    **See Schedule A.**

| Place: | Nicholas & Tomasevic, LLP<br>225 Broadway, 19th Floor<br>San Diego, CA 92101 (By Mail)<br>rob@lewislawfirm.com (Electronically) | Date and Time: | August 17, 2023 at 11:59pm |
|---|---|---|---|

☐  *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
|  |  |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:    07/21/2023

|  |  |  |
|---|---|---|
| *CLERK OF COURT* |  |  |
|  | OR | */s/Robert K. Lewis* |
| _____ |  | _____ |
| *Signature of Clerk or Deputy Clerk* |  | *Attorney's signature* |

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Steven C. Johnson
_____, who issues or requests this subpoena, are:

Robert Lewis, 28150 N. Alma School Rd. Ste 103-637, Scottsdale, AZ 85262, Rob@LewisLawFirm.com 602-889-6666

**Notice to the person who issues or requests this subpoena**

If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B  (Rev.  02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.    3:20-cv-08807-WHO

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

☐  I served the subpoena by delivering a copy to the named person as follows: _____

_____  on *(date)* _____ ; or

☐  I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.:

AO 88B  (Rev.  02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action(Page 3)

## Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

  **(1) *For a Trial, Hearing, or Deposition.*** A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
    **(A)** within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
    **(B)** within the state where the person resides, is employed, or regularly transacts business in person, if the person
      **(i)** is a party or a party's officer; or
      **(ii)** is commanded to attend a trial and would not incur substantial expense.

  **(2) *For Other Discovery.*** A subpoena may command:
    **(A)** production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
    **(B)** inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

  **(1) *Avoiding Undue Burden or Expense; Sanctions.*** A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

  **(2) *Command to Produce Materials or Permit Inspection.***
    **(A)** *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
    **(B)** *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
      **(i)** At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
      **(ii)** These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

  **(3) *Quashing or Modifying a Subpoena.***
    **(A)** *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:
      **(i)** fails to allow a reasonable time to comply;
      **(ii)** requires a person to comply beyond the geographical limits specified in Rule 45(c);
      **(iii)** requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
      **(iv)** subjects a person to undue burden.
    **(B)** *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:
      **(i)** disclosing a trade secret or other confidential research, development, or commercial information; or

      **(ii)** disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
    **(C)** *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
      **(i)** shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
      **(ii)** ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

  **(1) *Producing Documents or Electronically Stored Information.*** These procedures apply to producing documents or electronically stored information:
    **(A)** *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
    **(B)** *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
    **(C)** *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
    **(D)** *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

  **(2) *Claiming Privilege or Protection.***
    **(A)** *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
      **(i)** expressly make the claim; and
      **(ii)** describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
    **(B)** *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**
The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).

## SUBPOENA DUCES TECUM - SCHEDULE A

*Johnson v. Glock, Inc., et al.*
3:20-cv-08807-WHO

To:
Turner's Outdoors Inc. d/b/a Turner's Outdoorsman, care of Michelle Bellaver,
1336 Alder Ave., Rialto, CA 92376

### Intent of Subpoena, Instructions, and Admonition Concerning Objections

1. The intent of this subpoena is to obtain the number of reported retail sales of certain Glock handguns that occurred in the State of California from January 1, 2016, to July 21, 2023. The Glock handgun sales sought are all Glock handguns that are designed and manufactured to fire ammunition of the following Calibers:
   a. .40 caliber (also known as .40 Smith and Wesson or .40 S&W);
   b. .45 ACP (also known as .45 Automatic Colt Pistol);
   c. .45 GAP (also known as .45 Glock Automatic Pistol); and
   d. 10mm.

2. It is not the intent of this subpoena to obtain any personal information about the purchasers, such as name, address, phone numbers, personal identifying marks, etc.  Accordingly, to avoid disclosure this information may be redacted or removed from production.

3. This information can be physically produced in paper, electronically stored information on a flash drive, cd, or external hard drive, produced by email, dropbox or file share software. The information can be produced in an excel spreadsheet format, Microsoft Word, or redacted forms completed by the dealers in PDF format.

4. The materials may be delivered in any number of ways:
   a. uploading the information into a dropbox or other document share account with an access link emailed to all the people with the corresponding email addresses in Table One[i];
   b. Storing the information on a flash drive, cd, or hard drive and mailing by FedEx, USPS Priority, UPS, or other carrier with tracking to both the addresses listed in Table Two[ii];
   c. Transmitting the information as an attachment to all the email addresses in Table One if it is transferrable as such.
   d. Delivering actual paper documents to both addresses listed in Table Two or an agreed upon location within 100 miles of the respondents principal place of business.

5. The form of this subpoena is a standard form created by the US District Court Northern District (Subpoena form AO 88B) and there is an existing order that this form may be used for subpoenas in this case.  Objections based on the form of the subpoena may result in a motion for order to show cause and request for monetary sanctions.

6. Because a responding party is allowed to mail or transfer production electronically, it is this party's position that the 100-mile rule does not apply [iii]  In the alternative, the issuing party will also designate a place of physical production within 100 miles of the principal place of business if the responding party makes a written request emailed within two business days of the date of production to all the emails listed in Table One below. Objections based on this 100-mile rule may result in a motion for order to show cause and request for monetary sanctions.

7. You" or "your" or "responding party" refer to Turner's Outdoors Inc. d/b/a Turner's Outdoorsman, care of Michelle Bellaver, 1336 Alder Ave., Rialto, CA 92376

**Items to be Produced.**

1. All Firearm Dealer's Records of Sale ("DROS") forms transmitted to the State of California pursuant to California law. (Including but not limited to Cal. Penal Code § 28205) for sales from January 1, 2016, to July 21, 2023, involving Glock handguns that are designed and manufactured to fire ammunition of the following calibers:[iv]
   a. .40 caliber (also known as .40 Smith and Wesson or .40 S&W);
   b. .45 ACP (also known as .45 Automatic Colt Pistol);
   c. .45 GAP (also known as .45 Glock Automatic Pistol); and
   d. 10mm.

This information can be produced as actual redacted forms in paper or pdf format or a spreadsheet that captures and produces the information contained in the highlighted fields of the attached Standard DROS form template.


2. All documents, including but not limited to, physical documentation, electronically stored information, photographs, video, computer images, etc. involving any of the Glock handguns listed in "Table of Models" below that have suffered a case failure, Kabooms, blowout, ruptures, bulging, tears, smiles, and deformed casings. This request includes all incident or injury reports, investigations, warranty documents, repair orders, refund requests, and any and all communications with Glock, ammunition manufacturers or retailer, and customers regarding same.

---

i

**Table One**

| Robert Lewis | rob@lewislawfirm.com |
|---|---|
| Amy Lewis | amy@lewislawfirm.com |
| Kathy Blake | kathy@lewislawfirm.com |
| Craig Nicholas | CNicholas@nicholaslaw.org |
| Alex Tomasevic | ATomasevic@nicholaslaw.org |
| Jake Schulte | jschulte@nicholaslaw.org |
| Emilia Carrillo | ECarrillo@nicholaslaw.org |

ii

**Table Two**

| Robert Lewis<br>Amy Lewis<br>Kathy Blake | Lewis and Lewis Trial Lawyers PLC,<br>28150 North Alma School Road,<br>Suite 103-637<br>Scottsdale AZ 85262 |
|---|---|
| Craig Nicholas<br>Jake Schulte<br>Alex Tomasevic<br>Emilia Carrillo | Nicholas and Tomasevic LLP<br>225 Broadway 19th Floor<br>San Diego California, 921010 |

iii

Subpoena from defendants did not violate 100-mile restriction, on basis that it required production by non-party of documents to law firm in Cleveland, Ohio, which was more than 100 miles from non-party's office in Naples, Florida, because production of documents did not require personal appearance. Pidcock v. Goddard (In re SII Liquidation Co.), 2015 Bankr. LEXIS 901 (Bankr. N.D. Ohio Mar. 20, 2015).

USCS Fed Rules Civ Proc R 45; Fed. R. Civ. P. 45(b)(2)(B) and 45(c)(3)(A)(ii) did not require that subpoena that was served on bank that was more than 100 miles outside issuing district be quashed because subpoena only required production of documents and documents could be produced within issuing district by mail. U.S. Bank Nat'l Ass'n v. James, 264 F.R.D. 17, 2010 U.S. Dist. LEXIS 15722 (D. Me. 2010).

100-mile limit set forth in Fed. R. Civ. P. 45(c)(3)(A)(ii) applies to travel by subpoenaed person, but, under Fed. R. Civ. P. 45(c)(2)(A), person commanded to produce documents need not appear in person at place of production or inspection, so 100 mile limit does not apply to documents. Walker v. Ctr. for Food Safety, 667 F. Supp. 2d 133, 2009 U.S. Dist. LEXIS 102846 (D.D.C. 2009).

iv

**Table of Models**.

| Make | Model | Generation | Color | Caliber | Special Designations |
|---|---|---|---|---|---|
| Glock | 22 | All | All | .40 caliber | All including "MOS" "California Compliant" or Optic Models |
| Glock | 23 | All | All | .40 caliber | All including "MOS" "California Compliant" or Optic Models |
| Glock | 24 | All | All | .40 caliber | All including "MOS" "California Compliant" or Optic Models |
| Glock | 27 | All | All | .40 caliber | All including "MOS" "California Compliant" or Optic Models |
| Glock | 35 | All | All | .40 caliber | All including "MOS" "California Compliant" or Optic Models |

| Glock | 21 | All | All | .45 ACP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 21SF | All | All | .45 ACP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 30 | All | All | .45 ACP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 30SF | All | All | .45 ACP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 30S | All | All | .45 ACP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 36 | All | All | .45 ACP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 41 | All | All | .45 ACP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 37 | All | All | .45 GAP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 38 | All | All | .45 GAP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 39 | All | All | .45 GAP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 20 | All | All | 10mm | All including "MOS" "California Compliant" or Optic Models |
| Glock | 29 | All | All | 10mm | All including "MOS" "California Compliant" or Optic Models |
| Glock | 40 | All | All | 10mm | All including "MOS" "California Compliant" or Optic Models |

STATE OF CALIFORNIA
BOF 929 (Rev. 05/2023)

DEPARTMENT OF JUSTICE
Page 1 of 2





## CALIFORNIA DEPARTMENT OF JUSTICE
## BUREAU OF FIREARMS
### Dealer's Record of Sale (DROS) Worksheet

CFD No.:

DROS No.:

---

### Purchaser Information

| First Name: | Middle Name: | Last Name: | Suffix: |
|---|---|---|---|

| Alias First Name: | Alias Middle Name: | Alias Last Name: | Alias Suffix: |
|---|---|---|---|

| Street Address (no PO Box): | City: | Zip Code: |
|---|---|---|

One of the following forms of identification is required to legally purchase firearms in California: California driver license (CDL), California ID (CID) card issued by the DMV, or Military ID (MIL) issued by the DOD for active duty military accompanied by permanent duty station orders indicating that the purchaser is stationed in California.

ID Type: (check one)  ☐ CDL  ☐ CID  ☐ MIL      ID Number:

| Gender: | Hair Color: | Eye Color: | Height: | Weight: | Date of Birth: (mm/dd/yyyy) | Race: |
|---|---|---|---|---|---|---|

US Citizen: ☐ Yes ☐ No     If NO, enter Alien Registration or I-94 Number and Country of Citizenship

Alien Registration or I-94 Number        Country of Citizenship        Place of Birth:

Telephone Number:        FSC Number or FSC Exemption Code:

---

### Firearms Eligibility Questions

☐ Yes ☐ No   Has purchaser: (1) ever been convicted of a felony, any offense specified in Penal Code (PC) section 29905, an offense specified in PC 23515(a), (b), or (d), a misdemeanor PC 273.5 offense; (2) been convicted in the last 10 years of a misdemeanor offense specified in PC 29805; or (3) been adjudged a ward of the juvenile court for committing an offense specified in PC 29820 and is not 30 years of age or older?

☐ Yes ☐ No   Has a court ever found, as specified in Welfare and Institutions Code (WIC) section 8103, the purchaser to be a danger to others from mental illness, a mentally disordered sex offender, not guilty by reason of insanity, mentally incompetent to stand trial, or gravely disabled to be placed under a conservatorship?

☐ Yes ☐ No   Is purchaser a danger/threat to self or others under WIC section 8100, a person certified for intensive treatment as described in WIC section 8103(g), or a person described in WIC section 8103(f) who has ever been admitted to a mental health facility as a danger to self or others at least twice within 1 year or admitted once within the past 5 years?

☐ Yes ☐ No   Is purchaser currently the subject of any restraining order specified in PC section 29825, a Gun Violence Restraining Order, or a probation condition prohibiting firearm possession?

I declare under penalty of perjury under the laws of
the State of California that the foregoing is true and correct.

Signature of Purchaser        Date

---

### Private Party Transfer (Seller Information)

| First Name: | Middle Name: | Last Name: | Suffix: |
|---|---|---|---|

| Street Address (no PO Box): | City: | Zip Code: |
|---|---|---|

| ID Type: (check one) ☐ CDL ☐ CID ☐ MIL | ID Number: | Gender: | Hair Color: | Eye Color: | Height: | Weight: | Date of Birth: (mm/dd/yyyy) | Race: |
|---|---|---|---|---|---|---|---|---|

US Citizen: ☐ Yes ☐ No     If NO, enter Alien Registration or I-94 Number and Country of Citizenship:

Alien Registration or I-94 Number        Country of Citizenship        Place of Birth:        Telephone Number:

Penal Code 32000(b) Exemption? ☐ Yes ☐ No     If YES, provide Law Enforcement Agency:

I declare under penalty of perjury under the laws of
the State of California that the foregoing is true and correct.

Signature of Seller        Date

---

### Waiting Period Exemptions

Purchaser claims the following waiting exemption pursuant to Penal Code sections 26950 through 26970 and 27650 through 27670.

☐ PEACE OFFICER STATUS (must have agency letter)
Enter Law Enforcement Agency:

☐ CA FIREARMS DEALER
Enter CFD Number:

☐ SPECIAL WEAPONS PERMIT (does not include CCW permit)
Enter Permit Number:

☐ COLLECTOR STATUS (curio/relic only)
Enter COE Number:

STATE OF CALIFORNIA
BOF 929 (Rev. 05/2023)

DEPARTMENT OF JUSTICE
Page 2 of 2



## CALIFORNIA DEPARTMENT OF JUSTICE
## BUREAU OF FIREARMS
### Dealer's Record of Sale (DROS) Worksheet

CFD No.:

DROS No.:

### Firearm Information

| Make: (Colt, Remington, etc.) | Model: (Commander, 870, etc.) | Caliber(s): | Barrel Length: | Serial Number: | Other Number: (if different) |
|---|---|---|---|---|---|

Firearm Type:
☐ Long Gun
☐ Handgun

If Long Gun:
☐ Rifle   ☐ Other
☐ Shotgun
☐ Rifle/Shotgun Combo

Firearm Category:
☐ Revolver      ☐ Semi-Auto     ☐ Bolt Action     ☐ Pump Action     ☐ Over/Under
☐ Single Shot   ☐ Derringer     ☐ Lever Action    ☐ Carbine         ☐ Other: _____

New Firearm:
☐ Yes
☐ No

Frame or Receiver Only:
☐ Yes
☐ No

If YES, is it a Federally Regulated Firearm Precursor Part?
☐ Yes   ☐ No

Dealer Comments:

Firearm Origin: (USA, Italy, etc.)

Firearm Color: (Black, Silver, etc.)

Penal Code 32000(b) Exemption?
☐ Yes   ☐ No

If YES, provide Law Enforcement Agency Name:

Firearm Safety Device Description and/or Comments:

### Transaction Information

| Transmission Date: | Transmission Time: | Delivery Date: | Delivery Time: | Gun Show Transaction ☐ Yes  ☐ No |
|---|---|---|---|---|

Firearm Type:
☐ Long Gun
☐ Handgun

Transaction Type:  (All but "Dealer Sale" cert-list exempt)
☐ Dealer Sale          ☐ Loan           ☐ Curio/Relic/Olympic/Other Exempt   ☐ Pawn/Consignment Redemption   ☐ Private Party Transfer
☐ Prohibited Temporary Storage Return   ☐ Peace Officer          ☐ Peace Officer Non-Roster Handgun Private Party Transfer

30-Day Restriction Exemption?
☐ Yes   ☐ No

If YES, explain:

Age Exemption?
☐ Yes   ☐ No

If YES, explain:

If using Hunting License for Age Exemption, enter the following:

GO ID #:

Hunting License Number:

Valid from (date):

Valid to (date):

### Dealer Information

Firearms Dealer Name:

Dealer Telephone Number:

Firearms Dealer Address (including City, State, ZIP):

Salesperson Printed Name:

Salesperson COE Number:

I declare under penalty of perjury under the laws of
the State of California that the foregoing is true and correct.

Signature of Salesperson

Date

Falsification of information on this form is a crime, punishable by up to 18 months in state prison. (Pen. Code, § 28250.)

# EXHIBIT 24

AO 88B  (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT

for the

_Northern District of California

| | |
|---|---|
| Steven C. Johnson, and individual, on behalf of himself and all others similarly situated,<br>_____<br>*Plaintiff*<br>v.<br>Glock, Inc., a Georgia Corporation; Glock Ges.m.b.H, an Austrian entity, et al.<br>_____<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No.    3:20-cv-08807-WHO |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:  **Uber, Inc.; RifleGear, care of Phuong Nguyen, 18065 Mount Shay St., Fountain Valley, CA 92708**

*(Name of person to whom this subpoena is directed)*

☒  *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:  **See Schedule A.**

| Place: | Nicholas & Tomasevic, LLP<br>225 Broadway, 19th Floor<br>San Diego, CA 92101 (By Mail)<br>rob@lewislawfirm.com (Electronically) | Date and Time: | August 17, 2023 at 11:59pm |
|---|---|---|---|

☐  *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | | Date and Time: | |
|---|---|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:    07/21/2023

| *CLERK OF COURT* | | |
|---|---|---|
| _____<br>*Signature of Clerk or Deputy Clerk* | OR | */s/Robert K. Lewis*<br>_____<br>*Attorney's signature* |

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Steven C. Johnson

_____, who issues or requests this subpoena, are:

Robert Lewis, 28150 N. Alma School Rd. Ste 103-637, Scottsdale, AZ 85262, Rob@LewisLawFirm.com 602-889-6666

**Notice to the person who issues or requests this subpoena**

If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B  (Rev.  02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.    3:20-cv-08807-WHO

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

☐   I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

☐   I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.:

AO 88B  (Rev.  02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action(Page 3)

## Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

 **(1) *For a Trial, Hearing, or Deposition.*** A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
 **(A)** within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
 **(B)** within the state where the person resides, is employed, or regularly transacts business in person, if the person
  **(i)** is a party or a party's officer; or
  **(ii)** is commanded to attend a trial and would not incur substantial expense.

 **(2) *For Other Discovery.*** A subpoena may command:
 **(A)** production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
 **(B)** inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

 **(1) *Avoiding Undue Burden or Expense; Sanctions.*** A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

 **(2) *Command to Produce Materials or Permit Inspection.***
 **(A)** *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
 **(B)** *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
  **(i)** At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
  **(ii)** These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

 **(3) *Quashing or Modifying a Subpoena.***
 **(A)** *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:
  **(i)** fails to allow a reasonable time to comply;
  **(ii)** requires a person to comply beyond the geographical limits specified in Rule 45(c);
  **(iii)** requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
  **(iv)** subjects a person to undue burden.
 **(B)** *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:
  **(i)** disclosing a trade secret or other confidential research, development, or commercial information; or

  **(ii)** disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
 **(C)** *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
  **(i)** shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
  **(ii)** ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

 **(1) *Producing Documents or Electronically Stored Information.*** These procedures apply to producing documents or electronically stored information:
 **(A)** *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
 **(B)** *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
 **(C)** *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
 **(D)** *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

 **(2) *Claiming Privilege or Protection.***
 **(A)** *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
  **(i)** expressly make the claim; and
  **(ii)** describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
 **(B)** *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**
The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).

<u>**SUBPOENA DUCES TECUM - SCHEDULE A**</u>

*Johnson v. Glock, Inc., et al.*
3:20-cv-08807-WHO

To:
Uber, Inc.; RifleGear, care of Phuong Nguyen,
18065 Mount Shay St., Fountain Valley, CA 92708

<u>**Intent of Subpoena, Instructions, and Admonition Concerning Objections**</u>

1. The intent of this subpoena is to obtain the number of reported retail sales of certain Glock handguns that occurred in the State of California from January 1, 2016, to July 21, 2023. The Glock handgun sales sought are all Glock handguns that are designed and manufactured to fire ammunition of the following Calibers:
    a. .40 caliber (also known as .40 Smith and Wesson or .40 S&W);
    b. .45 ACP (also known as .45 Automatic Colt Pistol);
    c. .45 GAP (also known as .45 Glock Automatic Pistol); and
    d. 10mm.

2. It is not the intent of this subpoena to obtain any personal information about the purchasers, such as name, address, phone numbers, personal identifying marks, etc.  Accordingly, to avoid disclosure this information may be redacted or removed from production.

3. This information can be physically produced in paper, electronically stored information on a flash drive, cd, or external hard drive, produced by email, dropbox or file share software. The information can be produced in an excel spreadsheet format, Microsoft Word, or redacted forms completed by the dealers in PDF format.

4. The materials may be delivered in any number of ways:
    a. uploading the information into a dropbox or other document share account with an access link emailed to all the people with the corresponding email addresses in Table One[i];
    b. Storing the information on a flash drive, cd, or hard drive and mailing by FedEx, USPS Priority, UPS, or other carrier with tracking to both the addresses listed in Table Two[ii];
    c. Transmitting the information as an attachment to all the email addresses in Table One if it is transferrable as such.
    d. Delivering actual paper documents to both addresses listed in Table Two or an agreed upon location within 100 miles of the respondents principal place of business.

5. The form of this subpoena is a standard form created by the US District Court Northern District (Subpoena form AO 88B) and there is an existing order that this form may be used for subpoenas in this case.  Objections based on the form of the subpoena may result in a motion for order to show cause and request for monetary sanctions.

6.  Because a responding party is allowed to mail or transfer production electronically, it is this party's position that the 100-mile rule does not apply [iii]  In the alternative, the issuing party will also designate a place of physical production within 100 miles of the principal place of business if the responding party makes a written request emailed within two business days of the date of production to all the emails listed in Table One below. Objections based on this 100-mile rule may result in a motion for order to show cause and request for monetary sanctions.

7.  You" or "your" or "responding party" refer to Uber, Inc.; RifleGear, care of Phuong Nguyen, 18065 Mount Shay St., Fountain Valley, CA 92708

## Items to be Produced.

1. All Firearm Dealer's Records of Sale ("DROS") forms transmitted to the State of California pursuant to California law. (Including but not limited to Cal. Penal Code § 28205) for sales from January 1, 2016, to July 21, 2023, involving Glock handguns that are designed and manufactured to fire ammunition of the following calibers:[iv]
    a. .40 caliber (also known as .40 Smith and Wesson or .40 S&W);
    b. .45 ACP (also known as .45 Automatic Colt Pistol);
    c. .45 GAP (also known as .45 Glock Automatic Pistol); and
    d. 10mm.

This information can be produced as actual redacted forms in paper or pdf format or a spreadsheet that captures and produces the information contained in the highlighted fields of the attached Standard DROS form template.


2. All documents, including but not limited to, physical documentation, electronically stored information, photographs, video, computer images, etc. involving any of the Glock handguns listed in "Table of Models" below that have suffered a case failure, Kabooms, blowout, ruptures, bulging, tears, smiles, and deformed casings.  This request includes all incident or injury reports, investigations, warranty documents, repair orders, refund requests, and any and all communications with Glock, ammunition manufacturers or retailer, and customers regarding same.

---

[i]

**Table One**

| | |
|---|---|
| Robert Lewis | rob@lewislawfirm.com |
| Amy Lewis | amy@lewislawfirm.com |
| Kathy Blake | kathy@lewislawfirm.com |
| Craig Nicholas | CNicholas@nicholaslaw.org |
| Alex Tomasevic | ATomasevic@nicholaslaw.org |
| Jake Schulte | jschulte@nicholaslaw.org |
| Emilia Carrillo | ECarrillo@nicholaslaw.org |

[ii]

**Table Two**

| | |
|---|---|
| Robert Lewis<br>Amy Lewis<br>Kathy Blake | Lewis and Lewis Trial Lawyers PLC,<br>28150 North Alma School Road,<br>Suite 103-637<br>Scottsdale AZ 85262 |
| Craig Nicholas<br>Jake Schulte<br>Alex Tomasevic<br>Emilia Carrillo | Nicholas and Tomasevic LLP<br>225 Broadway 19th Floor<br>San Diego California, 921010 |

[iii]

Subpoena from defendants did not violate 100-mile restriction, on basis that it required production by non-party of documents to law firm in Cleveland, Ohio, which was more than 100 miles from non-party's office in Naples, Florida, because production of documents did not require personal appearance. Pidcock v. Goddard (In re SII Liquidation Co.), 2015 Bankr. LEXIS 901 (Bankr. N.D. Ohio Mar. 20, 2015).

USCS Fed Rules Civ Proc R 45; Fed. R. Civ. P. 45(b)(2)(B) and 45(c)(3)(A)(ii) did not require that subpoena that was served on bank that was more than 100 miles outside issuing district be quashed because subpoena only required production of documents and documents could be produced within issuing district by mail. U.S. Bank Nat'l Ass'n v. James, 264 F.R.D. 17, 2010 U.S. Dist. LEXIS 15722 (D. Me. 2010).

100-mile limit set forth in Fed. R. Civ. P. 45(c)(3)(A)(ii) applies to travel by subpoenaed person, but, under Fed. R. Civ. P. 45(c)(2)(A), person commanded to produce documents need not appear in person at place of production or inspection, so 100 mile limit does not apply to documents. Walker v. Ctr. for Food Safety, 667 F. Supp. 2d 133, 2009 U.S. Dist. LEXIS 102846 (D.D.C. 2009).

[iv]

**Table of Models**.

| Make | Model | Generation | Color | Caliber | Special Designations |
|---|---|---|---|---|---|
| Glock | 22 | All | All | .40 caliber | All including "MOS" "California Compliant" or Optic Models |
| Glock | 23 | All | All | .40 caliber | All including "MOS" "California Compliant" or Optic Models |
| Glock | 24 | All | All | .40 caliber | All including "MOS" "California Compliant" or Optic Models |
| Glock | 27 | All | All | .40 caliber | All including "MOS" "California Compliant" or Optic Models |
| Glock | 35 | All | All | .40 caliber | All including "MOS" "California Compliant" or Optic Models |

| Glock | 21 | All | All | .45 ACP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 21SF | All | All | .45 ACP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 30 | All | All | .45 ACP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 30SF | All | All | .45 ACP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 30S | All | All | .45 ACP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 36 | All | All | .45 ACP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 41 | All | All | .45 ACP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 37 | All | All | .45 GAP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 38 | All | All | .45 GAP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 39 | All | All | .45 GAP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 20 | All | All | 10mm | All including "MOS" "California Compliant" or Optic Models |
| Glock | 29 | All | All | 10mm | All including "MOS" "California Compliant" or Optic Models |
| Glock | 40 | All | All | 10mm | All including "MOS" "California Compliant" or Optic Models |

STATE OF CALIFORNIA
BOF 929 (Rev. 05/2023)

DEPARTMENT OF JUSTICE
Page 1 of 2



**CALIFORNIA DEPARTMENT OF JUSTICE**
**BUREAU OF FIREARMS**
**Dealer's Record of Sale (DROS) Worksheet**



CFD No.: ☐☐☐☐☐☐      DROS No.: ☐☐☐☐☐☐☐☐☐☐

## Purchaser Information

| First Name: | Middle Name: | Last Name: | Suffix: |
|---|---|---|---|

| Alias First Name: | Alias Middle Name: | Alias Last Name: | Alias Suffix: |
|---|---|---|---|

| Street Address (no PO Box): | City: | Zip Code: |
|---|---|---|

One of the following forms of identification is required to legally purchase firearms in California: California driver license (CDL), California ID (CID) card issued by the DMV, or Military ID (MIL) issued by the DOD for active duty military accompanied by permanent duty station orders indicating that the purchaser is stationed in California.

ID Type: (check one) ☐ CDL ☐ CID ☐ MIL      ID Number:

| Gender: | Hair Color: | Eye Color: | Height: | Weight: | Date of Birth: (mm/dd/yyyy) | Race: |
|---|---|---|---|---|---|---|

US Citizen: ☐ Yes ☐ No     If NO, enter Alien Registration or I-94 Number and Country of Citizenship

Alien Registration or I-94 Number     Country of Citizenship     Place of Birth:

Telephone Number:     FSC Number or FSC Exemption Code:

## Firearms Eligibility Questions

☐ Yes ☐ No   Has purchaser: (1) ever been convicted of a felony, any offense specified in Penal Code (PC) section 29905, an offense specified in PC 23515(a), (b), or (d), a misdemeanor PC 273.5 offense; (2) been convicted in the last 10 years of a misdemeanor offense specified in PC 29805; or (3) been adjudged a ward of the juvenile court for committing an offense specified in PC 29820 and is not 30 years of age or older?

☐ Yes ☐ No   Has a court ever found, as specified in Welfare and Institutions Code (WIC) section 8103, the purchaser to be a danger to others from mental illness, a mentally disordered sex offender, not guilty by reason of insanity, mentally incompetent to stand trial, or gravely disabled to be placed under a conservatorship?

☐ Yes ☐ No   Is purchaser a danger/threat to self or others under WIC section 8100, a person certified for intensive treatment as described in WIC section 8103(g), or a person described in WIC section 8103(f) who has ever been admitted to a mental health facility as a danger to self or others at least twice within 1 year or admitted once within the past 5 years?

☐ Yes ☐ No   Is purchaser currently the subject of any restraining order specified in PC section 29825, a Gun Violence Restraining Order, or a probation condition prohibiting firearm possession?

I declare under penalty of perjury under the laws of
the State of California that the foregoing is true and correct.

Signature of Purchaser _____     Date _____

## Private Party Transfer (Seller Information)

| First Name: | Middle Name: | Last Name: | Suffix: |
|---|---|---|---|

| Street Address (no PO Box): | City: | Zip Code: |
|---|---|---|

ID Type: (check one) ☐ CDL ☐ CID ☐ MIL     ID Number:

| Gender: | Hair Color: | Eye Color: | Height: | Weight: | Date of Birth: (mm/dd/yyyy) | Race: |
|---|---|---|---|---|---|---|

US Citizen: ☐ Yes ☐ No     If NO, enter Alien Registration or I-94 Number and Country of Citizenship:

Alien Registration or I-94 Number     Country of Citizenship     Place of Birth:     Telephone Number:

Penal Code 32000(b) Exemption? ☐ Yes ☐ No     If YES, provide Law Enforcement Agency:

I declare under penalty of perjury under the laws of
the State of California that the foregoing is true and correct.

Signature of Seller _____     Date _____

## Waiting Period Exemptions

Purchaser claims the following waiting period exemption pursuant to Penal Code sections 26950 through 26970 and 27650 through 27670.

☐ PEACE OFFICER STATUS (must have agency letter) Enter Law Enforcement Agency: _____

☐ CA FIREARMS DEALER Enter CFD Number: _____

☐ SPECIAL WEAPONS PERMIT (does not include CCW permit) Enter Permit Number: _____

☐ COLLECTOR STATUS (curio/relic only) Enter COE Number:

STATE OF CALIFORNIA
BOF 929 (Rev. 05/2023)

DEPARTMENT OF JUSTICE
Page 2 of 2



## CALIFORNIA DEPARTMENT OF JUSTICE
## BUREAU OF FIREARMS
### Dealer's Record of Sale (DROS) Worksheet

CFD No.: ☐☐☐☐☐☐        DROS No.: ☐☐☐☐☐☐☐☐☐☐

---

### Firearm Information

| Make: (Colt, Remington, etc.) | Model: (Commander, 870, etc.) | Caliber(s): | Barrel Length: | Serial Number: | | Other Number: (if different) |
|---|---|---|---|---|---|---|

| Firearm Type: | If Long Gun: | Firearm Category: | | | | |
|---|---|---|---|---|---|---|
| ☐ Long Gun | ☐ Rifle  ☐ Other | ☐ Revolver | ☐ Semi-Auto | ☐ Bolt Action | ☐ Pump Action | ☐ Over/Under |
| ☐ Handgun | ☐ Shotgun | ☐ Single Shot | ☐ Derringer | ☐ Lever Action | ☐ Carbine | ☐ Other: _____ |
| | ☐ Rifle/Shotgun Combo | | | | | |

| New Firearm: | Frame or Receiver Only: | If YES, is it a Federally Regulated Firearm Precursor Part? | Dealer Comments: |
|---|---|---|---|
| ☐ Yes | ☐ Yes | ☐ Yes  ☐ No | |
| ☐ No | ☐ No | | |

Firearm Origin: (USA, Italy, etc.)          Firearm Color: (Black, Silver, etc.)

| Penal Code 32000(b) Exemption? | If YES, provide Law Enforcement Agency Name: |
|---|---|
| ☐ Yes  ☐ No | |

Firearm Safety Device Description and/or Comments:

---

### Transaction Information

| Transmission Date: | Transmission Time: | Delivery Date: | Delivery Time: | Gun Show Transaction |
|---|---|---|---|---|
| | | | | ☐ Yes   ☐ No |

| Firearm Type: | Transaction Type: (All but "Dealer Sale" cert-list exempt) | | | |
|---|---|---|---|---|
| ☐ Long Gun | ☐ Dealer Sale        ☐ Loan | ☐ Curio/Relic/Olympic/Other Exempt | ☐ Pawn/Consignment Redemption | ☐ Private Party Transfer |
| ☐ Handgun | ☐ Prohibited Temporary Storage Return | ☐ Peace Officer | ☐ Peace Officer Non-Roster Handgun Private Party Transfer | |

| 30-Day Restriction Exemption? | If YES, explain: |
|---|---|
| ☐ Yes  ☐ No | |

| Age Exemption? | If YES, explain: |
|---|---|
| ☐ Yes  ☐ No | |

| If using Hunting License for Age Exemption, enter the following: | GO ID #: | Hunting License Number: | Valid from (date): | Valid to (date): |
|---|---|---|---|---|

---

### Dealer Information

| Firearms Dealer Name: | Dealer Telephone Number: |
|---|---|

Firearms Dealer Address (including City, State, ZIP):

| Salesperson Printed Name: | Salesperson COE Number: |
|---|---|

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Signature of Salesperson _____          Date _____

Falsification of information on this form is a crime, punishable by up to 18 months in state prison. (Pen. Code, § 28250.)

# EXHIBIT 25

AO 88B  (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT

for the

\_Northern District of California

| | | |
|---|---|---|
| Steven C. Johnson, and individual, on behalf of himself and all others similarly situated, | ) ) ) | |
| *Plaintiff* | ) | Civil Action No.    3:20-cv-08807-WHO |
| v. | ) | |
| Glock, Inc., a Georgia Corporation; Glock Ges.m.b.H, an Austrian entity, et al. | ) ) | |
| *Defendant* | ) | |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:  **City of Winter Haven c/o Mayor Bradley T. Dantzler, City of Winter Haven, City Hall, 451 Third Street NW, Winter Haven, FL 33881**

*(Name of person to whom this subpoena is directed)*

☒  *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:    **See Schedule A & B.**

| Place: | Nicholas & Tomasevic, LLP 225 Broadway, 19th Floor San Diego, CA 92101 (By Mail) rob@lewislawfirm.com (Electronically) | Date and Time: | August 17, 2023 at 11:59pm |
|---|---|---|---|

☐  *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | | Date and Time: | |
|---|---|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:    07/21/2023

|   *CLERK OF COURT* | | |
|---|---|---|
| | OR | */s/Robert K. Lewis* |
| _____ | | _____ |
| *Signature of Clerk or Deputy Clerk* | | *Attorney's signature* |

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Steven C. Johnson
_____, who issues or requests this subpoena, are:

 Robert Lewis, 28150 N. Alma School Rd. Ste 103-637, Scottsdale, AZ 85262, Rob@LewisLawFirm.com 602-889-6666

**Notice to the person who issues or requests this subpoena**

If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B  (Rev.  02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.    3:20-cv-08807-WHO

## PROOF OF SERVICE

### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

☐  I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

☐  I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.:

AO 88B  (Rev.  02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action(Page 3)

## Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

**(1) *For a Trial, Hearing, or Deposition.*** A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
  **(A)** within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
  **(B)** within the state where the person resides, is employed, or regularly transacts business in person, if the person
    **(i)** is a party or a party's officer; or
    **(ii)** is commanded to attend a trial and would not incur substantial expense.

**(2) *For Other Discovery.*** A subpoena may command:
  **(A)** production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
  **(B)** inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

**(1) *Avoiding Undue Burden or Expense; Sanctions.*** A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

**(2) *Command to Produce Materials or Permit Inspection.***
  **(A)** *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
  **(B)** *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
    **(i)** At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
    **(ii)** These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

**(3) *Quashing or Modifying a Subpoena.***
  **(A)** *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:
    **(i)** fails to allow a reasonable time to comply;
    **(ii)** requires a person to comply beyond the geographical limits specified in Rule 45(c);
    **(iii)** requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
    **(iv)** subjects a person to undue burden.
  **(B)** *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:
    **(i)** disclosing a trade secret or other confidential research, development, or commercial information; or

    **(ii)** disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
  **(C)** *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
    **(i)** shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
    **(ii)** ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

**(1) *Producing Documents or Electronically Stored Information.*** These procedures apply to producing documents or electronically stored information:
  **(A)** *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
  **(B)** *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
  **(C)** *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
  **(D)** *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

**(2) *Claiming Privilege or Protection.***
  **(A)** *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
    **(i)** expressly make the claim; and
    **(ii)** describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
  **(B)** *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**
The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).

## SUBPOENA DUCES TECUM - SCHEDULE A

*Johnson v. Glock, Inc., et al.*
3:20-cv-08807-WHO

To: City of Winter Haven Florida

## INSTRUCTIONS

1.     Each individual request for production should be construed independently and not by reference to any other request herein for the purpose of limiting that request, except that identical writings need not be produced in response to more than one request.

2.     Each document responsive to these requests shall be produced as they are kept in the usual course of business or shall be organized and labeled to correspond with each category to which they are responsive.

3.     Complete documents, including all attachments, cover memos, appendices, etc., shall be produced if any part of the writing is responsive to a request.  Responding Party shall not mask or delete any part of a document if that document contains information responsive to a request.  Documents found associated with, attached to, or joined together by staple, clip, binder, binding, file folder, computer file or directory, or otherwise should be produced in the manner in which they were associated, attached, or joined.

4.     Unless otherwise agreed to, documents that are maintained in the normal course of business in electronic format shall be produced in their native format, including all metadata in standard delimited ASCII format, along with the software necessary to interpret such files if such software is not readily available, and are not to be converted to any other format, such as paper, tiff image or PDF file.

5.     If YOU produce scanned documents on compact discs, then documents should be produced in single page tiff format and YOU should also produce (i) the load file with each set of documents (this file provides the beginning bates, end bates, directory, filename and page count, to allow a match between the data and the files themselves), (ii)

attachment information so it can be determined which attachments go with which documents produced, and (iii) any other objective coding for each document produced, including any fields for source, date, author, recipients and custodian of the documents. "YOU" or "YOUR," mean Responding Party and its attorneys, predecessors, subsidiaries, divisions, affiliates, controlled companies and joint ventures, acquired entities, related entities, and its present and former officers, owners, directors, members, partners, managers, trustees, representatives, agents, employees and all persons presently or formerly acting, or purporting to act, on its behalf, or on behalf of its predecessors, subsidiaries, divisions, affiliates, controlled companies and joint ventures, acquired entities and related entities, for any purpose whatsoever.

6.      If any responsive document was, but is no longer in existence or in Responding Party's possession, custody or control, identify its current or last-known custodian and describe in full the circumstances surrounding its disposition from Responding Party's possession, custody or control.  A document shall be deemed to be in Responding Party's control if Responding Party has the right to secure the document or a copy thereof from another person or public or private entity having possession or custody thereof.

7.      "And," "or," and "and/or" shall be construed as broadly as possible so that information otherwise within the scope of the request is not excluded.

8.      These are continuing requests for production of documents.  If, subsequent to responding to any such request, additional documents are received or discovered prior to the date of trial or Responding Party becomes aware of any further information pertaining to such request, Responding Party is hereby requested to serve supplemental responses and provide such additional documents promptly and as long before trial as possible, in order to supplement, amend or correct Responding Party's responses; otherwise, it will be assumed that the responses originally given continue to be YOUR complete responses to these requests.

9.      If any documents requested herein have been lost, discarded or destroyed, they shall be identified as completely as possible, including, without limitation, the following information:  (a) the date of disposal; (b) the manner of disposal; (c) the reason for disposal; (d) the person authorizing disposal; and (e) the person disposing of the document.

10.      If any materials requested are claimed to be privileged, please list the following for each item claimed to be privileged: (a) A brief description of the nature and contents of the matter claimed to be privileged; (b) The name, occupation and capacity of the individual from whom the privileged matter emanated; (c) The name, occupation and capacity of the individual to whom the allegedly privileged matter was produced; (d) The date the item bears; and (e) The privilege claimed.

## DEFINITIONS

For purposes of this subpoena and the subject matter categories listed below, the following definitions shall apply:

"YOU" or "YOUR" or "RESPONDING PARTY" refer to the and all of its present and former employees, agents, officers, directors, representatives, attorneys, and all other persons or entities acting or purporting to act on its behalf.

"DOCUMENT" OR "DOCUMENTS" are used in the broadest possible sense and refer, without limitation, to all written, printed, typed, photostatic, photographed, recorded, or otherwise reproduced communications or representations of every kind and description, whether comprised of letters, words, numbers, pictures, sounds, or symbols, or any combination thereof, whether prepared by hand or by mechanical, electronic, magnetic, photographic, or other means, as well as audio or video recordings of communications, oral statements, conversations, or events. This definition includes, but is not limited to any and all originals, copies, non-identical copies and preliminary, intermediate and final drafts of correspondence, notes, minutes, records, messages, text and data messages, application data, policies, procedures, manuals, bulletins, memoranda, telephone memoranda, diaries,

contracts, agreements, invoices, orders, acknowledgments, receipts, bills, statements, appraisals, reports, forecasts, compilations, schedules, studies, summaries, analyses, pamphlets, brochures, posters, placards, advertisements, newspaper clippings, tables, tabulations, financial statements, bank account statements, cleared checks, deposit slips, check stubs, wire transfer receipts, returned checks for insufficient funds, working papers, tallies, maps, drawings, diagrams, sketches, x-rays, charts, labels, packing materials, plans, photographs, pictures, film, microfilm, computer-stored or computer-readable data, computer programs, computer printouts, telegrams, telexes, telefacsimiles, tapes, transcripts, recordings, periodicals, accounts, objects, inter-office and intra-office communications, surveys, estimates, licenses, charts, graphs, indexes, calendars, and all other sources or formats from which data, information, or communications can be obtained. Any preliminary drafts, or revisions of any of the foregoing, any document that has or contains any attachment, enclosure, comment, notation, addition, or insertion of any kind that is not part of another document, or any document that does not contain a comment, notation, addition, insertion, or marking of any kind that is part of another document, is considered to be a separate document.

"ELECTRONICALLY STORED INFORMATION" or "ESI" is used in the broadest possible sense and includes, but is not limited to, all information that is stored in an electronic medium.

"CLASS GUN" means all Glock handguns referenced and referred to by model including, but not limited to any model that fires a 45 caliber ACP round, any model that fires a 40 S&W round, any model that fires a 45 GAP, any model that fires a 10 mm round of ammunition. This class includes all these models regardless of the generation, the magazine capacity, the grips, the color, the frame length, the sites, whether it includes a provision for optics, or whether it is approved for sale to the public by the State of California. This includes but is not limited to the following Models:

- Model 22 all generations (caliber .40 S&W)

- Model 23 of all generations and variations, (caliber .40 S&W)
- Model 24, (caliber .40 S&W)
- Model 27, 27 Gen 4, (caliber .40 S&W)
- Model 35, 35 Gen 4, 35 Gen 4 MOS, (caliber .40 S&W)
- Model 21 Gen 4, (caliber .45 ACP)
- Model 21 SF, (caliber .45 ACP)
- Model 30 Gen 4, (caliber .45 ACP)
- Model 30s, (caliber .45 ACP)
- Model 30 SF, (caliber .45 ACP)
- Model 36, (caliber .45 ACP)
- Model 41 Gen 4, 41 Gen 4 MOS, (caliber .45 ACP)
- Model 37, (caliber .45 GAP)
- Model 38, (caliber .45 GAP)
- Model 39, (caliber .45 GAP)
- Model 20 Gen 4, (caliber 10mm)
- Model 20 SF, (caliber 10mm)
- Model 29 Gen 4, (caliber 10mm)
- Model 29 SF, (caliber 10mm)
- Model 40 Gen 4 MOS, (caliber 10mm)
- All gun models with a similar chamber design and feed ramp length including all pistols manufactured to fire .40 Smith and Wesson, .45 ACP, .45 GAP and 10 MM.

"UNSUPPORTED CHAMBER DESIGN/DEFECT" means the alleged design/defect in this case where the loading ramp has been designed in such a way that, together with the case, it forms a kind of vent where the chamber or barrel does not support the ammunition case. Depending on the quality of material used for the cases, it is alleged that a case will crack in this area under gas pressure due to lack of support. The powder

gases escaping downward under high pressure may thus occasionally cause damage on the grip or will cause a witness mark, bulge, or smile in the ammunition case.  The plaintiff alleges in this case that for every CLASS GUN, there is a significant chance that one or both of the following things will happen upon pulling the trigger: (a) the brass casing of the ammunition will bulge out or "smile," bulging thereby distorting the brass casing; and (b) "blowout," "kaboom," or "rupture," or tear which is when the round/casing blows up or separates and a piece of the casing dislodges. Plaintiff alleges this condition or feature is caused by the lack of complete support for the casing of ammunition at the 6 o'clock position of a round of ammunition seated in the chamber.

### **Items to be produced.**

1. All DOCUMENTS and ESI reflecting intracompany communications regarding the UNSUPPORTED CHAMBER DESIGN/DEFECT, in the CLASS GUNS manufactured and distributed by the Glock entities causing or contributing to case failures, Kabooms, blowouts, ruptures, tears, bulges, smiles, and deformed casings.

2. All DOCUMENTS and ESI reflecting intercompany communications between YOU and third parties regarding the UNSUPPORTED CHAMBER DEFECT of the CLASS GUNS manufactured by Glock causing or contributing to case failures, Kabooms, blowouts, ruptures, bulging, tears, bulges, smiles, and deformed casings.

3. All documents in any way related to the dispute or warranty claim between the City of Winter Haven and Glock, Inc, Glock Ges.m.b.H or Glock retailers about the performance of Glock handguns. See Schedule B.

4. All DOCUMENTS and ESI reflecting CLASS GUN owners or users making a complaint, warranty claim, or return/replacement request involving allegations of, claims of, or an actual ammunition failure and/or an instance or occurrence where a round did not fire as expected or where there was an unexpected result during firing

a CLASS GUN including, but not limited to, case failures, Kabooms, blowouts, ruptures, bulging, tears, bulges, smiles, and deformed casings.

5. All DOCUMENTS and ESI reflecting testing and inspections performed by YOU after receiving a complaint, warranty claim, or return/replacement request from a CLASS GUN owner or user involving allegations of, claims of, or an actual ammunition failure and/or an instance or occurrence where a round did not fire as expected or where there was an unexpected result during firing including, but not limited to, case failures, Kabooms, blowouts, ruptures, tears, bulges, smiles, and deformed casings.

6. All DOCUMENTS and ESI reflecting communications with third parties, (including but not limited to Glock, Inc, Glock Ges.m.b.H, Glock retailers, wholesalers, repair technicians, armorers, purchasers or consumer), after receiving a complaint, warranty claim, or return/replacement request from a CLASS GUN owner or user involving allegations of, claims of, or an actual ammunition failure and/or an instance or occurrence where a round did not fire as expected or where there was an unexpected result during firing including, but not limited to, case failures, Kabooms, blowouts, ruptures, tears, bulges, smiles, and deformed casings.

7. All DOCUMENTS and ESI reflecting whether the unsupported area at the 6 o'clock position of CLASS GUNS where the feed ramp meets the chamber was intentionally designed to leave a part of the casing unsupported to vent gas downward in the event of an over pressurized round.

8. All DOCUMENTS and ESI reflecting whether ammunition casings fail or are distorted when fired due to the unsupported area at the 6 o'clock position of CLASS GUNS where the feed ramp meets the chamber fails due to:

   a. either an over-pressured round,

   b. a weakness in the casing,

   c. an under-loaded round with an air annulus,

    d.  or a round where deflagration detonation transition (DDT) occurred, or concurrent Chapman-Jourguet wave fronts result in alternating CJ shock waves causing a case failure, Kabooms, blowouts, ruptures, tears, bulges, smiles, and deformed casings.

9. All DOCUMENTS and ESI reflecting whether the unsupported area at the 6 o'clock position of CLASS GUNS where the feed ramp meets the chamber was intentionally designed by Glock Inc. or Glock Ges.m.b.H to leave a part of the casing unsupported to increase reliable feeding of ammunition.

10. All DOCUMENTS and ESI reflecting disputes with any other law enforcement agency over CLASS GUN performance.

11. Photographs, video, or computer images of CLASS GUNS that have suffered a a case failure, Kabooms, blowouts, ruptures, tears, bulges, smiles, and deformed casings.

12. All DOCUMENTS and ESI reflecting disputes, litigation or threatened litigation concerning the performance of Glock firearms.

13. All DOCUMENTS and ESI reflecting engineering or expert opinions involving a CLASS GUN.

14. All DOCUMENTS and ESI reflecting injuries suffered by YOUR agents or employees after firing a CLASS GUN.

 The Ledger

**NEWS**

# Winter Haven Police Still Want Glocks

**RICK ROUSOS The Ledger**

Published 4:00 p.m. ET March 31, 2008 | Updated 5:00 p.m. ET March 31, 2008

WINTER HAVEN | Out with the old Glocks — in with the new Glocks.

Uncomfortable with their Glock pistols because two of them exploded in training incidents, Winter Haven police will likely replace 90 of them with another Glock model, police said Monday.

Two .45-caliber GAP Glock Model 37 pistols exploded during police firearms training in separate incidents, causing minor injuries to an officer and a cadet.

Glock has blamed the two exploding pistols on the bullets.

And Speer Gold Dot, the company that makes the ammunition for the .45-caliber

GAP Glock Model 37, has taken responsibility for the guns exploding while being fired.

For replacements, Winter Haven police will likely get Glock Model 21s,

Although the 21s have been the also been subject to explosions, the department figures those troubles are in the past and have been fixed.

Winter Haven police officers tested the Glock 21s and Sig Sauers, and a majority preferred shooting the Glock 21s, Lt. Joel Bennett said.

Bennett said the department has a meeting with Glock tentatively scheduled for Thursday.

He said Glock has agreed to replace the departments 90 Glock Model 37 pistols with Glock 21s.

"I'm at least 75 percent sure it will happen," Bennett said.

If it does, the good news is that it won't cost the department a dime, despite the fact that a Model 21 costs about $469 compared to about $425 for the Model 37, Bennet said.

The Glock 21 has had its own share of troubles.

Johnson said the Winter Haven Department is aware of the problems, but said most of them occurred years ago and Glock has had ample time to correct them.

In 2004, Portland, Ore., two officers were hurt while firing a Glock 21 during a qualifications test.

One of the officers, Florin B. Pirv, sued. Pirv listed his injuries in his multi-million dollar suit as damage to his face, body and hands from shrapnel.

The lawsuit names Glock and two Minnesota-based ammunition makers.

The Portland department switched to 9mm Glocks.

Bennett said the Winter Haven police believe the 9mm Glocks don't provide enough firepower.

Carlos Guevara, a spokesman for Glock, did not return phone messages Monday.