**NICHOLAS & TOMASEVIC, LLP**
Craig M. Nicholas (SBN 178444)
Alex Tomasevic (SBN 245598)
Jake W. Schulte (SBN 293777)
225 Broadway, 19th Floor
San Diego, California 92101
Tel: (619) 325-0492
Fax: (619) 325-0496
Email: cnicholas@nicholaslaw.org
Email: atomasevic@nicholaslaw.org
Email: jschulte@nicholaslaw.org

**LEWIS AND LEWIS**
**TRIAL LAWYERS, PLC**
Robert K. Lewis (AZ SBN 016625)
*Pro Hac Vice*
Amy M. Lewis (AZ SBN 027201)
*Pro Hac Vice*
28150 N Alma School Rd, Ste 103-637
Scottsdale, AZ 85262
Tel: (602) 889-6666
Email: Rob@LewisLawFirm.com
Email: Amy@LewisLawFirm.com

Attorneys for Plaintiff Steven C. Johnson

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN C. JOHNSON, an individual, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>GLOCK, INC., a Georgia Corporation; GLOCK Ges.m.b.H, an Austrian entity; JOHN and JANE DOES I through V; ABC CORPORATIONS I-X, XYZ PARTNERSHIPS, SOLE PROPRIETORSHIPS and/or JOINT VENTURES I-X, GUN COMPONENT MANUFACTURERS I-V<br><br>Defendants. | CASE NO.: 3:20-cv-08807-WHO<br><br>**THIRD NOTICE OF INTENT TO SERVE SUBPOENAS DUCES TECUM**<br><br>**Judge**: Hon. William H. Orrick<br><br>**TAC Filed**: June 7, 2021<br>**Trial Date**: None Set |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to Fed. R. Civ. P. Rule 45, Plaintiff Steven C. Johnson hereby gives notice of its issuance of the following Subpoenas to Produce Documents, Information, Or Objects:

| Exhibit | Non-Party Entity |
|---------|------------------|
| 1 | State of California Department of Justice, Bureau of Firearms, Rob Bonta, Office of the Attorney General, 1300 "I" Street, Sacramento, CA 95814-2919 |

Respectfully submitted:

Dated: August 29, 2023

*/s/ Amy Lewis, Esq.*
**LEWIS AND LEWIS TRIAL LAWYERS, PLC**
Robert K. Lewis, *Pro Hac Vice*
Amy M. Lewis, *Pro Hac Vice*
28150 N. Alma School Rd., Ste 103-637
Scottsdale, Arizona 85262
Tel: (602) 889-6666
Fax: (602) 926-1477
Email: rob@lewislawfirm.com
Email: amy@lewislawfirm.com
Attorneys for Plaintiff


**NICHOLAS & TOMASEVIC, LLP**
Craig M. Nicholas (SBN 178444)
Alex Tomasevic (SBN 245598)
Jake W. Schulte (SBN 293777)
225 Broadway, 19th Floor
San Diego, California 92101
Tel: (619) 325-0492
Fax: (619) 325-0496
Email: cnicholas@nicholaslaw.org
Email: atomasevic@nicholaslaw.org
Email: jschulte@nicholaslaw.org

Attorneys for Plaintiff Steven C. Johnson

## CERTIFICATE OF SERVICE

The foregoing document was filed with the clerk of the court using CM/ECF system and automatically served upon registered recipients appearing in this case.

John F. Renzulli (Pro Hac Vice)
Christopher Renzulli (Pro Hac Vice)
Howard B. Schilsky (Pro Hac Vice)
**RENZULLI LAW FIRM, LLP**
One North Broadway, Suite 1005
White Plains, NY 10601
Telephone: (914) 285-0700
Facsimile: (914) 285-1213
jrenzulli@renzullilaw.com
crenzulli@renzullilaw.com
hschilsky@renzullilaw.com

Paul G. Cereghini (SBN 148016)
**BOWMAN AND BROOKE LLP**
1741 Technology Drive, Suite 200
San Jose, CA 95110
Telephone: (408) 279-5393
Facsimile: (408) 279-5845
paul.cereghini@bowmanandbrooke.com

Carissa Casolari (SBN 292878)
**BOWMAN AND BROOKE LLP**
970 West 190th Street, Suite 700
Torrance, CA 90502
Telephone: (310) 768-3068
Facsimile: (310) 719-1019
Carissa.casolari@bowmanandbrooke.com

Attorneys for Defendants Glock, Inc. and Glock Ges.m.b.H.