# EXHIBIT 1

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| Steven C. Johnson, and individual, on behalf of himself and all others similarly situated, *Plaintiff* | ) ) ) |
| v. | ) Civil Action No.   3:20-cv-08807-WHO |
| Glock, Inc., a Georgia Corporation; Glock Ges.m.b.H, an Austrian entity, et al. *Defendant* | ) ) ) |

### SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: **State of California Department of Justice, Bureau of Firearms, Rob Bonta, Office of the Attorney General, 1300 "I" Street, Sacramento, CA 95814-2919**

*(Name of person to whom this subpoena is directed)*

☒ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: **See Schedule A.**

| Place: Nicholas & Tomasevic, LLP<br>225 Broadway, 19th Floor<br>San Diego, CA 92101 (By Mail)<br>rob@lewislawfirm.com (Electronically) | Date and Time: September 14, 2023 at 11:59pm |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 08/29/2023

CLERK OF COURT

_____    OR    */s/Robert K. Lewis*
*Signature of Clerk or Deputy Clerk*                    *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Steven C. Johnson
_____, who issues or requests this subpoena, are:

Robert Lewis, 28150 N. Alma School Rd, Ste 103-637, Scottsdale, AZ 85262, Rob@LewisLawFirm.com 602-889-6666

**Notice to the person who issues or requests this subpoena**

If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B  (Rev.  02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.   3:20-cv-08807-WHO

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.:

AO 88B  (Rev.  02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action(Page 3)

## Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

  **(1)** *For a Trial, Hearing, or Deposition.* A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
    **(A)** within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
    **(B)** within the state where the person resides, is employed, or regularly transacts business in person, if the person
      **(i)** is a party or a party's officer; or
      **(ii)** is commanded to attend a trial and would not incur substantial expense.

  **(2)** *For Other Discovery.* A subpoena may command:
    **(A)** production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
    **(B)** inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

  **(1)** *Avoiding Undue Burden or Expense; Sanctions.* A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

  **(2)** *Command to Produce Materials or Permit Inspection.*
    **(A)** *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
    **(B)** *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
      **(i)** At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
      **(ii)** These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

  **(3)** *Quashing or Modifying a Subpoena.*
    **(A)** *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:
      **(i)** fails to allow a reasonable time to comply;
      **(ii)** requires a person to comply beyond the geographical limits specified in Rule 45(c);
      **(iii)** requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
      **(iv)** subjects a person to undue burden.
    **(B)** *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:
      **(i)** disclosing a trade secret or other confidential research, development, or commercial information; or

      **(ii)** disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
    **(C)** *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
      **(i)** shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
      **(ii)** ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

  **(1)** *Producing Documents or Electronically Stored Information.* These procedures apply to producing documents or electronically stored information:
    **(A)** *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
    **(B)** *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
    **(C)** *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
    **(D)** *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

  **(2)** *Claiming Privilege or Protection.*
   **(A)** *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
     **(i)** expressly make the claim; and
     **(ii)** describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
   **(B)** *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**
The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).

**SUBPOENA DUCES TECUM - SCHEDULE A**

*Johnson v. Glock, Inc., et al.*
3:20-cv-08807-WHO

To:
California Attorney General Rob Bonta
California Department of Justice Bureau of Firearms

**Intent of Subpoena, Instructions, and Admonition Concerning Objections**

1. The intent of this subpoena is to obtain the number of reported retail sales of certain Glock handguns that occurred in the State of California from January 1, 2001 to August 29, 2023. The Glock handgun sales sought are all Glock handguns that are designed and manufactured to fire ammunition of the following Calibers:
    a. .40 caliber (also known as .40 Smith and Wesson or .40 S&W);
    b. .45 ACP (also known as .45 Automatic Colt Pistol);
    c. .45 GAP (also known as .45 Glock Automatic Pistol); and
    d. 10mm.

2. It is not the intent of this subpoena to obtain any personal information about the purchasers, such as name, address, phone numbers, personal identifying marks, etc. Accordingly, to avoid disclosure this information may be redacted or removed from production.

3. This information can be physically produced in paper, electronically stored information on a flash drive, cd, or external hard drive, produced by email, dropbox or file share software. The information can be produced in an excel spreadsheet format, Microsoft Word, or redacted forms completed by the dealers in PDF format.

4. The materials may be delivered in any number of ways:
    a. uploading the information into a dropbox or other document share account with an access link emailed to all the following people with the corresponding email addresses in Table One[i]:
    b. Storing the information on a flash drive, cd, or hard drive and mailing by FedEx, USPS Priority, UPS, or other carrier with tracking to both the addresses listed in Table Two[ii]:
    c. Transmitting the information as an attachment to the email addresses in Table One if it is transferrable as such.
    d. Delivering actual paper documents to both addresses listed in Table Two or an agreed upon location within 100 miles of the respondents principle place of business.

5. The form of this subpoena is a standard form created by the US District Court Northern District (Subpoena form AO 88B) and there is an existing order that this form may be used for subpoenas in this case. Objections based on the form of the subpoena may result in a motion for order to show cause and request for monetary sanctions.

6. Because a responding party is allowed to mail or transfer production electronically, it is this party's position that the 100-mile rule does not apply [iii]  In the alternative, the issuing party will also designate a place of physical production within 100 miles of the principle place of business if the responding party makes a written request emailed within two business days of the date of production to all the emails listed in Table one below. Objections based on this 100-mile rule may result in a motion for order to show cause and request for monetary sanctions.

7. "You" or "your" or "responding party" refer to State of California, California Attorney General, and California Department of Justice Bureau of Firearms.

**Items to be Produced.**

1. All Firearm Dealer's Records of Sale ("DROS") forms held by the State of California presented to the State pursuant to California law. (Including but not limited to Cal. Penal Code § 28205) for sales from January 1, 2001, to August 29, 2023 involving Glock handguns that are designed and manufactured to fire ammunition of the following calibers[iv]:
    a. .40 caliber (also known as .40 Smith and Wesson or .40 S&W);
    b. .45 ACP (also known as .45 Automatic Colt Pistol);
    c. .45 GAP (also known as .45 Glock Automatic Pistol); and
    d. 10mm.

This information can be produced as actual redacted forms in paper or pdf format, or a spreadsheet that captures and produces the information contained in the highlighted fields of the attached Standard DROS form template.

2. Any pricing data for all Glock handguns listed in the "Table of Models" below from January 1, 2001 to August 29, 2023 including, but not limited to, retail sales price and wholesale price.

i

**Table One**

| Robert Lewis | rob@lewislawfirm.com |
|---|---|
| Amy Lewis | amy@lewislawfirm.com |
| Kathy Blake | kathy@lewislawfirm.com |
| Craig Nicholas | CNicholas@nicholaslaw.org |
| Alex Tomasevic | ATomasevic@nicholaslaw.org |
| Jake Schulte | jschulte@nicholaslaw.org |
| Emilia Carrillo | ECarrillo@nicholaslaw.org |

ii

**Table Two**

| Robert Lewis<br>Amy Lewis<br>Kathy Blake | Lewis and Lewis Trial Lawyers PLC,<br>28150 North Alma School Road,<br>Suite 103-637<br>Scottsdale AZ 85262 |
|---|---|
| Craig Nicholas<br>Jake Schulte<br>Alex Tomasevic<br>Emilia Carrillo | Nicholas and Tomasevic LLP<br>225 Broadway 19th Floor<br>San Diego California, 921010 |

iii

Subpoena from defendants did not violate 100-mile restriction, on basis that it required production by non-party of documents to law firm in Cleveland, Ohio, which was more than 100 miles from non-party's office in Naples, Florida, because production of documents did not require personal appearance. Pidcock v. Goddard (In re SII Liquidation Co.), 2015 Bankr. LEXIS 901 (Bankr. N.D. Ohio Mar. 20, 2015).

USCS Fed Rules Civ Proc R 45; Fed. R. Civ. P. 45(b)(2)(B) and 45(c)(3)(A)(ii) did not require that subpoena that was served on bank that was more than 100 miles outside issuing district be quashed because subpoena only required production of documents and documents could be produced within issuing district by mail. U.S. Bank Nat'l Ass'n v. James, 264 F.R.D. 17, 2010 U.S. Dist. LEXIS 15722 (D. Me. 2010).

100 mile limit set forth in Fed. R. Civ. P. 45(c)(3)(A)(ii) applies to travel by subpoenaed person, but, under Fed. R. Civ. P. 45(c)(2)(A), person commanded to produce documents need not appear in person at place of production or inspection, so 100 mile limit does not apply to documents. Walker v. Ctr. for Food Safety, 667 F. Supp. 2d 133, 2009 U.S. Dist. LEXIS 102846 (D.D.C. 2009).

iv

**Table of Models**.

| Make | Model | Generation | Color | Caliber | Special Designations |
|---|---|---|---|---|---|
| Glock | 22 | All | All | .40 caliber | All including "MOS" "California Compliant" or Optic Models |
| Glock | 23 | All | All | .40 caliber | All including "MOS" "California Compliant" or Optic Models |
| Glock | 24 | All | All | .40 caliber | All including "MOS" "California Compliant" or Optic Models |
| Glock | 27 | All | All | .40 caliber | All including "MOS" "California Compliant" or Optic Models |
| Glock | 35 | All | All | .40 caliber | All including "MOS" "California Compliant" or Optic Models |

| | | | | | |
|---|---|---|---|---|---|
| Glock | 21 | All | All | .45 ACP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 21SF | All | All | .45 ACP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 30 | All | All | .45 ACP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 30SF | All | All | .45 ACP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 30S | All | All | .45 ACP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 36 | All | All | .45 ACP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 41 | All | All | .45 ACP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 37 | All | All | .45 GAP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 38 | All | All | .45 GAP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 39 | All | All | .45 GAP | All including "MOS" "California Compliant" or Optic Models |
| Glock | 20 | All | All | 10mm | All including "MOS" "California Compliant" or Optic Models |
| Glock | 29 | All | All | 10mm | All including "MOS" "California Compliant" or Optic Models |
| Glock | 40 | All | All | 10mm | All including "MOS" "California Compliant" or Optic Models |

STATE OF CALIFORNIA
BOF 929 (Rev. 05/2023)

DEPARTMENT OF JUSTICE
Page 1 of 2



## CALIFORNIA DEPARTMENT OF JUSTICE
## BUREAU OF FIREARMS
### Dealer's Record of Sale (DROS) Worksheet

CFD No.: ☐☐☐☐☐    DROS No.: ☐☐☐☐☐☐☐☐☐☐

### Purchaser Information

| First Name: | Middle Name: | Last Name: | Suffix: |
|---|---|---|---|

| Alias First Name: | Alias Middle Name: | Alias Last Name: | Alias Suffix: |
|---|---|---|---|

| Street Address (no PO Box): | City: | Zip Code: |
|---|---|---|

One of the following forms of identification is required to legally purchase firearms in California: California driver license (CDL), California ID (CID) card issued by the DMV, or Military ID (MIL) issued by the DOD for active duty military accompanied by permanent duty station orders indicating that the purchaser is stationed in California.

ID Type: (check one) ☐ CDL  ☐ CID  ☐ MIL     ID Number:

| Gender: | Hair Color: | Eye Color: | Height: | Weight: | Date of Birth: (mm/dd/yyyy) | Race: |
|---|---|---|---|---|---|---|

US Citizen: ☐ Yes  ☐ No    If NO, enter Alien Registration or I-94 Number and Country of Citizenship

Alien Registration or I-94 Number ____    Country of Citizenship ____    Place of Birth:

Telephone Number:    FSC Number or FSC Exemption Code:

### Firearms Eligibility Questions

☐ Yes ☐ No  Has purchaser: (1) ever been convicted of a felony, any offense specified in Penal Code (PC) section 29905, an offense specified in PC 23515(a), (b), or (d), a misdemeanor PC 273.5 offense; (2) been convicted in the last 10 years of a misdemeanor offense specified in PC 29805; or (3) been adjudged a ward of the juvenile court for committing an offense specified in PC 29820 and is not 30 years of age or older?

☐ Yes ☐ No  Has a court ever found, as specified in Welfare and Institutions Code (WIC) section 8103, the purchaser to be a danger to others from mental illness, a mentally disordered sex offender, not guilty by reason of insanity, mentally incompetent to stand trial, or gravely disabled to be placed under a conservatorship?

☐ Yes ☐ No  Is purchaser a danger/threat to self or others under WIC section 8100, a person certified for intensive treatment as described in WIC section 8103(g), or a person described in WIC section 8103(f) who has ever been admitted to a mental health facility as a danger to self or others at least twice within 1 year or admitted once within the past 5 years?

☐ Yes ☐ No  Is purchaser currently the subject of any restraining order specified in PC section 29825, a Gun Violence Restraining Order, or a probation condition prohibiting firearm possession?

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_____    _____
Signature of Purchaser              Date

### Private Party Transfer (Seller Information)

| First Name: | Middle Name: | Last Name: | Suffix: |
|---|---|---|---|

| Street Address (no PO Box): | City: | Zip Code: |
|---|---|---|

ID Type: (check one) ☐ CDL ☐ CID ☐ MIL    ID Number:    Gender:    Hair Color:    Eye Color:    Height:    Weight:    Date of Birth: (mm/dd/yyyy)    Race:

US Citizen: ☐ Yes ☐ No    If NO, enter Alien Registration or I-94 Number and Country of Citizenship:    Place of Birth:    Telephone Number:

Alien Registration or I-94 Number ____    Country of Citizenship ____

Penal Code 32000(b) Exemption? ☐ Yes ☐ No    If YES, provide Law Enforcement Agency:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_____    _____
Signature of Seller              Date

### Waiting Period Exemptions

Purchaser claims the following waiting period exemption pursuant to Penal Code sections 26950 through 26970 and 27650 through 27670.

☐ PEACE OFFICER STATUS (must have agency letter) Enter Law Enforcement Agency:

☐ CA FIREARMS DEALER Enter CFD Number:

☐ SPECIAL WEAPONS PERMIT (does not include CCW permit) Enter Permit Number:

☐ COLLECTOR STATUS (curio/relic only) Enter COE Number:

STATE OF CALIFORNIA
BOF 929 (Rev. 05/2023)

DEPARTMENT OF JUSTICE
Page 2 of 2



# CALIFORNIA DEPARTMENT OF JUSTICE
# BUREAU OF FIREARMS
## Dealer's Record of Sale (DROS) Worksheet



CFD No.: ☐☐☐☐☐    DROS No.: ☐☐☐☐☐☐☐☐☐

## Firearm Information

| Make: (Colt, Remington, etc.) | Model: (Commander, 870, etc.) | Caliber(s): | Barrel Length: | Serial Number: | Other Number: (if different) |
|---|---|---|---|---|---|

**Firearm Type:**
☐ Long Gun
☐ Handgun

**If Long Gun:**
☐ Rifle    ☐ Other
☐ Shotgun
☐ Rifle/Shotgun Combo

**Firearm Category:**
☐ Revolver    ☐ Semi-Auto    ☐ Bolt Action    ☐ Pump Action    ☐ Over/Under
☐ Single Shot    ☐ Derringer    ☐ Lever Action    ☐ Carbine    ☐ Other: _____

**New Firearm:**
☐ Yes
☐ No

**Frame or Receiver Only:**
☐ Yes
☐ No

**If YES, is it a Federally Regulated Firearm Precursor Part?**
☐ Yes    ☐ No

**Dealer Comments:**

**Firearm Origin:** (USA, Italy, etc.)

**Firearm Color:** (Black, Silver, etc.)

**Penal Code 32000(b) Exemption?**
☐ Yes    ☐ No

**If YES, provide Law Enforcement Agency Name:**

**Firearm Safety Device Description and/or Comments:**

## Transaction Information

| Transmission Date: | Transmission Time: | Delivery Date: | Delivery Time: | Gun Show Transaction ☐ Yes ☐ No |
|---|---|---|---|---|

**Firearm Type:**
☐ Long Gun
☐ Handgun

**Transaction Type:** (All but "Dealer Sale" cert-list exempt)
☐ Dealer Sale    ☐ Loan    ☐ Curio/Relic/Olympic/Other Exempt    ☐ Pawn/Consignment Redemption    ☐ Private Party Transfer
☐ Prohibited Temporary Storage Return    ☐ Peace Officer    ☐ Peace Officer Non-Roster Handgun Private Party Transfer

**30-Day Restriction Exemption?**
☐ Yes    ☐ No
**If YES, explain:**

**Age Exemption?**
☐ Yes    ☐ No
**If YES, explain:**

| If using Hunting License for Age Exemption, enter the following: | GO ID #: | Hunting License Number: | Valid from (date): | Valid to (date): |
|---|---|---|---|---|

## Dealer Information

| Firearms Dealer Name: | Dealer Telephone Number: |
|---|---|

**Firearms Dealer Address (including City, State, ZIP):**

| Salesperson Printed Name: | Salesperson COE Number: |
|---|---|

I declare under penalty of perjury under the laws of
the State of California that the foregoing is true and correct.

_____    _____
Signature of Salesperson              Date

Falsification of information on this form is a crime, punishable by up to 18 months in state prison. (Pen. Code, § 28250.)

**Requested Fields - Dealer's Record of Sale (DROS)**

CFD No.
DROS No.

**Firearm Information**
Make
Model
Caliber(s)
Barrel Length
Other Number:  (if different)
New Firearm
Penal Code 32000(b) Exemption?
If YES, provide Law Enforcement Agency Name

**Transaction Information**
Transmission Date
Delivery Date
Transaction Type

**Dealer Information**
Firearms Dealer Name
Firearms Dealer Address