Paul R. Kiesel, State Bar No. 119854
 kiesel@kiesel.law
Jeffrey A. Koncius, State Bar No. 189803
 koncius@kiesel.law
**KIESEL LAW LLP**
8648 Wilshire Boulevard
Beverly Hills, California 90211-2910
Tel: 310-854-4444
Fax: 310-854-0812

Jeremy Alberts, *Pro Hac Vice*
 jalberts@wwhgd.com
**WEINBERG WHEELER HUDGINS
GUNN & DIAL LLC**
6385 S. Rainbow Blvd. Suite 400
Las Vegas, Nevada 89118
Tel: 702-938-3838

Robert K. Lewis, *Pro Hac Vice*
rob@lewislawfirm.com
Amy M. Lewis, *Pro Hac Vice*
amy@lewislawfirm.com
**LEWIS AND LEWIS
TRIAL LAWYERS, PLC**
21850 N. Alma School Road, Suite 103-637
Scottsdale, Arizona 85262
Tel: 602-889-6666

Nicholas Panayotopoulos, *Pro Hac Vice*
 npanayo@wwhgd.com
Gary J. Toman, *Pro Hac Vice*
 gtoman@wwhgd.com
Alexander Heydemann, *Pro Hac Vice*
 aheydemann@wwhgd.com
**WEINBERG WHEELER HUDGINS
GUNN & DIAL LLC**
3344 Peachtree Road, NE
Atlanta, Georgia 30326
Tel: 404-876-2700

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STEVEN C. JOHNSON, an individual, on behalf of himself and all others similarly situated,<br><br>     Plaintiff,<br><br>vs.<br><br>GLOCK, INC., a Georgia Corporation; GLOCK Ges.m.b.H, an Austrian entity; JOHN and JANE DOES I through V; ABC CORPORATIONS I-X, XYZ PARTNERSHIPS, SOLE PROPRIETORSHIPS and/or JOINT VENTURES I-X, GUN COMPONENT MANUFACTURERS I-V,<br><br>     Defendants. | CASE NO.: 3:20-cv-08807-WHO<br><br>**DECLARATION OF ROBERT K. LEWIS IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION AND ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S DOCUMENTS SHOULD BE SEALED**<br><br>Judge:  Hon. William H. Orrick<br>Date:   February 28, 2024<br>Time:   2:00 p.m.<br>Place:   Courtroom 2, 17th Floor |

1

I, Robert K. Lewis, declare as follows:

1. I am a managing member of the law firm Lewis and Lewis Trial Lawyers, PLC, one of the counsel for Plaintiff Steven C. Johnson on behalf of himself and all others similarly situated. I am an attorney admitted to practice before this Court Pro Hac Vice and am a member in good standing of the bar of the State of Arizona. I have personal knowledge of the matters stated herein and, if called upon, could and would competently testify to them. I respectfully submit this declaration in support of Plaintiff's Motion for Class Certification and Administrative Motion to Consider Whether Another Party's Material Should be Sealed ("Administrative Motion"), in the above-captioned class action.

## EXHIBITS

2. Attached as Exhibit A is a true and correct copy of excerpts from the Deposition of Defendant Glock Ges.m.b.H.'s FRCP 30(b)(6) Designee Josef Kroyer, dated September 13, 2023. Glock has designated this document as "confidential" under the Court's Protective Order (DE 83) and has been provisionally filed under seal pending the outcome of Plaintiff's Administrative Motion.

3. Attached as Exhibit B is a true and correct copy of excerpts from the Deposition of Defendant Glock, Inc.'s Ariz. R. Civ. P. 30(b)(6) Designee Josef Kroyer, in *Grosso v. Glock, Inc., et al.*, Case No. CV2016-005086, dated February 22, 2018. Defendants Glock Ges m.b.H and Glock, Inc. (collectively "Glock") have designated this document "confidential" under the Protective Order and it has been provisionally filed under seal pending the outcome of Plaintiff's Administrative Motion.

4. Attached as Exhibit C is a true and correct copy of excerpts from the Deposition of Defendant Glock, Inc.'s FRCP 30(b)(6) Designee Carlos Guevara, dated September 21, 2023. Glock has designated this document as "confidential" under the Protective Order and has been provisionally

filed under seal pending the outcome of Plaintiff's Administrative Motion.

5. Attached as Exhibit D is a true and correct copy of excerpts from the Deposition of Defendant Glock, Inc.'s Ariz. R. Civ. P. 30(b)(6) Designee Carlos Guevara, in *Grosso v. Glock, Inc., et al.*, Case No. CV2016-005086, dated February 21, 2018. Glock has designated this document "confidential" under the Protective Order and it has been provisionally filed under seal pending the outcome of Plaintiff's Administrative Motion.

6. Attached as Exhibit E is a true and correct copy of a document produced by Defendant under Bates numbers GINC008008. Glock has designated this document "confidential" under the Protective Order and it has been provisionally filed under seal pending the outcome of Plaintiff's Administrative Motion.

7. Attached as Exhibit F is a true and correct copy of the Report and Declaration of John Nixon ("Nixon Decl."), dated October 11, 2023. Plaintiff has designated this document as "confidential" due to Mr. Nixon's reliance and citation to other documents within the report and declaration that Glock and other non-parties have designated as "confidential" through discovery in this matter under the Protective Order and therefore it has been provisionally filed under seal pending the outcome of Plaintiff's Administrative Motion.

8. Attached as Exhibit G is a true and correct copy of the Report and Declaration of David Bosch, Ph.D. ("Bosch Decl."), dated October 12, 2023. Plaintiff has designated this document as "confidential" due to reliance and citation to other documents within the report and declaration that Glock and other non-parties have designated as "confidential" through discovery in this matter under the Protective Order and therefore it has been provisionally filed under seal pending the outcome of Plaintiff's Administrative Motion.

9. Attached as Exhibit H is a true and correct copy of a document produced by Defendant

under Bates numbers GGES000001-13; GGES000337-348. Glock has designated this document "confidential" under the Protective Order and it has been provisionally filed under seal pending the outcome of Plaintiff's Administrative Motion.

10. Attached as Exhibit I is a true and correct copy of a document produced by Defendant under Bates numbers GGES000014-24. Glock has designated this document "confidential" under the Protective Order and it has been provisionally filed under seal pending the outcome of Plaintiff's Administrative Motion.

11. Attached as Exhibit J is a true and correct copy of a document produced by Defendant under Bates numbers GGES000144-150. Glock has designated this document "confidential" under the Protective Order and it has been provisionally filed under seal pending the outcome of Plaintiff's Administrative Motion.

12. Attached as Exhibit K is a true and correct copy of a document produced by Plaintiff under Bates numbers JOHNSON_000001-50. This document is designated as "confidential" because the document was attached as an Exhibit to Plaintiff Johnson's deposition and the entire deposition and exhibits were designated as "confidential" by Glock pursuant to the Protective Order and therefore this document has been provisionally filed under seal pending the outcome of Plaintiff's Administrative Motion.

13. Attached as Exhibit L is a true and correct copy of a document produced by Defendant under Bates numbers GINC003191-3192. Glock has designated this document "confidential" under the Protective Order and it has been provisionally filed under seal pending the outcome of Plaintiff's Administrative Motion.

14. Attached as Exhibit M is a true and correct copy of a document produced by Defendant under Bates numbers GINC007362-7363. Glock has designated this document "confidential" under

the Protective Order and it has been provisionally filed under seal pending the outcome of Plaintiff's Administrative Motion.

15. Attached as Exhibit N is a true and correct copy of a document produced by Non-Party City of Portland in response to Plaintiff's Subpoena Duces Tecum in this case under Bates numbers JOHNSON_000551-552, 572-575, 837-841, 1012-1039, 1044-1053. This document was designated as "confidential" pursuant to the Protective Order, which includes documents and materials produced by non-parties, and the non-party produced these materials pursuant to the Protective Order only, thereby designating the materials as "confidential," and has therefore been provisionally filed under seal pending the outcome of Plaintiff's Administrative Motion.

16. Attached as Exhibit O is a true and correct copy of a document produced by Non-Party Witness/Glock Customer Peter Barina under Bates numbers JOHNSON_001863-1864.

17. Attached as Exhibit P is a true and correct copy of a document produced by Non-Party Witness/Glock Customer David Bruce under Bates numbers JOHNSON_001865-1875.

18. Attached as Exhibit Q is a true and correct copy of excerpts from the Deposition of Witness Julie Hofstetter, in *Grosso v. Glock, Inc., et al.*, Case No. CV2016-005086, dated February 28, 2020. Glock has designated this document "confidential" under the Protective Order and it has been provisionally filed under seal pending the outcome of Plaintiff's Administrative Motion.

19. Attached as Exhibit R is a true and correct copy of excerpts from the Deposition of Witness Dennis Crabill, in *Grosso v. Glock, Inc., et al.*, Case No. CV2016-005086, dated March 12, 2020. Glock has designated this document "confidential" under the Protective Order and it has been provisionally filed under seal pending the outcome of Plaintiff's Administrative Motion.

20. Attached as Exhibit S is a true and correct copy of excerpts from the Deposition of Witness Jeffrey Warren Searles, in *Grosso v. Glock, Inc., et al.*, Case No. CV2016-005086, dated

February 17, 2020. Glock has designated this document "confidential" under the Protective Order and it has been provisionally filed under seal pending the outcome of Plaintiff's Administrative Motion.

21. Attached as Exhibit T is a true and correct copy of excerpts from the Deposition of Witness Tom Hanley, in *Grosso v. Glock, Inc., et al.*, Case No. CV2016-005086, dated February 19, 2020. Glock has designated this document "confidential" under the Protective Order and it has been provisionally filed under seal pending the outcome of Plaintiff's Administrative Motion.

22. Attached as Exhibit U is a true and correct copy of excerpts from the Deposition of Michael Grosso, in *Grosso v. Glock, Inc., et al.*, Case No. CV2016-005086, dated June 1, 2017. Glock has designated this document "confidential" under the Protective Order and it has been provisionally filed under seal pending the outcome of Plaintiff's Administrative Motion.

23. Attached as Exhibit V is a true and correct copy of a document produced by Non-Party Olin Corporation and its wholly-owned subsidiary Olin Winchester, LLC in response to Plaintiff's Subpoena Duces Tecum in this case under Bates numbers JOHNSON_000213-226. This document was designated as "confidential" pursuant to the Protective Order, which includes documents and materials produced by non-parties, and the non-party produced these materials pursuant to the Protective Order only, thereby designating the materials as "confidential," and has therefore been provisionally filed under seal pending the outcome of Plaintiff's Administrative Motion.

24. Attached as Exhibit W is a true and correct copy of a chart of summarized First Hand Kaboom Accounts from Glock customers with corresponding documents of Customer Claims produced by Defendant under Bates numbers GINC001530, 1548, 1620-1621, 1639, 1640, 1643, 1653, 1661-1662, 1663-1669, 1697-1698, 1728, 1748, 1760, 1790-1792, 1799-1806, 2144-2154, 2279-2280, 2289-2290, 2399, 2410-2416, 2453-2455, 7599-7600, 7601-7603, 7604-7607, 7608-7666, 7672-7687, 8105-8119. This document is designated as "confidential" because all documents which

it relies on were designated as "confidential" by Glock under the Protective Order and has been provisionally filed under seal pending the outcome of Plaintiff's Administrative Motion.

25. Attached as Exhibit X is a true and correct copy of a document produced by Non-Party Witness/Glock Customers Gary and Martha Brown under Bates numbers JOHNSON_001843-1860 as well as a Declaration of Gary Brown.

26. Attached as Exhibit Y is a true and correct copy of a document produced by Non-Party Black Hills Ammunition in response to Plaintiff's Subpoena Duces Tecum in this case under Bates numbers JOHNSON_001390-1420, 1808-1824. This document was designated as "confidential" pursuant to the Protective Order, which includes documents and materials produced by non-parties, and the non-party produced these materials pursuant to the Protective Order, thereby designating the materials as "confidential," and it has therefore been provisionally filed under seal pending the outcome of Plaintiff's Administrative Motion.

27. Attached as Exhibit Z is a true and correct copy of a document produced by Defendant under Bates numbers GINC002617-2626 and by Plaintiff under Bates numbers JOHNSON_001344-1346, 1350-1355. Glock has designated this document "confidential" under the Protective Order and it has been provisionally filed under seal pending the outcome of Plaintiff's Administrative Motion.

28. Attached as Exhibit AA is a true and correct copy of a document produced by Defendant under Bates numbers GINC002543-2551. Glock has designated this document "confidential" under the Protective Order and it has been provisionally filed under seal pending the outcome of Plaintiff's Administrative Motion.

29. Attached as Exhibit BB is a true and correct copy of a document produced by Defendant under Bates numbers GINC002529-2532. Glock has designated this document "confidential" under the Protective Order and it has been provisionally filed under seal pending the outcome of Plaintiff's

Administrative Motion.

30. Attached as Exhibit CC is a true and correct copy of a document produced by Defendant under Bates numbers GINC002516-2528. Glock has designated this document "confidential" under the Protective Order and it has been provisionally filed under seal pending the outcome of Plaintiff's Administrative Motion.

31. Attached as Exhibit DD is a true and correct copy of a document produced by Defendant under Bates numbers GINC002506-2515. Glock has designated this document "confidential" under the Protective Order and it has been provisionally filed under seal pending the outcome of Plaintiff's Administrative Motion.

32. Attached as Exhibit EE is a true and correct copy of a document produced by Defendant under Bates numbers GINC002609-2616. Glock has designated this document "confidential" under the Protective Order and it has been provisionally filed under seal pending the outcome of Plaintiff's Administrative Motion.

33. Attached as Exhibit FF is a true and correct copy of a document produced by Defendant under Bates numbers GINC002533-2542. Glock has designated this document "confidential" under the Protective Order and it has been provisionally filed under seal pending the outcome of Plaintiff's Administrative Motion.

34. Attached as Exhibit GG is a true and correct copy of a document produced by Defendant under Bates numbers GINC007419-7420, 7418, 7447. Glock has designated this document "confidential" under the Protective Order and it has been provisionally filed under seal pending the outcome of Plaintiff's Administrative Motion.

35. Attached as Exhibit HH is a true and correct copy of the Declaration of Steven P. Gaskin ("Gaskin Decl."), dated October 12, 2023. This document designated as "confidential" because

it relies on or cites materials produced in this matter and other deposition testimony that Glock has designated as "confidential" under the Protective Order and has been provisionally filed under seal pending the outcome of Plaintiff's Administrative Motion.

36. Attached as Exhibit II is a true and correct copy of the Declaration of Colin B. Weir ("Weir Decl."), dated October 12, 2023. This document is designated as "confidential" because it relies on or cites materials that Glock has designated as "confidential" under the Protective Order and has been provisionally filed under seal pending the outcome of Plaintiff's Administrative Motion.

37. Attached as Exhibit JJ is a true and correct copy of excerpts from the Deposition of Plaintiff Steven C. Johnson ("Johnson Dep."), dated September 7, 2023. Glock has designated this document "confidential" under the Protective Order and it has been provisionally filed under seal pending the outcome of Plaintiff's Administrative Motion.

38. Attached as Exhibit KK is a true and correct copy of the Declaration of Plaintiff Steven C. Johnson ("Johnson Decl."), dated October 11, 2023. This document is designated as "confidential" and redacted because it cites to or relies on materials that Glock has labeled as "confidential" in this matter has been provisionally filed under seal pending the outcome of Plaintiff's Administrative Motion.

39. Attached as Exhibit LL is a true and correct copy of a document produced by Plaintiff under Bates numbers JOHNSON_001375-1380. This document is designated as "confidential" because it was attached as an Exhibit to Plaintiff's deposition, and the entire deposition and exhibits have been designated as "confidential" by Glock, and therefore, in an abundance of caution, this document has been provisionally filed under seal pending the outcome of Plaintiff's Administrative Motion.

40. Attached as Exhibit MM is a true and correct copy of excerpts of documents produced

by Non-Parties California Department of Justice Bureau of Firearms and Attorney General Rob Bonta under Bates numbers JOHNSON_000111; JOHNSON_000120. These original documents are extremely voluminous excel spreadsheets of sales data from Firearm Dealer's Records of Sale ("DROS") forms submitted to California from all firearms dealers from 2001 through present for all Glock 10mm, .40 caliber, .45 ACP and .45 GAP handguns. These spreadsheets were produced in response to Plaintiff's Subpoena Duces Tecum in this case by Deputy Attorney General Jerry T. Yen. The first spreadsheet produced, JOHNSON_000111, details sales for these calibers from January 1, 2016 to present, also derived from data submitted by dealers on DROS forms. This spreadsheet shows 217,096 of certain models of Glock Class Guns sold in this time frame. In the second spreadsheet produced, JOHNSON_000120, derived from data submitted by dealers on DROS forms, the California Department of Justice has provided proof of 505,392 sales of certain models of Class Guns since 2001. The sales information provided by the State DOJ establishes that 69 percent of the class purchased their guns before October 1, 2017, and 31 percent purchased their guns after October 1, 2017. There are outstanding discovery requests for the remaining sales information. This document is designated as "confidential" and has been filed under seal based on the Protective Order which includes documents produced by non-parties and the non-party produced these documents pursuant to the Protective Order, thereby designating the documents as "confidential." Therefore, this document has been provisionally filed under seal pending the outcome of Plaintiff's Administrative Motion.

    41. Further, the State DOJ has access to the identities of customers in California who purchased class guns which upon further efforts and conferences with the State DOJ may be accessible or may be ordered by the Court Order to assist the Court and the parties in identifying class members for purposes of class notices. Alternatively, the putative class counsel is aware of several reputable publications, both national and state-wide, that would target firearms customers in the State of

California, including but not limited to reputable print and electronic gun magazines and periodicals, major print publications in metropolitan areas of California, and Facebook and other social media platforms, which can be reasonably managed by outside experts or agencies who regularly assist with class actions and notice programs including through publication notice, should the Court grants class certification.

42. Attached as Exhibit NN is a true and correct copy of a document produced by Non-Party Winter Haven, Florida in response to Plaintiff's Subpoena Duces Tecum in this case under Bates numbers JOHNSON_1325-1326. This document is designated as "confidential" and has been filed under seal based on the Protective Order which includes documents produced by non-parties and the non-party produced these documents pursuant to the Protective Order, thereby designating the documents as "confidential." Therefore, this document has been provisionally filed under seal pending the outcome of Plaintiff's Administrative Motion.

43. Attached as Exhibit OO is a true and correct copy of Plaintiff's counsels' firm résumé for Kiesel Law, LLP for the Court's consideration.

44. Attached as Exhibit PP is a true and correct copy of Plaintiff's counsels' firm résumé for Lewis and Lewis Trial Lawyers, PLC for the Court's consideration.

45. Attached as Exhibit QQ is a true and correct copy of Plaintiff's counsels' firm résumé for Weinberg Wheeler Hudgins Gunn & Dial, LLC for the Court's consideration.

I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

EXECUTED this 12th day of October, 2023 at Scottsdale, Arizona.

By: /s/ *Robert K. Lewis*
ROBERT K. LEWIS, ESQ.

*Attorney for Plaintiff and
the Proposed Class*

Declaration of Robert K. Lewis in Support of Plaintiff's Motion for Class Certification
Case No. 3:20-cv-08807-WHO