# EXHIBIT MM
# FILED UNDER SEAL