| | |
|---|---|
| KIESEL LAW LLP<br>Paul R. Kiesel, State Bar No. 119854<br>Jeffrey A. Koncius, State Bar No. 189803<br>8648 Wilshire Boulevard<br>Beverly Hills, California 90211-2910<br>Tel: 310-854-4444<br>Fax: 310-854-0812<br>Email: kiesel@kiesel.law<br>Email: koncius@kiesel.law | LEWIS AND LEWIS<br>TRIAL LAWYERS, PLC<br>Robert K. Lewis (AZ SBN 016625)<br>Pro Hac Vice<br>Amy M. Lewis (AZ SBN 027201)<br>Pro Hac Vice<br>Scottsdale, AZ 85262<br>Tel: (602) 889-6666<br>Email: Rob@LewisLawFirm.com<br>Email: Amy@LewisLawFirm.com |

Attorneys for Plaintiff Steven C. Johnson

| | |
|---|---|
| Paul G. Cereghini (SBN 148016)<br>Lauren O. Miller (SBN 279448)<br>BOWMAN AND BROOKE LLP<br>1741 Technology Drive, Suite 200<br>San Jose, CA 95110<br>Telephone:   (408) 279-5393<br>Facsimile:   (408) 279-5845<br>paul.cereghini@bowmanandbrooke.com<br>lauren.miller@bowmanandbrooke.com<br>carissa.casolari@bowmanandbrooke.com | Christopher Renzulli (Pro Hac Vice)<br>John F. Renzulli (Pro Hac Vice)<br>Howard B. Schilsky (Pro Hac Vice)<br>RENZULLI LAW FIRM, LLP<br>One North Broadway, Suite 1005<br>White Plains, NY 10601<br>Telephone: (914) 285-0700<br>Facsimile: (914) 285-1213<br>jrenzulli@renzullilaw.com<br>crenzulli@renzullilaw.com<br>hschilsky@renzullilaw.com |

Attorneys for Defendants Glock, Inc. and Glock Ges.m.b.H.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION**

| | |
|---|---|
| STEVEN C. JOHNSON, an individual, on behalf of himself and all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>GLOCK, INC., a Georgia Corporation;<br>GLOCK Ges.m.b.H., an Austrian entity;<br>JOHN and JANE DOES I through V;<br>ABC CORPORATIONS I-X, XYZ PARTNERSHIPS, SOLE PROPRIETORSHIPS and/or JOINT VENTURES I-X, GUN COMPONENT MANUFACTURERS I-V<br><br>　　　　　　　Defendants. | CASE NO.: 3:20-cv-08807-WHO<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND CLASS CERTIFICATION BRIEFING SCHEDULE** |

1  Plaintiff STEVEN C. JOHNSON ("Plaintiff") and Defendants GLOCK, INC., and GLOCK Ges.m.b.H. ("Defendants," and together with Plaintiff, the "Parties"), by and through their counsel of record, and pursuant to Civil L.R. 6-2 and Rule 29 of the Federal Rules of Civil Procedure, hereby stipulate and jointly move to continue the class certification briefing schedule as described below.

WHEREAS, Plaintiff filed his Motion for Class Certification on October 12, 2023.

WHEREAS, Defendants' opposition is due on December 12, 2023, and Plaintiff's reply is due on February 12, 2024. (ECF No. 99). The hearing on Plaintiff's Motion for Class Certification is currently scheduled for February 28, 2024. *Id.*

WHEREAS, the Court has previously approved two extensions of the deadline for Plaintiff to file his Motion for Class Certification (and associated deadlines). (ECF Nos. 93-94; 98-99).

WHEREAS, the Parties are requesting an extension of the deadline for Defendants' opposition to Plaintiff's Motion for Class Certification (and associated deadlines) due to the following circumstances:

(1)  <u>Expert Depositions</u>. Plaintiff's Motion for Class Certification relies upon an extensive record and four expert reports. The expert reports alone total a combined 318 pages. The remaining 39 separate exhibits are thousands of pages and include some documents Defendants had not previously seen. Based on Plaintiff's submission, Defendants are contemplating the appropriate response to oppose Plaintiff's Motion for Class Certification. Preliminarily, the Parties are attempting to schedule depositions of Plaintiff's proposed experts but have encountered timing issues that affect Defendants' ability to conduct depositions before their opposition is due. For example, one of Plaintiff's experts will not be available for a deposition until mid-January and the Parties are still attempting to coordinate dates for the depositions of Plaintiff's other three experts in December and/or January (if necessary). In addition to complications with coordinating everyone's various schedules, upcoming holidays have become a factor for scheduling.

/ / /

The Parties agree that additional time is needed to conduct depositions of Plaintiff's experts with sufficient time for Defendants to prepare their opposition to class certification.

(2) <u>Defendants' Expert Reports</u>. Defendants' experts also need additional time to prepare their reports as they intend to rely, at least in part, on testimony of Plaintiff's experts. Considering the voluminous record, Defendants believe additional time is needed for Defendants' experts to prepare full and complete responsive reports.

(3) <u>Additional Discovery</u>. Defendants served a second set of requests for production and interrogatories on Plaintiff following Plaintiff's deposition that was conducted on September 7, 2023. Defendants agreed to extend the time for Plaintiff to respond to the discovery until November 30. Plaintiff's responses, however, are necessary for Defendants to prepare their opposition to class certification and, therefore, additional time is needed to receive and review Plaintiff's supplemental discovery responses before the deadline for Defendants to file their opposition.

(4) <u>Commensurate Extension for Plaintiff</u>. Considering the foregoing, Plaintiff is also requesting an extension of time for filing his reply. To the extent Plaintiff seeks depositions of Defendants' experts, the Parties anticipate that similar scheduling issues may arise and believe it would be prudent to allow for some flexibility in scheduling. Plaintiff also recently served a third set of requests for production and interrogatories, including 86 additional requests for production, and a second set of 63 additional requests for admission on Defendants. Plaintiff has agreed to extend the time for Defendants to respond while the parties meet and confer regarding the scope of this discovery. The Parties agree that additional time is warranted to the extent Plaintiff believes the additional discovery is needed for his reply.

WHEREAS, the Parties have met and conferred, and stipulate to mutually extend the remaining class certification deadlines as follows:

    1. The new deadline for Defendants to file an Opposition to Plaintiff's Motion for Class Certification is February 23, 2024.

///

2. The new deadline for Plaintiff to file his Reply in support of his Motion for Class Certification is May 23, 2024.

3. The new hearing date on Plaintiff's Motion for Class Certification is June 5, 2024, at 2:00 p.m. PST, or as soon thereafter as counsel may be heard.

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated: November 27, 2023

*/s/ Robert Lewis*
**LEWIS LAW FIRM, PLC**
Robert K. Lewis, *Pro Hac Vice*
Amy M. Lewis, *Pro Hac Vice*
2302 N. 3rd Street
Phoenix, Arizona 85004
Tel: (602) 889-6666
Fax: (602) 252-1446
Email: rob@lewislawfirm.com
Email: amy@lewislawfirm.com

Paul R. Kiesel, State Bar No. 119854
*kiesel@kiesel.law*
Jeffrey A. Koncius, State Bar No. 189803
*koncius@kiesel.law*
**KIESEL LAW LLP**
8648 Wilshire Boulevard
Beverly Hills, California 90211-2910
Tel: 310-854-4444
Fax: 310-854-0812

Nicholas Panayotopoulos, *Pro Hac Vice*
*npanayo@wwhgd.com*
Gary J. Toman, *Pro Hac Vice*
*gtoman@wwhgd.com*
Alexander Heydemann, *Pro Hac Vice*
*aheydemann@wwhgd.com*
**WEINBERG WHEELER HUDGINS GUNN & DIAL LLC**
3344 Peachtree Road, NE
Atlanta, Georgia 30326
Tel: 404-876-2700

Attorneys for Plaintiff

| | | |
|---|---|---|
| 1 | Dated: November 27, 2023 | */s/ Howard B. Schilsky* |
| 2 | | John F. Renzulli (Pro Hac Vice) |
| 3 | | Christopher Renzulli (Pro Hac Vice) |
| | | Howard B. Schilsky (Pro Hac Vice) |

Dated: November 27, 2023

*/s/ Howard B. Schilsky*
John F. Renzulli (Pro Hac Vice)
Christopher Renzulli (Pro Hac Vice)
Howard B. Schilsky (Pro Hac Vice)
**RENZULLI LAW FIRM, LLP**
One North Broadway, Suite 1005
White Plains, NY 10601
Telephone: (914) 285-0700
Facsimile: (914) 285-1213
jrenzulli@renzullilaw.com
crenzulli@renzullilaw.com
hschilsky@renzullilaw.com

Paul G. Cereghini (SBN 148016)
Lauren O. Miller (SBN 279448)
**BOWMAN AND BROOKE LLP**
1741 Technology Drive, Suite 200
San Jose, CA 95110
Telephone: (408) 279-5393
Facsimile: (408) 279-5845
paul.cereghini@bowmanandbrooke.com
lauren.miller@bowmanandbrooke.com

Carissa Casolari (SBN 292878)
**BOWMAN AND BROOKE LLP**
970 West 190th Street, Suite 700
Torrance, CA 90502
Telephone: (310) 768-3068
Facsimile: (310) 719-1019
Carissa.casolari@bowmanandbrooke.com

Attorneys for Defendants Glock, Inc. and Glock Ges.m.b.H.

CASE NO.: 3:20-cv-08807-WHO
JOINT STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND CLASS CERTIFICATION BRIEFING SCHEDULE

**[~~PROPOSED~~] ORDER**

The Court, having fully considered the Parties' Joint Stipulation and [Proposed] Order to Continue Class Certification Briefing Schedule HEREBY ORDERS as follows:

1. The new deadline for Defendants to file an Opposition to Plaintiff's Motion for Class Certification is February 23, 2024.
2. The new deadline for Plaintiff to file his Reply in support of his Motion for Class Certification is May 23, 2024.
3. **The new hearing date on Plaintiff's Motion for Class Certification is June 12, 2024, at 2:00 p.m. PST.**

**IT IS SO ORDERED**.

Dated: November 27, 2023

_____
UNITED STATES DISTRICT JUDGE