KIESEL LAW LLP
Paul R. Kiesel, State Bar No. 119854
Jeffrey A. Koncius, State Bar No. 189803
8648 Wilshire Boulevard
Beverly Hills, California 90211-2910
Tel: 310-854-4444
Fax: 310-854-0812
kiesel@kiesel.law
koncius@kiesel.law:

LEWIS AND LEWIS
TRIAL LAWYERS, PLC
Robert K. Lewis (Pro Hac Vice)
Amy M. Lewis (Pro Hac Vice)
28150 N Alma School Rd, Ste 103-637
Scottsdale, AZ 85262
Tel: (602) 889-6666
Rob@LewisLawFirm.com
Amy@LewisLawFirm.com

Attorneys for Plaintiff Steven C. Johnson

Paul G. Cereghini (SBN 148016)
Carissa Casolari (SBN 292878)
BOWMAN AND BROOKE LLP
1741 Technology Drive, Suite 200
San Jose, CA 95110
Telephone: (408) 279-5393
Facsimile: (408) 279-5845
paul.cereghini@bowmanandbrooke.com
carissa.casolari@bowmanandbrooke.com

Christopher Renzulli (Pro Hac Vice)
John F. Renzulli (Pro Hac Vice)
Howard B. Schilsky (Pro Hac Vice)
RENZULLI LAW FIRM, LLP
One North Broadway, Suite 1005
White Plains, NY 10601
Telephone: (914) 285-0700
Facsimile: (914) 285-1213
jrenzulli@renzullilaw.com
crenzulli@renzullilaw.com
hschilsky@renzullilaw.com

Attorneys for Defendants Glock, Inc. and Glock Ges.m.b.H.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| STEVEN C. JOHNSON, an individual, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>GLOCK, INC., a Georgia Corporation; GLOCK Ges.m.b.H, an Austrian entity; JOHN and JANE DOES I through V; ABC CORPORATIONS I-X, XYZ PARTNERSHIPS, SOLE PROPRIETORSHIPS and/or JOINT VENTURES I-X, GUN COMPONENT MANUFACTURERS I-V<br><br>Defendants. | Case No. 3:20-cv-08807-WHO<br><br>**JOINT STIPULATION AND ORDER TO EXTEND RULE 702 MOTION BRIEFING SCHEDULE** |

JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND RULE 702 MOTION
BRIEFING SCHEDULE

Plaintiff STEVEN C. JOHNSON ("Plaintiff") and Defendants GLOCK, INC., and GLOCK Ges.m.b.H. ("Defendants," and together with Plaintiff, the "Parties"), by and through their counsel of record, and pursuant to Civil L.R. 6-2 and Rule 29 of the Federal Rules of Civil Procedure, hereby stipulate and jointly move to set an agreed briefing schedule with respect to Defendants' Rule 702 Motions as described below.

WHEREAS, in addition to filing an Opposition to Plaintiff's Motion for Class Certification, Defendants filed the following Motions pursuant to Rule 702 of the Federal Rules of Evidence on February 23, 2024:  (1) Motion to Strike Declaration of Steven Gaskin (ECF No. 158);  (2) Motion to Strike Declaration of Colin B. Weir (ECF No. 159);  (3) Motion to Strike Declaration and Testimony of David Bosch (ECF No. 160); and (4) Motion to Strike Declaration and Testimony of John Nixon (ECF No. 161) (collectively, "Rule 702 Motions").

WHEREAS, Plaintiff's oppositions to the above referenced Rule 702 Motions are due on March 8, 2024, and Defendants' replies are due on March 15, 2024. (ECF Nos. 158 - 161). The hearing on Plaintiff's Motion for Class Certification Motion is currently scheduled for June 12, 2024, at 2:00 p.m. (ECF 154).

WHEREAS, the Parties are requesting an extension of the deadline for Plaintiff's opposition the Defendants' Rule 702 Motions (and associated deadlines) due to the following circumstances:

(1) The parties agree that Defendants' Rule 702 Motions are related to Plaintiff's Motion for Class Certification and, therefore, should be heard concurrently at the hearing scheduled on June 12, 2024. (ECF 154). Therefore, the parties propose this stipulated briefing schedule for the Rule 702 Motions to align them with the briefing schedule and hearing date of Plaintiff's Motion for Class Certification.

(2) <u>Expert Depositions</u>. Defendants' Rule 702 Motions, along with Defendants' Opposition to Plaintiff's Motion for Class Certification contain new expert reports / declarations from: (1) Emanuel Kapelsohn, (2) Marlin Jiranek, (3) Derek Watkins, and (4) J. Andrew Petersen. In advance of the deadline for responding to the Rule 702 Motions,

Plaintiff desires to depose and Defendants have agreed to produce the above referenced experts for deposition. In order to facilitate these depositions, additional time is needed for Plaintiff to respond to the pending Rule 702 Motions.

(3) <u>Scheduling Conflicts</u>. Multiple counsel for Plaintiff, including Nick Panayotopoulos and Alexander Heydemann, have been engaged in a jury trial in Los Angeles Superior Court since February 14, 2024 and, as of this date, the jury trial is still ongoing.

(4) <u>Extension for Defendants</u>. Considering the foregoing, Defendants are also requesting an extension of time to file their replies. The Parties believe it would be prudent to allow for some flexibility in the schedule to adequately prepare the remaining briefing relating to Defendants' multiple Rule 702 motions and to align the schedule related to these motions with the schedule for Plaintiff's Motion for Class Certification.

WHEREAS, the Parties have met and conferred, and stipulate to mutually extend the deadlines on the Rule 702 Motions as follows:

1. The new deadline for Plaintiff to file an Opposition to Defendants' (1) Motion to Strike Declaration of Steven Gaskin (ECF No. 158); (2) Motion to Strike Declaration of Colin B. Weir (ECF No. 159); (3) Motion to Strike Declaration and Testimony of David Bosch (ECF No. 160); and (4) Motion to Strike Declaration and Testimony of John Nixon (ECF No. 161) is April 18, 2024.

2. The new deadline for Defendants to file their Reply in support of their (1) Motion to Strike Declaration of Steven Gaskin (ECF No. 158); (2) Motion to Strike Declaration of Colin B. Weir (ECF No. 159); (3) Motion to Strike Declaration and Testimony of David Bosch (ECF No. 160); and (4) Motion to Strike Declaration and Testimony of John Nixon (ECF No. 161) is May 23, 2024, the same deadline as Plaintiff's Reply in Further Support of his Motion for Class Certification.

///

///

///

3. The hearing date on Defendants' (1) Motion to Strike Declaration of Steven Gaskin (ECF No. 158); (2) Motion to Strike Declaration of Colin B. Weir (ECF No. 159); (3) Motion to Strike Declaration and Testimony of David Bosch (ECF No. 160); and (4) Motion to Strike Declaration and Testimony of John Nixon (ECF No. 161) is currently set for June 12, 2024 at 2:00 p.m., the same date as the hearing on Plaintiff's Motion for Class Certification, and shall remain unchanged.

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated March 4, 2024.                              Dated March 4, 2024.

/s/   Jeremy R. Alberts                           /s/   Howard B. Schilsky
Robert K. Lewis (Pro Hac Vice)                    John F. Renzulli (Pro Hac Vice)
Amy M. Lewis (Pro Hac Vice)                       Christopher Renzulli (Pro Hac Vice)
**LEWIS LAW FIRM, PLC**                           Howard B. Schilsky (Pro Hac Vice)
2302 N. 3rd Street                                **RENZULLI LAW FIRM, LLP**
Phoenix, Arizona 85004                            One North Broadway, Suite 1005
                                                  White Plains, NY 10601
Paul R. Kiesel, State Bar No. 119854
Jeffrey A. Koncius, State Bar No. 189803          Paul G. Cereghini (SBN 148016)
**KIESEL LAW LLP**                                Lauren O. Miller (SBN 279448)
8648 Wilshire Boulevard                           **BOWMAN AND BROOKE LLP**
Beverly Hills, California 90211-2910              1741 Technology Drive, Suite 200
                                                  San Jose, CA 95110
Nicholas Panayotopoulos (Pro Hac Vice)
Gary J. Toman (Pro Hac Vice)                      Carissa Casolari (SBN 292878)
Alexander Heydemann (Pro Hac Vice)                **BOWMAN AND BROOKE LLP**
**WEINBERG WHEELER HUDGINS**                      970 West 190th Street, Suite 700
**GUNN & DIAL LLC**                               Torrance, CA 90502
3344 Peachtree Road, NE
Atlanta, Georgia 30326                            Attorneys for Defendants Glock, Inc. and
                                                  Glock Ges.m.b.H.
Jeremy R. Alberts (Pro Hac Vice)
**WEINBERG WHEELER HUDGINS**
**GUNN & DIAL LLC**
6385 S. Rainbow Blvd., Suite 400
Las Vegas, Nevada 89118

Attorneys for Plaintiff

# ORDER

The Court, having fully considered the Parties' Joint Stipulation and [Proposed] Order to Continue the Rule 702 Motion Briefing Schedule HEREBY **ORDERS** as follows:

1. The new deadline for Plaintiff to file an Opposition to Defendants' (1) Motion to Strike Declaration of Steven Gaskin (ECF No. 158); (2) Motion to Strike Declaration of Colin B. Weir (ECF No. 159); (3) Motion to Strike Declaration and Testimony of David Bosch (ECF No. 160); and (4) Motion to Strike Declaration and Testimony of John Nixon (ECF No. 161) is **April 18, 2024**.

2. The new deadline for Defendants to file their Reply in support of their (1) Motion to Strike Declaration of Steven Gaskin (ECF No. 158); (2) Motion to Strike Declaration of Colin B. Weir (ECF No. 159); (3) Motion to Strike Declaration and Testimony of David Bosch (ECF No. 160); and (4) Motion to Strike Declaration and Testimony of John Nixon (ECF No. 161) is **May 23, 2024**.

3. The hearing date on Defendants' (1) Motion to Strike Declaration of Steven Gaskin (ECF No. 158); (2) Motion to Strike Declaration of Colin B. Weir (ECF No. 159); (3) Motion to Strike Declaration and Testimony of David Bosch (ECF No. 160); and (4) Motion to Strike Declaration and Testimony of John Nixon (ECF No. 161) is currently set for **June 12, 2024 at 2:00 p.m**. and shall remain unchanged.

**IT IS SO ORDERED.**

Dated   March 5, 2024

_____
UNITED STATES DISTRICT JUDGE