# EXHIBIT D
# OPPOSITION TO GASKIN AND WEIR MOTION
# TO BE FILED UNDER SEAL