UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN C. JOHNSON,<br><br>  Plaintiff,<br><br>  v.<br><br>GLOCK, INC., et al.,<br><br>  Defendants. | Case No. 3:20-cv-08807-WHO<br><br>**DECLARATION OF ROBERT K. LEWIS IN SUPPORT OF PLAINTIFF'S RESPONSE TO GLOCK'S OBJECTIONS TO NOTICE PLAN** |

I, Robert K. Lewis Esq., hereby declare and state as follows:

1. I am the managing member of the law firm Lewis and Lewis Trial Lawyers, PLC, one of the counsel for Plaintiff Steven C. Johnson on behalf of himself and all others similarly situated. I am an attorney admitted to practice before this Court Pro Hac Vice and am a member in good standing of the bar of the State of Arizona. I have personal knowledge of the matters stated herein and, if called upon, could and would competently testify to them. I respectfully submit this declaration in support of Plaintiff's Response to Glock's Objections to Plaintiff's Notice Plan and Notice Forms.

**EXHIBITS**

2. Attached as Exhibit A is a true and correct copy of the Declaration of Cameron Azari, Esq., Senior VP of Epiq, along with the CV of Mr. Azari, and proposed Email Notice, Post Card Notice, and Long Form Notice, attached as Exhibits 1, 2, 3, and 4 respectively.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed April 30, 2025.

*/s/ Robert K. Lewis*
Robert K. Lewis, Esq.
*Attorney for Plaintiff and Certified Class*