| | |
|---|---|
| Paul G. Cereghini (SBN 148016) | Donald Falk (SBN 150256) |
| Carissa A. Casolari (SBN 292878) | **SCHAERR | JAFFE LLP** |
| **BOWMAN AND BROOKE LLP** | Four Embarcadero Center, Suite 1400 |
| 1741 Technology Drive, Suite 200 | San Francisco, CA 94111 |
| San Jose, CA 95110 | Telephone: (415) 562-4942 |
| Telephone: (408) 279-5393 | dfalk@schaerr-jaffe.com |
| paul.cereghini@bowmanandbrooke.com | |
| carissa.casolari@bowmanandbrooke.com | |
| | |
| Christopher Renzulli (*Pro Hac Vice*) | Sean Eskovitz (SBN 241877) |
| Howard B. Schilsky (*Pro Hac Vice*) | **ESKOVITZ LAW LLP** |
| **RENZULLI LAW FIRM LLP** | 1217 Wilshire Blvd, # 3683 |
| One North Broadway, Suite 1005 | Santa Monica, CA 90403 |
| White Plains, NY 10601 | Tel: 323.821.5836 |
| Telephone: (914) 285-0700 | seane@eskovitz.com |
| crenzulli@renzullilaw.com | |
| hschilsky@renzullilaw.com | |

Attorneys for Defendants Glock, Inc. and Glock Ges.m.b.H.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| STEVEN C. JOHNSON, an individual, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br>vs.<br><br>GLOCK, INC., a Georgia Corporation; GLOCK Ges.m.b.H., an Austrian entity; JOHN and JANE DOES I through V; ABC CORPORATIONS I-X, XYZ PARTNERSHIPS, SOLE PROPRIETORSHIPS and/or JOINT VENTURES I-X, GUN COMPONENT MANUFACTURERS I-V<br><br>Defendants. | CASE NO.: 3:20-cv-08807-WHO<br><br>**[PROPOSED] STIPULATED AMENDED LITIGATION SCHEDULE** |

Plaintiff STEVEN C. JOHNSON ("Plaintiff") and Defendants GLOCK, INC., and GLOCK Ges.m.b.H. ("Defendants," and together with Plaintiff, the "Parties"), by and through their counsel of record, and pursuant to Civil L.R. 16-10 and Rule 16 of the Federal Rules of Civil Procedure, hereby stipulate and jointly request an amended litigation schedule, and in support state as follows:

WHEREAS, the Parties attended a Case Management Conference ("CMC") on October 14, 2025, at which time the Court scheduled the trial in this case to begin on June 7, 2027, with a pretrial conference scheduled on May 10, 2027, and Dispositive/Daubert motions to be heard by March 10, 2027. (ECF Doc. 244.)

WHEREAS, the Court Ordered the Parties to submit a stipulated discovery schedule based on the aforementioned deadlines. (ECF Doc. 244.)

WHEREAS, the Parties submitted a proposed stipulated discovery schedule that was entered by the Court on December 9, 2025. (ECF Doc. 253-254).

WHEREAS, the Defendants filed a Motion to Contact California Witnesses (the "Motion") on December 12, 2025, and Plaintiffs responded to said Motion on December 19, 2025. (ECF Docs. 252; 255-56.)

WHEREAS, the Court entered its Order Denying Without Prejudice Discovery from Absent Class Members on January 13, 2025. (ECF Doc. 258.)

WHEREAS, the Court's Order set forth "permissible avenues" for Defendants to "secure the information it seeks," including "through discovery from individuals who opt out of this action." (*Id.*) The Court further held that if Defendants are "dissatisfied" with the discovery obtainable through "permissible avenues, it may move again for permission to seek discovery from absent class members. . ." (*Id.*)

WHEREAS, the opt out deadline for class members is scheduled for April 20, 2026, and the current fact discovery deadline is April 15, 2026. (ECF Doc. 254.) Accordingly, the Parties agree that the current litigation schedule is unworkable

based on the Court's Order allowing fact discovery from individuals who opt out of this action. (ECF Doc. 258.)

WHEREAS, additional time is needed for fact discovery to allow Defendants to obtain discovery from individuals who opt out of this action and potentially pursue discovery from absent class members, if necessary, and for Plaintiffs to potentially conduct depositions of any defense witnesses identified through this process.

WHEREAS, the Parties hereby stipulate to the following proposed amended litigation schedule:

| Matter | Current Date | Proposed Amended Date |
|---|---|---|
| Opt-out Deadline | April 20, 2026 | No Change |
| Notice Declaration Deadline | June 1, 2026 | No Change |
| Further Case Management Conference | April 14, 2026 | August 18, 2026 |
| Deadline to complete fact discovery | April 15, 2026 | August 21, 2026 |
| Plaintiff's expert disclosure deadline (including damages experts and conjoint survey results) | May 15, 2026 | September 21, 2026 |
| Defendants' expert disclosure deadline (including damages experts) | August 14, 2026 | December 21, 2026 |
| Plaintiff's rebuttal expert opinions | October 14, 2026 | February 19, 2027 |
| Deadline for completion of expert discovery | November 27, 2026 | April 2, 2027 |
| Dispositive motions and *Daubert* motions to be heard by | March 10, 2027 | August 4, 2027 |
| Pre-Trial Conference | May 10, 2027 | October 4, 2027 |
| ADR Deadline, if any | May 31, 2027 | October 29, 2027 |
| Jury Selection | June 7, 2027 | November 1, 2027 |

**IT IS SO STIPULATED.**

Respectfully submitted,
Dated: February 23, 2026

By: /s/ *Robert K. Lewis*

| | |
|---|---|
| Paul R. Kiesel, State Bar No. 119854<br> kiesel@kiesel.law<br>Jeffrey A. Koncius, State Bar No. 189803<br> koncius@kiesel.law<br>**KIESEL LAW LLP**<br>8648 Wilshire Boulevard<br>Beverly Hills, California 90211-2910<br>Tel: 310-854-4444<br>Fax: 310-854-0812<br><br>Jeremy Alberts, *Pro Hac Vice*<br> jalberts@wwhgd.com<br>**WEINBERG WHEELER HUDGINS GUNN & DIAL LLC**<br>6385 S. Rainbow Blvd. Suite 400<br>Las Vegas, Nevada 89118<br>Tel: 702-938-3838 | Robert K. Lewis, *Pro Hac Vice*<br>rob@lewislawfirm.com<br>Amy M. Lewis, *Pro Hac Vice*<br>amy@lewislawfirm.com<br>**LEWIS AND LEWIS TRIAL LAWYERS, PLC**<br>21850 N. Alma School Road, Suite 103-637 Scottsdale, Arizona 85262<br>Tel: 602-889-6666<br><br>Nicholas Panayotopoulos, *Pro Hac Vice*<br> npanayo@wwhgd.com<br>Gary J. Toman, *Pro Hac Vice*<br> gtoman@wwhgd.com<br>Alexander Heydemann, *Pro Hac Vice*<br> aheydemann@wwhgd.com<br>**WEINBERG WHEELER HUDGINS GUNN & DIAL LLC**<br>3344 Peachtree Road, NE<br>Atlanta, Georgia 30326<br>Tel: 404-876-2700 |

*Attorneys for Plaintiff and the Class*


By: /s/ *Christopher Renzulli*

| | |
|---|---|
| Christopher Renzulli (Pro Hac Vice)<br>Howard B. Schilsky (Pro Hac Vice)<br>**RENZULLI LAW FIRM, LLP**<br>One North Broadway, Suite 1005<br>White Plains, NY 10601<br>Telephone: (914) 285-0700 | Carissa Casolari (SBN 292878)<br>**BOWMAN AND BROOKE LLP**<br>970 West 190th Street, Suite 700<br>Torrance, CA 90502<br>Telephone: (310) 768-3068<br>Facsimile: (310) 719-1019 |

| | |
|---|---|
| crenzulli@renzullilaw.com<br>hschilsky@renzullilaw.com | Carissa.casolari<br>@bowmanandbrooke.com |
| Paul G. Cereghini (SBN 148016)<br>**BOWMAN AND BROOKE LLP**<br>1741 Technology Drive, Suite 200<br>San Jose, CA 95110<br>Telephone: (408) 279-5393<br>paul.cereghini@bowmanandbrooke.com | Donald Falk<br>**Schaerr \| Jaffe LLP**<br>Four Embarcadero Center, Suite 1400<br>San Francisco, CA 94111<br>Telephone: (415) 562-4942<br>dfalk@schaerr-jaffe.com |

Sean Eskovitz (SBN 241877)
**ESKOVITZ LAW LLP**
1217 Wilshire Blvd, # 3683
Santa Monica, CA 90403
Telephone: 323.821.5836
seane@eskovitz.com

*Attorneys for Defendants Glock, Inc. and Glock Ges.m.b.H.*

## CASE MANAGEMENT ORDER

The above AMENDED LITIGATION SCHEDULE is approved and adopted as the CASE MANAGEMENT ORDER for this case and all parties shall comply with its provisions.

**IT IS SO ORDERED**.

Dated:_____

                                              _____
                                              Honorable William H. Orrick, Jr.
                                              United States District Judge

# CERTIFICATE OF SERVICE

I hereby certify that on February 23, 2026, I filed the foregoing document entitled **[PROPOSED] STIPULATED AMENDED LITIGATION SCHEDULE** with the clerk of court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Carissa A. Casolari*
Carissa A. Casolari
